Charles M. Lizza
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| RAYNER SURGICAL INC. and RAYNER INTRAOCULAR LENSES LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MANKIND PHARMA LTD. and LIFESTAR PHARMA LLC, <br><br> Defendants. | C.A. No. _ <br><br> (Filed Electronically) |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs Rayner Surgical Inc. ("Rayner Surgical") and Rayner Intraocular Lenses Ltd. ("Rayner Intraocular") (collectively, "Rayner" or "Plaintiffs"), by their undersigned attorneys, bring this action against Defendants Mankind Pharma Ltd. ("Mankind Pharma") and Lifestar Pharma LLC ("Lifestar") (collectively, "Mankind" or "Defendants") and hereby allege as follows:

**NATURE OF THE ACTION**

1.      This action for patent infringement, brought pursuant to the patent laws of the United States, 35 U.S.C. § 1, et seq., and in particular 35 U.S.C. § 271, arises from Mankind Pharma's submission of Abbreviated New Drug Application ("ANDA") No. 221449 ("Mankind ANDA") to the United States Food and Drug Administration ("FDA"). Through the Mankind

ANDA, Mankind Pharma seeks approval to market a generic version of Rayner's product OMIDRIA® (phenylephrine and ketorolac injection, 1%/0.3%) (the "ANDA Product") prior to the expiration of United States Patent No. 9,066,856 (the "'856 Patent"); United States Patent No. 9,486,406 (the "'406 Patent"); and United States Patent No. 9,855,246 (the "'246 Patent") (together, the "Patents-in-Suit"). Plaintiffs seek injunctive relief precluding infringement, attorneys' fees, and any other relief the Court deems just and proper.

2. This is also an action under 28 U.S.C. §§ 2201–02 for a declaratory judgment of patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, et seq., and in particular 35 U.S.C. § 271.

## THE PARTIES

3. Plaintiff Rayner Surgical is a corporation organized and existing under the laws of the State of Delaware and having a principal place of business at 1255 Lynnfield Road, Suite 257, Memphis, TN 38119.

4. Plaintiff Rayner Intraocular is a private limited company organized and existing under the laws of England, having a principal place of business at 10 Dominion Way, Worthing, West Sussex, England BN14 8AQ.

5. On information and belief, Defendant Mankind Pharma is a corporation organized and existing under the laws of India and having a principal place of business at 208 Okhla Industrial Estate, Phase III, New Delhi, India 110020.

6. On information and belief, Defendant Lifestar is a company organized and existing under the laws of the State of Delaware with a principal place of business at 1200 MacArthur Blvd., Mahwah, New Jersey 07430.

7. On information and belief, Defendant Lifestar is the U.S. agent for Mankind Pharma.

8. On information and belief, Defendant Lifestar is a majority-owned subsidiary of Mankind Pharma.

9. On information and belief, Mankind Pharma caused the Mankind ANDA to be submitted to FDA and seeks approval of the Mankind ANDA.

10. On information and belief, Mankind intends to commercially manufacture, market, offer for sale, and sell the ANDA Product throughout the United States, including in the State of New Jersey, in the event FDA approves the Mankind ANDA.

## JURISDICTION AND VENUE

11. This civil action for patent infringement arises under the patent laws of the United States, including 35 U.S.C. § 271, and 28 U.S.C. §§ 1338(a), 2201, and 2202.

12. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

13. On information and belief, this Court has personal jurisdiction over Mankind Pharma under the New Jersey long-arm statute and consistent with due process because Mankind Pharma has continuous and systematic contacts with New Jersey and regularly conducts business in this Judicial District, either directly or through one or more subsidiaries, agents, and/or alter egos, has purposefully availed itself of the privilege of doing business in the State of New Jersey, and intends to sell the ANDA Product in the State of New Jersey upon approval of the Mankind ANDA.

14. Alternatively, this Court has personal jurisdiction over Mankind Pharma because Plaintiffs' claims arise under federal law, Mankind Pharma is a foreign defendant not subject to general personal jurisdiction in any other state, and Mankind Pharma has continuous and systematic contacts with the United States as a whole, including, but not limited to, the submission

3

of the Mankind ANDA to FDA, such that this Court's exercise of personal jurisdiction over Mankind Pharma satisfies due process.

15.    On information and belief, this Court has personal jurisdiction over Lifestar at least because Lifestar has its principal place of business in New Jersey. This Court also has personal jurisdiction over Lifestar because Lifestar has continuous and systematic contacts with New Jersey, regularly conducts business in the State of New Jersey, has purposefully availed itself of the privilege of doing business in the State of New Jersey, and, on information and belief, intends to sell the ANDA Product in the State of New Jersey upon approval of the Mankind ANDA.

16.    On information and belief, Lifestar is registered as a "Manufacturer" and "Distributor" entity with the State of New Jersey's Department of Health under Registration No. 5005074.

17.    On information and belief, Lifestar is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in the State of New Jersey under Business ID No. 0450064472.

18.    On information and belief, Mankind is in the business of manufacturing, obtaining regulatory approval, marketing, distributing, and selling generic copies of branded pharmaceutical products throughout the United States, including within the State of New Jersey, through its own actions and/or through the actions of one or more subsidiaries, agents, and/or alter egos, from which Mankind derives a substantial portion of its revenue.

19.    On information and belief, Mankind plans to sell the ANDA Product in the State of New Jersey, list the ANDA Product on the State of New Jersey's prescription drug formulary, and seek Medicaid reimbursements for sales of the ANDA Product in the State of New Jersey, either directly or through one or more of its subsidiaries, agents, and/or alter egos.

20. On information and belief, Mankind knows and intends that the ANDA Product will be distributed and sold in New Jersey and will thereby displace sales of OMIDRIA®, causing injury to Rayner. Mankind intends to take advantage of its established channels of distribution in New Jersey for the sale of the ANDA Product.

21. On information and belief, Mankind has committed, or aided, abetted, contributed to and/or participated in the commission of, acts of patent infringement that will lead to foreseeable harm and injury to Plaintiffs, which manufacture OMIDRIA® for sale and use throughout the United States, including this Judicial District.

22. Mankind has not contested personal jurisdiction in this Court in recent cases arising out of its ANDA filings and has filed counterclaims in a case before this Court. *See, e.g.*, Answer at 7, *Theravance Biopharma R&D IP, LLC v. Eugia Pharma Specialties Ltd.*, No. 1:25-cv-03790-KMW-AMD (D.N.J. May 30, 2025) (Mankind Pharma and Lifestar); Answer at 5–6, *Bayer Intell. Prop. GmbH v. Mankind Pharma Ltd.*, No. 2:22-cv-05599-EP-LDW (D.N.J. Oct. 13, 2022) (Mankind Pharma and Lifestar); Answer at 3–4, *Merck Sharp & Dohme BV v. Mankind Pharma Ltd.*, No. 2:20-cv-02787-CCC-MF (D.N.J. Apr. 21, 2020) (Mankind Pharma); Answer at 3–7, *Celgene Corp. v. Mankind Pharma Ltd.*, No. 3:18-cv-11081-MAS-DEA (D.N.J. Sep. 12, 2018) (Mankind Pharma) (filed counterclaims).

23. Venue is proper in this Judicial District for Mankind Pharma pursuant to at least 28 U.S.C. § 1391(c)(3) because, on information and belief, Mankind Pharma is a foreign corporation incorporated under the laws of India and may be sued in any judicial district.

24. Venue is proper in this Judicial District for Lifestar pursuant to at least 28 U.S.C. § 1400 because, on information and belief, Lifestar has a regular and established place of business in New Jersey and has committed acts of infringement in New Jersey. On information and belief,

based on Lifestar's presence in and connections to New Jersey, discoverable information in Lifestar's possession, custody, or control regarding the Mankind ANDA will likely show that Lifestar engaged in activities in New Jersey relevant to the preparation and/or submission of the Mankind ANDA in New Jersey.

## RAYNER'S APPROVED OMIDRIA DRUG PRODUCT AND PATENTS

25.     Rayner makes and sells OMIDRIA®, the first FDA-approved product for intraocular use during cataract surgery or intraocular lens replacement that both prevents intraoperative miosis (pupil constriction) and reduces postoperative pain. A true and correct copy of the prescribing information for OMIDRIA® is attached as Exhibit A.

26.     OMIDRIA® is a stable, sterile pharmaceutical formulation containing phenylephrine, ketorolac, citric acid, sodium citrate, and water for injection, and may include sodium hydroxide and/or hydrochloric acid for pH adjustment. OMIDRIA® is preservative-free and contains no antioxidants.

27.     Rayner Surgical is the holder of New Drug Application ("NDA") No. 205388 for OMIDRIA®. The FDA approved NDA No. 205388 for OMIDRIA® in May 2014.

28.     Rayner Intraocular is the assignee and owner of the '856 Patent, the '406 Patent, and the '246 Patent.

29.     The '856, '406, and '246 Patents are listed in the Approved Drug Products With Therapeutic Equivalence Evaluations (an FDA publication commonly known as the "Orange Book") for OMIDRIA®.

30.     The '856 Patent, entitled "Stable Preservative-Free Mydriatic and Anti-Inflammatory Solutions for Injection," was duly and lawfully issued by the U.S. Patent and Trademark Office ("USPTO") on June 30, 2015. A true and correct copy of the '856 Patent is attached as Exhibit B.

6

31.     The '406 Patent, entitled "Stable Preservative-Free Mydriatic and Anti-Inflammatory Solutions for Injection," was duly and lawfully issued by the USPTO on November 8, 2016. A true and correct copy of the '406 Patent is attached as Exhibit C.

32.     The '246 Patent, entitled "Stable Preservative-Free Mydriatic and Anti-Inflammatory Solutions for Injection," was duly and lawfully issued by the USPTO on January 2, 2018. A true and correct copy of the '246 Patent is attached as Exhibit D.

**MANKIND'S ANDA NO. 221449**

33.     On information and belief, Mankind Pharma has submitted or caused to be submitted ANDA No. 221449 to the FDA under 21 U.S.C. § 355(j), in order to obtain approval to engage in the commercial manufacture, use or sale of a purported generic version of OMIDRIA®, prior to the expiration of the '856, '406, and '246 Patents.

34.     Mankind Pharma mailed Rayner Surgical Inc. and Rayner Intraocular Lenses Ltd. a letter dated May 4, 2026, regarding "Paragraph IV Patent Certification Notice regarding U.S. Patent Nos. 9,066,856, 9,486,406, and 9,855,246 Mankind Pharma's ANDA No. 221449 for phenylephrine and ketorolac tromethamine intraocular solution (1%/0.3%)" (the "Notice Letter"). The Notice Letter represented that Mankind Pharma has submitted ANDA No. 221449 and a purported Paragraph IV certification to FDA in order to obtain approval to engage in the commercial manufacture, use, or sale of the product described in the Mankind ANDA before the expiration of the patents listed in the Orange Book for OMIDRIA®. Hence, Mankind Pharma's purpose in submitting the Mankind ANDA is to manufacture and market the ANDA Product before the expiration of the '856, '406, and '246 Patents.

35.     On information and belief, if FDA approves the Mankind ANDA, Mankind will manufacture, offer for sale, or sell the ANDA Product within the United States, including within

New Jersey, and/or will import the ANDA Product into the United States including the State of New Jersey.

36. On information and belief, if FDA approves the Mankind ANDA, Mankind will actively induce or contribute to the manufacture, use, offer for sale, or sale of the ANDA Product in the United States.

37. This action is being brought pursuant to 21 U.S.C. § 355(j)(5)(B)(iii) within forty-five days of Plaintiffs' receipt of the Notice Letter.

**COUNT I**
**INFRINGEMENT OF THE '856 PATENT**

38. Plaintiffs restate, reallege, and incorporate by reference paragraphs 1–37 as if fully set forth herein.

39. On information and belief, Mankind Pharma has submitted or caused the submission of the Mankind ANDA to FDA, and continues to seek FDA approval of the Mankind ANDA.

40. On information and belief, Mankind Pharma has infringed one or more claims of the '856 Patent under 35 U.S.C. § 271(e)(2)(A) by submitting the Mankind ANDA with a Paragraph IV certification and seeking FDA approval of the Mankind ANDA prior to the expiration of the '856 Patent, entitling Plaintiffs to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for the Mankind ANDA be a date which is not earlier than the expiration date of the '856 Patent.

41. On information and belief, FDA regulations provide, *inter alia*, that, "[g]enerally, a drug product intended for ophthalmic use . . . must contain the same inactive ingredients and in the same concentration as the reference listed drug" and further that "in a product intended for ophthalmic use, an applicant may not change a buffer . . . for the purpose of claiming a therapeutic

8

advantage over or difference from the listed drug . . . or by making a significant change in the pH or other change that may raise questions of irritability." 21 C.F.R. § 314.94(a)(9)(iv).

42. For example, claim 1 of the '856 Patent recites:

> A sterile liquid pharmaceutical formulation consisting essentially of phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable for at least six months when stored at a temperature of from 5+/-3º C. to 25 +/-2º C.

43. On information and belief, Mankind's ANDA Product is a sterile liquid pharmaceutical formulation consisting essentially of phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable for at least six months when stored at a temperature of from 5+/-3º C. to 25 +/-2º C. *See* ¶¶ 39–41, *supra*.

44. Mankind's commercial manufacture, use, sale, offer for sale, or importation into the United States of the ANDA Product would directly infringe, actively induce infringement, and/or contribute to infringement of one or more claims of the '856 Patent. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of the Mankind ANDA, Mankind will make, use, offer to sell, or sell the ANDA Product within the United States, or will import the ANDA Product into the United States, and will thereby contribute to the infringement of and/or induce the infringement of one or more claims of the '856 Patent.

45. Mankind Pharma's Notice Letter lacks any contention that Mankind's ANDA Product will not infringe, contribute to the infringement of, or induce the infringement of the '856 Patent.

46. On information and belief, upon FDA approval of the Mankind ANDA, Mankind will market and distribute the ANDA Product to resellers, pharmacies, hospitals and other clinics, health care professionals, and end users of the ANDA Product. On information and belief, Mankind will also knowingly and intentionally accompany the ANDA Product with proposed

prescribing information and a product insert that will include instructions for using and administering the ANDA Product. Accordingly, Mankind will induce health care professionals, resellers, pharmacies, and end users of the ANDA Product to directly infringe one or more claims of the '856 Patent. In addition, on information and belief, Mankind will encourage acts of direct infringement with knowledge of the '856 Patent and knowledge that they are encouraging infringement.

47.     Mankind Pharma had actual and constructive notice of the '856 Patent prior to filing the Mankind ANDA, and was aware that the filing of the Mankind ANDA with the request for FDA approval prior to the expiration of the '856 Patent would constitute an act of infringement of the '856 Patent.

48.     In addition, upon information and belief, Mankind Pharma filed the Mankind ANDA without adequate justification for asserting the '856 Patent to be invalid, unenforceable, and/or not infringed by the commercial manufacture, use, offer for sale, or sale of the ANDA Product. Mankind Pharma's conduct in certifying invalidity, unenforceability, and/or non-infringement with respect to the '856 Patent renders this case "exceptional" as that term is set forth in 35 U.S.C. § 285.

49.     Plaintiffs will be irreparably harmed if Mankind is not enjoined from infringing, and from actively inducing or contributing to the infringement of one or more claims of the '856 Patent. Plaintiffs do not have an adequate remedy at law, and considering the balance of hardships between Plaintiffs and Mankind, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

## COUNT II
## DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '856 PATENT

50.     Plaintiffs restate, reallege, and incorporate by reference paragraphs 1–49 as if fully set forth herein.

51.     Plaintiffs' claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

52.     On information and belief, if the Mankind ANDA is approved, the ANDA Product will be made, offered for sale, sold, or otherwise distributed in the United States, including in the State of New Jersey, by or through Mankind and its affiliates. Mankind will therefore directly infringe one or more claims of the '856 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

53.     On information and belief, Mankind knows that health care professionals or patients will use the ANDA Product in accordance with the proposed prescribing information sought by the Mankind ANDA and Mankind will therefore contribute to the infringement of and/or induce the infringement of one or more claims of the '856 Patent under one or more of 35 U.S.C. §§ 271 (b) and (c).

54.     On information and belief, Mankind's infringing activity, including the commercial manufacture, use, offer to sell, sale, or importation of the ANDA Product complained of herein will begin immediately after the FDA approves the Mankind ANDA. Any such conduct before the '856 Patent expires will directly infringe, contribute to the infringement of, and/or induce the infringement of one or more claims of the '856 Patent under one or more of 35 U.S.C. §§ 271(a), (b) and (c).

55.     As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Plaintiffs and Mankind concerning liability for the infringement

11

of one or more claims of the '856 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

56.    Plaintiffs will be substantially and irreparably harmed by Mankind's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

57.    This case is exceptional, and Plaintiffs are entitled to an award of attorneys' fees under 35 U.S.C. § 285.

## COUNT III
## INFRINGEMENT OF THE '406 PATENT

58.    Plaintiffs restate, reallege, and incorporate by reference paragraphs 1–57 as if fully set forth herein.

59.    On information and belief, Mankind Pharma has submitted or caused the submission of the Mankind ANDA to the FDA, and continues to seek FDA approval of the Mankind ANDA.

60.    On information and belief, Mankind Pharma has infringed one or more claims of the '406 Patent under 35 U.S.C. § 271(e)(2)(A) by submitting the Mankind ANDA with a Paragraph IV certification and seeking FDA approval of the Mankind ANDA prior to the expiration of the '406 Patent, entitling Plaintiffs to the relief provided by 35 U.S.C. §271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for the Mankind ANDA be a date which is not earlier than the expiration date of the '406 Patent.

61.    On information and belief, FDA regulations provide, *inter alia*, that, "[g]enerally, a drug product intended for ophthalmic use . . . must contain the same inactive ingredients and in the same concentration as the reference listed drug" and further that "in a product intended for ophthalmic use, an applicant may not change a buffer . . . for the purpose of claiming a therapeutic

advantage over or difference from the listed drug . . . or by making a significant change in the pH or other change that may raise questions of irritability." 21 C.F.R. § 314.94(a)(9)(iv).

62.     For example, claim 2 of the '406 Patent recites:

> A liquid pharmaceutical formulation comprising phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable without the inclusion of preservatives and antioxidants for at least six months when stored at a temperature of from 5+/-3°C. to 25+/-2 ° C.

63.     On information and belief, the ANDA Product is a liquid pharmaceutical formulation comprising phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable without the inclusion of preservatives and antioxidants for at least six months when stored at a temperature of from 5+/-3°C. to 25+/-2 ° C. *See* ¶¶ 39–41, *supra*.

64.     Mankind's commercial manufacture, use, sale, offer for sale, or importation into the United States of the ANDA Product would directly infringe, actively induce infringement, and/or contribute to infringement of one or more claims of the '406 Patent. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of the Mankind ANDA, Mankind will make, use, offer to sell, or sell the ANDA Product within the United States, or will import the ANDA Product into the United States, and will thereby contribute to the infringement of and/or induce the infringement of one or more claims of the '406 Patent.

65.     Mankind Pharma's Notice Letter lacks any contention that Mankind's ANDA Product will not infringe, contribute to the infringement of, or induce the infringement of the '406 Patent.

66.     On information and belief, upon FDA approval of the Mankind ANDA, Mankind will market and distribute the ANDA Product to resellers, pharmacies, hospitals and other clinics, health care professionals, and end users of the ANDA Product. On information and belief, Mankind will also knowingly and intentionally accompany the ANDA Product with proposed

prescribing information and a product insert that will include instructions for using and administering the ANDA Product. Accordingly, Mankind will induce health care professionals, resellers, pharmacies, and end users of the ANDA Product to directly infringe one or more claims of the '406 Patent. In addition, on information and belief, Mankind will encourage acts of direct infringement with knowledge of the '406 Patent and knowledge that they are encouraging infringement.

67.   Mankind Pharma had actual and constructive notice of the '406 Patent prior to filing the Mankind ANDA, and was aware that the filing of the Mankind ANDA with the request for FDA approval prior to the expiration of the '406 Patent would constitute an act of infringement of the '406 Patent.

68.   In addition, upon information and belief, Mankind Pharma filed the Mankind ANDA without adequate justification for asserting the '406 Patent to be invalid, unenforceable, and/or not infringed by the commercial manufacture, use, offer for sale, or sale of the ANDA Product. Mankind Pharma's conduct in certifying invalidity, unenforceability, and/or non-infringement with respect to the '406 Patent renders this case "exceptional" as that term is set forth in 35 U.S.C. § 285.

69.   Plaintiffs will be irreparably harmed if Mankind is not enjoined from infringing, and from actively inducing or contributing to the infringement of one or more claims of the '406 Patent. Plaintiffs do not have an adequate remedy at law, and considering the balance of hardships between Plaintiffs and Mankind, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

14

**COUNT IV**
**DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '406 PATENT**

70. Plaintiffs restate, reallege, and incorporate by reference paragraphs 1–69 as if fully set forth herein.

71. Plaintiffs' claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

72. On information and belief, if the Mankind ANDA is approved, the ANDA Product will be made, offered for sale, sold, or otherwise distributed in the United States, including in the State of New Jersey, by or through Mankind and its affiliates. Mankind will therefore directly infringe one or more claims of the '406 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

73. On information and belief, Mankind knows that health care professionals or patients will use the ANDA Product in accordance with the proposed prescribing information sought by the Mankind ANDA and Mankind will therefore contribute to the infringement of and/or induce the infringement of one or more claims of the '406 Patent under one or more of 35 U.S.C. §§ 271 (b) and (c).

74. On information and belief, Mankind's infringing activity, including the commercial manufacture, use, offer to sell, sale, or importation of the ANDA Product complained of herein will begin immediately after the FDA approves the Mankind ANDA. Any such conduct before the '406 Patent expires will directly infringe, contribute to the infringement of, and/or induce the infringement of one or more claims of the '406 Patent under one or more of 35 U.S.C. §§ 271(a), (b) and (c).

75. As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Plaintiffs and Mankind concerning liability for the infringement

of one or more claims of the '406 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

76.    Plaintiffs will be substantially and irreparably harmed by Mankind's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

77.    This case is exceptional, and Plaintiffs are entitled to an award of attorneys' fees under 35 U.S.C. § 285.

**COUNT V**
**INFRINGEMENT OF THE '246 PATENT**

78.    Plaintiffs restate, reallege, and incorporate by reference paragraphs 1–77 as if fully set forth herein.

79.    On information and belief, Mankind Pharma has submitted or caused the submission of the Mankind ANDA to the FDA, and continues to seek FDA approval of the Mankind ANDA.

80.    On information and belief, Mankind Pharma has infringed one or more claims of the '246 Patent under 35 U.S.C. § 271(e)(2)(A) by submitting the Mankind ANDA with a Paragraph IV certification and seeking FDA approval of the Mankind ANDA prior to the expiration of the '246 Patent, entitling Plaintiffs to the relief provided by 35 U.S.C. §271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for the Mankind ANDA be a date which is not earlier than the expiration date of the '246 Patent.

81.    On information and belief, FDA regulations provide, *inter alia*, that, "[g]enerally, a drug product intended for ophthalmic use . . . must contain the same inactive ingredients and in the same concentration as the reference listed drug" and further that "in a product intended for ophthalmic use, an applicant may not change a buffer . . . for the purpose of claiming a therapeutic

advantage over or difference from the listed drug . . . or by making a significant change in the pH or other change that may raise questions of irritability." 21 C.F.R. § 314.94(a)(9)(iv).

82.    For example, claim 1 of the '246 Patent recites:

> A liquid intraocular ophthalmic pharmaceutical solution dosage form consisting essentially of phenylephrine, ketorolac, and a buffer system, in solution in a pH-adjusted aqueous carrier as a solvent, that is free of preservatives, antioxidants and solubilizing agents, and a nitrogen gas overlay in a single-use container, wherein the phenylephrine is included at a concentration of 45 mM to 76 mM and the ketorolac is included at a concentration of about 8.5 mM to 14 mM, wherein the intraocular ophthalmic pharmaceutical solution is stable for a period of at least six months when stored at a temperature of from 5+/-3º C. to 25+/-2º C.

83.    On information and belief, the ANDA Product is a liquid intraocular ophthalmic pharmaceutical solution dosage form consisting essentially of phenylephrine, ketorolac, and a buffer system, in solution in a pH-adjusted aqueous carrier as a solvent, that is free of preservatives, antioxidants and solubilizing agents, and a nitrogen gas overlay in a single-use container, wherein the phenylephrine is included at a concentration of 45 mM to 76 mM and the ketorolac is included at a concentration of about 8.5 mM to 14 mM, wherein the intraocular ophthalmic pharmaceutical solution is stable for a period of at least six months when stored at a temperature of from 5+/-3º C. to 25+/-2º C. *See* ¶¶ 39–41, *supra*.

84.    Mankind's commercial manufacture, use, sale, offer for sale, or importation into the United States of the ANDA Product would directly infringe, actively induce infringement, and/or contribute to infringement of one or more claims of the '246 Patent. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of the Mankind ANDA, Mankind will make, use, offer to sell, or sell the ANDA Product within the United States, or will import the ANDA Product into the United States, and will thereby contribute to the infringement of and/or induce the infringement of one or more claims of the '246 Patent.

85. Mankind Pharma's Notice Letter lacks any contention that Mankind's ANDA Product will not infringe, contribute to the infringement of, or induce the infringement of the '246 Patent.

86. On information and belief, upon FDA approval of the Mankind ANDA, Mankind will market and distribute the ANDA Product to resellers, pharmacies, hospitals and other clinics, health care professionals, and end users of the ANDA Product. On information and belief, Mankind will also knowingly and intentionally accompany the ANDA Product with proposed prescribing information and a product insert that will include instructions for using and administering the ANDA Product. Accordingly, Mankind will induce health care professionals, resellers, pharmacies, and end users of the ANDA Product to directly infringe one or more claims of the '246 Patent. In addition, on information and belief, Mankind will encourage acts of direct infringement with knowledge of the '246 Patent and knowledge that they are encouraging infringement.

87. Mankind Pharma had actual and constructive notice of the '246 Patent prior to filing the Mankind ANDA, and was aware that the filing of the Mankind ANDA with the request for FDA approval prior to the expiration of the '246 Patent would constitute an act of infringement of the '246 Patent.

88. In addition, upon information and belief, Mankind Pharma filed the Mankind ANDA without adequate justification for asserting the '246 Patent to be invalid, unenforceable, and/or not infringed by the commercial manufacture, use, offer for sale, or sale of the ANDA Product. Mankind Pharma's conduct in certifying invalidity, unenforceability, and/or non-infringement with respect to the '246 Patent renders this case "exceptional" as that term is set forth in 35 U.S.C. § 285.

89.     Plaintiffs will be irreparably harmed if Mankind is not enjoined from infringing, and from actively inducing or contributing to the infringement of one or more claims of the '246 Patent. Plaintiffs do not have an adequate remedy at law, and considering the balance of hardships between Plaintiffs and Mankind, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

## COUNT VI
## DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '246 PATENT

90.     Plaintiffs restate, reallege, and incorporate by reference paragraphs 1–89 as if fully set forth herein.

91.     Plaintiffs' claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

92.     On information and belief, if the Mankind ANDA is approved, the ANDA Product will be made, offered for sale, sold, or otherwise distributed in the United States, including in the State of New Jersey, by or through Mankind and its affiliates. Mankind will therefore directly infringe one or more claims of the '246 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

93.     On information and belief, Mankind knows that health care professionals or patients will use the ANDA Product in accordance with the proposed prescribing information sought by the Mankind ANDA and Mankind will therefore contribute to the infringement of and/or induce the infringement of one or more claims of the '246 Patent under one or more of 35 U.S.C. §§ 271 (b) and (c).

94.     On information and belief, Mankind's infringing activity, including the commercial manufacture, use, offer to sell, sale, or importation of the ANDA Product complained of herein will begin immediately after the FDA approves the Mankind ANDA. Any such conduct before the

19

'246 Patent expires will directly infringe, contribute to the infringement of, and/or induce the infringement of one or more claims of the '246 Patent under one or more of 35 U.S.C. §§ 271(a), (b) and (c).

95. As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Plaintiffs and Mankind concerning liability for the infringement of one or more claims of the '246 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

96. Plaintiffs will be substantially and irreparably harmed by Mankind's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

97. This case is exceptional, and Plaintiffs are entitled to an award of attorneys' fees under 35 U.S.C. § 285.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

(A) A Judgment that under 35 U.S.C. § 271(e)(2)(A), Mankind Pharma's submission to the FDA of ANDA No. 221449 to obtain approval for the commercial manufacture, use, offer for sale, or sale in, or importation into, the United States of the ANDA Product before the expiration of the '856 Patent was an act of infringement of one or more claims of the '856 Patent;

(B) A Judgment that under 35 U.S.C. § 271(e)(2)(A), Mankind Pharma's submission to the FDA of ANDA No. 221449 to obtain approval for the commercial manufacture, use, offer for sale, or sale in, or importation into, the United States of the ANDA Product before the expiration of the '406 Patent was an act of infringement of one or more claims of the '406 Patent;

(C) A Judgment that under 35 U.S.C. § 271(e)(2)(A), Mankind Pharma's submission to the FDA of ANDA No. 221449 to obtain approval for the commercial manufacture, use, offer

for sale, or sale in, or importation into, the United States of the ANDA Product before the expiration of the '246 Patent was an act of infringement of one or more claims of the '246 Patent;

(D)      A Declaratory Judgment that under one or more of 35 U.S.C. §§ 271(a), (b), (c), (f) and (g), Mankind's commercial manufacture, use, offer for sale, or sale in, or importation into, the United States of the ANDA Product, or inducing or contributing to such conduct, would constitute infringement of one or more claims of the '856 Patent;

(E)      A Declaratory Judgment that under one or more of 35 U.S.C. §§ 271(a), (b), (c), (f) and (g), Mankind's commercial manufacture, use, offer for sale, or sale in, or importation into, the United States of the ANDA Product, or inducing or contributing to such conduct, would constitute infringement of one or more claims of the '406 Patent;

(F)      A Declaratory Judgment that under one or more of 35 U.S.C. §§ 271(a), (b), (c), (f) and (g), Mankind's commercial manufacture, use, offer for sale, or sale in, or importation into, the United States of the ANDA Product, or inducing or contributing to such conduct, would constitute infringement of one or more claims of the '246 Patent;

(G)      The entry of a preliminary and permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), enjoining Mankind, its affiliates and subsidiaries, and all persons and entities acting in concert with Mankind from commercially manufacturing, using, offering for sale, or selling the ANDA Product within the United States, or importing the ANDA Product into the United States, until the expiration of the '856, '406, and '246 Patents;

(H)      The entry of an order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of any FDA approval of ANDA No. 221449 shall be no earlier than the last expiration date of any of the '856, '406, and '246 Patents, or any later expiration of exclusivity for any of the '856, '406, and '246 Patents, including any extensions or regulatory exclusivities;

21

(I)    An award of damages or other relief, pursuant to 35 U.S.C. § 271(e)(4)(C), if Mankind engages in the commercial manufacture, use, offer for sale, sale, and/or importation of the ANDA Product, or any product that infringes the '856 Patent, or induces or contributes to such conduct, prior to the expiration of the '856 Patent;

(J)    An award of damages or other relief, pursuant to 35 U.S.C. § 271(e)(4)(C), if Mankind engages in the commercial manufacture, use, offer for sale, sale, and/or importation of the ANDA Product, or any product that infringes the '406 Patent, or induces or contributes to such conduct, prior to the expiration of the '406 Patent;

(K)    An award of damages or other relief, pursuant to 35 U.S.C. § 271(e)(4)(C), if Mankind engages in the commercial manufacture, use, offer for sale, sale, and/or importation of the ANDA Product, or any product that infringes the '246 Patent, or induces or contributes to such conduct, prior to the expiration of the '246 Patent;

(L)    The entry of Judgment declaring that Mankind's acts render this case an exceptional case, and awarding Plaintiffs their attorneys' fees pursuant to 35 U.S.C. §§ 271(e)(4) and 285;

(M)    An award to Plaintiffs of their costs and expenses in this action; and

(N)    Such other and further relief as the Court deems just and proper.

Dated: June 18, 2026

OF COUNSEL:

Jeffrey Lerner
Daniel Cho
Kaveh Saba
Justin Burnam
Laura Martin
Mishael Hibshoosh
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

s/ Charles M. Lizza
Charles M. Lizza
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*

23

**LOCAL CIVIL RULES 11.2 AND 40.1 CERTIFICATION**

Pursuant to Local Civil Rules 11.2 and 40.1, I hereby certify that the matter in controversy involves the same plaintiffs, the same patents, and a defendant seeking approval to sell a generic version of the same drug product that is at issue in the matters captioned *Rayner Surgical Inc., et al. v. Somerset Therapeutics, LLC*, Civil Action No. 24-9017 (GC)(JBD) (D.N.J.) and *Rayner Surgical Inc. v. Amneal Pharms. of N.Y., LLC*, Civil Action No. 26-3629 (GC)(JBD) (D.N.J.), currently pending in this Judicial District.

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated:  June 18, 2026

OF COUNSEL:
Jeffrey Lerner
Daniel Cho
Kaveh Saba
Justin Burnam
Laura Martin
Mishael Hibshoosh
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

s/ Charles M. Lizza
Charles M. Lizza
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*

24

# EXHIBIT A

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use OMIDRIA® safely and effectively. See full prescribing information for OMIDRIA.**

**OMIDRIA® (phenylephrine and ketorolac intraocular solution) 1% / 0.3%, for addition to ocular irrigating solution**
**Initial U.S. Approval: 2014**

——————————————INDICATIONS AND USAGE ——————————

OMIDRIA is an alpha 1-adrenergic receptor agonist and nonselective cyclooxygenase inhibitor indicated for:
- Maintaining pupil size by preventing intraoperative miosis (1)
- Reducing postoperative pain (1)

OMIDRIA is added to an ocular irrigating solution used during cataract surgery or intraocular lens replacement.

——————————————DOSAGE AND ADMINISTRATION ——————————

- Each vial of OMIDRIA must be diluted prior to use for administration to a single patient undergoing cataract surgery or intraocular lens replacement.
- Dilute 4 mL of OMIDRIA in 500 mL of ocular irrigating solution. Irrigation solution is to be used as needed for the surgical procedure. (2)

—————————— DOSAGE FORMS AND STRENGTHS——————————

Intraocular solution containing phenylephrine 10.16 mg/mL (1%) and ketorolac 2.88 mg/mL (0.3%) for use in a single patient. (3)

—————————— CONTRAINDICATIONS ——————————

Hypersensitivity to any component of this product (4)

—————————— WARNINGS AND PRECAUTIONS ——————————

Systemic  exposure to phenylephrine may cause elevations in blood pressure. (5.1)

—————————— ADVERSE REACTIONS ——————————

The most common reported adverse reactions ($\geq$2%) are eye irritation, posterior capsule opacification, increased intraocular pressure, and anterior chamber inflammation. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Rayner Surgical Inc. at 1-877-OMIDRIA or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 04/2023**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
     5.1    Elevated Blood Pressure
     5.2    Cross-Sensitivity or Hypersensitivity
**6    ADVERSE REACTIONS**
     6.1    Clinical Studies Experience
**8    USE IN SPECIFIC POPULATIONS**
     8.1    Pregnancy
     8.2    Lactation
     8.4    Pediatric Use
     8.5    Geriatric Use

**10    OVERDOSAGE**
**11    DESCRIPTION**
**12    CLINICAL PHARMACOLOGY**
     12.1    Mechanism of Action
     12.3    Pharmacokinetics
**14    CLINICAL STUDIES**
**16    HOW SUPPLIED/STORAGE AND HANDLING**
**17    PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

1

## FULL PRESCRIBING INFORMATION

## 1    INDICATIONS AND USAGE

Omidria® is added to an ocular irrigating solution used during cataract surgery or intraocular lens replacement and is indicated for maintaining pupil size by preventing intraoperative miosis and reducing postoperative ocular pain.

## 2    DOSAGE AND ADMINISTRATION

Omidria must be diluted prior to intraocular use. For administration to patients undergoing cataract surgery or intraocular lens replacement, 4 mL of Omidria is diluted in 500 mL of ocular irrigating solution. Irrigation solution is to be used as needed for the surgical procedure for a single patient.

The storage period for the diluted product is not more than 4 hours at room temperature or 24 hours under refrigerated conditions.

Do not use if the solution is cloudy or if it contains particulate matter.

## 3    DOSAGE FORMS AND STRENGTHS

Omidria is an intraocular solution containing 10.16 mg/mL (1% w/v) of phenylephrine and 2.88 mg/mL (0.3% w/v) of ketorolac for use in a single patient.

## 4    CONTRAINDICATIONS

Omidria is contraindicated in patients with a known hypersensitivity to any of its ingredients.

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Elevated Blood Pressure

Systemic exposure to phenylephrine can cause elevations in blood pressure.

### 5.2    Cross-Sensitivity or Hypersensitivity

There is the potential for cross-sensitivity to acetylsalicylic acid, phenylacetic acid derivatives, and other non-steroidal anti-inflammatory drugs (NSAIDs). There have been reports of bronchospasm or exacerbation of asthma associated with the use of ketorolac in patients who either have a known hypersensitivity to aspirin/NSAIDs or a past medical history of asthma. Therefore, use Omidria with caution in individuals who have previously exhibited sensitivities to these drugs.

## 6    ADVERSE REACTIONS

### 6.1    Clinical Studies Experience

Because clinical studies are conducted under widely varying conditions, adverse reaction rates observed in the clinical studies of a drug cannot be directly compared to the rates in the clinical studies of another drug and may not reflect the rates observed in practice.

Table 1 shows frequently reported ocular adverse reactions with an incidence of ≥ 2% of adult patients as seen in the combined clinical trial results from three randomized, placebo-controlled studies *[see Clinical Studies (14)]*.

**Table 1:    Ocular Adverse Reactions Reported by ≥ 2% of Adult Patients**

| MedDRA Preferred Term | Placebo (N=462) | Omidria (N=459) |
|---|---|---|
| | n (%) | n (%) |
| **Ocular Events** | | |
| Anterior Chamber Inflammation | 102 (22%) | 111 (24%) |
| Intraocular Pressure Increased | 15 (3%) | 20 (4%) |
| Posterior Capsule Opacification | 16 (4%) | 18 (4%) |
| Eye Irritation | 6 (1%) | 9 (2%) |
| Foreign Body Sensation in Eyes | 11 (2%) | 8 (2%) |

In a safety study that enrolled 72 pediatric patients up to 3 years old, no overall difference in safety was observed between pediatric and adult patients.

# 8  Use in Specific Populations

## 8.1      Pregnancy

Risk Summary

There are no available data on Omidria use in pregnant women or animals to inform any drug-associated risks. Oral administration of ketorolac to rats during late gestation produced dystocia and increased pup mortality at a dose 740-times the plasma exposure at the recommended human ophthalmic dose (RHOD). Since human systemic exposure to Omidria following a lens replacement procedure is low [*see Clinical Pharmacology (12.3)*], the applicability of animal findings to the risk of Omidria in humans during pregnancy is unclear. Omidria should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Clinical Considerations

*Fetal/Neonatal Adverse Reactions*

Premature closure of the ductus arteriosus in the fetus has occurred with third trimester use of oral and injectable NSAIDs. Ketorolac plasma concentrations are detectable following ocular Omidria administration *[see Clinical Pharmacology (12.3)]*. The use of Omidria during late pregnancy should be avoided.

Data

*Animal Data*

No well-controlled animal reproduction studies have been conducted with Omidria or phenylephrine.

Ketorolac, administered during organogenesis, did not cause embryofetal abnormalities or mortalities in rabbits or rats at oral doses of 3.6 mg/kg/day and 10 mg/kg/day, respectively. These doses produced systemic exposure that is 1150 times and 4960 times the plasma exposure (based on $C_{max}$) at the RHOD, respectively. When administered to rats during late gestation (after Day 17 of gestation) at oral doses up to 1.5 mg/kg/day (740 times the plasma exposure at the RHOD), ketorolac produced dystocia and increased pup mortality.

## 8.2      Lactation

Risk Summary

There are no data on the presence of Omidria in human milk, the effects on the breastfed infant, or the effects on milk production. Howerver, systemic exposure to Omidria, following a lens replacement procedure is low

3

*[see Clinical Pharmacology (12.3)]*. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for Omidria and any potential adverse effects on the breastfed child from Omidria.

## 8.4      Pediatric Use

The safety and effectiveness of Omidria have been established in the pediatric population from neonates to adolescents (birth to younger than 17 years). Use of Omidria in this population is supported by evidence from adequate and well-controlled studies of Omidria in adults with additional data from a single active-controlled safety study in pediatric patients up to 3 years old *[see Clinical Studies (14)]*.

No overall differences in safety were observed between pediatric and adult patients.

## 8.5      Geriatric Use

No overall differences in safety or effectiveness have been observed between elderly and adult patients.

## 10      OVERDOSAGE

Systemic overdosage of phenylephrine may cause a rise in blood pressure. It may also cause headache, anxiety, nausea, vomiting, and ventricular arrhythmias. Supportive care is recommended.

## 11      DESCRIPTION

Omidria is a sterile aqueous solution, containing the $\alpha_1$-adrenergic receptor agonist phenylephrine HCl and the nonsteroidal anti-inflammatory ketorolac tromethamine, for addition to ocular irrigating solution.

The descriptions and structural formulae are:

**Phenylephrine Hydrochloride Drug Substance:**

| | |
|---|---|
| **Common Name:** | phenylephrine hydrochloride |
| **Chemical Name:** | (-)-*m*-Hydroxy-α-[(methylamino)methyl]benzyl alcohol hydrochloride |
| **Molecular Formula:** | $C_9H_{13}NO_2 \cdot HCl$ |
| **Molecular Weight:** | 203.67 g/mole |

**Figure 1: Chemical Structure for Phenylephrine HCl**

**Ketorolac Tromethamine Drug Substance:**

| | |
|---|---|
| **Common Name:** | ketorolac tromethamine |
| **Chemical Name:** | (±)-5-Benzoyl-2,3-dihydro-1H-pyrrolizine-1-carboxylic acid : 2-amino-2-(hydroxymethyl)-1,3-propanediol (1:1) |
| **Molecular Formula:** | $C_{15}H_{13}NO_3 \cdot C_4H_{11}NO_3$ |
| **Molecular Weight:** | 376.40 g/mole |

4

**Figure 2: Chemical Structure for Ketorolac Tromethamine**

Omidria is a clear, colorless to slightly yellow, sterile solution concentrate with a pH of approximately 6.3.

**Each vial of Omidria contains:**

**Actives:** phenylephrine hydrochloride 12.4 mg/mL equivalent to 10.16 mg/mL of phenylephrine and ketorolac tromethamine 4.24 mg/mL equivalent to 2.88 mg/mL of ketorolac.

**Inactives:** citric acid monohydrate; sodium citrate dihydrate; water for injection; may include sodium hydroxide and/or hydrochloric acid for pH adjustment.

# 12        CLINICAL PHARMACOLOGY

## 12.1        Mechanism of Action

The two active pharmaceutical ingredients (API) in Omidria, phenylephrine and ketorolac, act to maintain pupil size by preventing intraoperative miosis, and reducing postoperative pain.

Phenylephrine is an $\alpha_1$-adrenergic receptor agonist and, in the eye, acts as a mydriatic agent by contracting the radial muscle of the iris. Ketorolac is a nonsteroidal anti-inflammatory that inhibits both cyclooxygenase enzymes (COX-1 and COX-2), resulting in a decrease in tissue concentrations of prostaglandins to reduce pain due to surgical trauma. Ketorolac, by inhibiting prostaglandin synthesis secondary to ocular surgical insult or direct mechanical stimulation of the iris, also prevents surgically induced miosis.

## 12.3        Pharmacokinetics

In a pharmacokinetic study evaluating Omidria, systemic exposure to both phenylephrine and ketorolac was low or undetectable.

A single-dose of Omidria as part of the irrigation solution was administered in 14 patients during lens replacement surgery. The volume of irrigation solution used during surgery ranged between 150 mL to 300 mL (median 212.5 mL). Detectable phenylephrine plasma concentrations were observed in one of 14 patients (range 1.2 to 1.4 ng/mL) during the first 2 hours after the initiation of Omidria administration. The observed phenylephrine plasma concentrations could not be distinguished from the preoperative administration of phenylephrine 2.5% ophthalmic solution prior to exposure to Omidria.

Ketorolac plasma concentrations were detected in 10 of 14 patients (range 1.0 to 4.2 ng/mL) during the first 8 hours after the initiation of Omidria administration. The maximum ketorolac concentration was 15 ng/mL at 24 hours after the initiation of Omidria administration, which may have been due to application of postoperative ketorolac ophthalmic solution.

5

# 14    CLINICAL STUDIES

**Studies in Adults**

The efficacy and safety of Omidria were evaluated in two Phase 3, randomized, multicenter, double-masked, placebo-controlled clinical trials in 808 adult patients undergoing cataract surgery or intraocular lens replacement.

Patients were randomized to either Omidria or placebo. Patients were treated with preoperative topical mydriatic and anesthetic agents. Pupil diameter was measured throughout the surgical procedure. Postoperative pain was evaluated by self-administered 0-100 mm visual analog scales (VAS).

Mydriasis was maintained in the Omidria-treated groups while the placebo-treated groups experienced progressive constriction.

**Figure 3:    Intraoperative Pupil Diameter (mm) Change-from-Baseline**



6

At the end of cortical clean-up, 23% of placebo-treated patients and 4% of Omidria-treated patients had a pupil diameter less than 6 mm ($p < 0.01$).

Pain during the initial 10-12 hours postoperatively was statistically significantly less in the Omidria-treated groups than in the placebo-treated groups.

**Figure 4:      Postoperative Mean Visual Analog Scale (VAS) Scores for Pain**



During the 10-12 hours postoperatively, 26% of Omidria-treated patients reported no pain (VAS = 0 at all timepoints) while 17% of placebo-treated patients reported no pain ($p < 0.01$).

**Study in Pediatric Patients**

The safety of Omidria was evaluated in a single, randomized, multicenter, double-masked, active-controlled clinical study in 72 pediatric patients up to 3 years old undergoing cataract surgery with or without intraocular lens replacement.

7

Patients were randomized to either Omidria or phenylephrine. Patients were treated with preoperative topical mydriatic and anesthetic agents. As in the adult studies, mydriasis was maintained in the Omidria-treated group. No overall differences in safety were observed between pediatric and adult patients.

# 16      HOW SUPPLIED/STORAGE AND HANDLING

Omidria (phenylephrine and ketorolac intraocular solution) 1%/0.3% is supplied in a clear, 5-mL glass, single-patient-use vial containing 4 mL of sterile solution, for addition to ocular irrigating solution.

Omidria is supplied in a multi-pack containing:

4 vials: NDC 82604-600-04 or

10 vials: NDC 82604-600-10

**Storage:** Store at 20˚ to 25˚C (68˚ to 77˚F). Protect from light.

# 17      PATIENT COUNSELING INFORMATION

Inform patients that they may experience sensitivity to light.

Rayner Surgical Inc.

Suite 102, 14335 NE 24th Street

Bellevue, WA 98007

© Rayner 2023

Patented product see www.rayner.com/patents for further details.

OMIDRIA® and the OMIDRIA® logo are registered trademarks of Rayner Surgical Inc.

640069
Revised: 04/2023
US-OM-2300042 04/23

# EXHIBIT B



US009066856B2

## (12) United States Patent
### Demopulos et al.

(10) Patent No.: **US 9,066,856 B2**
(45) **Date of Patent:** **Jun. 30, 2015**

(54) **STABLE PRESERVATIVE-FREE MYDRIATIC AND ANTI-INFLAMMATORY SOLUTIONS FOR INJECTION**

(71) Applicant: **Omeros Corporation**, Seattle, WA (US)

(72) Inventors: **Gregory A. Demopulos**, Mercer Island, WA (US); **Hui-rong Shen**, Bothell, WA (US); **Clark E. Tedford**, Poulsbo, WA (US)

(73) Assignee: **Omeros Corporation**, Seattle, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/061,039**

(22) Filed: **Oct. 23, 2013**

(65) **Prior Publication Data**

US 2014/0235691 A1      Aug. 21, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/736,179, filed on Dec. 12, 2012, provisional application No. 61/718,026, filed on Oct. 24, 2012.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/135* | (2006.01) |
| *A61K 31/40* | (2006.01) |
| *A61K 31/19* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 31/137* | (2006.01) |
| *A61K 31/407* | (2006.01) |
| *A61K 31/138* | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *A61K 9/0048* (2013.01); *A61K 31/137* (2013.01); *A61K 31/407* (2013.01); *A61K 31/138* (2013.01)

(58) **Field of Classification Search**
CPC .. A61K 31/135; A61K 31/137; A61K 31/407
USPC ........................................ 514/653, 413, 557
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,474,751 | A | 10/1984 | Haslam et al. |
| 4,474,811 | A | 10/1984 | Masuda et al. |
| 4,550,022 | A | 10/1985 | Garabedian et al. |
| 4,876,250 | A | 10/1989 | Clark |
| 4,938,970 | A | 7/1990 | Hustead et al. |
| 5,110,493 | A | 5/1992 | Cherng-Chyi et al. |
| 5,212,196 | A | 5/1993 | House et al. |
| 5,298,487 | A | 3/1994 | Chen et al. |
| 5,371,078 | A | 12/1994 | Clark et al. |
| 5,523,316 | A | 6/1996 | Gan et al. |
| 5,587,175 | A | 12/1996 | Viegas et al. |
| 5,612,027 | A | 3/1997 | Galin et al. |
| 5,624,893 | A | 4/1997 | Yanni |
| 5,696,091 | A | 12/1997 | York et al. |
| 5,759,532 | A | 6/1998 | Galin et al. |
| 5,767,105 | A | 6/1998 | Peyman |

| | | | |
|---|---|---|---|
| 5,798,356 | A | 8/1998 | Doshi |
| 5,800,385 | A | 9/1998 | Demopulos et al. |
| 5,811,446 | A | 9/1998 | Thomas |
| 5,820,583 | A | 10/1998 | Demopulos et al. |
| 5,858,017 | A | 1/1999 | Demopulos et al. |
| 5,860,950 | A | 1/1999 | Demopulos et al. |
| 5,972,326 | A | 10/1999 | Galin et al. |
| 6,030,974 | A | 2/2000 | Schwartz et al. |
| 6,056,715 | A | 5/2000 | Demopulos et al. |
| 6,117,907 | A | 9/2000 | Sher |
| 6,210,394 | B1 | 4/2001 | Demopulos et al. |
| 6,218,428 | B1 | 4/2001 | Chynn |
| 6,242,447 | B1 | 6/2001 | Demopulos et al. |
| 6,254,585 | B1 | 7/2001 | Demopulos et al. |
| 6,261,279 | B1 | 7/2001 | Demopulos et al. |
| 6,280,745 | B1 | 8/2001 | Flore et al. |
| 6,350,781 | B1 | 2/2002 | Shahinia |
| 6,395,746 | B1 | 5/2002 | Cagle et al. |
| 6,413,961 | B1 | 7/2002 | Demopulos et al. |
| 6,420,432 | B2 | 7/2002 | Demopulos et al. |
| 6,492,332 | B1 | 12/2002 | Demopulos et al. |
| 6,495,598 | B1 | 12/2002 | Yoneda et al. |
| 6,562,873 | B2 | 5/2003 | Olejnik et al. |
| 6,645,168 | B2 | 11/2003 | Demopulos et al. |
| 7,091,181 | B2 | 8/2006 | Demopulos et al. |
| 7,973,068 | B2 | 7/2011 | Demopulos et al. |
| 8,173,707 | B2 * | 5/2012 | Demopulos et al. ......... 514/579 |
| 8,586,633 | B2 * | 11/2013 | Demopulos et al. ......... 514/579 |
| 2002/0071874 | A1 | 6/2002 | Olejnik et al. |
| 2002/0128267 | A1 | 9/2002 | Bandyopadhyay et al. |
| 2002/0183279 | A1 | 12/2002 | Tanaka |
| 2003/0017199 | A1 | 1/2003 | Woodward et al. |
| 2003/0087962 | A1 | 5/2003 | Demopulos et al. |
| 2004/0072809 | A1 * | 4/2004 | Demopulos et al. ......... 514/171 |
| 2008/0194649 | A1 | 8/2008 | Khatib |
| 2010/0311688 | A1 | 12/2010 | Chapin et al. |
| 2010/0311705 | A1 | 12/2010 | Demopulos et al. |
| 2011/0105450 | A1 | 5/2011 | Chapin et al. |
| 2012/0022094 | A1 | 1/2012 | Harris et al. |
| 2013/0079344 | A1 | 3/2013 | Demopulos et al. |
| 2014/0221326 | A1 | 8/2014 | Demopulos et al. |
| 2014/0235597 | A1 | 8/2014 | Demopulos et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2002-362397 | 3/2002 |
| EP | 0364266 A2 | 4/1990 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 13/420,440, filed Mar. 14, 2012, Demopulos et al.

(Continued)

*Primary Examiner* — Kevin E Weddington

(74) *Attorney, Agent, or Firm* — Marcia S. Kelbon

(57) **ABSTRACT**

The present invention relates to stable, preservative- and anti-oxidant-free liquid formulations of phenylephrine and ketorolac for injection.

**16 Claims, 29 Drawing Sheets**

# US 9,066,856 B2

Page 2

## (56) References Cited

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 550 921 A1 | 7/1993 |
| EP | 0 903 151 A1 | 3/1999 |
| JP | 2001-516258 | 9/2001 |
| JP | 2002-523513 | 4/2002 |
| JP | 2002161032 A2 | 6/2002 |
| WO | WO 87/07141 | 12/1987 |
| WO | WO 91/02527 | 3/1991 |
| WO | WO 92/04008 | 3/1992 |
| WO | WO 94/08602 | 4/1994 |
| WO | WO 94/08602 A1 | 4/1994 |
| WO | WO 95/09003 | 4/1995 |
| WO | WO 95/16435 A2 | 6/1995 |
| WO | WO 95/34298 | 12/1995 |
| WO | WO 96/00055 | 1/1996 |
| WO | WO 96/19233 | 6/1996 |
| WO | WO 97/09973 | 3/1997 |
| WO | WO 97/21445 | 6/1997 |
| WO | WO 98/04171 | 9/1998 |
| WO | WO 98/38996 | 9/1998 |
| WO | WO 98/47890 | 10/1998 |
| WO | WO 00/01379 | 1/2000 |
| WO | WO 00/03705 | 1/2000 |
| WO | WO 00/23061 | 4/2000 |
| WO | WO 00/23062 | 4/2000 |
| WO | WO 00/23066 | 4/2000 |
| WO | WO 00/23072 | 4/2000 |
| WO | WO 00/25745 | 5/2000 |
| WO | WO 00/35433 | 6/2000 |
| WO | WO 00/69255 | 11/2000 |
| WO | WO 01/07050 A1 | 2/2001 |
| WO | WO 01/41550 A2 | 6/2001 |
| WO | WO 01/82914 A2 | 11/2001 |
| WO | WO 02/05815 | 1/2002 |
| WO | WO 02/009702 | 7/2002 |
| WO | WO 2004/010894 A2 | 2/2004 |
| WO | WO 2014/066485 A1 | 5/2014 |

### OTHER PUBLICATIONS

U.S. Appl. No. 13/420,456, filed Mar. 14, 2012, Demopulos et al.

U.S. Appl. No. 14/186,146, filed Feb. 21, 2014, Demopulos et al.

U.S. Appl. No. 14/075,588, filed Nov. 8, 2013, Demopulos et al.

Corbett et al., "Intraocular adrenaline maintains mydriasis during cataract surgery," *Br. J. Ophthalmol.* 78:95-98 (1994) (Abstract Only).

Gillart et al., "Effects of Local Clonidine for Prolongation of Akinesia After Peribulbar Block," *Anesthesiology* 31(3A):A941-A942 (1994).

Grond, S., et al., "Inhibition of Synovial Plasma Extravasation by Preemptive Administration of an Antiinflammatory Irrigation Solution in the Rat Knee," *Anesth Analg* 92:1301-6 (2001).

Malhotra et al., "Comparison of the cardiovasculare effects of 2.5% phenylephrine and 10% phenylephrine during ophthalmic surgery," *Eye* 12:973-975 (1998).

Antcliff et al., "The maintenance of per-operative mydriasis in phacoemulsification with topical diclofenac sodium," *Eye* 11:389-391 (1997).

Liou, Shiow-Wen, et al., "The Effects of Intracameral Adrenaline Infusion on Pupil Size, Pulse Rate, and Blood Pressure During Phacoemulsification," *J Ocular Pharmacol Ther* 14(4):357-361 (1998).

Gimbel, "The effect of treatment with topical nonsteroidal anti-inflammatory drugs with and without intraoperative epinephrine on the maintenance of mydriasis during cataract surgery," *Ophthalmology* 96(5):585-588 (1989) (Abstract Only).

Shimada, H., et al., "Effects of Flubiprofen on Extracapsular Cataract Extraction," *Journal of the Eye* 4(5):719-722 (1987). Japanese language.

Shimada, H., et al., "Effects of Flubiprofen on Extracapsular Cataract Extraction," *Journal of the Eye* 4(5):719-722 (1987). English translation.

Titcomb, "Revision of Pharmacology," www.optometry.co.uk 25-34 (2002).

Zimm, Jeffrey L., et al., "Effects of topical suprofen and flurbiprofen on the miosis produced by anterior chamber irrigation with cholinergic agonists," *J Cataract Refract Surg* 17:790-793 (1991).

Snyder, R.W., et al., "Acular as a single agent for use an an antimiotic and anti-inflammatory in cataract surgery," *J Cataract Refract Surg* 26(8):1225-1227 (2000).

Shimada, H., et al., "Effects of an Anti-prostaglandin Agent Added to the Irrigation Solution on Damage to the Anterior Segment in Monkey Eyes Induced by Pars Plana Vitrectomy," *Acta Soc Ophthalmol Jpn* 93:823-829 (1989).

Miyake et al., "Latanoprost Accelerates Disruption of the Blood-Aqueous Barrier and the Incidence of Agiographic Cystoid Macular Edema in Early Postoperative Pseudophakias," *Arch Ophthalmol* 117:34-40 (1999).

Miyake et al., "Enhanced Disruption of the Blood-Aqueous Barrier and the Incidence of Angiographic Cystoid Macular Edema by Topical Timolol and Its Preservative in Early Postoperative Pseudophakia," *Arch Ophthalmol* 119:387-394 (2001).

Fichman, "Anesthesia and preoperative and postoperative medications," *Current Opinion in Ophthalmology* 7:17-20 (1996).

Alcon Laboratories, "The Worldwide Winner TobraDex," Internet Publication, http://www.alconlabs.com/us/aj/products/RxTher/TobraDexPro.jhtml (Jun. 3, 2003).

Heier, J., et al., "Ketorolac tromethamine 0.5% ophthalmic solution in the treatment of moderate to severe ocular inflammation after cataract surgery: a randomized, vehicle-controlled clinical trial," *Am J Ophthalmol* 127(3):253-9 (1999).

Alcon Laboratories, "Sterile Intraocular Irrigating Solution," Internet Publication, http://www.alconlabs.com/ca_en/aj/products/bss-pm1.jhtml (Jun. 26, 2003).

Wang, R.F., et al., "Effect of Oxymetazoline on Aqueous Humor Dynamics and Ocular Blood Flow in Monkeys and Rabbits," *Arch Ophthalmol* 111:535-8 (1993) (Abstract only).

Chu, Teh-Ching, et al., "Oxymetazoline: Potential Mechanisms of Inhibitory Effects on Aqueous Humor Dynamics," *Pharmacology* 53:259-270 (1996).

Patil, Popat N., et al., "Antimuscarinic Action of Oxymetazoline on Human Intraocular Muscles," *Journal of Ocular Pharmacology and Therapeutics* 20(4):328-332 (2004).

Fluch, A.J., et al., "Effectiveness of ketorolac tromethamine 0.5% ophthalmic solution for chronic aphakic and pseudophakic cystoid macular edema," *Am J Ophthalmol* 103(4):479-86 (1987).

Anderson, Janet A., et al., "Multiple Dosing Increases the Ocular Bioavailability of Topically Administered Flurbiprofen," *Arch Ophthalmol* 106:1107-1109 (1988).

Ishikawa, H., et al., "Comparison of post-junctional alpha-adrenoceptors in iris dilator muscle of humans, and albino and pigmented rabbits," *Naunyn Schmeidebergs Arch Pharmacol* 354(6):765-72 (1996).

Liou, Shiow-Wen, et al., "Maintenance of Mydriasis with One Bolus of Epinephrine Injection During Phacoemulsification," *J Ocular Pharmacol Ther* 17(3):249-253 (2001).

Lundberg, Björn, M.D., et al., "Intracameral mydriatics in phacoemulsification cataract surgery," *J Cataract Refract Surg* 29:2366-2371 (2003).

Flach, Allan J., "Cyclo-oxygenase Inhibitors in Ophthalmology," *Survey of Ophthalmology* 36(4):259-284 (1992).

Flach, A.J., et al., "The effect of ketorolac tromethamine solution 0.5% in reducing postoperative inflammation after cataract extraction and intraocular lens implantation," *Ophthalmology* 95(9):1279-84 (1988).

Flach, Allan, J., "Corneal Melts Associated with Topically Applied Nonsteroidal Anti-Inflammatory Drugs," *Tr Am Opth* 99:205-212 (2001).

"The Pocket Oxford American Dictionary of Current English," Oxford University Press, New York, p. 418 (2002).

"The Bantam Medical Dictionary," Laurence Urdang Associates Ltd., Bantam Books, New York, p. 17 (1981).

Gills, J.P., "Intraocular irrigating solutions with cataract surgery," *Atlas of Cataract Surgery*, Masket, Samuel MD and Crandall, Alan S MD, eds. Chapter 3, Martin Dunitz Publisher (1999).

US 9,066,856 B2

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

Gills, J.P., et al., Comment on "Bacterial endophthalmitis prophylaxis," *Ophthalmology* 110(8):1668 (2003).

Gills, J.P., et al., "Effect of intracameral triamcinolene to control inflammation following cataract surgery," *J Cataract Refract Surg* 31(8):1670-1 (2005).

Gills, J.P., "My Method of Extracapsular Cataract Extraction With Implantation of a Posterior Chamber Intraocular Lens," *Ophthalmis Surgery* 16(6):386-392 (1985).

Hirowatari, Takeo, et al., "Evaluation of a New Preoperative Opthalmic Solution," *Can J Ophthalmol* 40:58-62 (2005).

Snyder, R.W., et al., "Acular as a single agent for use an an antimiotic and anti-inflammatory in cataract surgery," *J Cataract Refract Surg* 26:1225-127 (2000).

Srinivasan, M.S., et al., "Topical ketorolac tromethamine 0.5% versus diclofenac sodium 0.1% to inhibit miosis during cataract surgery," *J Cataract Refract Surg* 28:517-520 (2002).

*Taber 's Cyclopedic Medical Dictionary*, 19th Edition, F.A. Davis Company, Philadelphia, pp. 1131-1132 (2003).

Eleftheriadis, H., et al., "Corneal toxicity secondary to inadvertent use of benzalkonium chloride preserved viscoelastic material in cataract surgery," *British Journal of Ophthalmology* 86:299-305 (2002).

Zaczek, A., et al., "The effect of phenylephrine on pain and flare intensity in eyes with uvitis," *Acta Ophthahnologica Scandinavica* 78:516-518 (2000).

Online Merck Manual Home Edition articles entitled, "Inflammation," "Blepharitis," "Dacrocystitis," "Infections," "Gout," "Pseudogout," "Sinusitis," "Pharyngitis," "Reiter's Syndrome," "Tongue Disorders," "Meningitis," "Viral Infections," "Hemrroids," "Urethritis," "Episcleritis," "Conjunctivitis," and "Rheumatoid Arthritis," www.merck.com/mmhe/print/sec20/ch236/ch236d.html, 51 pages, accessed Mar. 2007 (2003).

Medline Plus, Medical Encyclopedia: Neuroretinitis, Definition of "Neuroretinitis," www.nlm.nih.gov/medlineplus/ency/article/002268.htm, accessed Mar. 2007, (2005).

Kuby, J., "Immunology," Third Edition, W.H. Freeman and Company, New York, pp. 67 and 365-378, (1997).

Chaudhary, K.P., et al., "Preoperative Topical Flubiprofen—Na$^+$in Extracapsular Lens Extraction Role in Maintaining Intraoperative Pupillary Dilation," *Ind. J. Opthal.* 40(4):109-114 (1992).

Arshinoff, S.A., et al., "Pharmacotherapy of Photorefractive Keratectomy," *J Cataract Refract Surg* 22:1037-1044 (1996).

Volpe, N, et al., "Single Dose Ondansetron for Prevention of Postoperative Nausea and Vomiting," *Drug Invest* 8(2):67-72 (1994).

Cherry, P.M.H., et al., "The Treatment of Pain Following Excimer Laser Photorefractive Keratectomy: Additive Effect of Local Anesthetic Drops, Topical Diclofenac, and Bandage Soft Contact," *Opthalmic Surg Lasers* 27:S477-S480 (1996).

Gurbaxani, A., et al., "Intracameral phenylephrine to prevent floppy iris syndrome during cataract surgery in patients on tamsulosin," *Eye* 21:331-332 (2007).

Goyal, R., et al., "Randomised Controlled Trial of Ketorolac in the Management of Corneal Abrasions," *Acta Ophthalmol. Scand.* 79:177-179 (2001).

Arshinoff, S., et al., "Use of Topical Nonsteroidal Anti-Inflammatory Drugs in Excimer Laser Photorefractive Keratectomy," *J Cataract Refract Surg* 20:216-222 (1994).

Busse, W., et al., "A Multicenter, Double-Blind; Randomized, Placebo-Controlled Trial Comparing the Efficacy and Tolerability of Levocabastine-Oxymetazoline Nasal Spray with Levocabastine and Oxymetazoline Alone in the Symptomatic Treatment of Seasonal Allergic Rhinitis," *American Journal of Rhinology* 10(2):105-111 (1996).

Quiroz, C., et al., "N.F.12: A New Topical Solution for External Eye Disease," *American Journal of Ophthalmology* 41(6):1020-1024 (1956).

Grahn, B., et al., "Diagnostic Ophthalmology," *Can Vet J* 35:730-731 (1994).

Angra, S.K., et al., "Safe and Effective Management of Vernal Keratoconjunctivitis (VKC): A Double Blind Clinical Study," *Ann Natl Acad Med Sci* (*India*) 25(1):9-12 (1989).

Batra, D., et al., "Patterns of Responses to Alternative Medicines in Controlling Allergic Conjunctivitis," *Ind. J. Ophthal* 36(1):17-21 (1988).

Matsuda, M., et al., "The Addition of Oxidized Glutathione to Intraocular Irrigating Solutions to Prevent Corneal Endothelial Damage During Intraocular Surgery," *Folia Ophthalmol Jpn* 41:1093-1098 (1990) Japanese language.

Matsuda, M., et al., "The Addition of Oxidized Glutathione to Intraocular Irrigating Solutions to Prevent Corneal Endothelial Damage During Intraocular Surgery," *Folia Ophthalmol Jpn* 41:1093-1098 (1990) English translation.

Nishide, T., et al., "Topical Anesthesia with Additional Intracameral Irrigation of 0.2% Lidocaine during Cataract Surgery in High Myopic Eyes," *Jpn J Clin Ophthalmol* 53(5):921-922 (1999) Japanese language.

Nishide, T., et al., "Topical Anesthesia with Additional Intracameral Irrigation of 0.2% Lidocaine during Cataract Surgery in High Myopic Eyes," *Jpn J Clin Ophthalmol* 53(5):921-922 (1999) English translation.

Kinoshita, A., "Mydriatic Efficacy of Irrigated Phenylephrine during Extracapsular Cataract Surgery," *Folia Ophthalmol Jpn* 40:1730-1733 (1989) Japanese language.

Kinoshita, A., "Mydriatic Efficacy of Irrigated Phenylephrine during Extracapsular Cataract Surgery," *Folia Ophthalmol Jpn* 40:1730-1733 (1989) English translation.

Tsuchisaka, H., "How to Use Surgical Adjuvents and Drugs in IOL Implantation," *Journal of the Eye* 4(6):755-759 (1987) Japanese language.

Tsuchisaka, H., "How to Use Surgical Adjuvents and Drugs in IOL Implantation," *Journal of the Eye* 4(6):755-759 (1987) English translation.

Lacy, C. et al, "Drug Information Handbook," Lexi-Comp, Inc. Cleveland, Ohio, pp. 497 and 717-719, (1993).

Katsura, Hiroshi, "How to Use Local Anesthetic," *Eye Clinic* 27:1055-1060 (1985). Japanese language.

Katsura, Hiroshi, "How to Use Local Anesthetic," *Eye Clinic* 27:1055-1060 (1985). English translation.

Sandoval, H.P., et al., "A review of the use of ketorolac tromethamine 0.4% in the treatment of post-surgical inflammation following cataract and refractive surgery," *Clin Ophthalmol* 1(4):367-71 (2007).

Suleiman, Y.M., et al., "Comparison of ketorolac tromethamine and prednisolone acetate in preventing surgically induced miosis during cataract surgery," *Sultan Qaboos Univ Med J* 10(1):57-63 (2010).

Adrenalin [package insert]. JPH Pharmaceuticals, LLC, Rochester, MI; 2004.

Arshinoff, S.A., et al. (2009). The pharmacotherapy of cataract surgery. In *Ophthalmology* (M. Yanoff and J.S. Duker, Eds.) Third Edition. (pp. 434-440). Elsevier.

Batenburg, W., et al., "Carvedilol-induced antagonism of angiotensin II: a matter of $\alpha_1$—adrenoceptor blockade," *Journal of Hypertension* 24:1355-1363 (2006).

Behndig, A., et al., "Mydriatic response to different concentrations of intercameral phenylephrine in humans," *J Cataract Refract* 36:1682-1686 (2010).

Bhattacharjee, A.K., et al., "MMP-9 and EBA immunoreactivity after papaverine mediated opening of the blood-brain barrier," *NeuroReport* 13:2217-2221 (2002).

Fine, I.H., et al. (2009). Phacoemulsification in the presence of a small pupil. In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition (pp. 245-258). Elsevier.

Flach, A.J., et al., "Improvement in visual acuity in chronic aphakic and pseudophakic cystoid macular edema after treatment with topical 0.5% ketorolac tromethamine," *Am J Ophthalmol* 112:514-519 (1991).

Guzek, J.P., et al., "Risk factors for intraoperative complications in 1000 extracapsular cataract cases," *Ophthalmology* 94:461-466 (1987).

Ho, T., et al., "Maximal mydriasis evaluation in cataract surgery," *J Cataract Refract Surg* 18:375-379 (1992).

(56) **References Cited**

OTHER PUBLICATIONS

Holló, G. "The side effects of the prostaglandin analogues," *Expert Opin Drug Saf* 6(1):45-52 (2007).

Kozlowska, H., et al., "Ligands at $\beta_2$–, $\beta_3$–, and the low-affinity state of $\beta_1$—adrenoceptors block the $\alpha_1$—adrenoceptor-mediated constriction in human pulmonary and rat mesenteric arteries," *J Cardiovasc Pharmacol* 46(1):76-82 (2005).

Mamalis, N. (2009). Toxic anterior segment syndrome. In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition. (pp. 589-594). Elsevier.

Moroi, S.E., et al. (2001). Ocular pharmacology. In *Goodman & Gilman 's The Pharmacological Basis of Therapeutics* (J.G. Hardman and L.E. Limbird, Eds.) Tenth Edition. (pp. 1821-1848). McGraw-Hill.

Nakamura, S., et al., "Evaluation of $\alpha_1$—adrenoceptors in the rabbit iris: pharmacological characterization and expression of mRNA," *Br J Pharmacol* 127:1367-1374 (1999).

Narendran, N., et al., "The cataract national dataset electronic multicenter audit of 55 567 operations: risk stratification for posterior capsule rupture and vitreous loss," *Eye* 23:31-37 (2009).

Neuhann, T.F. et al. (2009). Capsulorrhexis. In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition. (pp. 163-171). Elsevier.

Radi, Z.A., et al., "The pathophysiologic role of cyclooxygenases in the eye," *J Ocular Pharmacol Ther* 24(2):141-151 (2008).

Rutar, T., et al., "Risk factors for intraoperative complications in resident-performed phasoemulsificatin surgery," *Ophthalmology* 116:431-436 (2009).

Schalnus, R. "Topical nonsteroidal anti-inflammatory therapy in ophthalmology," *Ophthalmologica* 217:89-98 (2003).

Waitzman, M.B. "Prostaglandins and the eye," *Metabolic, Pediatric and Systemic Ophthalmology* 6:17-26 (1982).

Menapace, R. (2005). Prevention of posterior capsule opacification. In *Cataract and Refractive Surgery* (T. Kohnen and D. Koch, Eds.) (pp. 101-122). Springer.

Acular [package insert]. Allergan, Inc., Irvine, CA; 2004.

Srinivasan, M., et al., "Sodium bicarbonate—an alternative to hyaluronidase in ocular anaesthesia for cataract surgery," *Indian Journal of Ophthalmology* 48(4):285-89 (2000).

Solomon, K.D., et al., "Topical 0.5% ketorolac vs 0.03% flurbiprofen for inhibition of miosis during cataract surgery," *Arch Opthalmol* 115:1119-1122 (1997).

Gills, J.P., "Injectable Prostaglandins Inhibitors Prior to Cataract Surgery," *J Cataract Refract* 13:459-460 (1987).

Yuen, V.H., et al., "Comparison of three modified lidocaine solutions for use in eyelid anesthesia," *Ophthalmic Plastic and Reconsturctie Surgery* 15(2):143-147 (1999).

Krohn, J., et al., "Retrobulbar anesthesia with and without hyaluronidase in extracapsular cataract surgery," *Acta Opthalmologica* 71:791-795 (1993).

"Toxic Anterior Segement Syndrome After Acataract Surgery—Maine, 2006," *MMWR Weekly* 56(25):629-630 (2007), retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5625a2.htm on May 12, 2014.

Slack, J.W., et al., "A Bisufltie-free Intraocular Epinephrine Solution," *Am.J.Opthalmol.* 110(1):77-82 (1990).

Crandall, A., et al. (Oct. 2011). *OMS302 Maintains Mydriasis and Decrease Postoperative Pain in Cataract Surgery*. Poster Session presented at the meeting of the American Academy of Ophthalmology , Orlando, FL.

Toxic Anterior Segment Syndrome After Cataract Surgery—Maine, 2006 (Jun. 27, 2007). In *MMWR Weekly*. Retrieved from http://cdc.gov/mmwr/preview/mmwrhtml/mm5625a2.htm.

Allergan. (2011). *Acuvail® (ketorolac tromethamine ophthalmic solution)* 0.45%. Irvine, CA. (Package Insert).

Loyd, A. (2001). Phenlephrine 0.25% Ophthalmic Solution, Preservative Free. In *Sterile Product Compounding*. Retrieved from http://www.ijpc.com/Abstracts/Abstract.cfm?ABS=544. (Abstract Only).

*Phenylephrine Hydrochloride Injection*, USP 1%. (Package Insert).

Allergan. (2011). *Acular—ketorolac tromethamine solution/drops*. Irvine, CA. (Package Insert).

Akorn, Inc. (2005). *AK—Dilate™ Phenylephrine Hydrochloride Ophthalmic Solution, USP 2.5%—Sterile*. Buffalo Grove, IL. (Package Insert).

Allergan. (2001). *Acular® (ketorolac tromethamine ophthalmic solution)* 0.5% Sterile. Irvine, CA. (Package Insert).

Bedford Laboratories. (2008) *Ketorolac Tromethamine (ketorolac tromethamine) Injection, Solution*. Retrieved from http://dailymed.nlm.nih.gov/dailymed/archives/fdaDrugInfo.cfm?archivedid=8730. (Package Insert).

Falcon Pharmaceuticals, Ltd., et al. *Phenylephrine Hydrochloride Ophthalmic Solution*, 2.5%. Fort Worth, TX. (Package Insert).

Phenylephrine Hydrochloride. (2012). In *Medicines Support Unit for Optometrists*. Retrieved from http://www.med-support.org.uk/IntegratedCRD.nsf/b73d388be6b449968025768c005313. (Package Insert).

InterMed Medical Ltd. (2005). Neo-Synephrine® Phenylephrine Hydrochloride 1% Injection. In *Information for Helath Professionals Data Sheet*. Retreived from file:///Hl/OMS302/Commercial PE and KT products/Neo-Synephrine product info.htm.

Database WPI Week 200256, Derwent Publications Ltd., London, GB: AN 2002-523513 & JP 2002 161032 A, Tasisho Pharm Co. Ltd, Jun. 4, 2002. Abstract Only.

Goodman & Gilman's the Pharmacological Basis of Therapeutics, Tenth Edition, McGraw-Hill, Eds., 2001. pp. 145-146, 687.

* cited by examiner

**F1, G1**
5mM Ketor/5mM Phen
NaPhosphate, pH 7.4
No Excipients or
Additives

**Related Substance Assay Results for F1, G1 pH7.4**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.21 |
| 2 | 0.00 | 0.00 | 0.00 | 2.26 |
| 3 | 0.00 | 0.00 | 0.25 | 1.74 |
| 4 | 0.00 | 0.00 | 0.40 | 2.68 |
| 6 | 0.00 | 0.21 | 1.22 | 5.64 |
| 9 | 0.00 | 0.00 | 0.29 | 8.85 |
| 12 | 2.09 | 1.36 | 1.90 | 16.97 |

**Related Substance Assay Results for F1, G1 pH7.4**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.09 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.09 | | |
| 0.5 | 0.08 | 0.08 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.09 |
| 2 | 0.00 | 0.00 | 0.00 | 0.67 |
| 3 | 0.00 | 0.00 | 0.00 | 0.74 |
| 4 | 0.00 | 0.00 | 0.23 | 1.12 |
| 6 | 0.00 | 0.21 | 0.66 | 3.51 |
| 9 | 0.00 | 0.05 | 0.36 | 2.65 |
| 12 | 0.00 | 0.00 | 0.64 | 3.30 |

FIG. 1

| F1, G2 |
| :---: |
| 5mM Ketor/5mM Phen |
| NaPhosphate, pH 7.4 |
| EDTA |

**Related Substance Assay Results for F1, G2 pH7.4**

| Time (months) | Phenylephrine % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.36 |
| 3 | 0.00 | 0.00 | 0.00 | 1.17 |
| 4 | 0.00 | 0.00 | 0.50 | 1.82 |
| 6 | 0.00 | 0.00 | 0.77 | 2.85 |
| 9 | 0.00 | 0.00 | 0.47 | 2.70 |
| 12 | 0.99 | 1.01 | 1.38 | 5.19 |

**Related Substance Assay Results for F1, G2 pH7.4**

| Time (months) | Ketorolac % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.07 | | |
| 0.5 | 0.07 | 0.00 | 0.00 | 0.00 |
| 1 | 0.11 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.28 | 0.51 |
| 4 | 0.00 | 0.00 | 0.13 | 1.07 |
| 6 | 0.10 | 0.00 | 0.43 | 3.05 |
| 9 | 0.00 | 0.00 | 0.13 | 1.47 |
| 12 | 0.00 | 0.00 | 0.33 | 1.78 |

FIG. 2

**F1, G3**
5 mM Ketor/5 mM Phen
NaPhosphate, pH 7.4
EDTA + Na metabisulfite

**Related Substance Assay Results for F1, G3 pH7.4**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.12 | 0.29 | 0.32 |
| 1 | 0.00 | 0.27 | 0.46 | 1.20 |
| 2 | 0.34 | 0.22 | 0.44 | 0.90 |
| 3 | 0.40 | 0.82 | 1.77 | 2.90 |

**Related Substance Assay Results for F1, G3 pH7.4**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.56 | ///// | ///// |
| 0.5 | 1.65 | 1.71 | 2.74 | 1.31 |
| 1 | 2.91 | 3.38 | 3.84 | 4.72 |
| 2 | 2.60 | 2.64 | 3.22 | 4.33 |
| 3 | 4.03 | 4.97 | 4.76 | 5.37 |

FIG. 3

| F2, G1 |
|:---:|
| 5 mM Ketor/5mMPhen NaCitrate, pH 6.5 No Excipients or Additives |

**Related Substance Assay Results for F2 G1 pH6.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.44 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.15 |
| 4 | 0.22 | 0.00 | 0.33 | 0.32 |
| 6 | 0.00 | 0.00 | 0.87 | 3.24 |
| 9 | 0.00 | 0.00 | 0.48 | 1.97 |
| 12 | 0.27 | 0.00 | 0.93 | 5.53 |

**Related Substance Assay Results for F2, G1 pH6.5**

| Time (months) | Ketorolac % Related Substances | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.05 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.09 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.20 |
| 2 | 0.00 | 0.00 | 0.00 | 0.49 |
| 3 | 0.00 | 0.00 | 0.00 | 0.61 |
| 4 | 0.17 | 0.33 | 0.00 | 1.72 |
| 6 | 0.00 | 0.00 | 0.41 | 1.99 |
| 9 | 0.00 | 0.00 | 0.18 | 1.99 |
| 12 | 0.00 | 0.00 | 0.25 | 2.32 |

FIG. 4

| F2, G2 |
| :---: |
| 5mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA |

**Related Substance Assay Results for F2, G2 pH6.5**

| Time (months) | Phenylephrine % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.53 |
| 3 | 0.00 | 0.00 | 0.00 | 0.09 |
| 4 | 0.00 | 0.00 | 0.32 | 1.26 |
| 6 | 0.16 | 0.16 | 0.40 | 1.58 |
| 9 | 0.00 | 0.00 | 0.48 | 1.97 |
| 12 | 0.00 | 0.00 | 0.76 | 2.83 |

**Related Substance Assay Results for F2, G2 pH6.5**

| Time (months) | Ketorolac % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.08 | | |
| 0.5 | 0.00 | 0.17 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.04 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.51 |
| 3 | 0.00 | 0.00 | 0.10 | 0.09 |
| 4 | 0.37 | 0.23 | 0.24 | 0.97 |
| 6 | 0.00 | 0.00 | 0.12 | 1.62 |
| 9 | 0.00 | 0.00 | 0.19 | 0.70 |
| 12 | 0.00 | 0.00 | 0.44 | 0.94 |

## FIG. 5

> **F2, G3**
> 5 mM Ketor/5 mM Phen
> NaCitrate, pH 6.5
> EDTA + Na metabisulfite

**Related Substance Assay Results for F2. G3 pH6.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.08 | 0.38 |
| 1 | 0.00 | 0.00 | 0.71 | 0.73 |
| 2 | 0.00 | 0.18 | 1.30 | 1.76 |

**Related Substance Assay Results for F2G3 pH6.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.31 | 0.62 | 0.60 | 0.94 |
| 1 | 0.74 | 1.35 | 3.02 | 4.55 |
| 2 | 1.64 | 1.93 | 3.97 | 4.32 |

## FIG. 6

**F3, G1**
5 mM Ketor/5 mM Phen
NaCitrate, pH 5.5
No Excipients or
Additives

### Related Substance Assay Results for F3, G1 pH5.5

| Time (months) | Phenylephrine % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.65 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 0.74 |
| 6 | 0.00 | 0.00 | 0.44 | 1.73 |
| 9 | 0.00 | 0.00 | 0.09 | 0.63 |
| 12 | 0.20 | 0.00 | 1.25 | 4.39 |

### Related Substance Assay Results for F3, G1 pH5.5

| Time (months) | Ketorolac % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.20 | | |
| 0.5 | 0.18 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.08 | 0.00 | 0.22 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.52 |
| 4 | 0.07 | 0.00 | 0.50 | 3.43 |
| 6 | 0.00 | 0.00 | 0.47 | 3.37 |
| 9 | 0.17 | 0.15 | 0.33 | 0.32 |
| 12 | 0.00 | 0.00 | 0.98 | 3.74 |

FIG. 7

**F3, G2**
5 mM Ketor/5 mM Phen
NaCitrate, pH 5.5
EDTA

**Related Substance Assay Results for F3, G2 pH5.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.52 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 1.04 |
| 6 | 0.00 | 0.00 | 0.13 | 1.74 |
| 9 | 0.00 | 0.05 | 0.35 | 2.17 |
| 12 | 0.00 | 0.14 | 0.45 | 4.28 |

**Related Substance Assay Results for F3, G2 pH5.5**

| Time (months) | Ketorolac % Related Substances | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.18 | 0.00 | 0.00 |
| 1 | 0.21 | 0.00 | 0.00 | 0.15 |
| 2 | 0.00 | 0.00 | 0.00 | 0.30 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.16 | 0.10 | 0.16 | 0.75 |
| 6 | 0.00 | 0.00 | 0.00 | 3.45 |
| 9 | 0.00 | 0.00 | 0.35 | 1.42 |
| 12 | 0.00 | 0.00 | 0.52 | 3.59 |

## FIG. 8

**F3, G3**
5 mM Ketor/5 mM Phen
NaCitrate, pH 5.5
EDTA + Na metabisulfite

**Related Substance Assay Results for F3, G3 pH5.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.27 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 1.02 |

**Related Substance Assay Results for F3, G3 pH5.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.04 | 0.26 | 1.03 |
| 1 | 0.12 | 0.15 | 0.67 | 3.44 |
| 2 | 0.00 | 0.64 | 2.48 | 3.59 |

# FIG. 9

**F4, G1**
1 mM Ketor/1 mM Phen
NaCitrate, pH 4.5
No Excipients or
Additives

Related Substance Assay Results for F4, G1 pH4.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.16 | 0.70 |
| 1 | 0.00 | 0.00 | 0.00 | 1.06 |
| 2 | 0.15 | 0.13 | 0.82 | 3.09 |

Related Substance Assay Results for F4, G1 pH4.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.18 | | |
| Post Filtered | | 0.09 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.13 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.11 | 1.03 |

FIG. 10

| F4, G2 |
| --- |
| 1 mM Ketor/1 mM Phen |
| NaCitrate, pH 4.5 |
| EDTA |

**Related Substance Assay Results for F4, G2 pH4.5**

| Time (months) | Phenylephrine % Related Substances | | | |
| --- | --- | --- | --- | --- |
|  | 2-8° C | 25° C | 40° C | 60° C |
| 0 |  | 0.00 |  |  |
| 0.5 | 0.00 | 0.09 | 0.00 | 0.42 |
| 1 | 0.00 | 0.00 | 0.00 | 0.52 |
| 2 | 0.14 | 0.00 | 0.68 | 2.34 |

**Related Substance Assay Results for F4, G2 pH4.5**

| Time (months) | Ketorolac % Related Substances | | | |
| --- | --- | --- | --- | --- |
|  | 2-8° C | 25° C | 40° C | 60° C |
| 0 |  | 0.07 |  |  |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.15 |
| 2 | 0.00 | 0.00 | 0.00 | 0.40 |

FIG. 11

**F4, G3**
1 mM Ketor/1 mM Phen
NaCitrate, pH 4.5
EDTA + Na metabisulfite

Related Substance Assay Results for F4, G3 pH4.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.24 | 0.17 |
| 2 | 0.00 | 0.00 | 0.00 | 0.89 |

Related Substance Assay Results for F4, G3 pH4.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.19 | 0.38 | 0.56 | 1.12 |
| 1 | 0.15 | 0.67 | 1.12 | 2.52 |
| 2 | 0.88 | 3.61 | 5.07 | 10.08 |

FIG. 12

| **F2, G1** |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| No Excipients or Additives |

| **F2, G2** |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA |

| Time Point | F2, G1 w/O2 Phenylephrine | | | | F2, G1 w/O2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | | 0.00 | | | | 0.00 | | |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 |
| Day 60 | 0.00 | 0.00 | 0.00 | 1.46 | 0.00 | 0.00 | 0.06 | 1.79 |
| Day 90 | 0.47 | 0.36 | 0.25 | 0.60 | 0.77 | 0.64 | 0.53 | 0.80 |
| Day 120 | 0.00 | 0.00 | 0.18 | 3.20 | 0.11 | 0.07 | 0.14 | 2.18 |
| Day 180 | 0.00 | 0.00 | 0.58 | 6.38 | 0.00 | 0.00 | 0.25 | 2.84 |
| Day 270 | 0.15 | 0.16 | 0.63 | 9.60 | 0.00 | 0.00 | 0.19 | 3.43 |
| Day 365 | 2.61 | 0.70 | 1.71 | 15.85 | 0.00 | 0.03 | 0.34 | 4.17 |

| Time Point | F2, G2 w/O2 Phenylephrine | | | | F2, G2 w/O2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | | 0.00 | | | | 0.00 | | |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.23 |
| Day 60 | 0.42 | 0.23 | 0.59 | 1.41 | 0.15 | 0.00 | 0.30 | 2.33 |
| Day 90 | 0.33 | 0.37 | 0.36 | 0.62 | 0.41 | 0.21 | 0.27 | 1.38 |
| Day 120 | 0.00 | 0.00 | 0.77 | 3.20 | 0.04 | 0.04 | 0.54 | 3.63 |
| Day 180 | 0.00 | 0.13 | 1.09 | 4.97 | 0.00 | 0.00 | 0.52 | 5.52 |
| Day 270 | 0.00 | 0.14 | 2.21 | 6.55 | 0.00 | 0.06 | 0.59 | 6.36 |
| Day 365 | 0.47 | 2.47 | 7.61 | 10.34 | 0.00 | 0.16 | 2.35 | 6.77 |

FIG. 13

**F2, G1**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
No Excipients or Additives

**F2, G2**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA

| Time Point | F2, G1 w/N2 Phenylephrine | | | | F2, G1 w/N2 Ketorolac | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | ///// | 0.00 | ///// | ///// | ///// | 0.00 | ///// | ///// |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.44 | 0.00 | 0.00 | 0.00 | 0.20 |
| Day 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 |
| Day 90 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.61 |
| Day 120 | 0.22 | 0.00 | 0.33 | 0.32 | 0.17 | 0.33 | 0.00 | 1.72 |
| Day 180 | 0.00 | 0.00 | 0.87 | 3.24 | 0.16 | 0.16 | 0.40 | 1.58 |
| Day 270 | 0.00 | 0.00 | 0.09 | 4.68 | 0.00 | 0.00 | 0.18 | 1.99 |
| Day 365 | 1.13 | 0.89 | 2.14 | 7.10 | 0.00 | 0.00 | 0.27 | 2.74 |

| Time Point | F2, G2 w/N2 Phenylephrine | | | | F2, G2 w/N2 Ketorolac | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | ///// | 0.00 | ///// | ///// | ///// | 0.10 | ///// | ///// |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.53 | 0.00 | 0.00 | 0.04 | 0.00 |
| Day 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.51 |
| Day 90 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.10 | 0.09 |
| Day 120 | 0.00 | 0.00 | 0.32 | 1.26 | 0.37 | 0.23 | 0.24 | 0.97 |
| Day 180 | 0.00 | 0.00 | 0.41 | 1.99 | 0.13 | 0.07 | 0.12 | 1.62 |
| Day 270 | 0.00 | 0.00 | 0.48 | 1.97 | 0.00 | 0.00 | 0.19 | 0.70 |
| Day 365 | 0.00 | 0.66 | 2.29 | 4.43 | 0.00 | 0.00 | 0.47 | 0.94 |

FIG. 14

**F2, G2, A1**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Ascorbic acid; no N2
overlay

Related Substance Assay Results for f5/5_F2, G2, A1

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 1.71 | | |
| 0.5 | 6.45 | 6.20 | 6.03 | 12.73 |
| 1 | 5.87 | 4.30 | 11.59 | 15.72 |

Related Substance Assay Results for f5/5_F2, G2, A1

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.74 | | |
| 0.5 | 20.69 | 27.61 | 24.13 | 43.65 |
| 1 | 20.54 | 23.31 | 26.53 | 37.17 |

# FIG. 15

**F2, G2, A2**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Cysteine; no N2
overlay

Related Substance Assay Results for f5/5_F2, G2, A2

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.57 | 24.16 |
| 1 | 0.00 | 0.00 | 3.85 | 25.24 |

Related Substance Assay Results for f5/5_F2, G2, A2

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 9.78 | 38.77 |
| 1 | 0.00 | 2.05 | 20.47 | 56.81 |

FIG. 16

**F2, G2, A3**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Glutathione; no N2
overlay

Related Substance Assay Results for f5/5_F2, G2, A3

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.08 | 3.31 |
| 1 | 0.00 | 0.00 | 0.71 | 10.05 |

Related Substance Assay Results for f5/5_F2, G2, A3

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 1.90 | 16.08 |
| 1 | 0.72 | 1.20 | 8.21 | 34.62 |

FIG. 17

**F2, G2, A4**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Monothioglycerate; noN2
overlay

**Related Substance Assay Results for f5/5_F2, G2, A4**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 1.72 | 9.50 |
| 1 | 0.00 | 0.51 | 2.76 | 5.77 |

**Related Substance Assay Results for f5/5_F2, G2, A4**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.42 | 10.84 | 29.94 |
| 1 | 0.31 | 10.23 | 20.00 | 29.06 |

FIG. 18

450 mM PE
NaCitrate, pH 6.5
No Excipients or Additives

Related Substance Assay Results for PE-f450; Lot 1050193

| Time (months) | Phenylephrine Related Substances | | | | Total Related Substances | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | 25° C | 30°C | 40°C | 4° C | 25° C | 30°C | 40°C |
| 0 | | 0.00 | | | | 0.00 | | |
| 0.5 | | | | | | | | |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 |
| 4 | 0.01 | 0.00 | 0.00 | 0.06 | 0.01 | 0.00 | 0.00 | 0.06 |

FIG. 19

% LABEL CLAIM
PHENYLEPHRINE HCl      POTENCY OF PHENYLEPHRINE HCl



FIG. 20A

% LABEL CLAIM
KETOROLAC      POTENCY OF KETOROLAC TROMETHAMINE



FIG. 20B

U.S. Patent    Jun. 30, 2015    Sheet 21 of 29    US 9,066,856 B2



FIG. 21

U.S. Patent    Jun. 30, 2015    Sheet 22 of 29    US 9,066,856 B2



FIG. 22



FIG. 23

U.S. Patent    Jun. 30, 2015    Sheet 24 of 29    US 9,066,856 B2



FIG. 24

U.S. Patent    Jun. 30, 2015    Sheet 25 of 29    US 9,066,856 B2



**FIG. 25**



FIG. 26



FIG. 27



FIG. 28



FIG. 29

US 9,066,856 B2

**1**

# STABLE PRESERVATIVE-FREE MYDRIATIC AND ANTI-INFLAMMATORY SOLUTIONS FOR INJECTION

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application claims the benefit of U.S. Provisional Application No. 61/736,179 filed Dec. 12, 2012, and U.S. provisional Application No. 61/718,026, filed Oct. 24, 2012, priority from the filing dates of which are hereby claimed under 35 U.S.C. §120.

## I. FIELD OF THE INVENTION

The present invention relates to stable, preservative-free and antioxidant-free liquid pharmaceutical formulations of ketorolac and phenylephrine for injection into intraocular ophthalmologic irrigation solutions.

## II. BACKGROUND OF THE INVENTION

Ophthalmologic surgery often requires the use of a physiologic irrigation solution to protect and maintain the physiological integrity of intraocular tissues. Examples of ophthalmologic surgical procedures typically requiring irrigation solutions include cataract extraction and lens replacement and refractive lens exchange procedures, corneal transplant procedures and vitreoretinal operations and trabeculectomy procedures for glaucoma. Throughout the intraocular surgery, a patient's pupil must be sufficiently dilated to permit a clear operative field and to limit the trauma that can be associated with the procedure.

Pupil dilation (mydriasis) is typically achieved by dilating the eye preoperatively by topical administration of a mydriatic agent. Preoperatively applied mydriatic agents that may typically be administered include sympathomimetics, such as alpha-1 adrenergic receptor agonists, and anticholinergic agents, such as anti-muscarinics. Anticholinergic agents may be selected when longer action is desired, because they provide both cycloplegia (paralysis of the ciliary muscle) and mydriasis, e.g., tropicamide exhibits a half-life of approximately 4-6 hours. However, for many procedures, alpha-1 adrenergics will be preferred because they provide mydriasis but not cycloplegia. Alpha-1 adrenergics are thus shorter acting, causing mydriasis during a surgical procedure and allowing the pupil to return to its normal state shortly after completion of the procedure.

During the surgery, as the tips of surgical tools are inserted into the anterior chamber of the eye, the iris sphincter muscle tends to constrict (miosis), reducing the window defined by the pupil. If pupil diameter is not maintained adequately throughout the procedure, the risk of injuring structures within the eye increases and the required operating time is often prolonged. Clinically significant reductions in pupil diameter are associated with an increase in procedure-related complications, including posterior capsule tears, retained lens fragments and vitreous leaks.

Many ophthalmologic surgeons may incorporate epinephrine into the intraocular irrigation solution to assist in the maintenance of pupil dilation. Toxic anterior segment syndrome (TASS) is an acute, noninfectious inflammation of the anterior segment of the eye. TASS is a serious complication that can be associated with anterior segment eye surgery, most commonly cataract surgery. Various contaminants have been implicated as causes of TASS. The use of epinephrine including preservatives in intraocular irrigation solutions is one of a

**2**

number of factors that has been associated with incidences of TASS after cataract surgery. See, e.g., http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5625a2.htm, accessed Jul. 9, 2012. Even "preservative-free" epinephrine, meaning epinephrine that does not include an antimicrobial agent, still includes sodium metabisulfite as an antioxidant, which has also been implicated by ophthalmologists as associated with potential toxicity to the corneal endothelium (Slack, et al., *A bisulfite-free intraocular epinephrine solution*, Am J. Ophthalmol.; 110(1):77-82 (1990)).

Phenylephrine is another alpha-1 adrenergic agent that is sometimes administered topically prior to surgery to promote mydriasis, but is not approved in the United States in a preservative- and antioxidant-free form for single-use injection. Examples of approved phenylephrine HCL solutions include either 0.01% benzalkonium chloride (AK-DILATE™ from Akorn, available in 2 ml and 5 ml plastic dropper bottles; from Falcon Pharmaceuticals and Alcon Laboratories in multi-use 3 ml and 5 ml dropper bottles) and a "preservative-free" formulation that does not include an antimicrobial preservative but that still includes 2 mg of sodium metabisulfite as an antioxidant (Neo-Synephrine® from InterMed Medical Ltd., available in a spray bottle).

It is also desirable to reduce postoperative pain and irritation for patient comfort. Because of this, patients may be treated preoperatively or postoperatively with a nonsteroidal anti-inflammatory drug (NSAID). Although cataract surgery (for example) is typically not associated with a high degree of post-operative pain, there is a need to minimize the number of those patients in the minority who do experience more severe post-operative pain. This is significant both because such patients experience discomfort and may have concern that their procedure did not go well, and because patients may need to reexamined as a precaution to ensure that there is not a serious complication leading to the pain.

Various methods of delivery of ocular drugs, such as NSAIDs, are conventionally employed, each of which has limitations. These limitations may include corneal and conjuctival toxicity, tissue injury, globe perforation, optic nerve trauma, central retinal artery and/or vein occlusion, direct retinal drug toxicity, and systemic side effects. For example, topical medications applied drop-wise are frequently impeded in reaching a targeted ocular site due to the eye's natural protective surface. In many situations, a rather small percentage of the medication applied to the surface of the eye will actually reach the desired therapeutic site of action.

To achieve sufficient concentration of drug delivered to the back of the eye, drugs such as NSAIDs are frequently administered systemically at very high doses. These levels are necessary to overcome the blood-retina barrier that protects the back of the eye from selected drug molecules coming from the blood stream. For surgical procedures, injectable drug solutions are sometimes injected directly into the back of the eye. Subconjuctival and peribulbar periocular injections are used when higher local concentrations are needed and when drugs with poor penetration characteristics need to be delivered. Intracameral injections directly into the anterior chamber are used in cataract surgery.

Ketorolac is an NSAID that is commercially available in preserved form for ocular use. Acular® from Allergan is a ketorolac tromethamine solution that includes benzalkonium chloride 0.01% as a preservative, available in 3 ml and 6 ml dropper bottles. Bedford Laboratories also supplies ketorolac tromethamine in a concentrated form (15 mg or 30 mg in 1 mL or 60 mg or 300 mg in 10 mL) for injection for intravascular or intramuscular administration. Allergan supplies a preservative-free 0.45% ketorolac tromethamine ophthalmic

US 9,066,856 B2

3

solution, which is formulated with carboxymethylcellulose sodium, sodium chloride, sodium citrate dehydrate, in individual use vials under the tradename Acuvail®.

While intracameral injection provides a prompt method of achieving a concentration, it can be associated with corneal toxicity. However, this method suffers from the fact that these drugs are quickly removed by the eye's natural circulatory process. Thus, injectable solutions rapidly lose their therapeutic benefit, often necessitating frequent, large dose injections that can carry toxicity risks. Sustained release formulations, such as viscoelastic gels containing microcapsules, may be injected intraocularly for a longer duration of action. However, there may be some delay in reaching a local therapeutic concentration of drug. Hence, there exists a need for controlled methods of ocular delivery during ophthalmologic procedures.

Solutions that have been used in ophthalmologic surgical irrigation include normal saline, lactated Ringer's solution and Hartmann's lactated Ringer's solution, but these are not optimal due to potential unfavorable corneal and endothelial effects. Other aqueous solutions that include agents such as electrolytes, buffering agents for pH adjustment, glutathione and/or energy sources such as dextrose, better protect the tissues of the eye, but do not address other physiologic processes associated with surgery. One commonly used solution for ophthalmologic irrigation is a two part buffered electrolyte and glutathione solution disclosed in U.S. Pat. No. 4,550,022 to Garabedian et al., the disclosure of which is hereby expressly incorporated by reference. The two parts of this solution are mixed just prior to administration to ensure stability. These solutions are formulated with a goal of maintaining the health of ocular tissues during surgery.

Another example of a modified solution is disclosed in International PCT Application WO 94/08602 in the name of inventors Gan et al., the disclosure of which is hereby incorporated by reference. This application discloses the inclusion of a mydriatic agent, such as epinephrine, in ocular irrigation solutions. Still another example is provided by International PCT Application WO 95/16435 in the name of inventors Cagle et al., which discloses the inclusion of non-steroidal anti-inflammatory drugs (NSAIDs) in an ophthalmologic irrigation solution.

### III. SUMMARY OF THE INVENTION

The present invention provides a sterile, preservative-free and antioxidant-free liquid formulation of a mydriatic agent, phenylephrine, and an anti-inflammatory agent, ketorolac, for injection. The formulation can be suitably injected into an intraocular irrigation carrier and used to irrigate ocular tissues during surgery. The formulation avoids the potential toxicity that may be associated with preservatives and antioxidants yet has adequate stability.

One embodiment of the invention provides a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, that is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

In one aspect of the invention, the buffer system is selected from a sodium phosphate buffer system and a sodium citrate buffer system. Preferably the buffer system is a sodium citrate buffer system, such as an about 20 mM sodium citrate buffer system. In another aspect of the invention, the formulation has a pH of from 5.8 to 6.8.

4

In another aspect of the invention, the formulation is contained within a single-use container, such as a vial that is closed with a closure through which an injection can be drawn and a pre-filled syringe.

A suitable formulation of the present invention includes from 46 to 76 mM phenylephrine and from 8.5 to 14 mM ketorolac, and as one example may contain about 60.75 mM phenylephrine and about 11.25 mM ketorolac. The formulations of the present invention may include phenylephrine and ketorolac at a molar ratio of from 1:1 to 13:1 phenylephrine to ketorolac, and suitably may include these agents at a molar ratio of from 3:1 to 10:1 phenylephrine to ketorolac.

Another embodiment of the invention provides a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, and an intraocular irrigation carrier into which the formulation is injected, such that after injection the phenylephrine is present at a concentration of from 30 to 720 μM and the ketorolac is present at a concentration of from 44 to 134 μM. In another aspect of the invention, after injection into an intraocular irrigation carrier the phenylephrine is present at a concentration of from 240 to 720 μM and the ketorolac is present at a concentration of from 10 to 270 μM.

Another embodiment of the invention provides a sterile liquid pharmaceutical formulation that consists essentially of phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

In one aspect of the invention, the buffer system is selected from a sodium phosphate buffer system and a sodium citrate buffer system. Preferably the buffer system is a sodium citrate buffer system, such as an about 20 mM sodium citrate buffer system. In another aspect of the invention, the formulation has a pH of from 5.8 to 6.8.

In another aspect of the invention, the formulation is contained within a single-use container, such as a vial that is closed with a stopper through which an injection can be drawn and a pre-filled syringe.

Another aspect of the invention provides a sterile liquid pharmaceutical dosage form for injection, including phenylephrine, ketorolac, a buffer system and an aqueous carrier, packaged in a single-use container for injection.

In another aspect of the invention, a sterile liquid pharmaceutical formulation is provided that includes phenylephrine, ketorolac, a buffer system and an intraocular irrigation carrier, in which the phenylephrine is included at a concentration of from 30 to 720 μM and the ketorolac is included at a concentration of from 10 to 270 μM, or preferably the phenylephrine is included at a concentration of from 90 to 720 μM and the ketorolac is included at a concentration of from 44 to 134 μM. This formulation may also be preservative-free and antioxidant-free.

Also disclosed is a method of preparing a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, that is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

Further disclosed is a method of preparing a sterile liquid pharmaceutical formulation including phenylephrine, ketorolac, a buffer system and an intraocular irrigation car-

US 9,066,856 B2

rier, in which the phenylephrine is included at a concentration of from 30 to 720 μM and the ketorolac is included at a concentration of from 10 to 270 μM, or preferably the phenylephrine is included at a concentration of from 90 to 720 μM and the ketorolac is included at a concentration of from 44 to 134 μM. This formulation may also be preservative-free and antioxidant-free.

IV. BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will now be described in greater detail, by way of example, with reference to the accompanying drawings in which:

FIGS. 1-12 provide the results of a study of the stability of phenylephrine and ketorolac combination formulations at different time points over a 12 month period when stored at controlled temperatures from 2-8° C. to 60° C., as determined by measurement of the percentage of related substances from degradation of the active pharmaceutical ingredients, with variables of concentration of the active pharmaceutical ingredient concentrations, different buffer systems, addition of the preservative EDTA and addition of the preservative EDTA plus the antioxidant sodium metabisulfite.

FIGS. 13-14 provide the results of a study evaluating the effect of a nitrogen overlay on the stability of two phenylephrine and ketorolac combination formulations, with or without the preservative EDTA, at different time points over a one year period when stored at controlled temperatures from 4° C. to 60° C.

FIGS. 15-18 provide the results of a study evaluating the effects of different antioxidants on the stability of a phenylephrine and ketorolac combination formulation at time points over a one month period after storing samples at temperatures ranging from 2-8° C. to 60° C.

FIG. 19 provides the result of a study evaluating the stability of a high concentration phenylephrine formulation over a four month time period when stored at temperatures from 4° C. to 40° C.

FIGS. 20A and 20B demonstrate the potency of phenylephrine and ketorolac, respectively, in phenylephrine and ketorolac combination formulation when stored for 30 months at 2-8° C.

FIGS. 21-25 illustrate the results of a non-human primate concentration-ranging efficacy study evaluating phenylephrine and ketorolac when given individually and when combined via intraocular irrigation in a balanced salt solution (BSS) during phacoemulsification lens extraction and exchange surgery, with measures of mydriasis (FIGS. 21 and 22) and flare (FIGS. 23-25) being observed.

In FIG. 21, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4, N=2 for the low and highest concentration phenylephrine groups). The time of initiation of anterior chamber perfusion with phenylephrine (PE), the initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05. df=23. N=2 for the low and highest PE groups.

In FIG. 22, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4). The time of initiation of anterior chamber perfusion with phenylephrine (PE), the initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated.

The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05=0.05, df=23), N=4 per group.

In FIG. 23, mean flare measures +/−the standard error for the control and treated eye in the phenylephrine treatment group. Means excluded the four eyes in the tropicamide control and high phenylephrine groups which received longer duration phacoemulsification (>45 sees). There was a significant effect of time on flare measures in all treatment groups (F=17.14, p<0.0001), reflecting the inflammatory response to the surgical intervention, but no significant difference between treatment groups when including or excluding the long duration phacoemulsification eyes. N=4 for tropicamide, mid and high PE groups. N=2 for the low and highest PE groups.

In FIG. 24, mean flare measures +/−the standard error for the phenylephrine and tropicamide treated eyes in the Phase 1 study that received either low phacoemulsification energy (<25 secs) or high phacoemulsification energy (>45 secs). Differences were significant evaluating across all time points (F=4.42, p<0.0018; Student Newman-Keuls test, a=0.05, df=14; N=12 for the low phaco and 4 for the high phaco groups), indicating a correlation between phacoemulsification duration and flare photometer measures.

In FIG. 25, mean flare measures +/−the standard error for the control and treated eye in the ketorolac treatment group. Statistical significance was measured using a Student Newman-Keuls test, a=0.05, df=13; N=4 per group; F=5.17, P<0.0223. The study was not sufficiently powered to reveal significance at any other time point.

FIGS. 26-28 illustrate the results of a non-human primate study evaluating the effect of a phenylephrine and ketorolac combination formulation on mydriasis (FIG. 26) and flare (FIGS. 27-28) when delivered via intraocular irrigation in BSS during phacoemulsification lens extraction and exchange surgery.

In FIG. 26, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=7 per group). The time of initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05, df=12.

In FIG. 27, mean flare measures +/−the standard error for the operative eye in the PE-KE (QMS302) and tropicamide control treatment groups. There was a significant effect of time on flare measures in both treatment groups (F4.94, p<0.0008), reflecting the inflammatory response to the surgical intervention, but no significant difference between treatment groups at any time point when including all subjects (F=3.32, P<0.0935; Student Newman-Keuls test, a=0.05, df=12).

In FIG. 28, mean flare measures +/−the standard error for the operative eye in the PE-KE (OMS302) and tropicamide control treatment groups with the exclusion of subject X932, which exhibited limited phenylephrine induced dilation. There was a significant difference between treatment groups at 2, 4.5, 24 and 48 hours, indicated by * (F=3.32, P<0.0935 check stats p value; Student Newman-Keuls test a=0.05, df=12).

FIG. 29 illustrates the results of a dose-ranging study evaluating different concentrations of a phenylephrine and ketorolac combination formulation on mydriasis when deliv-

US 9,066,856 B2

7

ered in BSS during phacoemulsification lens extraction and exchange surgery in a non-human primate. Mean pupil diameters (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4 per group). The time of intracameral administration (T=0:00 just after baseline measurements were obtained) is additionally indicated. Statistical significance was measured using a Student Newman-Keuls test, a=0.05, df=9. At all other time points between group differences were not different by criteria.

## V. DETAILED DESCRIPTION

The present invention provides sterile formulations of irrigation solutions for perioperative local application to ocular tissues, including intraocular and topical application, that include phenylephrine as a mydriatic agent and ketorolac as an anti-inflammatory agent. These formulations are free of both preservatives and antioxidants, yet exhibit unexpectedly good stability. They are preferably packaged in single-use containers for injection and can be injected into a larger volume of an intraocular irrigation carrier prior to and used during intraocular procedures, such as cataract extraction and lens replacement and refractive lens exchange procedures.

## DEFINITIONS

A "preservative" as used herein means an antimicrobial agent that is added to a pharmaceutical product to maintain stability and prevent decomposition by microbial growth. Common antimicrobial preservatives that may be included in a pharmaceutical compositions include sorbic acid and its salts, benzoic acid and its salts, calcium propionate, sodium nitrite (and sodium nitrate which converts to sodium nitrite "in situ"), sulfites (sulfur dioxide, sodium bisulfite, potassium hydrogen sulfite, etc.) and the metal chelator sodium ethylenediamine tetraacetic acid, also referred to as edetate disodium, EDTA or $Na_2$ EDTA.

An "antioxidant" as used herein refers to a substance that preferentially reacts with oxygen and thereby protect a pharmaceutical product to which it is added from degradation due to oxidation. Examples of water- or oil-soluble antioxidants that may be included in a pharmaceutical composition include sodium bisulphite, sodium sulphite, sodium metabisulphite, sodium thiosulphite, sodium formaldehyde sulphoxylate, 1- and d-ascorbic acid, acetylcysteine, cysteine, thioglycerol, thioglycollic acid, thiolactic acid, thieurea, dihithreitol, glutathione, propyl gallate, butylated hydroxyanisole, butylated hydroxytoluene, tertiary butyl hydroquinone, ascorbyl palmitate, nordihydroguaiaretic acid and alpha-tocopherol.

A "preservative-free" solution refers to a solution that does not include benzalkonium chloride or other antimicrobial agent.

An "antioxidant-free" solution refers to a solution that does not include sodium metabisulfite or other agent that has been included for the sole function or serving as an antioxidant, though an antioxidant-free solution may include a pH buffering system, one component of which may have antioxidant activity.

"Ketorolac" means ketorolac in a salt form, such as ketorolac tromethamine [(+/−)-5-Benzoyl-2,3-dihydro-1H-pyrrolizine-1-carboxylic acid:2-amino-2(hydroxymethyl)-1,3-propanediol (1:1)].

"Phenylephrine" means phenylephrine in a salt form, such as phenylephrine HCL [(−)-m-Hydroxy-a-[(methyl amino) methyl]benzyl alcohol hydrochloride].

8

"Related substances" with respect to a given pharmaceutical ingredient refers to substances that result from degradation of the ingredient, expressed as a percentage of the total concentration of the pharmaceutical ingredient in the formulation. As used herein with respect to the present invention, "total related substances" refers to the total of all related substances resulting from degradation of the active pharmaceutical ingredients ketorolac and phenylephrine in the formulation, expressed as a percentage of the total concentration of the pharmaceutical ingredient in the formulation. Any related substance that is present at below the lower limit of quantitation, e.g., 0.1%, for the assay used to measure related substances is not included in the summation in determining total related substances. In the figures accompanying the examples herein, reference to a 0% related substances for an ingredient means that there were no related substances for the ingredient that were present at a level above the lower limit of quantitation, e.g., 0.1%, for the substance being assayed.

"Stable" refers to a liquid pharmaceutical formulation that, at the end of a specified storage period of time, contains less than 5% total related substances. In one embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. (i.e., 2-8° C.) to 25+/−2° C. (i.e., 23-27° C.) for a period of at least six months. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least one year. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least 24 months. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least 30 months. In a preferred embodiment of the invention, the stable formulations of the invention have less than 1.0% total related substances after a given storage period.

The term "about" is understood to mean that there can be variation in the concentration of a component of the described formulation that can be to 5%, 10%, 15% or up to and including 20% of the given value. For example, the phrase "a formulation having about 20 mM sodium citrate" is understood to mean that the formulation can have from 16 mM to 24 mM sodium citrate.

The term "sterile" refers to a pharmaceutical product that has been aseptically processed and that is devoid of viable bacteria, fungi or other microorganisms.

Pharmaceutical Agents

This invention provides stable, liquid preservative-free and antioxidant-free pharmaceutical formulations of a combination of two active pharmaceutical ingredients (APIs), phenylephrine as a mydriatic agent and the NSAID ketorolac as an anti-inflammatory agent.

Ketorolac

"Ketorolac" in the preferred formulation of the present invention is included as the ketorolac tromethamine salt [(+/−)-5-Benzoyl-2,3-dihydro-1H-pyrrolizine-1-carboxylic acid:2-amino-2(hydroxymethyl)-1,3-propanediol (1:1)]. Ketorolac is a member of the pyrrolo-pyrrole group of non-steroidal anti-inflammatory drugs. Ketorolac HCL is a racemic mixture of the R-(+) and S-(−) enantiomers that may exist in three crystal forms, all of which are equally soluble in water. This agent discolors upon prolonged exposure to light, and accordingly light shielded packaging (e.g., over-boxing or use of an amber vial) may be suitably utilized for packaging of formulations of the present invention.

Phenylephrine

"Phenylephrine" means phenylephrine in a salt form, such as phenylephrine HCL [(−)-m-Hydroxy-a-[(methyl amino) methyl]benzyl alcohol hydrochloride]. Phenylephrine is an

US 9,066,856 B2

9
10

alpha receptor sympathetic agonist. Phenylephrine HCl is freely soluble in water and alcohol.

Aqueous Carriers

The APIs are added to an aqueous solvent as a carrier, and the inventors have determined that no solubilizing agents are required. The aqueous carrier is suitably water for injection (WFI), which is a sterile, solute-free preparation of distilled water. Alternately, other aqueous carriers that are not harmful to intraocular tissues and which would not adversely affect the stability of the formulation may be used, such as deionized water, or, after first evaluating for potential impact on stability, saline or a balanced salt solution such as that described below.

Buffering Systems

The formulation of the present invention is adjusted to a pH from 5.8 to 6.8, and preferably to about 6.3. Sodium hydroxide and hydrochloric acid may be added as required to adjust the formulation to this pH. The desired pH is suitably maintained by use of a buffering system. One such suitable system is a citrate buffer, including citric acid monohydrate and sodium citrate dehydrate, and another suitable system is a sodium phosphate buffer, including dibasic sodium phosphate and monobasic sodium phosphate. Either buffer system may be used at an appropriate concentration in the range of 10 mM to 100 mM, and suitably may be 20 mM. As described below in Example 1, sodium citrate is a preferred buffer for use in a preservative-free formulation. The citric acid in the citrate buffer, which has the ability to chelate divalent cations and can thus also prevent oxidation, provides an antioxidant effect as well as a buffering effect. However, its presence does not degrade stability, as did other antioxidants (Example 3 below). As used herein, the term "antioxidant free" precludes the use of other antioxidants but does not preclude the use of a buffering agent, such as citric acid, that is included as part of the buffering system.

No Other Excipients

In a further aspect of the invention, in addition to being free of any preservatives or antioxidants, a formulation in accordance with the present invention also does not include any excipients other than the buffering system. For example, no solubilizing agents, such as ethanol or ethanol, are used (i.e., the formulation is solubilizing-agent free.) Preferred formulations of the present invention consist essentially of the two APIs and the buffering system in water for injection, yielding a very pure formulation with reduced potential for toxicity to intraocular tissues.

Single-Use Containers

In a further aspect of the invention, the phenylephrine and ketorolac combination formulation of the present invention is contained in a quantity sufficient for a single-use during intraocular surgery in a container that facilitates such single-use and does not facilitate multi-use administration. Thus a sufficient quantity of drug composition formulated in accordance with the present invention, that is equal to or just slightly more (i.e., not more than 25% excess) than the amount of the drug composition desired to be added to a standard container of intraocular irrigation carrier, is contained within a single use container that facilitates dispensing of the drug composition by injection. For example, the desired single-use quantity of phenylephrine and ketorolac combination drug composition may be packaged in a glass vial closed with a stopper or other closure that includes a septum through which a hypodermic needle may be inserted to withdraw the drug composition, or may be packaged in a prefilled syringe. One example of a suitable container and closure system is a 5 mL USP Type 1 borosilicate flint glass vial with a West 20-mm gray butyl stopper and a 20-mm flip-off seal.

Before closing the container it may be desirable, based on the results described in Example 2 below, for the drug composition formulated in accordance with the present invention to be exposed to a nitrogen overlay (i.e., the displacement of air from the head space in the vial with nitrogen before sealing the vial). Other methods of evacuating air and displacing it with an inert gas may also be utilized, such as sparging an inert gas through the solution.

Intraocular Irrigation Carriers

The phenylephrine and ketorolac combination drug composition (i.e., combination drug product) is suitably added by injection into a bag, bottle or other container of an intraocular irrigation solution prior to administration by intraocular or topical irrigation or lavage. Suitable intraocular irrigation solutions include saline, lactated Ringer's, balanced salt solution or any other irrigation solution that is compatible with the aqueous formulation and not harmful to ocular tissues. One suitable intraocular irrigation carrier includes one or more, and preferably all, of the following adjuvants: sufficient electrolytes to provide a physiological balanced salt solution; a cellular energy source; a buffering agent; and a free-radical scavenger. One suitable solution (referred to in the examples below as a "balanced salt solution" or "BSS" includes: electrolytes of from 50 to 500 millimolar sodium ions, from 0.1 to 50 millimolar potassium ions, from 0.1 to 5 millimolar calcium ions, from 0.1 to 5 millimolar magnesium ions, from 50 to 500 millimolar chloride ions, and from 0.1 to 10 millimolar phosphate; bicarbonate as a buffer at a concentration of from 10 to 50 millimolar; a cellular energy source selected from dextrose and glucose, at a concentration of from 1 to 25 millimolar; and glutathione as a free-radical scavenger (i.e., antioxidant) at a concentration of from 0.05 to 5 millimolar.

One example of a suitable method of diluting and administering the combination drug composition of the present invention utilizes the formulation of the present invention described as Formula 2 in Table 2 below. An aliquot of 4.5 mL of this solution, including 4.0 mL as the intended quantity for single use and 0.5 mL of overfill, is contained within a sterile closed single-use vial and is intended for admixture with irrigation solution for administration during intraocular surgery. From the vial, 4 mL is withdrawn by syringe and mixed with 500 mL of BSS by injection into a 500 mL bag or bottle of BSS to provide a final concentration of 483 µM phenylephrine and 89 µM ketorolac in the irrigation solution for local delivery to the eye.

In another aspect of the invention, a sterile liquid pharmaceutical formulation for irrigation may be provided in which the phenylephrine and ketorolac is already admixed within an intraocular irrigation carrier, such that it has been diluted to the concentration of each active pharmaceutical ingredient desired for local delivery to intraocular tissues during surgery, and contained within a sterile bag, bottle or other single-use irrigation container. For example, such a formulation for irrigation may include phenylephrine at a concentration of from 30 to 720 µM and ketorolac at a concentration of from 10 to 270 µM, or preferably may include the phenylephrine at a concentration of from 90 to 720 µM and the ketorolac at a concentration of from 44 to 134 µM. In one embodiment, the phenylephrine and ketorolac combination is admixed within a balanced salt solution, such as that described above, as the intraocular irrigation carrier. This pharmaceutical formulation for irrigation may suitably be totally preservative-free and antioxidant-free, or optionally may include only an antioxidant that is typically included in the non-medicated

US 9,066,856 B2

11

intraocular irrigation carrier, such as the glutathione in the balanced salt solution described above, but no preservative.

Exemplary Formulations

As described above, the stable, liquid pharmaceutical formulations of the present invention include phenylephrine and ketorolac in a buffered aqueous carrier. Suitable concentrations of phenylephrine in the combination drug compositions of the present invention range from 10 mM to 500 mM, and preferably from 45 mM to 112 mM. Suitable concentrations of ketorolac in the combination drug compositions of the present invention range from 2 mM to 75 mM, and preferably from 8.5 mM to 24 mM. The buffer system, such as a sodium citrate buffer system, is suitably included at a concentration of from 10 to 100 mM, and preferably at about 20 mM. Two exemplary formulations in accordance with the present invention are set forth in Tables 1 and 2 below. In each case, sodium hydroxide and/or hydrochloric acid may be added when preparing the formulation if necessary to adjust the pH to about 6.3.

12

from 90 to 720 μM, still more preferably from 240 to 720 μM, and most preferably about 483 μM. Following dilution of the formulation of the present invention into an intraocular irrigation carrier for local delivery, the dosing concentration of ketorolac may be from 3 to 900 μM, more suitably from 10 to 270 μM, more preferably from 44 to 134 μM, still more preferably from 30 to 90 μM, and most preferably about 90 μM.

Methods of Use

The stable liquid formulations of the present invention may be utilized after mixing with an intraocular irrigation carrier in a variety of ophthalmologic procedures. These include cataract extraction and lens replacement and refractive lens exchange procedures, corneal transplant procedures and vitreoretinal operations and trabeculectomy procedures for glaucoma.

One example of a suitable method of diluting and administering the combination drug composition of the present invention utilizes the formulation of the present invention

### TABLE 1

| Component (USP) added to water for injection | Preferred Concentration | | Suitable Concentrations | | Representative Diluted Dosing Concentration (μM) | |
|---|---|---|---|---|---|---|
| | mg/ml | mM | mg/ml | mM | Preferred | Suitable |
| Phenylephrine HCl | 18.33 | 90 | 13.7-22.9 | 68-112 | 720 | 360-1,080 |
| Ketorolac tromethamine | 4.24 | 11.25 | 3.2-5.3 | 8.5-14 | 89 | 44-134 |
| Citric acid monohydrate | 0.24* | | 0.12-1.20** | | | |
| Sodium citrate dihydrate | 5.48* | | 2.74-27.4** | | | |

*Corresponding to a 20 mM citrate buffer.
**Corresponding to a 10 mM to 100 mM citrate buffer.

### TABLE 2

| Component (USP) added to water for injection | Preferred Concentration | | Suitable Concentrations | | Representative Diluted Dosing Concentration (μM) | |
|---|---|---|---|---|---|---|
| | mg/ml | mM | mg/ml | mM | Preferred | Suitable |
| Phenylephrine HCl | 12.37 | 60.75 | 9.2-15.5 | 45-76 | 483 | 240-720 |
| Ketorolac tromethamine | 4.24 | 11.25 | 3.2-5.3 | 8.5-14 | 89 | 44-134 |
| Citric acid monohydrate | 0.24* | | 0.12-1.20** | | | |
| Sodium citrate dihydrate | 5.48* | | 2.74-27.4** | | | |

*Corresponding to a 20 mM citrate buffer.
**Corresponding to a 10 mM to 100 mM citrate buffer.

The amounts of pharmaceutically active ingredients included in the formulation can be expressed in molar ratios. The molar ratio of phenylephrine to ketorolac may range from 1:1 to 13:1, and more suitably may range from 3:1 to 10:1. An exemplary molar ratio of phenylephrine and ketorolac as represented by Formula 1 in Table 1 above is 8:1 of phenylephrine to ketorolac. Another exemplary molar ratio of phenylephrine and ketorolac as represented by Formula 2 in Table 2 above is 5.4:1 of phenylephrine to ketorolac.

Following dilution of the formulation of the present invention into an intraocular irrigation carrier for local delivery, the dosing concentration of phenylephrine may be from 3 to 7,200 μM, more suitably from 30 to 720 μM, more preferably

described as Formula 2 in Table 2 above. A sterile, single-use 5 mL vial containing 4.5 mL of the composition in provided, from which 4 mL of the composition is withdrawn by syringe and mixed with 500 mL of BSS by injection into a 500 mL bag or bottle of BSS to provide a final concentration of 483 μM phenylephrine and 89 μM ketorolac. This solution is irrigated through the anterior chamber of the eye at a constant concentration throughout the procedure. As such, in this example, the drug product is only administered intracamerally during the procedure.

The active pharmaceutical agents are included at dilute concentrations in the intraocular irrigation carrier. The concentrations of the agents are determined in accordance with

US 9,066,856 B2

13

the teachings of the invention for direct, local application to ocular tissues during a surgical procedure. Application of the solution may be carried out perioperatively, i.e.: intra-operatively; pre- and intra-operatively; intra- and post-operatively; or pre-, intra- and post-operatively.

It must be noted that as used herein and in the appended claims, the singular forms "a", "and", and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "an excipient" includes a plurality of such excipients and equivalents thereof known to those skilled in the art, and so forth.

The publications discussed herein are provided solely for their disclosure prior to the filing date of the present application. Nothing herein is to be construed as an admission that the present invention is not entitled to antedate such publication by virtue of prior invention. Further, the dates of publication provided may be different from the actual publication dates which may need to be independently confirmed. All citations are incorporated herein by reference.

EXAMPLES

Examples 1-5

In the studies described in the following Examples 1-5, the presence of related substances (RS) and potency was measured by high performance liquid chromatography with UV

14

sodium citrate buffer (citric acid monohydrate and sodium citrate dehydrate) for a pH of 6.5; and a 20 mM sodium citrate buffer for a pH of 5.5. Four preservative- and antioxidant-free formulations of these APIs were developed, each aliquoted into multiple 1 mL vials for storage and sampling, as follows:

TABLE 3

| Formulation ID | pH | Buffer | API Concentration |
|---|---|---|---|
| F1 | 7.4 | Na phosphate | 5 mM KE |
| | | | 5 mM PE |
| F2 | 6.5 | Na citrate | 5 mM KE |
| | | | 5 mM PE |
| F3 | 5.5 | Na citrate | 5 mM KE |
| | | | 5 mM PE |
| F4 | 4.5 | Na citrate | 1 mM KE |
| | | | 1 mM PE |

Additional formulations were then prepared by adding either no preservatives or antioxidants (the control group), or by adding the preservative sodium ethylenediamine tetraacetic acid (also referred to as edetate disodium or EDTA) or EDTA plus the antioxidant sodium metabisulfite, as follows:

TABLE 4

| Study Group | Study Conditions | | | |
|---|---|---|---|---|
| Group 1 (G1) | F1 | F2 | F3 | F4 |
| Group 2 (G2) | F1 + 0.05% w/v EDTA | F2 + 0.05% w/v EDTA | F3 + 0.05% w/v EDTA | F4 + 0.05% w/v EDTA |
| Group 3 (G3) | F1 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite | F2 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite | F3 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite | F4 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite |

detector (HPLC-UV) as an indication of stability, with an increase in the percentage of related substances detected indicating the presence of degradation products. In these studies, the HPLC-UV utilized a Zorbax XDB-C8, 5 μM, 4.6 mm×150 mm column with a flow rate of 1.2 ml/min. Mobile phases A and B were as follows: Mobile phase A: 650 mL of 1.1 mg/mL 1-octansulphonic acid, pH 3.0:50 mL of Milli-Q water:300 mL methanol. Milli-Q water: 300 mL methanol; Mobile phase B: 300 mL of 1.1 mg/mL 1-octansulphonic acid, pH 3.0:50 mL of Milli-Q water:650 mL methanol. The diluent used was mobile phase A. A gradient of 100% A to 100% B in 40 minutes was used. A 280 nm UV detector was used.

Example 1

Comparison of Stability of Formulations Depending on Use of a Preservative and an Antioxidant and Using Differing Buffers

A study was run to compare different formulations of combinations of two active pharmaceutical ingredients (APIs), phenylephrine HCl (PE) and ketorolac tromethamine (KE), each at an equal concentration of either 5 mM or 1 mM in an aqueous solution. Two different buffering systems were utilized to maintain the solution at three different pHs: a 20 mM sodium phosphate buffer (dibasic sodium phosphate and monobasic sodium phosphate) for a pH of 7.4; a 20 mM

Samples of the various formulations in each of these groups were then stored under light shielded conditions at controlled temperatures of either 2-8° C., 25° C., 40° C. or 60° C. Samples of each formulation were pulled at various time points over a period of 12 months and analyzed for degradation of the APIs, as determined by measuring related substances for each API. The results from this study are set forth in the tables of FIGS. 1-12, and the following conclusions were reached.

Based on stability assessments after one month of storage:

1. The control group (G1) demonstrated that both APIs were stable in a Na Phosphate buffer at a pH of 7.4, and in a Na Citrate buffer at a pH of 6.5 and a pH of 5.5. The control group exhibited show some degradation at 60° C., with pH 4.5 (Na Citrate) showing the most.

2. The G2 group compared to the G1 group demonstrates that EDTA inhibits the degradation of PE at higher temperatures.

3. The G3 group surprisingly demonstrates that Na metabisulfite significantly increases the degradation of APIs, especially KE, at elevated temperatures. Additionally, at one month, some G3 samples stored at 40° C. and 60° C. turned yellowish.

Based on stability assessments after six months of storage:

4. EDTA surprisingly does not appear to have a significant effect on the stability of either API, especially in citrate buffer at a pH of 6.5.

US 9,066,856 B2

15

5. The largest increase in the percent of related substances at 6 months occurs in the samples held at 60° C.

6. Both APIs appear stable at 4° C. and 25° C., with a small increase in percent of related substances at 40° C., especially in citrate buffer at a pH of 6.5.

7. At 6 months, samples at 40° C. and 60° C. appear bright yellow but without visible precipitation or crystallization.

Example 2

Effect of Nitrogen Overlay on Stability

A study was then run to determine the effect of a nitrogen overlay (i.e., the displacement of air from the head space in the vial with nitrogen before sealing the vial). The formula F2 from Example 1 (5 mM ketorolac, 5 mM phenylephrine in a sodium citrate buffer adjusted to pH 6.5 in an aqueous solution) was evaluated, either without any added preservative or antioxidant (group 1, G1) or with added 0.05% w/v EDTA as a preservative (group 2, G2). Related substances for each API were measured at time points over a one year period after storing samples at temperatures ranging from 4° C. to 60° C.

The results of this study are shown in FIGS. 13 and 14, and demonstrate that the use of a nitrogen overlay, as compared to the presence of oxygen containing air, significantly decreased the degradation of both APIs, especially at elevated temperatures of 40° C. and 60° C. When a nitrogen overlay was used, the presence or absence of EDTA made little difference on the stability of the APIs.

Example 3

Effect of Different Antioxidants on Stability

A study was then carried out to evaluate the effect of adding alternate antioxidant agents to the formula F2 from Example 1 (5 mM ketorolac, 5 mM phenylephrine in a sodium citrate buffer adjusted to pH 6.5 in an aqueous solution) that also included 0.05% w/v EDTA as a preservative (group 2, G2). The antioxidants evaluated were 0.1% ascorbic acid (A1), 0.1% L-cysteine HCL monohydrate (A2), 0.1% L-glutathione, reduced (A3) and 0.1% monothioglycerate (A4). Related substances for each API were measured at time points over a one month period after storing samples at temperatures ranging from 2-8° C. to 60° C.

The results of this study are shown in FIGS. 15-18, and demonstrate that, at the one month time point, these four antioxidants each surprisingly increased the degradation of each API, especially at elevated temperatures of 40° C. and 60° C.

Example 4

Evaluation of Stability of Higher Concentrations of Phenylephrine

To evaluate whether the concentration of phenylephrine in the phenylephrine HCl and ketorolac tromethamine combination formulations could be increased without deleterious effect on stability of the phenylephrine, an aqueous formulation of 450 mM phenylephrine in a calcium citrate buffer adjusted to a pH of 6.5, and no added preservatives, antioxidants or other excipients, was prepared and evaluated when samples were stored at temperatures between 4° C. and 40° C. over a period of 4 months.

16

The results of this study are provided in FIG. 19. This high concentration phenylephrine formulation was stable between 4° C. and 30° C. for 4 months.

Example 5

Evaluation of Extended Stability of Phenylephrine and Ketorolac Combination

An extended stability study was performed for a formulation of a fixed combination of phenylephrine HCl (12.37 mg/mL) and ketorolac tromethamine (4.24 mg/mL) in a 20 mM sodium citrate buffer adjusted to pH 6.5, without the addition of any preservatives or antioxidants. Samples of the formulation where aliquoted into 5 mL USP Type 1 glass vials, closed with Daiko D777-1 Fluorotec® coated 20 mm stoppers, and stored inverted and foil wrapped for light shielding, and then were held under long term (5±3° C.) and accelerated storage conditions (25±2° C./60±5% RH). Each vial contained 4.5 mL of solution, including a 0.5 mL overfill.

There was no measurable change in product appearance, pH of solution, or potency when measured after 30 months of storage under these conditions. At this 30 month time point, storage at 5° C. and 25° C. resulted in a total of 1.17% and 1.36% related substances, respectively. A graphic display of measured potency of phenylephrine HCl and ketorolac tromethamine for this formulation held under labeled storage conditions of 2° C. to 8° C. is provided in FIG. 20A and FIG. 20B, respectively. As evidenced in these figures, there was no significant decline in potency observed through 30 months (three vials were assayed at each time point).

Examples 6-9

The following Examples 6-9 provide the results of in vivo studies of phenylephrine HCl and ketorolac tromethamine combination formulations in accordance with the present invention, which have been diluted by injections into an irrigation solution that was then used for intraocular irrigation during lens replacement and exchange surgery. The following formulations were evaluated in this series of studies: (a) phenylephrine HCL alone (PE), (b) ketorolac tromethamine alone (KE), (c) a combination of phenylephrine HCL and ketorolac trometahamine (PE-KE) or (d) no active pharmaceutical ingredients (vehicle control), in each case formulated in an aqueous solution including a 20 mM sodium citrate buffer adjusted to pH 6.5, without the addition of any preservatives or antioxidants, in each case provided in 2.5 mL aliquots. In each case an aliquot of the formulation was injected into a balanced salt solution (BSS, Baxter Healthcare, produce code 1A7233) as the irrigation vehicle carrier to a particular final dosing concentration as described below. The studies also utilized Proparacaine HCl (0.5%, Bausch & Lomb), Tropicamide (1.0%, Bausch & Lomb) and Ciprofloxacin HCl (3%, Alcon) to the extent described below.

The mydriatic and anti-inflammatory properties of the test agents were evaluated in an African green monkey model of human phacoemulsification surgery. Prior to surgery, baseline measures and assessments were performed on both eyes in each monkey to determine pupil diameter, lens and iris integrity, corneal thickness, and anterior chamber flare and cell count by qualitative scoring under biomicroscopy and quantitative flare photometry using a Kowa FM-500 instrument. A phacoemulsification surgery with lens replacement with a polymethyl methacrylate (PMMA) artificial lens was performed using a Storz Premier anterior phacoemulsification machine. The procedure was only performed on the right

US 9,066,856 B2

17

eye to minimize surgery position variability, allow the left to serve as control, and to minimize the consequence of any possible vision loss induced.

Test animals were placed in a prone position under ketamine/xylazine anesthesia augmented with one drop of topical proparacaine. A small incision was made in the cornea of the right eye with a MVR 20 G lance blade, through which 0.4-0.6 mL of viscoelastic (2% hydroxypropyl methylcellulose, EyeCoat, Eyekon Medical) was introduced into the anterior chamber via a viscoelastic injector. A corneal incision was made 1.0 mm anterior to the limbus using a 2.65 mm straight clear cornea bi-beveled blade. Irrigation was applied with the phacoemulsification hand piece to remove viscoelastic and introduce the test perfusate. After irrigation for a total of four minutes, irrigation was stopped and the anterior chamber refilled with viscoelastic. A capsulorhexis was performed and the phacoemulsification tip reintroduced into the anterior chamber with the application of phacoemulsification energy to disrupt the lens and allow aspiration and lens fragment removal. Irrigation was extended for a period after lens removal to standardize intraocular perfusate delivery across all treatment groups (a total of 14 minutes during this phacoemulsification segment of the irrigation). Following the phacoemulsification and irrigation procedure, a PMMA intraocular lens (IOL) was inserted and an additional two minutes of irrigation perfumed, after which the corneal incision was closed with two 12.0 nylon sutures. Irrigation with a test fluid or vehicle control, as described below, was performed for a total of 20 minutes at a flow rate of 20 mL/min, prior to, during and after phacoemulsification and lens replacement.

In these studies, laser flare photometry was performed at baseline, 4.5, 24, 48 hours and 1 week after the initiation of the surgical procedure using a Kowa FM-500 (Kowa Company, Tokyo Japan). The Kowa FM-500 measures laser light scattering to quantify anterior chamber flare. A laser is directed into the anterior chamber and protein molecules, released into the anterior chamber during an inflammatory response, pass through the focal point scattering laser light. This light scattering is quantified by a photomultiplier tube as photon counts per millisecond. At each observation point, measurements were collected until seven acceptable readings (difference between two background measurements <15%) were obtained and the lowest and highest readings were deleted and the mean value +/−the standard deviation calculated, as specified by the manufacturer.

The time course of the mydriatic effect was documented through video recording of the pupil during the perfusion procedure. Pupil diameter and the fixed width of the lid speculum (11 mm) were measured from the screen image to allow calculation of the pupil diameter in millimeters. Measurements were made at periodic intervals during the course of the infusion procedure according to the video time log for each documented procedure.

The primary efficacy variables were the pupil diameter and the laser flare photometer measures. Primary efficacy variables were analyzed in the protocol correct population (all subjects who completed the study without a major protocol deviation) using a one-way, repeated measure ANOVA method with post hoc Student Newman-Keuls tests employing SAS (SAS Institute Inc.). Terms of the ANOVA analysis included sequence (=time, confounded with carryover effect), eye, monkey and treatment. Appropriate model-based comparisons were employed to detect treatment difference at the significance level of $p<0.05$ for pupil diameter and flare measures at all time points.

18

Example 6

Concentration-Ranging Study of Phenylephrine and Ketorolac Following Intraoperative Irrigation in a Phacoemulsification Surgical Model

A non-GLP study was conducted as a concentration-ranging efficacy study to evaluate PE and KE when given individually and combined via intraocular irrigation in BSS during cataract surgery. The objectives were to evaluate the benefit of each agent on both mydriatic and inflammatory endpoints.

In a first series of experiments, designated Phase 1, 16 animals were divided into groups of four and studied to establish the maximally effective concentration of phenylephrine in a BSS irrigation solution in this model of phacoemulsification surgery. Four of the monkeys in the Phase 1 cohort received tropicamide, a muscarinic mydriatic, to serve as a positive control and allow determination of the endpoint measures of interest under adequate pupil dilation by the standard topical preoperative route of delivery. The phenylephrine treatment groups received a low (3 uM), intermediate (10 uM), high (30 uM) and highest (90 uM) concentration of phenylephrine-containing BSS perfusate. The low and highest treatment groups consisted of 2 animals each as the decision was made to evaluate a higher concentration of phenylephrine as the phase 1 portion was underway. The primary endpoint for phenylephrine efficacy was mydriasis. Inflammatory endpoints following the surgery were also evaluated.

BSS perfusate was delivered through the phacoemulsification needle either without phenylephrine or containing phenylephrine at a concentration of 3.0 μM, 10 μM, 30 μM or 90 μM (see Table 1). Stage 1 irrigation (0:00-2:00 minutes) was applied to remove the viscoelastic and assess the mydriatic effect of phenylephrine and continued through Stage 2 irrigation (2:00-4:00 minutes), after which viscoelastic was reintroduced into the anterior chamber and a capsulorhexis was performed. Stage 3 irrigation (4:00-18:00 minutes) was begun after the capsulorhexis and continued for a total of 14 minutes, during the early stage of which the lens was fragmented and aspirated by application of phacoemulsification energy. Stage 4 irrigation took place after the introduction of the PMMA lens to evacuate viscoelastic material introduced for that procedure and to remove any additional lens fragments. The tropicamide control animals were pre-treated with two drops of 1% tropicamide 20 minutes prior to the initiation of anterior chamber irrigation with BSS alone.

Following the first few animal surgeries, the duration of the initial pre-phacoemulsification irrigation was extended from 2 to 4 minutes to capture maximal pupil dilation.

The second series of experiments, designated Phase 2, evaluated mydriasis and inflammation following phacoemulsification surgery in which a BSS perfusate containing low, mid and high concentration of ketorolac, or no ketorolac (negative control) was employed. Anterior chamber perfusions were initiated using no mydriatic agent in the irrigation solution to assess the mydriatic effect of ketorolac and BSS alone. After 2 minutes of irrigation and assessment of mydriasis, a concentration of phenylephrine (30 uM), found to be effective in achieving mydriasis in Phase 1 experiments, was included in the perfusate solution to provide sufficient dilation for the phacoemulsification procedure to be performed. The secondary endpoint for ketorolac efficacy was mydriasis, and the primary endpoint was laser flare photometry, a validated measure of anterior chamber inflammation.

BSS perfusate was delivered through the phacoemulsification needle either without ketorolac or containing ketorolac at

US 9,066,856 B2

19

a concentration of 3.0 μM, 10 μM or 30 μM (see Table 1). Stage 1 irrigation (0:00-2:00 minutes) was applied to remove the viscoelastic and assess the mydriatic effect of ketorolac. High concentration phenylephrine was then added to the perfusate bottle (to achieve a concentration of 30 μM), the lines were flushed and irrigation was continued through stage 2 (2:00-4:00 minutes), after which viscoelastic was reintroduced into the anterior chamber and a capsulorhexis was performed. Stage 3 irrigation (4:00-18:00 minutes) was begun after the capsulorhexis and continued for a total of 14 minutes, during the early stage of which phacoemulsification energy was applied. Stage 4 irrigation took place after the introduction of the PMMA lens.

Results

After an initial pupil dilation of 1-2 mm within the first minute of the start of anterior chamber perfusion, the pupil diameter asymptotically approached maximal dilation within approximately five minutes for all treatment groups (see FIGS. 21 and 22) with a significant effect of time on diameter (F=2.75, P<0.0001). In the first set of experiments, trends suggest that the presence of phenylephrine in the BSS perfusate contributed to a concentration-dependent increase in pupil diameter. The initial dilation (0-2 min) exhibited in the control group, which received topical tropicamide 20 minutes prior to irrigation with BSS alone, was likely not a pharmacologic effect and reflects a component of the dilation measured within the first 2 minutes of the onset of anterior chamber irrigation in all groups was related to clearance of the viscoelastic introduced to allow creation of the corneal incision and a possible hydrodynamic effect of irrigation/aspiration. Of note, however, the early additional dilation in the tropicamide control group started from a baseline dilation greater than all other treatment groups (F=7.73, P<0.0001) at the beginning of the procedure and resulted in a lower maximal dilation than exhibited by the mid, high and highest concentration phenylephrine groups. Differences between the highest, high and mid phenylephrine groups and the low phenylephrine group were significant at the 6:00, 8:00, 10:00, 14:00, 18:00 and 19:00 minute time points (F=2.41, p<0.043; F=2.66, p<0.0315; F=3.24, p<0.0136; F=6.62, p<0.0002; F=9.26, p<0.0001; F=3.79, p<0.005; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. 21), confirming a concentration-dependent effect of phenylephrine perfusate on the amplitude of intraoperative mydriasis. Differences between the highest, high and mid-concentration phenylephrine groups versus the low concentration phenylephrine and tropicamide control group were significant at the 14:00 and 18:00 minute time points (F=6.62, p<0.0002; F=9.26, p<0.0001; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. 21), indicating the concentration-dependent effect of phenylephrine in prolonging intraoperative mydriasis. Differences between all other groups at all other time points were not significant by the Student Newman-Keuls criteria, but trends observed in the mean pupil diameter within groups would suggest a concentration dependence to both rate of onset and amplitude of mydriatic effect across phenylephrine groups. At later time points mean dilation in the high phenylephrine treatment group approaches the anatomic limit of pupil mydriasis of 8.3 mm in the adult eye in this species (corresponding to the inner diameter of the corneal limbus).

In the second set of experiments, in which the anterior chamber was irrigated with BSS containing 3-30 μM ketorolac or BSS alone for 2 minutes prior to the introduction of 30 μM phenylephrine, there was a rapid 1-2 mm increase in pupil

20

diameter within 30 seconds of the start of perfusion followed by a less rapid concentration-independent rise between 30 seconds and two minutes. No statistical differences were seen between the ketorolac-treated groups and the BSS-treated animals during the initial two minutes. Given that the same behavior was demonstrated by the BSS control group it is likely that this initial dilation is related to viscoelastic clearance and the hydrodynamic effects of irrigation/aspiration, as evidenced by the behavior of the phenylephrine and tropicamide control groups in the first set of experiments. After introduction of 30 μM phenylephrine in all ketorolac- and BSS-treated animals at two minutes there was a further rapid increase in pupil diameter in all groups reaching maximum dilation at four minutes. Maximal dilation was sustained through the remaining perfusion period after a slight decrease in pupil diameter in the interval between the four minute initial perfusion and the start of phacoemulsification when the capsulorhexis was performed. There were no statistically significant group differences, except between the low and mid concentration ketorolac groups versus the BSS and high concentration ketorolac groups at the 14:00 and 18:00 minute time points (Low and Mid>BSS and High; F=6.62, p<0.0002; F=9.26, p<0.0001; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. 2). The treatment grouping of this difference, however, would suggest that the difference did not result from a ketorolac effect, and was likely related to the limited sample size, and reflective of inter-animal and inter-procedure differences. In all treatment groups in both sets of experiments studies the pupil constricted following lens placement at the end of the procedure.

Baseline preoperative anterior chamber flare measures ranged from 3.0 to 12.7 photon units/ms (mean=6.0+/−2.4 SD) in all treatment groups in the treated (right) eye. Flare measures in the control (left) eye remained within this range throughout the duration of the study. These measures matched anterior chamber flare assessments performed by slit lamp biomicroscopy, validating the utility of the laser flare photometer in quantifying the protein density in the anterior chamber in the eye's quiescent natural state. In all treatment groups there was a significant effect of time on flare measurements in the treated eye (F=2.16, p<0.0034), further confirming the utility of flare photometry in quantifying intervention related inflammation (see FIGS. 23, 24 and 25). Flare measures in treated eyes at baseline versus 4.5 and 24 hours versus 48 and 168 hours were significantly different across all treatment groups (F=2.16, p<0.0034; Student Newman-Keuls test, α=0.05, df=75). Differences between the control and treated eye were different at all postoperative exam time points across all subjects (F=236.64, P<0.0001; Student Newman-Keuls test, α=0.05, df=195).

In the first set of experiments, phacoemulsification duration differed within treatment groups as ideal parameters were being refined. It was established in the first 4 surgical procedures that the phacoemulsification time was causing a severe inflammatory response and reduction in phacoemulsification was agreed to. Analysis of longer duration phacoemulsification (45-55 secs) versus shorter duration (15-25 secs) groups at the 4.5 hour and 24 hour time points revealed a statistically significant increase in flare measures with phacoemulsification duration (F=4.42, p<0.0018; Student Newman-Keuls test, α=0.05, df=14; see FIG. 24), confirming the utility of laser flare photometry in quantifying the extent of anterior chamber injury and inflammation. This difference resolved by the 48 and 1 week time points.

Analysis with the exclusion of the high phacoemulsification energy subjects, which included 2 monkeys in each of the high phenylephrine and tropicamide groups, revealed no

US 9,066,856 B2

21

treatment effect on flare measures of phenylephrine relative to the tropicamide control at all time points (Student Newman-Keuls test, $\alpha=0.05$, df=7).

In the second set of experiments, despite the small group sizes, there was a consistent trend for a reduction in the flare measurements in the mid and high ketorolac groups. There was a statistically significant difference between flare measures in the BSS control group versus the mid and high concentration ketorolac groups which achieved significance at the 4.5 hour time point when these two treatment groups were combined to add power to the analysis (F=5.17, P<0.0223; Student Newman-Keuls test, $\alpha=0.05$, df=13; see FIG. 25). Flare measurements in the high and mid dose ketorolac group remained lower relative to the control group at the 24 and 48 hour time points, but these differences did not achieve statistical significance, whether the high and mid dose ketorolac groups were analyzed in combination or separately, given the power of the analysis. At one week there were not statistically significant difference between any of the treatment groups but the high concentration ketorolac group maintained a similar trend.

### Conclusions

The African green monkey phacoemulsification model allowed the quantification of mydriatic and inflammatory measures relevant to human clinical endpoints. Of these measures, video pupil diameter assessments and anterior chamber flare photometry were the most responsive to treatment effects at the time points assessed. Video pupil data demonstrated that intraoperative delivery of phenylephrine in the anterior chamber perfusate resulted in a rapid onset mydriasis which was maintained throughout the surgical procedure. The maximal mydriasis attained was concentration-dependent, with adequate mydriasis for a phacoemulsification surgical procedure to be performed at all concentrations evaluated. Concentrations equal to or greater than 10 µM resulted in a mydriasis exceeding that obtained by preoperative topical 1% tropicamide, a standard of care for cataract procedures. Flare photometry and pachymetry measures did not indicate a reduction in anterior chamber inflammation or corneal edema associated with the addition of phenylephrine to the anterior chamber perfusate.

Video pupil data demonstrated that intraoperative delivery of ketorolac in the anterior chamber perfusate did not result in a change in mydriasis substantially different from that observed with BSS alone. Once phenylephrine at a concentration of 30 was added to the perfusate, however, rapid dilation occurred, confirming the previously demonstrated utility of the intraoperative delivery of phenylephrine. Flare photometry measures indicated a positive effect of ketorolac on anterior chamber inflammation immediately postoperatively at 4.5 hours.

### Example 7

Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

A non-GLP study was conducted with an irrigation solution containing 90 µM PE and 30 µM KE to evaluate the effect of the combination when administered via intraocular irrigation during cataract surgery on mydriasis and inflammatory endpoints. In this series of experiments, 14 monkeys were divided into groups of seven and studied to establish the efficacy of BSS alone versus a BSS perfusate containing the PE and KE combination. Efficacy endpoints included

22

mydriasis and laser flare photometry as a measure of anterior chamber inflammation. The control group additionally received the muscarinic mydriatic tropicamide preoperatively to allow sufficient dilatation to employ the African green monkey model of phacoemulsification surgery.

Results

Animals irrigated with the PE-KE combination achieved 6.0-6.5 mm pupil dilation within approximately 60 sec of irrigation (see FIG. 26). These values were equivalent to those obtained after preoperative treatment with tropicamide. After an initial pupil dilation of 3.0-4.0 mm within the first minute of the start of anterior chamber perfusion, the pupil diameter plateaued within approximately 2.5 and 3.5 minutes for both the tropicamide control and the PE-KE treatment groups, respectively (see FIG. 1), with a significant effect of time on pupil diameter (F=86.69, P<0.0001; Student Newman-Keuls test, $\alpha=0.05$, df=12). The initial dilation (0-2 min) exhibited in the control group, which received topical tropicamide 20 minutes prior to irrigation with BSS alone, was likely not a pharmacologic effect and reflects hydrodynamic effects of irrigation/aspiration and/or dilation associated with clearance of the viscoelastic introduced to allow creation of the corneal incision. Of note, however, the early additional dilation in the tropicamide control group started from a baseline dilation greater than the treatment group (F=86.69, P<0.0001; see FIG. 26) at the beginning of the procedure and resulted in a lower maximal dilation than exhibited by the PE-KE treatment group. PE-KE-mediated pupil dilation exceeded the dilation achieved by the preoperative administration of tropicamide within 90 seconds of the initiation of anterior chamber irrigation. Differences between the control group and the treatment group receiving PE-KE were significant at the 0:00, 3:30, 4:00, 4:30, 5:00, 5:30, 6:00, 8:00, 10:00, 12:00, 12:30 and 13:00 minute time points (F=25.08, p<0.003; F=5.61, p<0.0355; F=9.95, p<0.0083; F=14.71, p<0.0024; F=18.01, p<0.0011; F=9.93, p<0.0084; F=10.39, p<0.0073; F=14.77, p<0.0023; F=14.77, p<0.0023; F=28.65, p<0.0002; F=20.51, p<0.0007; F=8.66, p<0.0134; F=5.48, p<0.0391, respectively; Student Newman-Keuls test, $\alpha=0.05$, df=12; see FIG. 26).

The observed group differences confirmed a treatment effect of the PE-KE perfusate containing phenylephrine and ketorolac on the amplitude of intraoperative mydriasis and on the prolongation of intraoperative mydriasis. Differences between the two groups at early time points were not significant by the Student Newman-Keuls criteria, reflecting intra-group variability, but trends observed in the mean pupil diameter suggest a treatment effect to both rate of onset and amplitude of mydriatic effect. At later time points mean dilation in some subjects in the PE-KE treatment group approached the anatomic limit of pupil mydriasis of ~10.5 mm in the adult eye in this species (corresponding to the inner diameter of the corneal limbus).

Baseline preoperative anterior chamber flare measures ranged from 1.6 to 9.9 photon units/ms (mean=5.3+/−2.3) in both treatment groups in the operative (right) eye. In both treatment groups there was a significant effect of time on flare measurements in the treated eye, further confirming the utility of flare photometry in quantifying intervention related inflammation (see FIG. 27). Flare measures in treated eyes at baseline versus 2, 4.5, 24, 48 hours and 1 week were significantly different across both treatment groups (F=4.94, p<0.0008; Student Newman-Keuls test, $\alpha=0.05$, df=59).

The PE-KE treatment group had lower values of flare measures over time relative to the tropicamide control group, but they did not achieve statistical significance at any time point (F=3.32, P<0.0935; Student Newman-Keuls test, $\alpha=0.05$,

US 9,066,856 B2

23

df=12; see FIG. **27**), in part reflecting a large variability in subject response to the experimental intervention. One PE-KE treated subject exhibited a more limited pupil dilation during anterior chamber irrigation, complicating lens removal. Analysis of flare measures with the exclusion of this animal reveal a statistically significant difference between the PE-KE treatment group and the tropicamide control group at the 2-, 4.5-, 24- and 48-hour time points (F=9.74, P<0.0097; Student Newman-Keuls test, α=0.05, df=11; see FIG. **28**). At one week there was not a statistically significant difference between the treatment groups.

Conclusions

The African green monkey phacoemulsification model allowed the quantification of mydriatic and inflammatory measures relevant to human clinical endpoints. Of these measures, video pupil diameter assessments and anterior chamber flare photometry were the most responsive to treatment effects at the time points assessed. Video pupil data demonstrated that intraoperative delivery of PE-KE in the anterior chamber perfusate resulted in a rapid onset of mydriasis, which was maintained throughout the surgical procedure. The mydriasis attained was adequate for a phacoemulsification surgical procedure to be performed within the initial 60 seconds of irrigation. The degree of mydriasis exceeded that obtained by preoperative topical 1% tropicamide, a standard of care for cataract procedures. Flare photometry measures suggest a positive effect of PE-KE on anterior chamber inflammation immediately postoperatively.

Example 8

Dose Response Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

This non-GLP study was conducted to establish the dose response and time course of mydriasis following intracameral delivery of low-, mid-, and high-concentration irrigation solutions containing PE and KE to African green monkeys. The PE-KE formulation contained a fixed ratio of 3:1 of 45 mM phenylephrine and 15 mM ketorolac in a 20 mM sodium citrate buffer (pH 6.5). An additional concentrated 450 mM phenylephrine HCl (PE) formulation was provided to elevate the phenylephrine concentration in the high dose group. The time course of mydriasis was evaluated by video in four monkeys following intracameral administration of the low concentration of PE and KE (90:30 µM) irrigation solution, in four monkeys following the mid concentration (268:89 µM) and four monkeys following the high concentration (1165:89 µM). The volumes of all intracameral administrations were 150 µL with ejection of the syringe volume into the anterior chamber occurring over approximately a five-second period.

To mix the low concentration (PE:KE at 90:30 µM), 1.0 mL from one vial of PE-KE drug composition was withdrawn and injected into a 500-mL BSS irrigation bottle. For the mid concentration (PE:KE at 268:89 µM), three vials of PE-KE drug composition were used with 1.0 mL from each vial withdrawn and injected into a 500-mL BSS irrigation bottle. For the high concentration group (PE:KE at 1165:89 µM), additional phenylephrine HCl was added to the PE:KE in BSS solution.

Results

Monkeys injected with intracameral PE/KE irrigation solution achieved approximately 6-7 mm pupil dilation

24

within 60 seconds of irrigation. As shown in FIG. **29**, after an initial rapid pupil dilation, the pupil diameter plateaued at approximately the 1-minute time point, with a significant effect of time on pupil diameter among all treatment groups (F=64.33, p<0.0001). Differences between the low-dose group (90:30 µM) and the high-dose group (1165:89 µM) were statistically significant at the 1:30-, 3:00- and 3:30-minute time points (Student Newman-Keuls test, α=0.05, df=9).

Conclusions

The African green monkey mydriasis model allowed the quantification of pupil responses that are relevant to human clinical endpoints. Video pupil data demonstrated that intracameral delivery of PE-KE into the anterior chamber resulted in a rapid onset mydriasis, which was maintained throughout the ten minute period during which video documentation occurred. The mydriasis attained was adequate for a phacoemulsification surgical procedure to be performed within the initial 60 seconds following administration. The degree of mydriasis was greater than that obtained in the control arm of previous efficacy studies by the preoperative delivery of topical 1% tropicamide (mean pupil diameter of 5.9 mm), a standard of care for cataract procedures.

Example 9

Safety Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

A nonclinical GLP toxicology study was carried out in African green monkeys. Twelve male and twelve female monkeys underwent phacoemulsification surgery with lens replacement and two-week recovery in this study. Continuous irrigation of PE-KE irrigation solution throughout the anterior chamber and associated ocular structures was conducted during the surgery and represents the intended route of administration of this product. Three concentrations were evaluated: 720 µM PE and 90 µM KE (720:90 µM) in the low concentration group, 2160 µM PE and 270 µM KE (2160:270 µM) in the mid concentration group, and 7200 µM PE and 900 µM KE (7200:900 µM) in the high concentration group.

A separate control group was evaluated as well. An equal number of male and female animals were allocated to each group with assignment based on weight rank to achieve a balanced mean weight. All animals underwent a surgical procedure on Day 0 to replace the intraocular lens.

Results

All animals tolerated the surgical procedures well, had uneventful recoveries, and survived to the scheduled sacrifice and necropsy. No treatment-related effects were observed on respiratory and cardiovascular observations and all clinical laboratory parameters.

The initial intracameral delivery of 150 µL of each PE/KE irrigation solution resulted in rapid pupil dilation within 30 seconds, with dilation increasing to 6.76±0.15 to 7.29±0.15 mm (mean±SD) in a dose-dependent manner. Thirty seconds following intracameral delivery of 150 µl of BSS alone, the pupil diameter of the tropicamide control group was 5.18±0.18 mm.

The low-concentration treatment group had lower values of flare measures relative to the tropicamide control group at 4.5 hours and 14 days, but they did not achieve statistical significance at any time point, while flare response in the

US 9,066,856 B2

25

high-concentration treatment group was nearly identical to that of the control group at all time points. The mid-concentration treatment group had higher flare measures relative to the tropicamide control, low-concentration and high-concentration at all post-surgical time points, achieving significance at 2, 4.5, and 24 hours. These findings are believed secondary to greater surgical trauma in the mid-concentration treatment group. No concentration-dependent effects on flare were seen. At two weeks, there was not a statistically significant difference between the treatment groups.

In the control, low-concentration, and high-concentration treatment groups, there was a decrease in intraocular pressure following phacoemulsification surgery, but differences from baseline did not achieve significance. At the 4.5-hour time point, the intraocular pressure in the mid-concentration treatment group was significantly greater than in the other treatment groups, but not different than baseline. There was an overall trend of decreasing postoperative intraocular pressure.

Baseline clinical evaluations of the pupil, cornea, lens, and iris were within normal limits in the operative (right) and nonoperative (left) eye of all animals. The pupil diameter returned to baseline by the 24-hour time points, indicating minimal residual treatment-associated mydriatic or miotic effect.

Example 10

Clinical Study

A Phase 2b human clinical study evaluated a ketorolac and phenylephrine combination drug composition, formulated in accordance with Formula 1 of the present invention-, for its effect on the maintenance of intra-operative mydriasis (pupil dilation) and reduction of postoperative pain and irritation resulting from cataract and other lens replacement surgery. The combination drug composition was diluted into a balanced salt solution irrigation carrier prior to intraocular administration during intraocular surgical procedures.

The subject Phase 2b study was a randomized, parallel group, vehicle-controlled, factorial design study, and was run to compare phenylephrine (PE), ketorolac (KE) and the combination drug composition containing both PE and KE in subjects undergoing unilateral cataract extraction with lens replacement (CELR) using a coaxial phacoemulsification process with insertion of an acrylic lens. Administration of test irrigation solutions occurred in a double-masked fashion. The study evaluated, in a four-arm full-factorial design, the contribution of the two active pharmaceutical ingredients (PE and KE, alone and in combination) to the maintenance of mydriasis and post-operative reduction in pain when administered diluted in balanced salt solution (BSS).

The study also explored the effect of the combination drug composition, PE, and KE on postoperative inflammation. Subjects were randomized to one of the following four treatment arms in a 1:1:1:1 fashion:

a. BSS vehicle
b. 483 μM PE in BSS
c. 89 μM KE in BSS
d. the combination drug composition containing 483 μM PE and 89 μM KE in BSS.

All subjects in this study received preoperative mydriatics and anesthetics. In each of the four groups, the respective irrigation treatment was administered as a single irrigation of the anterior chamber of the eye during the CELR surgical procedure, with a mean of 8 minutes of exposure in this study. In addition, at the end of the procedure, the anterior chamber

26

was filled with the irrigation treatment. The change in pupil diameter over time from surgical baseline (immediately prior to surgical incision) to the end of the surgical procedure (wound closure) was measured, as was postoperative pain on the day of operation as measured by the Visual Analog Scale (VAS) at 2, 4 6, 8 and 10-12 hours and at other times recorded by the patient prior to taking rescue pain medication.

In this 223-patient Phase 2b clinical study, subjects treated with the combination drug composition demonstrated statistically significant (p<0.0001) and clinically meaningful maintenance of mydriasis throughout the cataract procedure as compared to either the BSS or KE groups. Maintenance of mydriasis is critical to performing lens exchange safely and proficiently given that the ophthalmologist operates through the pupil. If mydriasis is not maintained throughout the procedure, the risk of injuring structures within the eye increases and the required operating time is often prolonged. Any reduction in pupil size during surgery may interfere with surgical technique. In this study the mean pupil diameter was 8.3 mm at the time of the incision. A reduction of 2.5 mm or more ('extreme constriction') represents a loss of 30% of the diameter and 52% of the area of the average pupil, with a potential for extreme impact on the procedure. Unexpectedly, this study demonstrated that 21% of subjects in the BSS group and 21% of subjects in the KE group experienced this extreme constriction, as compared to only 4% of subjects in the combination drug composition group.

Intraoperative complications increase when the pupil diameter is less than 6 mm during lens exchange surgery. A categorical analysis on an intent-to-treat basis of intraoperative pupil diameters to identify the proportions of study subjects who experienced this level of pupil constriction. In this Study, the combination drug composition was statistically significantly superior (Table XX) in preventing this degree of pupil constriction, i.e., miosis to a diameter of less than 6 mm, when compared to each of the other three treatment arms.

TABLE 5

| Subjects Having Pupil Diameter <6 mm during CELR | | | |
|---|---|---|---|
| BSS (n = 54) | KE/PE Combination (n = 49) | KE (n = 52) | PE (n = 49) |
| 25 (46%) p < 0.0001* | 3 (6%) | 18 (35%) p = 0.0005* | 11 (22%) p = 0.0404* |

*FET comparison to PE-KE combination

Clinically significant reductions in pupil diameter are associated with an increase in procedure-related complications, including posterior capsule tears, retained lens fragments and vitreous leaks. These findings demonstrate that the phenylephrine and ketorolac each contribute and act synergistically in preventing clinically meaningful mioisis.

This finding is surprising because phenylephrine is a strong mydriatic agent and would be expected to inhibit miosis alone. Surprisingly, ketorolac also provided an anti-miotic effect on top of the effect of phenylephrine.

Additionally, the combination drug composition also significantly decreased pain in the early postoperative period (10-12 hours post-surgery) relative to either the PE (p=0.0089) or BSS (p=0.0418) groups. Surprisingly, the combination drug composition also reduced the frequency of complaints of moderate and severe pain (2.5 times more complaints in the BSS-treated subjects). The drug composition was safe and well tolerated in this study.

US 9,066,856 B2

27

This study demonstrates that the composition and use of the invention claimed in the above-identified application prevents a surprising degree of extreme pupil constriction, as well as resulting in an unexpected reduction of moderate and severe post-operative pain up to 10-12 hours after surgery following mere minutes of exposure to the test drug during surgery.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be readily apparent to one of ordinary skill in the art in light of the teachings of this invention that certain changes and modifications may be made thereto without departing from the spirit or scope of the appended claims.

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1. A sterile liquid pharmaceutical formulation consisting essentially of phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

2. The pharmaceutical formulation of claim 1, wherein the buffer system comprises a sodium citrate buffer system.

3. The pharmaceutical formulation of claim 1, wherein the pharmaceutical formulation has a pH of from 5.8 to 6.8.

4. The pharmaceutical formulation of claim 1, wherein formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+2° C.

5. The pharmaceutical formulation of claim 1, wherein the formulation is contained within a single-use container.

6. The pharmaceutical formulation of claim 1, wherein the formulation comprises about 60.75 mM phenylephrine and about 11.25 mM ketorolac.

28

7. The pharmaceutical formulation of claim 1, further comprising an irrigation carrier into which the formulation is injected, wherein after injection the phenylephrine is present at a concentration of from 240 to 72 µM and the ketorolac is present at a concentration of from 10 to 270 µM.

8. The pharmaceutical formulation of claim 1, wherein the phenylephrine and ketorolac are included at a molar ratio of from 3:1 to 10:1 phenylephrine to ketorolac.

9. A sterile liquid pharmaceutical formulation comprising phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable in the absence of preservatives and antioxidants for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

10. The pharmaceutical formulation of claim 9, wherein the buffer system comprises a sodium citrate buffer system.

11. The pharmaceutical formulation of claim 9, wherein the pharmaceutical formulation has a pH of from 5.8 to 6.8.

12. The pharmaceutical formulation of claim 9, wherein formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+2° C.

13. The pharmaceutical formulation of claim 9, wherein the formulation is contained within a single-use container.

14. The pharmaceutical formulation of claim 9, wherein the formulation comprises about 60.75 mM phenylephrine and about 11.25 mM ketorolac.

15. The pharmaceutical formulation of claim 9, further comprising an irrigation carrier into which the formulation is injected, wherein after injection the phenylephrine is present at a concentration of from 240 to 720 µM and the ketorolac is present at a concentration of from 10 to 270 µM.

16. The pharmaceutical formulation of claim 9, wherein the phenylephrine and ketorolac are included at a molar ratio of from 3:1 to 10:1 phenylephrine to ketorolac.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 9,066,856 B2                          Page 1 of 1
APPLICATION NO.  : 14/061039
DATED            : June 30, 2015
INVENTOR(S)        : Gregory A. Demopulos, Hui-rong Shen and Clark E. Tedford

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

| COLUMN | LINE | ERROR |
|---|---|---|
| In the Specification | | |
| 6 | 10 | "sees" should read --secs-- |
| 6 | 49 | "(QMS302)" should read --(OMS302)-- |
| 6 | 51 | "(F4.94," should read --(F=4.94,-- |
| 7 | 9 | "were not different by criteria" should read --were not significantly different by these criteria-- |
| 7 | 46 | "1- and d-ascorbic acid" should read --l- and d-ascorbic acid-- |
| 16 | 42 | "trometahamine" should read --tromethamine-- |
| 16 | 44 | "trometahamine" should read --tromethamine-- |
| 21 | 48 | "30 was" should read --30 µM was-- |
| 25 | 55 | "mioisis" should read --miosis-- |
| In the Claims | | |
| 28 | 4 | "72 µM" should read --720 µM-- |

Signed and Sealed this
Nineteenth Day of April, 2016

*Michelle K. Lee*

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

# EXHIBIT C



US009486406B2

## (12) United States Patent
### Demopulos et al.

(10) Patent No.: **US 9,486,406 B2**
(45) Date of Patent: **\*Nov. 8, 2016**

(54) **STABLE PRESERVATIVE-FREE MYDRIATIC AND ANTI-INFLAMMATORY SOLUTIONS FOR INJECTION**

(71) Applicant: **Omeros Corporation**, Seattle, WA (US)

(72) Inventors: **Gregory A. Demopulos**, Mercer Island, WA (US); **Hui-rong Shen**, Bothell, WA (US); **Clark E. Tedford**, Poulsbo, WA (US)

(73) Assignee: **Omeros Corporation**, Seattle, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/721,151**

(22) Filed: **May 26, 2015**

(65) **Prior Publication Data**

US 2015/0342928 A1 Dec. 3, 2015

### Related U.S. Application Data

(63) Continuation of application No. 14/061,039, filed on Oct. 23, 2013, now Pat. No. 9,066,856.

(60) Provisional application No. 61/736,179, filed on Dec. 12, 2012, provisional application No. 61/718,026, filed on Oct. 24, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/135* | (2006.01) |
| *A61K 31/40* | (2006.01) |
| *A61K 31/19* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 31/137* | (2006.01) |
| *A61K 31/407* | (2006.01) |
| *A61K 31/138* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 9/0048* (2013.01); *A61K 31/137* (2013.01); *A61K 31/138* (2013.01); *A61K 31/407* (2013.01)

(58) **Field of Classification Search**
CPC . A61K 31/135; A61K 31/137; A61K 31/407
USPC ........................................ 514/653, 413, 557
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,474,751 | A | 10/1984 | Haslam et al. |
| 4,474,811 | A | 10/1984 | Masuda et al. |
| 4,550,022 | A | 10/1985 | Garabedian et al. |
| 4,876,250 | A | 10/1989 | Clark |
| 4,938,970 | A | 7/1990 | Hustead et al. |
| 5,051,443 | A | 9/1991 | Neufeld et al. |
| 5,110,493 | A | 5/1992 | Cherng-Chyi et al. |
| 5,212,196 | A | 5/1993 | House et al. |
| 5,298,487 | A | 3/1994 | Chen et al. |
| 5,371,078 | A | 12/1994 | Clark et al. |
| 5,523,316 | A | 6/1996 | Gan et al. |
| 5,587,175 | A | 12/1996 | Viegas et al. |
| 5,612,027 | A | 3/1997 | Galin et al. |
| 5,624,893 | A | 4/1997 | Yanni |
| 5,696,091 | A | 12/1997 | York et al. |
| 5,759,532 | A | 6/1998 | Galin et al. |
| 5,767,105 | A | 6/1998 | Peyman |
| 5,798,356 | A | 8/1998 | Doshi |
| 5,800,385 | A | 9/1998 | Demopulos et al. |
| 5,811,446 | A | 9/1998 | Thomas |
| 5,820,583 | A | 10/1998 | Demopulos et al. |
| 5,858,017 | A | 1/1999 | Demopulos et al. |
| 5,860,950 | A | 1/1999 | Demopulos et al. |
| 5,972,326 | A | 10/1999 | Galin et al. |
| 6,030,974 | A | 2/2000 | Schwartz et al. |
| 6,056,715 | A | 5/2000 | Demopulos et al. |
| 6,117,907 | A | 9/2000 | Sher |
| 6,210,394 | B1 | 4/2001 | Demopulos et al. |
| 6,218,428 | B1 | 4/2001 | Chynn |
| 6,242,447 | B1 | 6/2001 | Demopulos et al. |
| 6,254,585 | B1 | 7/2001 | Demopulos et al. |
| 6,261,279 | B1 | 7/2001 | Demopulos et al. |
| 6,280,745 | B1 | 8/2001 | Flore et al. |
| 6,350,781 | B1 | 2/2002 | Shahinia |
| 6,395,746 | B1 | 5/2002 | Cagle et al. |
| 6,413,961 | B1 | 7/2002 | Demopulos et al. |
| 6,420,432 | B2 | 7/2002 | Demopulos et al. |
| 6,492,332 | B1 | 12/2002 | Demopulos et al. |
| 6,495,598 | B1 | 12/2002 | Yoneda et al. |
| 6,562,873 | B2 | 5/2003 | Olejnik et al. |
| 6,645,168 | B2 | 11/2003 | Demopulos et al. |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0364266 A2 | 4/1990 |
| EP | 0 550 921 A1 | 7/1993 |

(Continued)

#### OTHER PUBLICATIONS

Zimm, J.L., et al., "Effects of topical suprofen and flurbiprofen on the miosis produced by anterior chamber irrigation with cholinergic agonists," *J Cataract Refract Surg* 17:790-793 (1991).

Flach, A.J., et al., "The Effect of Ketorolac Tromethamine in Reducing Postoperative Inflammation: Double-Mask Parallel Comparison with Dexamethasone," *Annals of Ophthalmology* 21:407-411 (1989).

Bäckström G, "Behndig A.Redilatation with intracameral mydriatics in phacoemulsification surgery," *Acta Ophthahnol Scand.* 84(1):100-4 (2006).

Perry, H.D., et al., "An update on the use of ophthalmic ketorolac tromethamine 0.4%," *Expert Opin Pharmacother.* 7(499-107 (2006).

Stewart, R. et al., "Efficacy and Safety Profile of Ketorolac 0.5% Ophthalmic Solution in the Prevention of Surgically Induced Miosis During Cataract Surgery," *Clinical Therapeutics* 21(4):723-732 (1999).

(Continued)

*Primary Examiner* — Kevin E Weddington
(74) *Attorney, Agent, or Firm* — Marcia S. Kelbon

(57) **ABSTRACT**

The present invention relates to stable, preservative- and antioxidant-free liquid formulations of phenylephrine and ketorolac for injection.

**13 Claims, 29 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

# US 9,486,406 B2

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,091,181 | B2 | 8/2006 | Demopulos et al. |
| 7,842,714 | B2 | 11/2010 | Farnes et al. |
| 7,973,068 | B2 | 7/2011 | Demopulos et al. |
| 8,173,707 | B2 | 5/2012 | Demopulos et al. |
| 8,586,633 | B2 | 11/2013 | Demopulos et al. |
| 9,066,856 | B2 | 6/2015 | Demopulos et al. |
| 9,278,101 | B2 | 3/2016 | Demopulos et al. |
| 2002/0071874 | A1 | 6/2002 | Olejnik et al. |
| 2002/0128267 | A1 | 9/2002 | Bandyopadhyay et al. |
| 2002/0183279 | A1 | 12/2002 | Tanaka |
| 2003/0017199 | A1 | 1/2003 | Woodward et al. |
| 2003/0087962 | A1 | 5/2003 | Demopulos et al. |
| 2003/0096807 | A1 | 5/2003 | Demopulos et al. |
| 2003/0191187 | A1 | 10/2003 | Lee et al. |
| 2004/0072809 | A1 | 4/2004 | Demopulos et al. |
| 2008/0194649 | A1 | 8/2008 | Khatib |
| 2010/0087503 | A1 | 4/2010 | Farnes et al. |
| 2010/0311688 | A1 | 12/2010 | Chapin et al. |
| 2010/0311705 | A1 | 12/2010 | Demopulos et al. |
| 2011/0105450 | A1 | 5/2011 | Chapin et al. |
| 2012/0022094 | A1 | 1/2012 | Harris et al. |
| 2013/0079344 | A1 | 3/2013 | Demopulos et al. |
| 2014/0221326 | A1 | 8/2014 | Demopulos et al. |
| 2014/0235597 | A1 | 8/2014 | Demopulos et al. |
| 2014/0235691 | A1 | 8/2014 | Demopulos et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 903 151 A1 | 3/1999 |
| JP | 9-506620 | 6/1995 |
| JP | 2001-516258 | 9/2001 |
| JP | 2002161032 A2 | 6/2002 |
| WO | WO 98/4171 | 0/1998 |
| WO | WO 87/07141 | 12/1987 |
| WO | WO 91/02527 | 3/1991 |
| WO | WO 92/04008 | 3/1992 |
| WO | WO 94/08602 | 4/1994 |
| WO | WO 94/08602 A1 | 4/1994 |
| WO | WO 95/09003 | 4/1995 |
| WO | WO 95/16435 A2 | 6/1995 |
| WO | WO 95/34298 | 12/1995 |
| WO | WO 96/00055 | 1/1996 |
| WO | WO 96/19233 | 6/1996 |
| WO | WO 97/09973 | 3/1997 |
| WO | WO 97/21445 | 6/1997 |
| WO | WO 98/38996 | 9/1998 |
| WO | WO 98/47366 | 10/1998 |
| WO | WO 98/47890 | 10/1998 |
| WO | WO 00/01379 | 1/2000 |
| WO | WO 00/03705 | 1/2000 |
| WO | WO 00/23061 | 4/2000 |
| WO | WO 00/23062 | 4/2000 |
| WO | WO 00/23066 | 4/2000 |
| WO | WO 00/23072 | 4/2000 |
| WO | WO 00/25745 | 5/2000 |
| WO | WO 00/35433 | 6/2000 |
| WO | WO 00/69255 | 11/2000 |
| WO | WO 01/07050 A1 | 2/2001 |
| WO | WO 01/41550 A2 | 6/2001 |
| WO | WO 01/82914 A2 | 11/2001 |
| WO | WO 02/05815 A1 | 1/2002 |
| WO | WO 02/09702 | 2/2002 |
| WO | WO 02/24191 A1 | 3/2002 |
| WO | WO 2004/010894 A2 | 2/2004 |
| WO | WO 2009/061431 A2 | 5/2009 |
| WO | WO 2012/01600 | 2/2012 |
| WO | WO 2014/066485 | 5/2014 |

### OTHER PUBLICATIONS

DeRuiter, "Principals of Drug Action 2 at 4," (Fall, 2002). Accessed Apr. 26, 2015 at www.auburmedu/~deruija/nsaids_2002.pdf.
Hardman, J.G., Ed., *Goodman and Gilman 's the Pharmacologic Basis of Therapeutics*, 10th Edition; New York: McGraw-Hill Medical, 2001; pp. 145-146, 216-218, 687-692.

Zanetti, FR., et al., "Effect of preoperative use of topical prednisolone acetate, ketorolac tromethamine, nepafenac and placebo, on the maintenance of intraoperative mydriasis during cataract surgery: a randomized trial," *Indian J Ophthalmol.* 60(4):277-81 (2012).
Lundberg, B., et al., "Intracameral mydriatics in phacoemulsification cataract surgery," *J Cataract Refract Surg* 29:2366-2371 (2003).
Bandyopadhyay, P., et al. (2010). Development of ophthalmic formulation. In *Pharmaceutical Dosage Forms* (pp. 254-286) New York:NY: Informa Healthcare.
Brown, M.R.W., et al., "The Preservation of Ophthalmic Preparations," *J. Soc. Cosmetic Chemists* 16:369-393 (1965).
Das Gupta, V., et al., "Chemical Stabilities of Lignocaine Hydrochloride and Phenylephrine Hydrochloride in Aqueous Solution," *Journal of Clinical and Hospital Pharmacy* 11:449-452 (1986).
Edelhauser, H.F., et al., "Corneal Edema and the Intraocular Use of Epinephrine," *American Journal of Ophthalomology* 93:327-333 (1982).
Ellis, P.P. (1981). Basic considerations. In *Ocular Therapeutics and Pharmacology* (pp. 3-23) St. Louis:MO:The C.V. Mosby Company.
Food and Drug Administration, "Guidance for Industry Q1A(R2) Stability Testing of New Drugs Substances and Products," (2003).
Heath, P., et al., "Use of Phenylephrine Hydrochloride (Neo-Synephrine Hydrochloride®) in Ophthalmology," *Archives of Ophthalmology* 41(2):172-177 (1949).
Lang, J.C., et al. (2002). Design and Evalution of Ophthalmic Pharmaceutical Products. In *Modern Pharmaceutics* (pp. 626-698) Fort Worth:TX:Marcel Decker, Inc.
Lewis, R.J. (2007). *Hawley's Condensed Chemical Dictionary*, 15[th] Edition, (pp. 188-189), Hoboken:NJ: John Wiley & Sons, Inc.
Mauger, Ty., et al. (1996). *Mosby's Ocular Drug Handbook* (pp. 36-40), St. Louis:MO: Mosby-Year Book, Inc.
Öztürk, F., et al., "The efficacy of 2.5% phenylephrine and flurbiprofen combined in inducing and maintaing pupillary dilatation during cataract surgery," European Journal of Ophthalmology 10(2):144-148 (2000).
*Physicians' Desk Reference for Ophthamology*, 26th Edition, (pp. 1-2, 7-8, 15, 201, 209, 221-222, 235) (1998).
*Physicians' Desk Reference for Nonprescription Drugs and Dietary Supplements*, 24[th] Edition, (pp. 620-621) (2003).
Reddy, I.K. (Ed.), (1996). *Ocular Therapeutics and Drug Delivery*, (pp. 3-29, 171-193, 204, 377-404, 529-540.
Lang, J.C., et al., (2005). Ophthalmic Preparations. In *Remington—The Science and Practice of Pharmacy*, 21st Edition, (pp. 850-870).
*The United States Pharmacopeia*, 23rd Edition, (pp. 10-14, 1211-1217, 1940-1947, 1959-1963) (1995).
Brandi, M., et al., "Approaches for Improving the Stability of Ketorolac in Powder Blends," *Journal of Pharmaceutical Sciences* 84(10):1151-1153 (1995).
Brandi, M., et al., "Racemization of Ketorolac in Aqueous Solution," *Journal of Pharmaceutical Sciences* 84(9):1045-1048 (1995).
Center for Drug Evaluation and Research, "Application No. 21-132 Chemistry Review(s)," 2009.
Center for Drug Evaluation and Research, "Application No. 207926Orig1s000 Chemistry Review(s)," 2014.
Center for Drug Evaluation and Research, "Application No. 027926Orig1s000 Summary Review," 2015.
Das Gupta, V., et al., "Stability of Phenylephrine Hydrocholride Nasal Drops," *American Journal of Hospital Pharmacy* 29:870-873 (1972).
Gu, L., et al., "Light degradation of ketorolac tromethamine," *International Journal of Pharmaceutics* 41:105-113 (1988).
Gu, L., et al., "Light degradation of ketorolac tromethamine." *International Journal of Pharmaceutics* 41:105-113 (1988).
Millard, B.J., et al., "The stability of aqueous solutions of phenylephrine at elevated temperatures: identification of the decomposition products," *J. Pharm. Pharmac.* 25(Suppl.):24p-31p (1973).
Neo-Synephrine—phenylephrine hydrochloride injection, solution [Package Insert]. Lake Forest,IL:Hospira, Inc., 2010.
Phenylephrine 10Mg/Ml, Solution for Injection of Infusion [Package Insert] Kent, UK: Beacon Pharmaceuticals (2011).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

(56) **References Cited**

OTHER PUBLICATIONS

Omeros Corporation, Response to Communication Pursuant to Article 94(3), European Patent Application No. 03 772122.2. Sep. 15, 2011.

Code of Federal Regulation, 21 CFR Subchapter C:Drugs: General: Part 200—General, (pp. 5-8). Updated Apr. 1, 2015.

ACULAR® (ketorolac tromethamine ophthalmic solution) 0.5% [Package insert]. Irvine, CA: Allergan, Inc.; 2001.

ACULAR® Pf (ketorolac tromethamine ophthalmic solution) 0.5% Presenrative-Free [Package Insert]. Irvine, CA: Allergan, Inc.; 2002.

ACUVAIL™ (ketorolac tromethamine ophthalmic solution) 0.45% [Package Insert]. Irvine, CA: Allergan, Inc.; 2009.

BSS Plus® Sterile Intraocular Irrigating Solution [Package Insert]. Fort Worth, TX: Alcon Labatories, Inc., 2003.

OCUFEN® (flurbiprofen sodium ophthalmic solution, USP) 0.03% [Package Insert]. Irvine,CA: Allergan, Inc., 2001.

Phenylephrine Hydrochloride Ophthalmic Solution, USP 2.5%-Sterile [Package Insert]. Lake Forest, IL: Akorn, Inc., 2011.

*Physician's Desk Reference*, 50th Edition, (pp. 2325-2326) (1996).

Adamczyk, D.T.; Jaanus, S.D., Antiallergy Drugs and Decongestants in *Clinical Ocular Pharmacology*; Barlett, J.D.; 5th Edition; Butterworth, Heinemann, Elsivier: St. Louis, 2008; pp. 247.

Belmonte C., et al., "Neural basis of sensation in intact and injured corneas," *Exp Eye Res.* 78(3):513-25 (2004).

Coman, O.A., et al., Particularities of vascular reactivity of the conjunctiva and iris in rats, *Romanian journal of morphology and embryology=Revue roumaine de morphologie et embryologie* 49(1):53-56 (2008).

Floman, N., et al., "Mechanism of steroid action in ocular inflammation: Inhibition of prostaglandin production," *Invest Ophthalmol Vis Sci.* 16(1):69-73 (1977).

Grosser, T. et al., Anti-Inflammatory, Antipyretic, and Analgesic Agents; Pharmacotherapy of Gout. In *Goodman and Gilman's Pharmacological Basis of Therapeutics*, 12th Edition; Brunton, L., Ed.; New York; Mc Graw Hill Medical, 2011; pp. 962-963.

Hashimoto, Y., et al., "Effects of ciliary ganglionectomy on contractile responses in the dilator muscle of the rat iris," *Exp Eye Res.* 56(2):135- 41 (1993).

Hoffman, B., Catecholamine, Sympathomimetic Drugs, and Adrenergic Receptor Antagonists. In *Goodman and Gilman 's Pharmacological Basis of Therapeutics*, 10th Editon. Hardman, J.G., Ed.; New York: McGraw Hill Medical, 2001, pp. 232.

Loux J, Yankell S. Ocular vasocongestion assay in rabbits. Federation Proceedings 1973 32:3(I).

Miyake, K., et al., "Prevention of cystoid macular edema after lens extraction by topical indomethacin. III. Radioimmunoassay measurements of prostaglandins in the aqueous during and after lens extraction procedures," *Graefes Arch Clin Exp Ophthalmol* 209: 83-88, (1978).

Novack, G.D., "Ophthalmic drug development: procedural considerations," *J Glaucoma* 7(3):202-9 (1998).

Perkins, E.S., "Prostaglandins and ocular trauma," *Adv Ophthalmol.* 34:149-52 (1977).

Portello, J.K. Mydriatics and Mydriolytics. In *Clinical Ocular Pharmacology*; Bartlett, J.D., Ed.; St. Louis: Butterworth, Heinemann, Elsevier, 2008; pp. 114, 117.

Rao, K.N., et al., "Role of aspirin in cataract surgery," *Indian J Opthalmol.* 33(2):89-90 (1985).

Toris, C.B., et al., "The biology, pathology and therapeutic use of prostaglandins in the eye," *Clinical Lipidology* 6(5):577-591 (2011).

Zschauer, A., et al., "Role of endothelium and hyperpolarization in CGRP-induced vasodilation of rabbit ophthalmic artery," *American Journal of Phsiology—Heart and Circulatory Physiology* 263(2):32-2(H359-H365) (1992).

Gamache, D.A., et al., "Nepafenac, a unique nonsteroidal prodrug with potential utility in the treatment of trauma-induced ocular inflammation: I. Assessment of anit-inflammatory efficacy" *Inflammation* 24(4):357-70 (2000).

Whitaker, JS, Declaration under 37 CFR 1.132 dated Feb. 14, 2012.

U.S. Appl. No. 13/420,440, filed Mar. 14, 2012, Demopulos et al.

U.S. Appl. No. 13/420,456, filed Mar. 14, 2012, Demopulos et al.

U.S. Appl. No. 14/186,146, filed Feb. 21, 2014, Demopulos et al.

U.S. Appl. No. 14/075,588, filed Nov. 8, 2013, Demopulos et al.

Database WPI Week 200256, Dement Publications Ltd, London, GB:AN 2002-523513 XP002477850 & JP 2002 161032 A, *Tasisho Pharm Co. Ltd*, Jun. 4, 2002, Abstract Only.

Database WPI Week 200239; *Derwent Publications Ltd.*, London, GB; AN 2002-362397 XP002478749 & WO 02/24191 A, *Yong Guang Pharm Co Ltd*, Mar. 28, 2002. Abstract Only.

Corbett et al., "Intraocular adrenaline maintains mydriasis during cataract surgery," *Br. J. Ophthalmol.* 78:95-98 (1994) (Abstract Only).

Gillart et al., "Effects of Local Clonidine for Prolongation of Akinesia After Peribulbar Block," *Anesthesiology* 31(3A):A941-A942 (1994).

Grond, S., et al., "Inhibition of Synovial Plasma Extravasation by Preemptive Administration of an Antiinflammatory Irrigation Solution in the Rat Knee," *Anesth Anal* 92:1301-6 (2001).

Malhotra et al., "Comparison of the cardiovasculare effects of 2.5% phenylephrine and 10% phenylephrine during ophthalmic surgery," *Eye* 12:973-975 (1998).

Antcliff et al., "The maintenance of per-operative mydriasis in phacoemulsitication with topical diclofenac sodium," *Eye* 11:389-391 (199).

Liou, Shiow-Wen, et al., "The Effects of Intraeameral Adrenaline infusion on Pupil Size, Pulse Rate, and Blood Pressure During Phaeoemulsitication," *J Ocular Pharmacol Ther* 14(4):357-361 (1998).

Gimbel, "The effect of treatment with topical non-steroidal anti-inflammatory drugs with and without intraoperative epinephrine on the maintenance of mydriasis during cataract surgery," *Ophthalmology* 96(5)85-588 (1989) (Abstract Only).

Shimada, H., et al,, "Effects ofFlubiprofen on Extracapsular Cataract Extraction," *Journal of the Eye* 4(5):719-722 (1987). Japanese language.

Shimada, H., et al., "Effects of Flubiprofen on Extracapsular Cataract Extraction," *Journal of the Eye* 4(5):719-722 (1987), English translation.

Titcomb, "Revision of 'Pharmacology," www.optormerry.co.uk 25-34 (2002).

Zimm, Jeffrey L., et at, "Effects of topical suprofen and flurbiprofen on the miosis produced by anterior chamber irrigation with cholinergic agonists," *J Cataract Refract Surg* 17:790-793 (1991).

Snyder, R.W., et at, "Acular as a single agent for use an an antimiotic and anti-inflammatory in cataract surgery," *J Cataract Refract Surg* 26(8): 1225-1227 (2000).

Shimoda, H., et al,, "Effects of an Anti-prostaglandin Agent Added to the Irrigation Solution on Damage to the Anterior Segment in Monkey Eyes Induced by Pars Plana Vitrectomy," *Acta Soc Ophihalmol Jpn* 98:823-829 (1989).

Miyake et al., "Latanoprost Accelerates Disruption of the Blood-Aqueous Barrier and the Incidence of Agiographic Cystoid Macular Edema in Early Postoperative Pseudophakias," *Arch Oplthalmol* 117:34-40 (1999).

Miyake et al., "Enhanced Disruption of the Blood-Aqueous Barrier and the Incidence of Angiographic Cystoid Macular Edema by Topical Timolol and Its Preservative in Early Postoperative Pseudophakia," *Arch Ophthalmol* 119:387-394 (2001).

Fichman, "Anesthesia and preoperative and postoperative medications," *Current Opinion in Ophthahnology* 7:17-20 (1996).

Alcon Laboratories, "The Worldwide Winner TobraDex," Internet Publication, http://www.alconlabs.comluslaj/products/RxTher/TobraDexPro.jhtml (Jun. 3, 2003).

Heier, J., et al., "Ketorolac tromethamine 0,5% ophthalmic solution in the treatment of moderate to severe ocular inflammation after cataract surgery: a randomized, vehicle-controlled clinical trial," *Am J Ophthalmol* 127(3):253-9 (1999).

Alcon Laboratories, "Sterile intraocular irrigating Solution," Internet Publication, http://www.alconlabs.com/ca_en/ai/products/bss-pml.jhtml (Jun. 26, 2003).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

(56)        **References Cited**

OTHER PUBLICATIONS

Wang, R.F., et al., "Effect of Oxymetazoline, on Aqueous Humor Dynamics and Ocular Blood Flow in Monkeys and Rabbits," *Arch Ophthalmol* 111:535-8 (1993) (Abstract only).

Chu, Teh-Ching, et al., "Oxymetazoline: Potential Mechanisms of Inhibitory Effects on Aqueous Humor Dynamics," *Pharmacology* 53:259-270 (1996).

Patil, Popat N., et al., "Antimuscarinic Action of Oxymetazoline on Human Intraocular Muscles," *Journal of Ocular Pharmacology and Therapeutics* 20(4):328-332 (2004).

Flach, A.J., et al., "Effectiveness of ketorolac tromethamine 0.5% ophthalmic solution for chronic aphakic and pseudophakic cystoid macular edema," *Am J Ophthalmol* 103(4):479-86 (1987).

Anderson, Janet A., et al., "Multiple Dosing Increases the Ocular Bioavailability of Topically Administered Flurbiprofen," *Arch Ophthalmol* 106:1107-1109 (1988).

Ishikawa, H., et al., "Comparison of post-junctional alpha-adrenoceptors in iris dilator muscle of humans, and albino and pigmented rabbits," *Naunyn Schmeidebergs Arch Pharmacol* 354(6):765-72 (1996).

Liou, Shiow-Wen, et al,, "Maintenance of Mydriasis with One Bolus of Epinephrine Injection. During Phacoemulsification," *J Ocular Pharmacol Ther* 17(3):249-253 (2001).

Lundberg, Björn, M.D., et al., "Intracameral mydriatics in phacoemulsification cataract surgery," *J Cataract Refract Surg* 29:2366-2371 (2003).

Flach, Allan J., "Cyclo-oxygenase Inhibitors intphthalmology," *Survey of Ophthalmology* 36(4):259-284 (1992).

Flach, A.J., et al., "The effect of ketorolac tromethamine solution 0.5% in reducing postoperative inflammation after cataract extraction and intraocular lens implantation," *Ophthalmology* 95(9):1279-84 (1988).

Flach, Allan, J., "Corneal Melts Associated with Topically Applied Nonsteroidal Anti-Inflammatory Drugs," *Tr Am Opth* 99:205-212. (2001).

"The Pocket Oxford American Dictionary of Current English," OxfOrd University Press, New York, p. 418 (2002).

"The Bantam Medical Dictionary," Laurence Urdang Associates Ltd., Bantam Books, New York, p. 17 (1981).

Gills, J.P., "Intraocular irrigating solutions with cataract surgery," *Atlas of Cataract Surgery*, Masket, Samuel MD and Crandall, Alan S MD, eds. Chapter 3, Martin Dunitz Publisher (1999).

Gills, J.P., et al., Comment on "Bacterial endophthalmitis prophylaxis:" *Ophthalmology* 110(8):1668 (2003).

Gills, J.P., et al., "Effect of intracameral triamcinolene to control inflammation following cataract surgery," *J Cataract Refract Surg* 31(8):1670-1 (2005).

Gills, J.P., "My Method of Extracapsular Cataract Extraction With Implantation of a Posterior Chamber Intraocular Lens," *Ophthalmic Surgery* 16(6):386-392 (1985).

Hirowatari, Takeo, et al., "Evaluation of a New Preoperative Opthalmic Solutions," *Can J Opthalmol* 40:58-62 (2005).

Snyder, R. W., et al., "Acular as a single agent for use an an antimiotic and anti-inflammatory in cataract surgery," *J Cataract Refract Surg* 26:1225-127 (2000).

Srinivasan, M.S., et al., "Topical ketorolac tromethamine 0.5% versus diclofenac sodium 0.1% to inhibit miosis during cataract surgery," *J Cataract Refract Surg* 28:517-520 (2002).

*Taber's Cyclopedic Medical Dictionary*, 19th Edition, L.A. Davis Company, Philadelphia, pp. 1131-1132 (2003).

Eleftheriadis, H., et al., "Corneal toxicity secondary to inadvertent use of henzalkonium chloride preserved viseoelastic material in cataract surgery," *British Journal of Ophthalmology* 86:299-305 (2002).

Zaczek, A., et al., "The effect of phenylephrine on pain and flare intensity in eyes with uvitis," *Acta Ophthalmologica Seandinavica* 78:516-518 (2000).

Online Merck Manual Home Edition articles entitled, "Inflammation," "Blepharitis," "Dacroeystitis," "Infections," "Gout," "Pseudogout," "Sinusitis," "Pharyngitis," "Reiter's Syndrome," "Tongue Disorders," "Meningitis," "Viral infections," "Henirroids," "Urethritis," "Episeleritis," "Conjunctivitis," and "Rheumatoid Arthritis," www.merck.com/mmhe/print/sec20/ch236/ch236d.html, 51 pages, accessed Mar. 2007 (2003).

Medline Plus, Medical Encyclopedia: Neuroretinitis, Definition of "Neuroretinitis", www.nlm.nih.gov/medlineplus/ency/article/ 002268.htm, accessed Mar. 2007, (2005).

Kuby, J., "Immunology," Third Edition, W.H. Freeman and Company, New York, pp. 67 and 365-378, (1997).

Chaudhary, K,P, et al., "Preoperative Topical Flubiproten—Na30 in Extracapsular Lens Extraction Role in Maintaining intraoperative Pupillary Dilation," *Ind. J. Opthal.* 40(4):109-114 (1992).

Arshinoff, S.A., et al., "Pharmacotherapy of Photorefractive Kerateetomy," *J Cataract Refract Surg* 22:1037-1044 (1996).

Volpe, N, et al., "Single Dose Ondansetron for Prevention of Postoperative Nausea and Vomiting," *Drug Invest* 8(2):67-72 (1994).

Cherry, P.M.H., et al., "The Treatnient of Pain Following Excimer Laser Photorefractive Keratectomy: Additive Effect of Local Anesthetic Drops, Topical Diclofenac, and Bandage Soft Contact," *Opthalmic Surg Lasers* 27:S477-S480 (1996).

Gurbaxani, A., et al., "Intracameral phenylephrine to prevent floppy iris syndrome during cataract surgery in patients on tarnsulosin," *Eye* 21:331-332 (2007).

Goyal, R., et al., "Randomised Controlled Trial of Ketorolac in the Management of Corneal Abrasions," *Acta Ophihaima Scand.* 79:177-179 (2001).

Arshinoff, S., et al,, "Use of Topical Nonsteroidal Anti-Inflammatory Drugs in Excimer Laser Photorefractive Keratectomy," *J Cataract Refract Surg* 20:216-222 (1994).

Busse, W., et al., "A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial Comparing the Efficacy and Tolerability of Levocabastine-Oxymetazoline Nasal Spray with Levocabastine and Oxymetazoline Alone in the Symptomatic Treatment of Seasonal Allergic Rhinitis," *American Journal of Rhinology* 10(2):105-111 (1996).

Quiroz, C., et al., "N.F.12: A New Topical Solution for External Eye Disease," *American Journal of Ophihaimology* 41(6):1020-1024 (1956).

Grahn, B., et al., "Diagnostic Ophthalmology," *Can Vel J* 35:730-731 (1994).

Angra, S.K., et al., "Safe and Effective Management of Vernal Keratoconjunctivitis (VKC): A Double Blind Clinical Study," *Ann Natl Acad Med Sci* (India) 25(1):9-12 (1989).

Batra, D., et al,, "Patterns of Responses to Alternative Medicines in Controlling Allergic Corti unetivitis," *Ind J. Ophthal* 36(1):17-21 (1988).

Matsuda, M., et al., "The Addition of Oxidized Glutathione to intraocular Irrigating Solutions to Prevent Corneal Endothelial Damage During intraocular Surgery," *Folia Ophthalmol Jpn* 41:1093-1098 (1990) Japanese language.

Matsuda, NI, et al., "I'he Addition of Oxidized Glutathione to Intraocular Irrigating Solutions to Prevent Corneal Endothelial Damage During Intraocular Surgery," *Folia Ophthalmol Jpn* 41:1093-1098 (1990) English translation.

Nishide, T., et al., "Topical Anesthesia with Additional Intracameral Irrigation of 0.2% Lidocaine during Cataract Surgery in High Myopic Eyes," *Jpn J Clin Ophthalmol* 53(5021-922 (1999) Japanese language.

Nishide, T., et al., "Topical Anesthesia with Additional intracameral Irrigation of 0.2% Lidocaine during Cataract Surgery in High Myopic Eyes," *Jpn J Clin Ophthalmol* 53(5):921.922 (1999) English translation.

Kinoshita, A., "Mydriatic Efficacy of Irrigated Phenylephrine during Extracapsular Cataract Surgery," *Folia Ophthalmol Jpn* 40:1730-1733 (1989) Japanese language.

Kinoshita, A., "Mydriatic Efficacy of Irrigated Phenylephrine during Extracapsular Cataract Surgery," *Folio Ophthalmol Jpn* 40:1730-1733 (1989) :English translation.

Tsuchisaka, H., "How to Use Surgical Adjuvents and Drugs in IOL Implantation," *Journal of the Eye* 4(6):755-759 (1987) Japanese language.

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

# US 9,486,406 B2

Page 5

## (56)    References Cited

### OTHER PUBLICATIONS

Tsuchisaka, H., "How to Use Surgical Adjuvents and Drugs in IOL Implantation," *Journal of the Eye* 4(6):755-759 (1987) English translation.

Lacy, C. et al, "Drug Information Handbook," Lexi-Comp, Inc. Cleveland, Ohio, pp. 497 and 717-719, (1993).

Katsura, Hiroshi, "How to Use Local Anesthetic," *Eye Clinic* 27:1055-1060 (1985). Japanese language.

Katsura, Hiroshi, "How to Use Local Anesthetic," *Eye Clinic* 27:1055- 1060 (1985). English translation.

Crandall, A., et al. (Oct. 2011). *OMS302 Maintains Mydriasis and Decrease Postoperative Pain in Cataract Surgery.* Poster Session presented at the meeting of the American Academy of Ophthalmology , Orlando, FL.

Sandoval, H.P., et al., "A review of the use of ketorolac tromethamine 0.4% in the treatment of post-surgical inflammation following cataract and refractive surgery," *Clin Ophthairnol* (4):367-71 (2007).

Suleiman, Y.M., et al., "Comparison of ketorolac: troniethamine and prednisolone acetate in preventing surgically induced miosis during cataract surgery," *Sultan Qaboos Univ Med J* 10(1):57-63 (2010).

Adrenalin [package insert]. JPH Pharmaceuticals, LLC, Rochester, MI; 2004.

Arshinoff, S.A., et al. (2009). The pharmacotherapy of cataract surgery. In *Ophthalmology* (M. Yanoff and 3,5, Duker, Eds.) Third Edition. (pp. 434-40). Elsevier.

Batenhurg, W., et al., "Carvedilol-induced antagonism of angiotensin II: A matter of ai-adrenoceptor blockade," *Journal of Hypertension* 24:1.355-1363 (2006).

Behndig, A., et al., "Mydriatic response to different concentrations of intercarneral phenylephrine in humans," *J Cataract Refract* 36:1682-1686 (2010).

Bhattacharjee, A.X., et al., "MMP-9 and EBA iminunoreactivity after papaverine mediated opening of the blood-brain barrier," *NeuroReport* 13:2217-2221 (2002).

Fine, I.H., et al. (2009). Phacoemulsification in the presence of a small pupil. *In Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition (pp. 245-258). Elsevier.

Flair, A.J., et al., "Improvement in visual acuity in chronic aphakic and pseudophakic cystoid macular edema after treatment with topical 0.5% ketorolac tromethamine," *Am J Ophthalmol* 112:514-519 (1991).

Guzek, J.P., et al., "Risk factors for intraoperative complications m 1000 extracapsular cataract cases," *Ophthalmology* 94:461-466 (1987).

Ho, T., et al., "Maximal mydriasis evaluation in cataract surgery," *J. Cataract Refract Surg* 18:375-379 (1992).

Holló, G. "The side effects of the prostaglandin analogues," *Expert Opin Drug Saf* 6(1):45-52 (2007).

Kozlowska, H., et al., "Ligands at $B_2$-, $\beta_3$-, and the low-affinity state of $\beta_1$-adrenoceptors block the $\alpha_1$-adrenoceptor-mediated constriction in human pulmonary and rat mesenteric. arteries,"*J Cardiovasc Pharmacol* 46(1):76-82 (2005).

Mamalis, N. (2009). Toxic anterior segment syndrome. In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition. (pp. 589-594), Elsevier.

Moroi, S.F., et al. (2001). Ocular pharmacology. In *Goodman & Gihmsm's The Pharmacological Basis of Therapeutics* (J.G. Hardman and L.E. Limbird, Eds.) Tenth Edition. (pp. 1821-1848), McGraw-Hill.

Nakamura, S., et al., "Evaluation of $\alpha_1$-adrenoceptors in the rabbit iris: pharmacological characterization and expression of tirRNA," *Br J Pharmacol* 127:1367-1374 (1999).

Narendran, N,, et al., "The cataract national dataset electronic multicenter audit of 55 567 operations: risk stratification for posterior capsule rupture and vitreous loss," *Eye* 23:31-37 (2009).

Neuhann, T.F. et al. (2009). Capsulorrhexis, In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition, (pp. 163-171). Elsevier.

Radi, Z.A., et al., "The pathophysiologic role of cyclooxygenases in the eye," *J Ocular Pharmacol Ther* 24(2):141-151 (2008).

Rutar, T., et al., "Risk factors for intraoperative complications in resident-performed phasoemulsificatin surgery," *Ophthalmology* 116:431-436 (2009).

Sehalnus, R. "Topical nonsteroidal anti-inflammatory therapy inophthalmology,"*Ophthalmologica* 217:89-98 (2003).

Waitzman, M.B. "Prostaglandins and the eye," *Metabolic, Pediatric and Systemic Ophthalmology* 6:17-26 (1982).

Menapace, R. (2005). Prevention of posterior capsule opacification. In *Cataract and Refractive Surgery* (T. Kohnen and D, Koch, Eds,) (pp. 101-122). Springer.

Acular [package insert]. Allergan, Inc., Irvine, CA; 2004.

Srinivasan, M,, et al., "Sodium bicarbonate—an alternative to hyaluronidase in ocular anaesthesia for cataract surgery," *Indian Journal of Ophthalmology* 48(4):2$5-89 (2000).

Solomon, K.D., et al., "Topical 0.5% ketorolac vs 0.03% flurbiprolen for inhibition of miosis during cataract surgery," *Arch Opthalmol* 115:1119-1122 (1997).

Gills, J.P., "Injectable Prostaglandins Inhibitors Prior to Cataract Surgery," *J Cataract Refract* 13:459-460 (1987).

Yuen, V.H., et al., "Comparison of three modified lidocaine solutions for use in eyelid anesthesia," *Ophthalmic Plastic and Reconsturctie Surgery* 15(2):143-147 (1999).

Krohn, J., et al., "Retrobulbar anesthesia with and without hyaluronidase in extracapsular cataract surgery," *Acta Opthalmologica* 71:791-795 (1993).

"Toxic Anterior Segement Syndrome After Acataract Surgery—Maine, 2006," *MMWR Weekly* 56(25):629-630 (2007), retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5625a2. htm on May 12, 2014.

Slack, J.W., et al., "A Bisufitie-free Intraocular Epinephrine Solution," *Am.J.Opthalmol.* 110(1):77-82 (1990).

Allergan. (2011). Acuvail® (ketorolac tromethamine ophthalmic solution) 0.45%. Irvine, CA. (Package Insert).

Loyd, A. (2001). Phenlephrine 0.25% Ophthalmic Solution, Preservative Free. In Sterile Product Compounding. Retrieved from http://www.ijpc.com/Abstracts /Ahstract.cfm?ABS-544, (Abstract Only).

Phenylephrine Hydrochloride. Injection, USP 1%, (Package insert).

Allergan. (2011). Acular—ketorolac tromethamine solutionldrops, Irvine, CA. (Package Insert).

Akorn, Inc. (2005). AK-Dilate™ Phenylephrine Hydrochloride. Ophthalmic Solution, USP 2.5%—Sterile. Buffalo Grove, IL. (Package Insert).

Allergan. (2001), Acular® (ketorolac tromethamine ophthalmic solution) 0.5% Sterile. Irvine, CA. (Package Insert).

Bedford Laboratories. (2008) Ketorolac Tromethamine (ketorolac tromethamine) injection, Solution. Retrieved from http://dailymed. nlm.nih.gov/dailymed/archives/fdaDrugInfo. cfm?archivedid=8730. (Package insert).

Falcon Pharmaceuticals, Ltd., et al. Phenylephrine Hydrochloride Ophthalmic Solution, 2.5%. Fort Worth, TX. (Package insert).

Phenylephrine Hydrochloride, (2012), In Medicines Support Unit for Optometrists. Retrieved from http://www.medsupport.org.uk/ IntegratedCRD.nsf/b73d388be6b449968025768c005313, (Package Insert).

InterMed Medical Ltd. (2005). Neo-Synephrinc® Phenylephrine Hydrochloride 1% Injection. In Information for Helath Professionals Data Sheet. Retreived from file:///Hl/OMS302/Commercial PE and KT products/Neo-Synephrine product info.htm.

Goodman & Gilman's the Pharmacological Basis of Therapeutics, Tenth Edition, McGraw-Hill, Eds., 2001. pp. 145-146, 687.

Hirowatari, T., et A., "Availability of Tpd ophthalmic Solution (Mixture of Mydria-P Solution, Neosynesin Kowa Solution, and Diclod Solution)," New Ophthalmology 19(1):107-109 (2002), Japanese Language.

Hirowatari, T., et al., "Availability of TPD ophthalmic. Solution (Mixture of Mydria-P Solution, Neosynesin Kowa Solution, and Diclod Solution)," New Ophthalmology 19(1):107-109 (2002), English Translation.

Ogawa, T., et al., "Effects of Pre-installed Mydriatics on the intraocular Concentration and Wnti-inflammatory Action of Topical

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

(56) **References Cited**

OTHER PUBLICATIONS

0.1% Pranoprofen (3)—Study on Permeability Factor," Journal of Japanese Ophthalmological Society 96(11):1379-1386 (1992). Japanese Language.

Ogawa, T., et al.; "Effects of Pre-installed Mydriatics on the Intraocular Concentration and Wnti-inflammatory Action of Topical 0.1% Pranoprofen (3)—Study on Permeability Factor," Journal of Japanese Ophthalmological Society 96(11):1379-1386 (1992). English Translation.

Gupta, VT., et al., "Ketorolae tromethamine in the maintenance of intraoperative: mydriasis," *Ophthalmic Surg.Lasers* 28(9):731-738 (1997).

Gills, James, "Cataract Surgery Pharmacology—A leading surgeon shares several ways he's improved his medication protocol and raised his standard of care," Opthalmology Management, Sep. 2001. http: //www.opthalmologymanagement.com/articleviewer. aspx?articleid=85211.

Keates, R.H., et al., "Clinical trial. Of flurbiprofen to maintain pupillary dilation during cataract surgery," *Ann.Ophthahnol.* 16(10):919-921 (1984).

Gills, J.P., et al. "Pharmacodynamics of Cataract Surgery" & "Strategies for Applying State of the Art Techniques," *Cataract Surgery the State of the Art* Chapters 3 & 18:19-26, 229-240 (1998).

Keates, R.H., et al., "The effect of topical indomethacin ophthalmic solution in maintaining mydriasis during cataract surgery," *Ann. Ophthalmol.* 16(12)1116-1121 (1984).

McDermott, M.L., et al., "Opthalmic irrigants: a current review and update," *Ophthalmic Surg.* 19(10):724-733 (1988).

Duffin, R.M., et al., "2.5% v 10% phenylephrine in maintaining mydriasis during cataract surgery," *Arch. Ophthalmol.* 101(12): 1903-1906 (1983).

Stewart, R., et al., "Efficacy and safety profile of ketorolac 0.5% opthlamic solution in the prevention of surgically induced miosis during cataract surgery," *Clin. Ther.* 21(4):723-732 (1999).

Falcon Pharmaceuticals, Ltd., et al. (2004) (Phenylephrine Hydrocholoride Ophthalmic Solution, 2.5%. Fort Worth TX, (Package Insert).

DeMarinis, Robert, M., et al., "Structure-Activity Relationships for alpha-1 Adrenergic Receptior Agonists and Antagonists," *The alpha-I Adrenergic Receptors*, Chapter 6, pp. 211-265.

U.S. National Institutes of Health, "Safety, Efficacy and Pharmocokinetics of OMS302 in Subjects Undergoing Intraocular

Lens Replacement With Phaocoemulsification," Clinical Trials Identifier: NCT01579565, May 1, 2012, Accessed at https:// clinicaltrials.gov/archive/NCT01579565/2012_05_01.

Timmerman, Luke, "Omeros Combo Drug Passes Cataract Surgery Study," Mar. 23, 2011, Accessed at http://www.xconomy.com/seattle/2011/03/23/omeros-combo-drug-passes-cataract-surgery-study/.

Omeros Corporation, "Omeros Ophthalmology Product OMS302 Achieves Co-Primary Endpoints in Phase 2b Clinical Study—OMS302 Maintains Pupil Dilation During Cataract Surgery and Reduces Postoperative Pain," Mar. 23, 2011, Accessed at http:// investor.omeros.coml/phoenix.zhtml?c=219263&p=irol-newsArticle_Print&ID=1541955.

Lowry, Fran, "New Drug Maintains Mydriasis During Lens Replacement," Oct. 28, 2011, Accessed at http://medscape.comiviewarticle/752489.

PR Newswire, "Omeros' Ophthalmology Product OMS302 Achieves Primary and Secondary, Endpoint in Phase 3 Clinical Trial," Omeros Corporation Press Release, Mar. 13, 2012, Accessed at http://www.virtualizationconference.com/node/2202855.

Rosenblatt, Mark, et al., "A Phase 3 clinical trial of the drug product OMS302 delivered intracamerally in BSS during intraocular lens replacement surgery," American Academy of Ophthalmology Annual Meeting, Nov. 10, 2012 (Conference Poster).

PR Newswire, "Omeros to Present Data from Successful OMS302 Phase 3 Clinical Trial at the American Academy of Ophthalmology Annual Meeting," Omeros Corporation Press Release, Nov. 8, 2012, Accessed at http://www.prnewswire.cominews-releases/omeros-to-present-data-from-successful-oms302-phase-3-clinical-trial-at-the-american-academy-of-ophthamology-annual-meeting-17783601. html.

PR Newswire, "Omeros Announces Positive OMS302 Safety Data in Phase 3 Clinical Trial," Omeros Corporation Press Release, Jan. 22, 2013, Accessed at http://www.prnewswire.com/news-releases/ omeros-announces-positive-oms302-safety-data-in-phase-3-clinical-trial-187854311.html.

U.S, National Institutes of Health, "Safety and Efficacy of OMS302 in Subjects Undergoing Intraocular Lens Replacement With Phacoemulsification," Clinical Trials Identifier: NCT01454063, May 1, 2012, Accessed at http://clinicaltrials.gov/archive/ NCT01454063/2012_05_01.

Omeros Corporation, "Safety, Efficacy and Pharmacokinetics of OMS302 in Subjects Undergoing Intraocular Lens Replacements With Phacoemulsification," *Smart Patients, Inc.* (2016).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F1, G1**
5mM Ketor/5mM Phen
NaPhosphate, pH 7.4
No Excipients or
Additives

### Related Substance Assay Results for F1, G1 pH7.4

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.21 |
| 2 | 0.00 | 0.00 | 0.00 | 2.26 |
| 3 | 0.00 | 0.00 | 0.25 | 1.74 |
| 4 | 0.00 | 0.00 | 0.40 | 2.68 |
| 6 | 0.00 | 0.21 | 1.22 | 5.64 |
| 9 | 0.00 | 0.00 | 0.29 | 8.85 |
| 12 | 2.09 | 1.36 | 1.90 | 16.97 |

### Related Substance Assay Results for F1, G1 pH7.4

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.09 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.09 | | |
| 0.5 | 0.08 | 0.08 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.09 |
| 2 | 0.00 | 0.00 | 0.00 | 0.67 |
| 3 | 0.00 | 0.00 | 0.00 | 0.74 |
| 4 | 0.00 | 0.00 | 0.23 | 1.12 |
| 6 | 0.00 | 0.21 | 0.66 | 3.51 |
| 9 | 0.00 | 0.05 | 0.36 | 2.65 |
| 12 | 0.00 | 0.00 | 0.64 | 3.30 |

## FIG. 1

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F1, G2 |
|:---:|
| 5mM Ketor/5mM Phen |
| NaPhosphate, pH 7.4 |
| EDTA |

**Related Substance Assay Results for F1, G2 pH7.4**

| Time (months) | Phenylephrine % Related Substances | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.36 |
| 3 | 0.00 | 0.00 | 0.00 | 1.17 |
| 4 | 0.00 | 0.00 | 0.50 | 1.82 |
| 6 | 0.00 | 0.00 | 0.77 | 2.85 |
| 9 | 0.00 | 0.00 | 0.47 | 2.70 |
| 12 | 0.99 | 1.01 | 1.38 | 5.19 |

**Related Substance Assay Results for F1, G2 pH7.4**

| Time (months) | Ketorolac % Related Substances | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.07 | | |
| 0.5 | 0.07 | 0.00 | 0.00 | 0.00 |
| 1 | 0.11 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.28 | 0.51 |
| 4 | 0.00 | 0.00 | 0.13 | 1.07 |
| 6 | 0.10 | 0.00 | 0.43 | 3.05 |
| 9 | 0.00 | 0.00 | 0.13 | 1.47 |
| 12 | 0.00 | 0.00 | 0.33 | 1.78 |

## FIG. 2

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F1, G3**
5 mM Ketor/5 mM Phen
NaPhosphate, pH 7.4
EDTA + Na metabisulfite

### Related Substance Assay Results for F1, G3 pH7.4

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.12 | 0.29 | 0.32 |
| 1 | 0.00 | 0.27 | 0.46 | 1.20 |
| 2 | 0.34 | 0.22 | 0.44 | 0.90 |
| 3 | 0.40 | 0.82 | 1.77 | 2.90 |

### Related Substance Assay Results for F1, G3 pH7.4

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.56 | | |
| 0.5 | 1.65 | 1.71 | 2.74 | 1.31 |
| 1 | 2.91 | 3.38 | 3.84 | 4.72 |
| 2 | 2.60 | 2.64 | 3.22 | 4.33 |
| 3 | 4.03 | 4.97 | 4.76 | 5.37 |

## FIG. 3

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G1**
5 mM Ketor/5mMPhen
NaCitrate, pH 6.5
No Excipients or
Additives

### Related Substance Assay Results for F2 G1 pH6.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.44 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.15 |
| 4 | 0.22 | 0.00 | 0.33 | 0.32 |
| 6 | 0.00 | 0.00 | 0.87 | 3.24 |
| 9 | 0.00 | 0.00 | 0.48 | 1.97 |
| 12 | 0.27 | 0.00 | 0.93 | 5.53 |

### Related Substance Assay Results for F2, G1 pH6.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.05 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.09 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.20 |
| 2 | 0.00 | 0.00 | 0.00 | 0.49 |
| 3 | 0.00 | 0.00 | 0.00 | 0.61 |
| 4 | 0.17 | 0.33 | 0.00 | 1.72 |
| 6 | 0.00 | 0.00 | 0.41 | 1.99 |
| 9 | 0.00 | 0.00 | 0.18 | 1.99 |
| 12 | 0.00 | 0.00 | 0.25 | 2.32 |

## FIG. 4

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F2, G2 |
|---|
| 5mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA |

**Related Substance Assay Results for F2, G2 pH6.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.53 |
| 3 | 0.00 | 0.00 | 0.00 | 0.09 |
| 4 | 0.00 | 0.00 | 0.32 | 1.26 |
| 6 | 0.16 | 0.16 | 0.40 | 1.58 |
| 9 | 0.00 | 0.00 | 0.48 | 1.97 |
| 12 | 0.00 | 0.00 | 0.76 | 2.83 |

**Related Substance Assay Results for F2, G2 pH6.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.08 | ///// | ///// |
| 0.5 | 0.00 | 0.17 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.04 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.51 |
| 3 | 0.00 | 0.00 | 0.10 | 0.09 |
| 4 | 0.37 | 0.23 | 0.24 | 0.97 |
| 6 | 0.00 | 0.00 | 0.12 | 1.62 |
| 9 | 0.00 | 0.00 | 0.19 | 0.70 |
| 12 | 0.00 | 0.00 | 0.44 | 0.94 |

## FIG. 5

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G3**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA + Na metabisulfite

### Related Substance Assay Results for F2. G3 pH6.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.08 | 0.38 |
| 1 | 0.00 | 0.00 | 0.71 | 0.73 |
| 2 | 0.00 | 0.18 | 1.30 | 1.76 |

### Related Substance Assay Results for F2G3 pH6.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.31 | 0.62 | 0.60 | 0.94 |
| 1 | 0.74 | 1.35 | 3.02 | 4.55 |
| 2 | 1.64 | 1.93 | 3.97 | 4.32 |

## FIG. 6

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F3, G1**
5 mM Ketor/5 mM Phen
NaCitrate, pH 5.5
No Excipients or
Additives

**Related Substance Assay Results for F3, G1 pH5.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.65 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 0.74 |
| 6 | 0.00 | 0.00 | 0.44 | 1.73 |
| 9 | 0.00 | 0.00 | 0.09 | 0.63 |
| 12 | 0.20 | 0.00 | 1.25 | 4.39 |

**Related Substance Assay Results for F3, G1 pH5.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.20 | | |
| 0.5 | 0.18 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.08 | 0.00 | 0.22 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.52 |
| 4 | 0.07 | 0.00 | 0.50 | 3.43 |
| 6 | 0.00 | 0.00 | 0.47 | 3.37 |
| 9 | 0.17 | 0.15 | 0.33 | 0.32 |
| 12 | 0.00 | 0.00 | 0.98 | 3.74 |

# FIG. 7

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F3, G2 |
| --- |
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 5.5 |
| EDTA |

**Related Substance Assay Results for F3, G2 pH5.5**

| Time (months) | Phenylephrine % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.52 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 1.04 |
| 6 | 0.00 | 0.00 | 0.13 | 1.74 |
| 9 | 0.00 | 0.05 | 0.35 | 2.17 |
| 12 | 0.00 | 0.14 | 0.45 | 4.28 |

**Related Substance Assay Results for F3, G2 pH5.5**

| Time (months) | Ketorolac % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.18 | 0.00 | 0.00 |
| 1 | 0.21 | 0.00 | 0.00 | 0.15 |
| 2 | 0.00 | 0.00 | 0.00 | 0.30 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.16 | 0.10 | 0.16 | 0.75 |
| 6 | 0.00 | 0.00 | 0.00 | 3.45 |
| 9 | 0.00 | 0.00 | 0.35 | 1.42 |
| 12 | 0.00 | 0.00 | 0.52 | 3.59 |

# FIG. 8

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F3, G3 |
| :---: |
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 5.5 |
| EDTA + Na metabisulfite |

### Related Substance Assay Results for F3, G3 pH5.5

| Time (months) | Phenylephrine % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ▨ | 0.00 | ▨ | ▨ |
| 0.5 | 0.00 | 0.00 | 0.27 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 1.02 |

### Related Substance Assay Results for F3, G3 pH5.5

| Time (months) | Ketorolac % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ▨ | 0.00 | ▨ | ▨ |
| 0.5 | 0.00 | 0.04 | 0.26 | 1.03 |
| 1 | 0.12 | 0.15 | 0.67 | 3.44 |
| 2 | 0.00 | 0.64 | 2.48 | 3.59 |

## FIG. 9

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F4, G1**
1 mM Ketor/1 mM Phen
NaCitrate, pH 4.5
No Excipients or
Additives

**Related Substance Assay Results for F4, G1 pH4.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.16 | 0.70 |
| 1 | 0.00 | 0.00 | 0.00 | ·1.06 |
| 2 | 0.15 | 0.13 | 0.82 | 3.09 |

**Related Substance Assay Results for F4, G1 pH4.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.18 | | |
| Post Filtered | | 0.09 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.13 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.11 | 1.03 |

## FIG. 10

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F4, G2 |
| :---: |
| 1 mM Ketor/1 mM Phen |
| NaCitrate, pH 4.5 |
| EDTA |

**Related Substance Assay Results for F4, G2 pH4.5**

| Time (months) | Phenylephrine % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.09 | 0.00 | 0.42 |
| 1 | 0.00 | 0.00 | 0.00 | 0.52 |
| 2 | 0.14 | 0.00 | 0.68 | 2.34 |

**Related Substance Assay Results for F4, G2 pH4.5**

| Time (months) | Ketorolac % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.07 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.15 |
| 2 | 0.00 | 0.00 | 0.00 | 0.40 |

## FIG. 11

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F4, G3 |
| :---: |
| 1 mM Ketor/1 mM Phen |
| NaCitrate, pH 4.5 |
| EDTA + Na metabisulfite |

**Related Substance Assay Results for F4, G3 pH4.5**

| Time (months) | Phenylephrine % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.24 | 0.17 |
| 2 | 0.00 | 0.00 | 0.00 | 0.89 |

**Related Substance Assay Results for F4, G3 pH4.5**

| Time (months) | Ketorolac % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.19 | 0.38 | 0.56 | 1.12 |
| 1 | 0.15 | 0.67 | 1.12 | 2.52 |
| 2 | 0.88 | 3.61 | 5.07 | 10.08 |

# FIG. 12

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F2, G1 |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| No Excipients or Additives |

| F2, G2 |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA |

|  | F2, G1 w/O2 Phenylephrine | | | | F2, G1 w/O2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| Time Point | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 |  | 0.00 |  |  |  | 0.00 |  |  |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 |
| Day 60 | 0.00 | 0.00 | 0.00 | 1.46 | 0.00 | 0.00 | 0.06 | 1.79 |
| Day 90 | 0.47 | 0.36 | 0.25 | 0.60 | 0.77 | 0.64 | 0.53 | 0.80 |
| Day 120 | 0.00 | 0.00 | 0.18 | 3.20 | 0.11 | 0.07 | 0.14 | 2.18 |
| Day 180 | 0.00 | 0.00 | 0.58 | 6.38 | 0.00 | 0.00 | 0.25 | 2.84 |
| Day 270 | 0.15 | 0.16 | 0.63 | 9.60 | 0.00 | 0.00 | 0.19 | 3.43 |
| Day 365 | 2.61 | 0.70 | 1.71 | 15.85 | 0.00 | 0.03 | 0.34 | 4.17 |

|  | F2, G2 w/O2 Phenylephrine | | | | F2, G2 w/O2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| Time Point | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 |  | 0.00 |  |  |  | 0.00 |  |  |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.23 |
| Day 60 | 0.42 | 0.23 | 0.59 | 1.41 | 0.15 | 0.00 | 0.30 | 2.33 |
| Day 90 | 0.33 | 0.37 | 0.36 | 0.62 | 0.41 | 0.21 | 0.27 | 1.38 |
| Day 120 | 0.00 | 0.00 | 0.77 | 3.20 | 0.04 | 0.04 | 0.54 | 3.63 |
| Day 180 | 0.00 | 0.13 | 1.09 | 4.97 | 0.00 | 0.00 | 0.52 | 5.52 |
| Day 270 | 0.00 | 0.14 | 2.21 | 6.55 | 0.00 | 0.06 | 0.59 | 6.36 |
| Day 365 | 0.47 | 2.47 | 7.61 | 10.34 | 0.00 | 0.16 | 2.35 | 6.77 |

## FIG. 13

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| **F2, G1**<br>5 mM Ketor/5 mM Phen<br>NaCitrate, pH 6.5<br>No Excipients or Additives | | **F2, G2**<br>5 mM Ketor/5 mM Phen<br>NaCitrate, pH 6.5<br>EDTA |

| | F2, G1 w/N2 Phenylephrine | | | | F2, G1 w/N2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| Time Point | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | ░░░ | 0.00 | ░░░ | ░░░ | ░░░ | 0.00 | ░░░ | ░░░ |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.44 | 0.00 | 0.00 | 0.00 | 0.20 |
| Day 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 |
| Day 90 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.61 |
| Day 120 | 0.22 | 0.00 | 0.33 | 0.32 | 0.17 | 0.33 | 0.00 | 1.72 |
| Day 180 | 0.00 | 0.00 | 0.87 | 3.24 | 0.16 | 0.16 | 0.40 | 1.58 |
| Day 270 | 0.00 | 0.00 | 0.09 | 4.68 | 0.00 | 0.00 | 0.18 | 1.99 |
| Day 365 | 1.13 | 0.89 | 2.14 | 7.10 | 0.00 | 0.00 | 0.27 | 2.74 |

| | F2, G2 w/N2 Phenylephrine | | | | F2, G2 w/N2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| Time Point | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | ░░░ | 0.00 | ░░░ | ░░░ | ░░░ | 0.10 | ░░░ | ░░░ |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.53 | 0.00 | 0.00 | 0.04 | 0.00 |
| Day 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.51 |
| Day 90 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.10 | 0.09 |
| Day 120 | 0.00 | 0.00 | 0.32 | 1.26 | 0.37 | 0.23 | 0.24 | 0.97 |
| Day 180 | 0.00 | 0.00 | 0.41 | 1.99 | 0.13 | 0.07 | 0.12 | 1.62 |
| Day 270 | 0.00 | 0.00 | 0.48 | 1.97 | 0.00 | 0.00 | 0.19 | 0.70 |
| Day 365 | 0.00 | 0.66 | 2.29 | 4.43 | 0.00 | 0.00 | 0.47 | 0.94 |

# FIG. 14

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G2, A1**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Ascorbic acid; no N2
overlay

Related Substance Assay Results for f5/5_F2, G2, A1

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 1.71 | | |
| 0.5 | 6.45 | 6.20 | 6.03 | 12.73 |
| 1 | 5.87 | 4.30 | 11.59 | 15.72 |

Related Substance Assay Results for f5/5_F2, G2, A1

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.74 | | |
| 0.5 | 20.69 | 27.61 | 24.13 | 43.65 |
| 1 | 20.54 | 23.31 | 26.53 | 37.17 |

# FIG. 15

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G2, A2**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Cysteine; no N2
overlay

**Related Substance Assay Results for f5/5_F2, G2, A2**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.57 | 24.16 |
| 1 | 0.00 | 0.00 | 3.85 | 25.24 |

**Related Substance Assay Results for f5/5_F2, G2, A2**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 9.78 | 38.77 |
| 1 | 0.00 | 2.05 | 20.47 | 56.81 |

# FIG. 16

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G2, A3**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Glutathione; no N2
overlay

Related Substance Assay Results for f5/5_F2, G2, A3

| Time (months) | Phenylephrine % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.08 | 3.31 |
| 1 | 0.00 | 0.00 | 0.71 | 10.05 |

Related Substance Assay Results for f5/5_F2, G2, A3

| Time (months) | Ketorolac % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 1.90 | 16.08 |
| 1 | 0.72 | 1.20 | 8.21 | 34.62 |

# FIG. 17

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G2, A4**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Monothioglycerate; noN2
overlay

**Related Substance Assay Results for f5/5_F2, G2, A4**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 1.72 | 9.50 |
| 1 | 0.00 | 0.51 | 2.76 | 5.77 |

**Related Substance Assay Results for f5/5_F2, G2, A4**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.42 | 10.84 | 29.94 |
| 1 | 0.31 | 10.23 | 20.00 | 29.06 |

## FIG. 18

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**U.S. Patent**　　　Nov. 8, 2016　　　Sheet 19 of 29　　　US 9,486,406 B2

450 mM PE
NaCitrate, pH 6.5
No Excipients or Additives

### Related Substance Assay Results for PE-f450; Lot 1050193

| Time (months) | Phenylephrine Related Substances | | | | Total Related Substances | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | 25° C | 30°C | 40°C | 4° C | 25° C | 30°C | 40°C |
| 0 | | 0.00 | | | | 0.00 | | |
| 0.5 | | | | | | | | |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 |
| 4 | 0.01 | 0.00 | 0.00 | 0.06 | 0.01 | 0.00 | 0.00 | 0.06 |

# FIG. 19

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 20A



FIG. 20B

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 21

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 22

U.S. Patent    Nov. 8, 2016    Sheet 23 of 29    US 9,486,406 B2

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

FIG. 23

U.S. Patent　Nov. 8, 2016　Sheet 24 of 29　US 9,486,406 B2

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 24

U.S. Patent

Nov. 8, 2016    Sheet 25 of 29    US 9,486,406 B2

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 25



## FIG. 26

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 27

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 28

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 29

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

1

# STABLE PRESERVATIVE-FREE MYDRIATIC AND ANTI-INFLAMMATORY SOLUTIONS FOR INJECTION

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 14/061,039, filed Oct. 23, 2013, now allowed, which claims the benefit of U.S. Provisional Application No. 61/736,179 filed Dec. 12, 2012, and U.S. provisional Application No. 61/718,026, filed Oct. 24, 2012, priority from the filing dates of which are hereby claimed under 35 U.S.C. §120.

## I. FIELD OF THE INVENTION

The present invention relates to stable, preservative-free and antioxidant-free liquid pharmaceutical formulations of ketorolac and phenylephrine for injection into intraocular ophthalmologic irrigation solutions.

## II. BACKGROUND OF THE INVENTION

Ophthalmologic surgery often requires the use of a physiologic irrigation solution to protect and maintain the physiological integrity of intraocular tissues. Examples of ophthalmologic surgical procedures typically requiring irrigation solutions include cataract extraction and lens replacement and refractive lens exchange procedures, corneal transplant procedures and vitreoretinal operations and trabeculectomy procedures for glaucoma. Throughout the intraocular surgery, a patient's pupil must be sufficiently dilated to permit a clear operative field and to limit the trauma that can be associated with the procedure.

Pupil dilation (mydriasis) is typically achieved by dilating the eye preoperatively by topical administration of a mydriatic agent. Preoperatively applied mydriatic agents that may typically be administered include sympathomimetics, such as alpha-1 adrenergic receptor agonists, and anticholinergic agents, such as anti-muscarinics. Anticholinergic agents may be selected when longer action is desired, because they provide both cycloplegia (paralysis of the ciliary muscle) and mydriasis, e.g., tropicamide exhibits a half-life of approximately 4-6 hours. However, for many procedures, alpha-1 adrenergics will be preferred because they provide mydriasis but not cycloplegia. Alpha-1 adrenergics are thus shorter acting, causing mydriasis during a surgical procedure and allowing the pupil to return to its normal state shortly after completion of the procedure.

During the surgery, as the tips of surgical tools are inserted into the anterior chamber of the eye, the iris sphincter muscle tends to constrict (miosis), reducing the window defined by the pupil. If pupil diameter is not maintained adequately throughout the procedure, the risk of injuring structures within the eye increases and the required operating time is often prolonged. Clinically significant reductions in pupil diameter are associated with an increase in procedure-related complications, including posterior capsule tears, retained lens fragments and vitreous leaks.

Many ophthalmologic surgeons may incorporate epinephrine into the intraocular irrigation solution to assist in the maintenance of pupil dilation. Toxic anterior segment syndrome (TASS) is an acute, noninfectious inflammation of the anterior segment of the eye. TASS is a serious complication that can be associated with anterior segment eye surgery, most commonly cataract surgery. Various contaminants have

2

been implicated as causes of TASS. The use of epinephrine including preservatives in intraocular irrigation solutions is one of a number of factors that has been associated with incidences of TASS after cataract surgery. See, e.g., http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5625a2.htm, accessed Jul. 9, 2012. Even "preservative-free" epinephrine, meaning epinephrine that does not include an antimicrobial agent, still includes sodium metabisulfite as an antioxidant, which has also been implicated by ophthalmologists as associated with potential toxicity to the corneal endothelium (Slack, et al., *A bisulfite-free intraocular epinephrine solution*, Am J Ophthalmol.; 110(1):77-82 (1990)).

Phenylephrine is another alpha-1 adrenergic agent that is sometimes administered topically prior to surgery to promote mydriasis, but is not approved in the United States in a preservative- and antioxidant-free form for single-use injection. Examples of approved phenylephrine HCL solutions include either 0.01% benzalkonium chloride (AK-DILATE™ from Akorn, available in 2 ml and 5 ml plastic dropper bottles; from Falcon Pharmaceuticals and Alcon Laboratories in multi-use 3 ml and 5 ml dropper bottles) and a "preservative-free" formulation that does not include an antimicrobial preservative but that still includes 2 mg of sodium metabisulfite as an antioxidant (Neo-Synephrine® from InterMed Medical Ltd., available in a spray bottle).

It is also desirable to reduce postoperative pain and irritation for patient comfort. Because of this, patients may be treated preoperatively or postoperatively with a non-steroidal anti-inflammatory drug (NSAID). Although cataract surgery (for example) is typically not associated with a high degree of post-operative pain, there is a need to minimize the number of those patients in the minority who do experience more severe post-operative pain. This is significant both because such patients experience discomfort and may have concern that their procedure did not go well, and because patients may need to reexamined as a precaution to ensure that there is not a serious complication leading to the pain.

Various methods of delivery of ocular drugs, such as NSAIDs, are conventionally employed, each of which has limitations. These limitations may include corneal and conjuctival toxicity, tissue injury, globe perforation, optic nerve trauma, central retinal artery and/or vein occlusion, direct retinal drug toxicity, and systemic side effects. For example, topical medications applied drop-wise are frequently impeded in reaching a targeted ocular site due to the eye's natural protective surface. In many situations, a rather small percentage of the medication applied to the surface of the eye will actually reach the desired therapeutic site of action.

To achieve sufficient concentration of drug delivered to the back of the eye, drugs such as NSAIDs are frequently administered systemically at very high doses. These levels are necessary to overcome the blood-retina barrier that protects the back of the eye from selected drug molecules coming from the blood stream. For surgical procedures, injectable drug solutions are sometimes injected directly into the back of the eye. Subconjunctival and peribulbar periocular injections are used when higher local concentrations are needed and when drugs with poor penetration characteristics need to be delivered. Intracameral injections directly into the anterior chamber are used in cataract surgery.

Ketorolac is an NSAID that is commercially available in preserved form for ocular use. Acular® from Allergan is a ketorolac tromethamine solution that includes benzalkonium chloride 0.01% as a preservative, available in 3 ml and 6 ml dropper bottles. Bedford Laboratories also supplies ketorolac tromethamine in a concentrated form (15 mg or 30 mg

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

**3**

in 1 mL or 60 mg or 300 mg in 10 mL) for injection for intravascular or intramuscular administration. Allergan supplies a preservative-free 0.45% ketorolac tromethamine ophthalmic solution, which is formulated with carboxymethyl-cellulose sodium, sodium chloride, sodium citrate dehydrate, in individual use vials under the tradename Acuvail®.

While intracameral injection provides a prompt method of achieving a concentration, it can be associated with corneal toxicity. However, this method suffers from the fact that these drugs are quickly removed by the eye's natural circulatory process. Thus, injectable solutions rapidly lose their therapeutic benefit, often necessitating frequent, large dose injections that can carry toxicity risks. Sustained release formulations, such as viscoelastic gels containing microcapsules, may be injected intraocularly for a longer duration of action. However, there may be some delay in reaching a local therapeutic concentration of drug. Hence, there exists a need for controlled methods of ocular delivery during ophthalmologic procedures.

Solutions that have been used in ophthalmologic surgical irrigation include normal saline, lactated Ringer's solution and Hartmann's lactated Ringer's solution, but these are not optimal due to potential unfavorable corneal and endothelial effects. Other aqueous solutions that include agents such as electrolytes, buffering agents for pH adjustment, glutathione and/or energy sources such as dextrose, better protect the tissues of the eye, but do not address other physiologic processes associated with surgery. One commonly used solution for ophthalmologic irrigation is a two part buffered electrolyte and glutathione solution disclosed in U.S. Pat. No. 4,550,022 to Garabedian et al., the disclosure of which is hereby expressly incorporated by reference. The two parts of this solution are mixed just prior to administration to ensure stability. These solutions are formulated with a goal of maintaining the health of ocular tissues during surgery.

Another example of a modified solution is disclosed in International PCT Application WO 94/08602 in the name of inventors Gan et al., the disclosure of which is hereby incorporated by reference. This application discloses the inclusion of a mydriatic agent, such as epinephrine, in ocular irrigation solutions. Still another example is provided by International PCT Application WO 95/16435 in the name of inventors Cagle et al., which discloses the inclusion of non-steroidal anti-inflammatory drugs (NSAIDs) in an ophthalmologic irrigation solution.

### III. SUMMARY OF THE INVENTION

The present invention provides a sterile, preservative-free and antioxidant-free liquid formulation of a mydriatic agent, phenylephrine, and an anti-inflammatory agent, ketorolac, for injection. The formulation can be suitably injected into an intraocular irrigation carrier and used to irrigate ocular tissues during surgery. The formulation avoids the potential toxicity that may be associated with preservatives and antioxidants yet has adequate stability.

One embodiment of the invention provides a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, that is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

In one aspect of the invention, the buffer system is selected from a sodium phosphate buffer system and a

**4**

sodium citrate buffer system. Preferably the buffer system is a sodium citrate buffer system, such as an about 20 mM sodium citrate buffer system. In another aspect of the invention, the formulation has a pH of from 5.8 to 6.8.

In another aspect of the invention, the formulation is contained within a single-use container, such as a vial that is closed with a closure through which an injection can be drawn and a pre-filled syringe.

A suitable formulation of the present invention includes from 46 to 76 mM phenylephrine and from 8.5 to 14 mM ketorolac, and as one example may contain about 60.75 mM phenylephrine and about 11.25 mM ketorolac. The formulations of the present invention may include phenylephrine and ketorolac at a molar ratio of from 1:1 to 13:1 phenylephrine to ketorolac, and suitably may include these agents at a molar ratio of from 3:1 to 10:1 phenylephrine to ketorolac.

Another embodiment of the invention provides a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, and an intraocular irrigation carrier into which the formulation is injected, such that after injection the phenylephrine is present at a concentration of from 30 to 720 μM and the ketorolac is present at a concentration of from 44 to 134 μM. In another aspect of the invention, after injection into an intraocular irrigation carrier the phenylephrine is present at a concentration of from 240 to 720 μM and the ketorolac is present at a concentration of from 10 to 270 μM.

Another embodiment of the invention provides a sterile liquid pharmaceutical formulation that consists essentially of phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

In one aspect of the invention, the buffer system is selected from a sodium phosphate buffer system and a sodium citrate buffer system. Preferably the buffer system is a sodium citrate buffer system, such as an about 20 mM sodium citrate buffer system. In another aspect of the invention, the formulation has a pH of from 5.8 to 6.8.

In another aspect of the invention, the formulation is contained within a single-use container, such as a vial that is closed with a stopper through which an injection can be drawn and a pre-filled syringe.

Another aspect of the invention provides a sterile liquid pharmaceutical dosage form for injection, including phenylephrine, ketorolac, a buffer system and an aqueous carrier, packaged in a single-use container for injection.

In another aspect of the invention, a sterile liquid pharmaceutical formulation is provided that includes phenylephrine, ketorolac, a buffer system and an intraocular irrigation carrier, in which the phenylephrine is included at a concentration of from 30 to 720 μM and the ketorolac is included at a concentration of from 10 to 270 μM, or preferably the phenylephrine is included at a concentration of from 90 to 720 μM and the ketorolac is included at a concentration of from 44 to 134 μM. This formulation may also be preservative-free and antioxidant-free.

Also disclosed is a method of preparing a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, that is stable for at least six months when stored at a temperature of from 5+/−3° C. to

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

5

25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

Further disclosed is a method of preparing a sterile liquid pharmaceutical formulation including phenylephrine, ketorolac, a buffer system and an intraocular irrigation carrier, in which the phenylephrine is included at a concentration of from 30 to 720 µM and the ketorolac is included at a concentration of from 10 to 270 µM, or preferably the phenylephrine is included at a concentration of from 90 to 720 µM and the ketorolac is included at a concentration of from 44 to 134 µM. This formulation may also be preservative-free and antioxidant-free.

## IV. BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will now be described in greater detail, by way of example, with reference to the accompanying drawings in which:

FIGS. 1-12 provide the results of a study of the stability of phenylephrine and ketorolac combination formulations at different time points over a 12 month period when stored at controlled temperatures from 2-8° C. to 60° C., as determined by measurement of the percentage of related substances from degradation of the active pharmaceutical ingredients, with variables of concentration of the active pharmaceutical ingredient concentrations, different buffer systems, addition of the preservative EDTA and addition of the preservative EDTA plus the antioxidant sodium metabisulfite.

FIGS. 13-14 provide the results of a study evaluating the effect of a nitrogen overlay on the stability of two phenylephrine and ketorolac combination formulations, with or without the preservative EDTA, at different time points over a one year period when stored at controlled temperatures from 4° C. to 60° C.

FIGS. 15-18 provide the results of a study evaluating the effects of different antioxidants on the stability of a phenylephrine and ketorolac combination formulation at time points over a one month period after storing samples at temperatures ranging from 2-8° C. to 60° C.

FIG. 19 provides the result of a study evaluating the stability of a high concentration phenylephrine formulation over a four month time period when stored at temperatures from 4° C. to 40° C.

FIGS. 20A and 20B demonstrate the potency of phenylephrine and ketorolac, respectively, in phenylephrine and ketorolac combination formulation when stored for 30 months at 2-8° C.

FIGS. 21-25 illustrate the results of a non-human primate concentration-ranging efficacy study evaluating phenylephrine and ketorolac when given individually and when combined via intraocular irrigation in a balanced salt solution (BSS) during phacoemulsification lens extraction and exchange surgery, with measures of mydriasis (FIGS. 21 and 22) and flare (FIGS. 23-25) being observed.

In FIG. 21, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4, N=2 for the low and highest concentration phenylephrine groups). The time of initiation of anterior chamber perfusion with phenylephrine (PE), the initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped,

6

is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05. df=23. N=2 for the low and highest PE groups.

In FIG. 22, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4). The time of initiation of anterior chamber perfusion with phenylephrine (PE), the initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05=0.05, df=23), N=4 per group.

In FIG. 23, mean flare measures+/−the standard error for the control and treated eye in the phenylephrine treatment group. Means excluded the four eyes in the tropicamide control and high phenylephrine groups which received longer duration phacoemulsification (>45 secs). There was a significant effect of time on flare measures in all treatment groups (F=17.14, p<0.0001), reflecting the inflammatory response to the surgical intervention, but no significant difference between treatment groups when including or excluding the long duration phacoemulsification eyes. N=4 for tropicamide, mid and high PE groups. N=2 for the low and highest PE groups.

In FIG. 24, mean flare measures+/−the standard error for the phenylephrine and tropicamide treated eyes in the Phase 1 study that received either low phacoemulsification energy (<25 secs) or high phacoemulsification energy (>45 secs). Differences were significant evaluating across all time points (F=4.42, p<0.0018; Student Newman-Keuls test, a=0.05, df=14; N=12 for the low phaco and 4 for the high phaco groups), indicating a correlation between phacoemulsification duration and flare photometer measures.

In FIG. 25, mean flare measures+/−the standard error for the control and treated eye in the ketorolac treatment group. Statistical significance was measured using a Student Newman-Keuls test, a=0.05, df=13; N=4 per group; F=5.17, P<0.0223. The study was not sufficiently powered to reveal significance at any other time point.

FIGS. 26-28 illustrate the results of a non-human primate study evaluating the effect of a phenylephrine and ketorolac combination formulation on mydriasis (FIG. 26) and flare (FIGS. 27-28) when delivered via intraocular irrigation in BSS during phacoemulsification lens extraction and exchange surgery.

In FIG. 26, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=7 per group). The time of initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05, df=12.

In FIG. 27, mean flare measures+/−the standard error for the operative eye in the PE-KE (OMS302) and tropicamide control treatment groups. There was a significant effect of time on flare measures in both treatment groups (F=4.94, p<0.0008), reflecting the inflammatory response to the surgical intervention, but no significant difference between treatment groups at any time point when including all subjects (F=3.32, P<0.0935; Student Newman-Keuls test, a=0.05, df=12).

In FIG. 28, mean flare measures+/−the standard error for the operative eye in the PE-KE (OMS302) and tropicamide

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

**7**

control treatment groups with the exclusion of subject X932, which exhibited limited phenylephrine induced dilation. There was a significant difference between treatment groups at 2, 4.5, 24 and 48 hours, indicated by * (F=3.32, P<0.0935 check stats p value; Student Newman-Keuls test a=0.05, df=12).

FIG. 29 illustrates the results of a dose-ranging study evaluating different concentrations of a phenylephrine and ketorolac combination formulation on mydriasis when delivered in BSS during phacoemulsification lens extraction and exchange surgery in a non-human primate. Mean pupil diameters (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4 per group). The time of intracameral administration (T=0:00 just after baseline measurements were obtained) is additionally indicated. Statistical significance was measured using a Student Newman-Keuls test, a=0.05, df=9. At all other time points between group differences were not significantly different by these criteria.

## V. DETAILED DESCRIPTION

The present invention provides sterile formulations of irrigation solutions for perioperative local application to ocular tissues, including intraocular and topical application, that include phenylephrine as a mydriatic agent and ketorolac as an anti-inflammatory agent. These formulations are free of both preservatives and antioxidants, yet exhibit unexpectedly good stability. They are preferably packaged in single-use containers for injection and can be injected into a larger volume of an intraocular irrigation carrier prior to and used during intraocular procedures, such as cataract extraction and lens replacement and refractive lens exchange procedures.

## DEFINITIONS

A "preservative" as used herein means an antimicrobial agent that is added to a pharmaceutical product to maintain stability and prevent decomposition by microbial growth. Common antimicrobial preservatives that may be included in a pharmaceutical compositions include sorbic acid and its salts, benzoic acid and its salts, calcium propionate, sodium nitrite (and sodium nitrate which converts to sodium nitrite "in situ"), sulfites (sulfur dioxide, sodium bisulfite, potassium hydrogen sulfite, etc.) and the metal chelator sodium ethylenediamine tetraacetic acid, also referred to as edetate disodium, EDTA or $Na_2$ EDTA.

An "antioxidant" as used herein refers to a substance that preferentially reacts with oxygen and thereby protect a pharmaceutical product to which it is added from degradation due to oxidation. Examples of water- or oil-soluble antioxidants that may be included in a pharmaceutical composition include sodium bisulphite, sodium sulphite, sodium metabisulphite, sodium thiosulphite, sodium formaldehyde sulphoxylate, 1- and d-ascorbic acid, acetylcysteine, cysteine, thioglycerol, thioglycollic acid, thiolactic acid, thieurea, dihithreitol, glutathione, propyl gallate, butylated hydroxyanisole, butylated hydroxytoluene, tertiary butyl hydroquinone, ascorbyl palmitate, nordihydroguaiaretic acid and alpha-tocopherol.

A "preservative-free" solution refers to a solution that does not include benzalkonium chloride or other antimicrobial agent.

An "antioxidant-free" solution refers to a solution that does not include sodium metabisulfite or other agent that has been included for the sole function or serving as an anti-

**8**

oxidant, though an antioxidant-free solution may include a pH buffering system, one component of which may have antioxidant activity.

"Ketorolac" means ketorolac in a salt form, such as ketorolac tromethamine [(+/−)-5-Benzoyl-2,3-dihydro-1H-pyrrolizine-1-carboxylic acid: 2-amino-2(hydroxymethyl)-1,3-propanediol (1:1)].

"Phenylephrine" means phenylephrine in a salt form, such as phenylephrine HCL [(−)-m-Hydroxy-a-[(methyl amino) methyl]benzyl alcohol hydrochloride].

"Related substances" with respect to a given pharmaceutical ingredient refers to substances that result from degradation of the ingredient, expressed as a percentage of the total concentration of the pharmaceutical ingredient in the formulation. As used herein with respect to the present invention, "total related substances" refers to the total of all related substances resulting from degradation of the active pharmaceutical ingredients ketorolac and phenylephrine in the formulation, expressed as a percentage of the total concentration of the pharmaceutical ingredient in the formulation. Any related substance that is present at below the lower limit of quantitation, e.g., 0.1%, for the assay used to measure related substances is not included in the summation in determining total related substances. In the figures accompanying the examples herein, reference to a 0% related substances for an ingredient means that there were no related substances for the ingredient that were present at a level above the lower limit of quantitation, e.g., 0.1%, for the substance being assayed.

"Stable" refers to a liquid pharmaceutical formulation that, at the end of a specified storage period of time, contains less than 5% total related substances. In one embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. (i.e., 2-8° C.) to 25+/−2° C. (i.e., 23-27° C.) for a period of at least six months. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least one year. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least 24 months. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least 30 months. In a preferred embodiment of the invention, the stable formulations of the invention have less than 1.0% total related substances after a given storage period.

The term "about" is understood to mean that there can be variation in the concentration of a component of the described formulation that can be to 5%, 10%, 15% or up to and including 20% of the given value. For example, the phrase "a formulation having about 20 mM sodium citrate" is understood to mean that the formulation can have from 16 mM to 24 mM sodium citrate.

The term "sterile" refers to a pharmaceutical product that has been aseptically processed and that is devoid of viable bacteria, fungi or other microorganisms.

Pharmaceutical Agents

This invention provides stable, liquid preservative-free and antioxidant-free pharmaceutical formulations of a combination of two active pharmaceutical ingredients (APIs), phenylephrine as a mydriatic agent and the NSAID ketorolac as an anti-inflammatory agent.

Ketorolac

"Ketorolac" in the preferred formulation of the present invention is included as the ketorolac tromethamine salt [(+/−)-5-Benzoyl-2,3-dihydro-1H-pyrrolizine-1-carboxylic acid:2-amino-2(hydroxymethyl)-1,3-propanediol (1:1)].

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

9

Ketorolac is a member of the pyrrolo-pyrrole group of nonsteroidal anti-inflammatory drugs. Ketorolac HCL is a racemic mixture of the R-(+) and S-(–) enantiomers that may exist in three crystal forms, all of which are equally soluble in water. This agent discolors upon prolonged exposure to light, and accordingly light shielded packaging (e.g., over-boxing or use of an amber vial) may be suitably utilized for packaging of formulations of the present invention.

Phenylephrine

"Phenylephrine" means phenylephrine in a salt form, such as phenylephrine HCL [(–)-m-Hydroxy-a-[(methyl amino) methyl]benzyl alcohol hydrochloride]. Phenylephrine is an alpha receptor sympathetic agonist. Phenylephrine HCl is freely soluble in water and alcohol.

Aqueous Carriers

The APIs are added to an aqueous solvent as a carrier, and the inventors have determined that no solubilizing agents are required. The aqueous carrier is suitably water for injection (WFI), which is a sterile, solute-free preparation of distilled water. Alternately, other aqueous carriers that are not harmful to intraocular tissues and which would not adversely affect the stability of the formulation may be used, such as deionized water, or, after first evaluating for potential impact on stability, saline or a balanced salt solution such as that described below.

Buffering Systems

The formulation of the present invention is adjusted to a pH from 5.8 to 6.8, and preferably to about 6.3. Sodium hydroxide and hydrochloric acid may be added as required to adjust the formulation to this pH. The desired pH is suitably maintained by use of a buffering system. One such suitable system is a citrate buffer, including citric acid monohydrate and sodium citrate dehydrate, and another suitable system is a sodium phosphate buffer, including dibasic sodium phosphate and monobasic sodium phosphate. Either buffer system may be used at an appropriate concentration in the range of 10 mM to 100 mM, and suitably may be 20 mM. As described below in Example 1, sodium citrate is a preferred buffer for use in a preservative-free formulation. The citric acid in the citrate buffer, which has the ability to chelate divalent cations and can thus also prevent oxidation, provides an antioxidant effect as well as a buffering effect. However, its presence does not degrade stability, as did other antioxidants (Example 3 below). As used herein, the term "antioxidant free" precludes the use of other antioxidants but does not preclude the use of a buffering agent, such as citric acid, that is included as part of the buffering system.

No Other Excipients

In a further aspect of the invention, in addition to being free of any preservatives or antioxidants, a formulation in accordance with the present invention also does not include any excipients other than the buffering system. For example, no solubilizing agents, such as ethanol or methanol, are used (i.e., the formulation is solubilizing-agent free.) Preferred formulations of the present invention consist essentially of the two APIs and the buffering system in water for injection, yielding a very pure formulation with reduced potential for toxicity to intraocular tissues.

Single-Use Containers

In a further aspect of the invention, the phenylephrine and ketorolac combination formulation of the present invention is contained in a quantity sufficient for a single-use during intraocular surgery in a container that facilitates such single-use and does not facilitate multi-use administration. Thus a sufficient quantity of drug composition formulated in accordance with the present invention, that is equal to or just

10

slightly more (i.e., not more than 25% excess) than the amount of the drug composition desired to be added to a standard container of intraocular irrigation carrier, is contained within a single use container that facilitates dispensing of the drug composition by injection. For example, the desired single-use quantity of phenylephrine and ketorolac combination drug composition may be packaged in a glass vial closed with a stopper or other closure that includes a septum through which a hypodermic needle may be inserted to withdraw the drug composition, or may be packaged in a prefilled syringe. One example of a suitable container and closure system is a 5 mL USP Type 1 borosilicate flint glass vial with a West 20-mm gray butyl stopper and a 20-mm flip-off seal.

Before closing the container it may be desirable, based on the results described in Example 2 below, for the drug composition formulated in accordance with the present invention to be exposed to a nitrogen overlay (i.e., the displacement of air from the head space in the vial with nitrogen before sealing the vial). Other methods of evacuating air and displacing it with an inert gas may also be utilized, such as sparging an inert gas through the solution.

Intraocular Irrigation Carriers

The phenylephrine and ketorolac combination drug composition (i.e., combination drug product) is suitably added by injection into a bag, bottle or other container of an intraocular irrigation solution prior to administration by intraocular or topical irrigation or lavage. Suitable intraocular irrigation solutions include saline, lactated Ringer's, balanced salt solution or any other irrigation solution that is compatible with the aqueous formulation and not harmful to ocular tissues. One suitable intraocular irrigation carrier includes one or more, and preferably all, of the following adjuvants: sufficient electrolytes to provide a physiological balanced salt solution; a cellular energy source; a buffering agent; and a free-radical scavenger. One suitable solution (referred to in the examples below as a "balanced salt solution" or "BSS" includes: electrolytes of from 50 to 500 millimolar sodium ions, from 0.1 to 50 millimolar potassium ions, from 0.1 to 5 millimolar calcium ions, from 0.1 to 5 millimolar magnesium ions, from 50 to 500 millimolar chloride ions, and from 0.1 to 10 millimolar phosphate; bicarbonate as a buffer at a concentration of from 10 to 50 millimolar; a cellular energy source selected from dextrose and glucose, at a concentration of from 1 to 25 millimolar; and glutathione as a free-radical scavenger (i.e., antioxidant) at a concentration of from 0.05 to 5 millimolar.

One example of a suitable method of diluting and administering the combination drug composition of the present invention utilizes the formulation of the present invention described as Formula 2 in Table 2 below. An aliquot of 4.5 mL of this solution, including 4.0 mL as the intended quantity for single use and 0.5 mL of overfill, is contained within a sterile closed single-use vial and is intended for admixture with irrigation solution for administration during intraocular surgery. From the vial, 4 mL is withdrawn by syringe and mixed with 500 mL of BSS by injection into a 500 mL bag or bottle of BSS to provide a final concentration of 483 µM phenylephrine and 89 µM ketorolac in the irrigation solution for local delivery to the eye.

In another aspect of the invention, a sterile liquid pharmaceutical formulation for irrigation may be provided in which the phenylephrine and ketorolac is already admixed within an intraocular irrigation carrier, such that it has been diluted to the concentration of each active pharmaceutical ingredient desired for local delivery to intraocular tissues during surgery, and contained within a sterile bag, bottle or

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

**11**

other single-use irrigation container. For example, such a formulation for irrigation may include phenylephrine at a concentration of from 30 to 720 μM and ketorolac at a concentration of from 10 to 270 μM, or preferably may include the phenylephrine at a concentration of from 90 to 720 μM and the ketorolac at a concentration of from 44 to 134 μM. In one embodiment, the phenylephrine and ketorolac combination is admixed within a balanced salt solution, such as that described above, as the intraocular irrigation carrier. This pharmaceutical formulation for irrigation may suitably be totally preservative-free and antioxidant-free, or optionally may include only an anti-oxidant that is typically included in the non-medicated intraocular irrigation carrier, such as the glutathione in the balanced salt solution described above, but no preservative.

**12**

Exemplary Formulations

As described above, the stable, liquid pharmaceutical formulations of the present invention include phenylephrine and ketorolac in a buffered aqueous carrier. Suitable concentrations of phenylephrine in the combination drug compositions of the present invention range from 10 mM to 500 mM, and preferably from 45 mM to 112 mM. Suitable concentrations of ketorolac in the combination drug compositions of the present invention range from 2 mM to 75 mM, and preferably from 8.5 mM to 24 mM. The buffer system, such as a sodium citrate buffer system, is suitably included at a concentration of from 10 to 100 mM, and preferably at about 20 mM. Two exemplary formulations in accordance with the present invention are set forth in Tables 1 and 2 below. In each case, sodium hydroxide and/or hydrochloric acid may be added when preparing the formulation if necessary to adjust the pH to about 6.3.

TABLE 1

| Component (USP) added to water for injection | Preferred Concentration | | Suitable Concentrations | | Representative Diluted Dosing Concentration (μM) | |
|---|---|---|---|---|---|---|
| | mg/ml | mM | mg/ml | mM | Preferred | Suitable |
| Phenylephrine HCl | 18.33 | 90 | 13.7-22.9 | 68-112 | 720 | 360-1,080 |
| Ketorolac tromethamine | 4.24 | 11.25 | 3.2-5.3 | 8.5-14 | 89 | 44-134 |
| Citric acid monohydrate | 0.24* | | 0.12-1.20** | | | |
| Sodium citrate dihydrate | 5.48* | | 2.74-27.4** | | | |

*Corresponding to a 20 mM citrate buffer.

**Corresponding to a 10 mM to 100 mM citrate buffer.

TABLE 2

| Component (USP) added to water for injection | Preferred Concentration | | Suitable Concentrations | | Representative Diluted Dosing Concentration (μM) | |
|---|---|---|---|---|---|---|
| | mg/ml | mM | mg/ml | mM | Preferred | Suitable |
| Phenylephrine HCl | 12.37 | 60.75 | 9.2-15.5 | 45-76 | 483 | 240-720 |
| Ketorolac tromethamine | 4.24 | 11.25 | 3.2-5.3 | 8.5-14 | 89 | 44-134 |
| Citric acid monohydrate | 0.24* | | 0.12-1.20** | | | |
| Sodium citrate dihydrate | 5.48* | | 2.74-27.4** | | | |

*Corresponding to a 20 mM citrate buffer.

**Corresponding to a 10 mM to 100 mM citrate buffer.

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

**13**

The amounts of pharmaceutically active ingredients included in the formulation can be expressed in molar ratios. The molar ratio of phenylephrine to ketorolac may range from 1:1 to 13:1, and more suitably may range from 3:1 to 10:1. An exemplary molar ratio of phenylephrine and ketorolac as represented by Formula 1 in Table 1 above is 8:1 of phenylephrine to ketorolac. Another exemplary molar ratio of phenylephrine and ketorolac as represented by Formula 2 in Table 2 above is 5.4:1 of phenylephrine to ketorolac.

Following dilution of the formulation of the present invention into an intraocular irrigation carrier for local delivery, the dosing concentration of phenylephrine may be from 3 to 7,200 µM, more suitably from 30 to 720 µM, more preferably from 90 to 720 µM, still more preferably from 240 to 720 µM, and most preferably about 483 µM. Following dilution of the formulation of the present invention into an intraocular irrigation carrier for local delivery, the dosing concentration of ketorolac may be from 3 to 900 µM, more suitably from 10 to 270 µM, more preferably from 44 to 134 µM, still more preferably from 30 to 90 µM, and most preferably about 90 µM.

Methods of Use

The stable liquid formulations of the present invention may be utilized after mixing with an intraocular irrigation carrier in a variety of ophthalmologic procedures. These include cataract extraction and lens replacement and refractive lens exchange procedures, corneal transplant procedures and vitreoretinal operations and trabeculectomy procedures for glaucoma.

One example of a suitable method of diluting and administering the combination drug composition of the present invention utilizes the formulation of the present invention described as Formula 2 in Table 2 above. A sterile, single-use 5 mL vial containing 4.5 mL of the composition in provided, from which 4 mL of the composition is withdrawn by syringe and mixed with 500 mL of BSS by injection into a 500 mL bag or bottle of BSS to provide a final concentration of 483 µM phenylephrine and 89 µM ketorolac. This solution is irrigated through the anterior chamber of the eye at a constant concentration throughout the procedure. As such, in this example, the drug product is only administered intracamerally during the procedure.

The active pharmaceutical agents are included at dilute concentrations in the intraocular irrigation carrier. The concentrations of the agents are determined in accordance with the teachings of the invention for direct, local application to ocular tissues during a surgical procedure. Application of the solution may be carried out perioperatively, i.e.: intra-operatively; pre- and intra-operatively; intra- and post-operatively; or pre-, intra- and post-operatively.

It must be noted that as used herein and in the appended claims, the singular forms "a", "and", and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "an excipient" includes a plurality of such excipients and equivalents thereof known to those skilled in the art, and so forth.

The publications discussed herein are provided solely for their disclosure prior to the filing date of the present application. Nothing herein is to be construed as an admission that the present invention is not entitled to antedate such publication by virtue of prior invention. Further, the dates of publication provided may be different from the actual pub-

**14**

lication dates which may need to be independently confirmed. All citations are incorporated herein by reference.

EXAMPLES

Examples 1-5

In the studies described in the following Examples 1-5, the presence of related substances (RS) and potency was measured by high performance liquid chromatography with UV detector (HPLC-UV) as an indication of stability, with an increase in the percentage of related substances detected indicating the presence of degradation products. In these studies, the HPLC-UV utilized a Zorbax XDB-C8, 5 µM, 4.6 mm×150 mm column with a flow rate of 1.2 ml/min. Mobile phases A and B were as follows: Mobile phase A: 650 mL of 1.1 mg/mL 1-octansulphonic acid, pH 3.0:50 mL of Milli-Q water:300 mL methanol. Milli-Q water: 300 mL methanol; Mobile phase B: 300 mL of 1.1 mg/mL 1-octan-sulphonic acid, pH 3.0:50 mL of Milli-Q water:650 mL methanol. The diluent used was mobile phase A. A gradient of 100% A to 100% B in 40 minutes was used. A 280 nm UV detector was used.

Example 1

Comparison of Stability of Formulations Depending on Use of a Preservative and an Antioxidant and Using Differing Buffers

A study was run to compare different formulations of combinations of two active pharmaceutical ingredients (APIs), phenylephrine HCl (PE) and ketorolac tromethamine (KE), each at an equal concentration of either 5 mM or 1 mM in an aqueous solution. Two different buffering systems were utilized to maintain the solution at three different pHs: a 20 mM sodium phosphate buffer (dibasic sodium phosphate and monobasic sodium phosphate) for a pH of 7.4; a 20 mM sodium citrate buffer (citric acid monohydrate and sodium citrate dehydrate) for a pH of 6.5; and a 20 mM sodium citrate buffer for a pH of 5.5. Four preservative- and antioxidant-free formulations of these APIs were developed, each aliquoted into multiple 1 mL vials for storage and sampling, as follows:

TABLE 3

| Formulation ID | pH | Buffer | API Concentration |
|---|---|---|---|
| F1 | 7.4 | Na phosphate | 5 mM KE 5 mM PE |
| F2 | 6.5 | Na citrate | 5 mM KE 5 mM PE |
| F3 | 5.5 | Na citrate | 5 mM KE 5 mM PE |
| F4 | 4.5 | Na citrate | 1 mM KE 1 mM PE |

Additional formulations were then prepared by adding either no preservatives or antioxidants (the control group), or by adding the preservative sodium ethylenediamine tetraacetic acid (also referred to as edetate disodium or EDTA) or EDTA plus the antioxidant sodium metabisulfite, as follows:

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

15      16

TABLE 4

| Study Group | Study Conditions | | | |
|---|---|---|---|---|
| Group 1 (G1) | F1 | F2 | F3 | F4 |
| Group 2 (G2) | F1 + 0.05% w/v EDTA | F2 + 0.05% w/v EDTA | F3 + 0.05% w/v EDTA | F4 + 0.05% w/v EDTA |
| Group 3 (G3) | F1 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite | F2 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite | F3 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite | F4 + 0.05% w/v EDTA + 0.05% w/v Na metabisulfite |

Samples of the various formulations in each of these groups were then stored under light shielded conditions at controlled temperatures of either 2-8° C., 25° C., 40° C. or 60° C. Samples of each formulation were pulled at various time points over a period of 12 months and analyzed for degradation of the APIs, as determined by measuring related substances for each API. The results from this study are set forth in the tables of FIGS. 1-12, and the following conclusions were reached.

Based on stability assessments after one month of storage:

1. The control group (G1) demonstrated that both APIs were stable in a Na Phosphate buffer at a pH of 7.4, and in a Na Citrate buffer at a pH of 6.5 and a pH of 5.5. The control group exhibited show some degradation at 60° C., with pH 4.5 (Na Citrate) showing the most.
2. The G2 group compared to the G1 group demonstrates that EDTA inhibits the degradation of PE at higher temperatures.
3. The G3 group surprisingly demonstrates that Na metabisulfite significantly increases the degradation of APIs, especially KE, at elevated temperatures. Additionally, at one month, some G3 samples stored at 40° C. and 60° C. turned yellowish.

Based on stability assessments after six months of storage:

4. EDTA surprisingly does not appear to have a significant effect on the stability of either API, especially in citrate buffer at a pH of 6.5.
5. The largest increase in the percent of related substances at 6 months occurs in the samples held at 60° C.
6. Both APIs appear stable at 4° C. and 25° C., with a small increase in percent of related substances at 40° C., especially in citrate buffer at a pH of 6.5.
7. At 6 months, samples at 40° C. and 60° C. appear bright yellow but without visible precipitation or crystallization.

Example 2

Effect of Nitrogen Overlay on Stability

A study was then run to determine the effect of a nitrogen overlay (i.e., the displacement of air from the head space in the vial with nitrogen before sealing the vial). The formula F2 from Example 1 (5 mM ketorolac, 5 mM phenylephrine in a sodium citrate buffer adjusted to pH 6.5 in an aqueous solution) was evaluated, either without any added preservative or antioxidant (group 1, G1) or with added 0.05% w/v EDTA as a preservative (group 2, G2). Related substances for each API were measured at time points over a one year period after storing samples at temperatures ranging from 4° C. to 60° C.

The results of this study are shown in FIGS. 13 and 14, and demonstrate that the use of a nitrogen overlay, as compared to the presence of oxygen containing air, significantly decreased the degradation of both APIs, especially at elevated temperatures of 40° C. and 60° C. When a nitrogen overlay was used, the presence or absence of EDTA made little difference on the stability of the APIs.

Example 3

Effect of Different Antioxidants on Stability

A study was then carried out to evaluate the effect of adding alternate antioxidant agents to the formula F2 from Example 1 (5 mM ketorolac, 5 mM phenylephrine in a sodium citrate buffer adjusted to pH 6.5 in an aqueous solution) that also included 0.05% w/v EDTA as a preservative (group 2, G2). The antioxidants evaluated were 0.1% ascorbic acid (A1), 0.1% L-cysteine HCL monohydrate (A2), 0.1% L-glutathione, reduced (A3) and 0.1% monothioglycerate (A4). Related substances for each API were measured at time points over a one month period after storing samples at temperatures ranging from 2-8° C. to 60° C.

The results of this study are shown in FIGS. 15-18, and demonstrate that, at the one month time point, these four antioxidants each surprisingly increased the degradation of each API, especially at elevated temperatures of 40° C. and 60° C.

Example 4

Evaluation of Stability of Higher Concentrations of Phenylephrine

To evaluate whether the concentration of phenylephrine in the phenylephrine HCl and ketorolac tromethamine combination formulations could be increased without deleterious effect on stability of the phenylephrine, an aqueous formulation of 450 mM phenylephrine in a calcium citrate buffer adjusted to a pH of 6.5, and no added preservatives, antioxidants or other excipients, was prepared and evaluated when samples were stored at temperatures between 4° C. and 40° C. over a period of 4 months.

The results of this study are provided in FIG. 19. This high concentration phenylephrine formulation was stable between 4° C. and 30° C. for 4 months.

Example 5

Evaluation of Extended Stability of Phenylephrine and Ketorolac Combination

An extended stability study was performed for a formulation of a fixed combination of phenylephrine HCl (12.37 mg/mL) and ketorolac tromethamine (4.24 mg/mL) in a 20 mM sodium citrate buffer adjusted to pH 6.5, without the addition of any preservatives or antioxidants. Samples of the

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

17

formulation where aliquoted into 5 mL USP Type 1 glass vials, closed with Daiko D777-1 Flurotec® coated 20 mm stoppers, and stored inverted and foil wrapped for light shielding, and then were held under long term (5±3° C.) and accelerated storage conditions (25±2° C./60±5% RH). Each vial contained 4.5 mL of solution, including a 0.5 mL overfill.

There was no measurable change in product appearance, pH of solution, or potency when measured after 30 months of storage under these conditions. At this 30 month time point, storage at 5° C. and 25° C. resulted in a total of 1.17% and 1.36% related substances, respectively. A graphic display of measured potency of phenylephrine HCl and ketorolac tromethamine for this formulation held under labeled storage conditions of 2° C. to 8° C. is provided in FIG. 20A and FIG. 20B, respectively. As evidenced in these figures, there was no significant decline in potency observed through 30 months (three vials were assayed at each time point).

Examples 6-9

The following Examples 6-9 provide the results of in vivo studies of phenylephrine HCl and ketorolac tromethamine combination formulations in accordance with the present invention, which have been diluted by injections into an irrigation solution that was then used for intraocular irrigation during lens replacement and exchange surgery. The following formulations were evaluated in this series of studies: (a) phenylephrine HCL alone (PE), (b) ketorolac trometahamine alone (KE), (c) a combination of phenylephrine HCL and ketorolac trometahamine (PE-KE) or (d) no active pharmaceutical ingredients (vehicle control), in each case formulated in an aqueous solution including a 20 mM sodium citrate buffer adjusted to pH 6.5, without the addition of any preservatives or antioxidants, in each case provided in 2.5 mL aliquots. In each case an aliquot of the formulation was injected into a balanced salt solution (BSS, Baxter Healthcare, produce code 1A7233) as the irrigation vehicle carrier to a particular final dosing concentration as described below. The studies also utilized Proparacaine HCl (0.5%, Bausch & Lomb), Tropicamide (1.0%, Bausch & Lomb) and Ciprofloxacin HCl (3%, Alcon) to the extent described below.

The mydriatic and anti-inflammatory properties of the test agents were evaluated in an African green monkey model of human phacoemulsification surgery. Prior to surgery, baseline measures and assessments were performed on both eyes in each monkey to determine pupil diameter, lens and iris integrity, corneal thickness, and anterior chamber flare and cell count by qualitative scoring under biomicroscopy and quantitative flare photometry using a Kowa FM-500 instrument. A phacoemulsification surgery with lens replacement with a polymethyl methacrylate (PMMA) artificial lens was performed using a Storz Premier anterior phacoemulsification machine. The procedure was only performed on the right eye to minimize surgery position variability, allow the left to serve as control, and to minimize the consequence of any possible vision loss induced.

Test animals were placed in a prone position under ketamine/xylazine anesthesia augmented with one drop of topical proparacaine. A small incision was made in the cornea of the right eye with a MVR 20 G lance blade, through which 0.4-0.6 mL of viscoelastic (2% hydroxypropyl methylcellulose, EyeCoat, Eyekon Medical) was introduced into the anterior chamber via a viscoelastic injector. A corneal incision was made 1.0 mm anterior to the limbus using a 2.65 mm straight clear cornea bi-beveled blade.

18

Irrigation was applied with the phacoemulsification hand piece to remove viscoelastic and introduce the test perfusate. After irrigation for a total of four minutes, irrigation was stopped and the anterior chamber refilled with viscoelastic. A capsulorhexis was performed and the phacoemulsification tip reintroduced into the anterior chamber with the application of phacoemulsification energy to disrupt the lens and allow aspiration and lens fragment removal. Irrigation was extended for a period after lens removal to standardize intraocular perfusate delivery across all treatment groups (a total of 14 minutes during this phacoemulsification segment of the irrigation). Following the phacoemulsification and irrigation procedure, a PMMA intraocular lens (IOL) was inserted and an additional two minutes of irrigation perfumed, after which the corneal incision was closed with two 12.0 nylon sutures. Irrigation with a test fluid or vehicle control, as described below, was performed for a total of 20 minutes at a flow rate of 20 mL/min, prior to, during and after phacoemulsification and lens replacement.

In these studies, laser flare photometry was performed at baseline, 4.5, 24, 48 hours and 1 week after the initiation of the surgical procedure using a Kowa FM-500 (Kowa Company, Tokyo Japan). The Kowa FM-500 measures laser light scattering to quantify anterior chamber flare. A laser is directed into the anterior chamber and protein molecules, released into the anterior chamber during an inflammatory response, pass through the focal point scattering laser light. This light scattering is quantified by a photomultiplier tube as photon counts per millisecond. At each observation point, measurements were collected until seven acceptable readings (difference between two background measurements <15%) were obtained and the lowest and highest readings were deleted and the mean value+/–the standard deviation calculated, as specified by the manufacturer.

The time course of the mydriatic effect was documented through video recording of the pupil during the perfusion procedure. Pupil diameter and the fixed width of the lid speculum (11 mm) were measured from the screen image to allow calculation of the pupil diameter in millimeters. Measurements were made at periodic intervals during the course of the infusion procedure according to the video time log for each documented procedure.

The primary efficacy variables were the pupil diameter and the laser flare photometer measures. Primary efficacy variables were analyzed in the protocol correct population (all subjects who completed the study without a major protocol deviation) using a one-way, repeated measure ANOVA method with post hoc Student Newman-Keuls tests employing SAS (SAS Institute Inc.). Terms of the ANOVA analysis included sequence (=time, confounded with carryover effect), eye, monkey and treatment. Appropriate model-based comparisons were employed to detect treatment difference at the significance level of $p < 0.05$ for pupil diameter and flare measures at all time points.

Example 6

Concentration-Ranging Study of Phenylephrine and Ketorolac Following Intraoperative Irrigation in a Phacoemulsification Surgical Model

A non-GLP study was conducted as a concentration-ranging efficacy study to evaluate PE and KE when given individually and combined via intraocular irrigation in BSS during cataract surgery. The objectives were to evaluate the benefit of each agent on both mydriatic and inflammatory endpoints.

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

19

In a first series of experiments, designated Phase 1, 16 animals were divided into groups of four and studied to establish the maximally effective concentration of phenylephrine in a BSS irrigation solution in this model of phacoemulsification surgery. Four of the monkeys in the Phase 1 cohort received tropicamide, a muscarinic mydriatic, to serve as a positive control and allow determination of the endpoint measures of interest under adequate pupil dilation by the standard topical preoperative route of delivery. The phenylephrine treatment groups received a low (3 uM), intermediate (10 uM), high (30 uM) and highest (90 uM) concentration of phenylephrine-containing BSS perfusate. The low and highest treatment groups consisted of 2 animals each as the decision was made to evaluate a higher concentration of phenylephrine as the phase 1 portion was underway. The primary endpoint for phenylephrine efficacy was mydriasis. Inflammatory endpoints following the surgery were also evaluated.

BSS perfusate was delivered through the phacoemulsification needle either without phenylephrine or containing phenylephrine at a concentration of 3.0 µM, 10 µM, 30 µM or 90 µM (see Table 1). Stage 1 irrigation (0:00-2:00 minutes) was applied to remove the viscoelastic and assess the mydriatic effect of phenylephrine and continued through Stage 2 irrigation (2:00-4:00 minutes), after which viscoelastic was reintroduced into the anterior chamber and a capsulorhexis was performed. Stage 3 irrigation (4:00-18:00 minutes) was begun after the capsulorhexis and continued for a total of 14 minutes, during the early stage of which the lens was fragmented and aspirated by application of phacoemulsification energy. Stage 4 irrigation took place after the introduction of the PMMA lens to evacuate viscoelastic material introduced for that procedure and to remove any additional lens fragments. The tropicamide control animals were pre-treated with two drops of 1% tropicamide 20 minutes prior to the initiation of anterior chamber irrigation with BSS alone.

Following the first few animal surgeries, the duration of the initial pre-phacoemulsification irrigation was extended from 2 to 4 minutes to capture maximal pupil dilation.

The second series of experiments, designated Phase 2, evaluated mydriasis and inflammation following phacoemulsification surgery in which a BSS perfusate containing low, mid and high concentration of ketorolac, or no ketorolac (negative control) was employed. Anterior chamber perfusions were initiated using no mydriatic agent in the irrigation solution to assess the mydriatic effect of ketorolac and BSS alone. After 2 minutes of irrigation and assessment of mydriasis, a concentration of phenylephrine (30 uM), found to be effective in achieving mydriasis in Phase 1 experiments, was included in the perfusate solution to provide sufficient dilation for the phacoemulsification procedure to be performed. The secondary endpoint for ketorolac efficacy was mydriasis, and the primary endpoint was laser flare photometry, a validated measure of anterior chamber inflammation.

BSS perfusate was delivered through the phacoemulsification needle either without ketorolac or containing ketorolac at a concentration of 3.0 µM, 10 µM, or 30 µM (see Table 1). Stage 1 irrigation (0:00-2:00 minutes) was applied to remove the viscoelastic and assess the mydriatic effect of ketorolac. High concentration phenylephrine was then added to the perfusate bottle (to achieve a concentration of 30 µM), the lines were flushed and irrigation was continued through stage 2 (2:00-4:00 minutes), after which viscoelastic was reintroduced into the anterior chamber and a capsulorhexis was performed. Stage 3 irrigation (4:00-18:00 minutes) was

20

begun after the capsulorhexis and continued for a total of 14 minutes, during the early stage of which phacoemulsification energy was applied. Stage 4 irrigation took place after the introduction of the PMMA lens.

Results

After an initial pupil dilation of 1-2 mm within the first minute of the start of anterior chamber perfusion, the pupil diameter asymptotically approached maximal dilation within approximately five minutes for all treatment groups (see FIGS. 21 and 22) with a significant effect of time on diameter (F=2.75, P<0.0001). In the first set of experiments, trends suggest that the presence of phenylephrine in the BSS perfusate contributed to a concentration-dependent increase in pupil diameter. The initial dilation (0-2 min) exhibited in the control group, which received topical tropicamide 20 minutes prior to irrigation with BSS alone, was likely not a pharmacologic effect and reflects a component of the dilation measured within the first 2 minutes of the onset of anterior chamber irrigation in all groups was related to clearance of the viscoelastic introduced to allow creation of the corneal incision and a possible hydrodynamic effect of irrigation/aspiration. Of note, however, the early additional dilation in the tropicamide control group started from a baseline dilation greater than all other treatment groups (F=7.73, P<0.0001) at the beginning of the procedure and resulted in a lower maximal dilation than exhibited by the mid, high and highest concentration phenylephrine groups. Differences between the highest, high and mid phenylephrine groups and the low phenylephrine group were significant at the 6:00, 8:00, 10:00, 14:00, 18:00 and 19:00 minute time points (F=2.41, p<0.043; F=2.66, p<0.0315; F=3.24, p<0.0136; F=6.62, p<0.0002; F=9.26, p<0.0001; F=3.79, p<0.005; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. 21), confirming a concentration-dependent effect of phenylephrine perfusate on the amplitude of intraoperative mydriasis. Differences between the highest, high and mid-concentration phenylephrine groups versus the low concentration phenylephrine and tropicamide control group were significant at the 14:00 and 18:00 minute time points (F=6.62, p<0.0002; F=9.26, p<0.0001; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. 21), indicating the concentration-dependent effect of phenylephrine in prolonging intraoperative mydriasis. Differences between all other groups at all other time points were not significant by the Student Newman-Keuls criteria, but trends observed in the mean pupil diameter within groups would suggest a concentration dependence to both rate of onset and amplitude of mydriatic effect across phenylephrine groups. At later time points mean dilation in the high phenylephrine treatment group approaches the anatomic limit of pupil mydriasis of 8.3 mm in the adult eye in this species (corresponding to the inner diameter of the corneal limbus).

In the second set of experiments, in which the anterior chamber was irrigated with BSS containing 3-30 µM ketorolac or BSS alone for 2 minutes prior to the introduction of 30 µM phenylephrine, there was a rapid 1-2 mm increase in pupil diameter within 30 seconds of the start of perfusion followed by a less rapid concentration-independent rise between 30 seconds and two minutes. No statistical differences were seen between the ketorolac-treated groups and the BSS-treated animals during the initial two minutes. Given that the same behavior was demonstrated by the BSS control group it is likely that this initial dilation is related to viscoelastic clearance and the hydrodynamic effects of irrigation/aspiration, as evidenced by the behavior of the phe-

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

21

nylephrine and tropicamide control groups in the first set of experiments. After introduction of 30 µM phenylephrine in all ketorolac- and BSS-treated animals at two minutes there was a further rapid increase in pupil diameter in all groups reaching maximum dilation at four minutes. Maximal dilation was sustained through the remaining perfusion period after a slight decrease in pupil diameter in the interval between the four minute initial perfusion and the start of phacoemulsification when the capsulorhexis was performed. There were no statistically significant group differences, except between the low and mid concentration ketorolac groups versus the BSS and high concentration ketorolac groups at the 14:00 and 18:00 minute time points (Low and Mid>BSS and High; F=6.62, p<0.0002; F=9.26, p<0.0001; respectively; Student Newman-Keuls test, $\alpha$=0.05, df=23, see FIG. 2). The treatment grouping of this difference, however, would suggest that the difference did not result from a ketorolac effect, and was likely related to the limited sample size, and reflective of inter-animal and inter-procedure differences. In all treatment groups in both sets of experiments studies the pupil constricted following lens placement at the end of the procedure.

Baseline preoperative anterior chamber flare measures ranged from 3.0 to 12.7 photon units/ms (mean=6.0+/−2.4 SD) in all treatment groups in the treated (right) eye. Flare measures in the control (left) eye remained within this range throughout the duration of the study. These measures matched anterior chamber flare assessments performed by slit lamp biomicroscopy, validating the utility of the laser flare photometer in quantifying the protein density in the anterior chamber in the eye's quiescent natural state. In all treatment groups there was a significant effect of time on flare measurements in the treated eye (F=2.16, p<0.0034), further confirming the utility of flare photometry in quantifying intervention related inflammation (see FIGS. 23, 24 and 25). Flare measures in treated eyes at baseline versus 4.5 and 24 hours versus 48 and 168 hours were significantly different across all treatment groups (F=2.16, p<0.0034; Student Newman-Keuls test, $\alpha$=0.05, df=75). Differences between the control and treated eye were different at all postoperative exam time points across all subjects (F=236.64, P<0.0001; Student Newman-Keuls test, $\alpha$=0.05, df=195).

In the first set of experiments, phacoemulsification duration differed within treatment groups as ideal parameters were being refined. It was established in the first 4 surgical procedures that the phacoemulsification time was causing a severe inflammatory response and reduction in phacoemulsification was agreed to. Analysis of longer duration phacoemulsification (45-55 secs) versus shorter duration (15-25 secs) groups at the 4.5 hour and 24 hour time points revealed a statistically significant increase in flare measures with phacoemulsification duration (F=4.42, p<0.0018; Student Newman-Keuls test, $\alpha$=0.05, df=14; see FIG. 24), confirming the utility of laser flare photometry in quantifying the extent of anterior chamber injury and inflammation. This difference resolved by the 48 and 1 week time points.

Analysis with the exclusion of the high phacoemulsification energy subjects, which included 2 monkeys in each of the high phenylephrine and tropicamide groups, revealed no treatment effect on flare measures of phenylephrine relative to the tropicamide control at all time points (Student Newman-Keuls test, $\alpha$=0.05, df=7).

In the second set of experiments, despite the small group sizes, there was a consistent trend for a reduction in the flare measurements in the mid and high ketorolac groups. There was a statistically significant difference between flare mea-

22

sures in the BSS control group versus the mid and high concentration ketorolac groups which achieved significance at the 4.5 hour time point when these two treatment groups were combined to add power to the analysis (F=5.17, P<0.0223; Student Newman-Keuls test, $\alpha$=0.05, df=13; see FIG. 25). Flare measurements in the high and mid dose ketorolac group remained lower relative to the control group at the 24 and 48 hour time points, but these differences did not achieve statistical significance, whether the high and mid dose ketorolac groups were analyzed in combination or separately, given the power of the analysis. At one week there were not statistically significant difference between any of the treatment groups but the high concentration ketorolac group maintained a similar trend.

### Conclusions

The African green monkey phacoemulsification model allowed the quantification of mydriatic and inflammatory measures relevant to human clinical endpoints. Of these measures, video pupil diameter assessments and anterior chamber flare photometry were the most responsive to treatment effects at the time points assessed. Video pupil data demonstrated that intraoperative delivery of phenylephrine in the anterior chamber perfusate resulted in a rapid onset mydriasis which was maintained throughout the surgical procedure. The maximal mydriasis attained was concentration-dependent, with adequate mydriasis for a phacoemulsification surgical procedure to be performed at all concentrations evaluated. Concentrations equal to or greater than 10 µM resulted in a mydriasis exceeding that obtained by preoperative topical 1% tropicamide, a standard of care for cataract procedures. Flare photometry and pachymetry measures did not indicate a reduction in anterior chamber inflammation or corneal edema associated with the addition of phenylephrine to the anterior chamber perfusate.

Video pupil data demonstrated that intraoperative delivery of ketorolac in the anterior chamber perfusate did not result in a change in mydriasis substantially different from that observed with BSS alone. Once phenylephrine at a concentration of 30 µM was added to the perfusate, however, rapid dilation occurred, confirming the previously demonstrated utility of the intraoperative delivery of phenylephrine. Flare photometry measures indicated a positive effect of ketorolac on anterior chamber inflammation immediately postoperatively at 4.5 hours.

### Example 7

Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

A non-GLP study was conducted with an irrigation solution containing 90 µM PE and 30 µM KE to evaluate the effect of the combination when administered via intraocular irrigation during cataract surgery on mydriasis and inflammatory endpoints. In this series of experiments, 14 monkeys were divided into groups of seven and studied to establish the efficacy of BSS alone versus a BSS perfusate containing the PE and KE combination. Efficacy endpoints included mydriasis and laser flare photometry as a measure of anterior chamber inflammation. The control group additionally received the muscarinic mydriatic tropicamide preoperatively to allow sufficient dilatation to employ the African green monkey model of phacoemulsification surgery.

### Results

Animals irrigated with the PE-KE combination achieved 6.0-6.5 mm pupil dilation within approximately 60 sec of

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

**23**

irrigation (see FIG. **26**). These values were equivalent to those obtained after preoperative treatment with tropicamide. After an initial pupil dilation of 3.0-4.0 mm within the first minute of the start of anterior chamber perfusion, the pupil diameter plateaued within approximately 2.5 and 3.5 minutes for both the tropicamide control and the PE-KE treatment groups, respectively (see FIG. **1**), with a significant effect of time on pupil diameter (F=86.69, P<0.0001; Student Newman-Keuls test, $\alpha$=0.05, df=12). The initial dilation (0-2 min) exhibited in the control group, which received topical tropicamide 20 minutes prior to irrigation with BSS alone, was likely not a pharmacologic effect and reflects hydrodynamic effects of irrigation/aspiration and/or dilation associated with clearance of the viscoelastic introduced to allow creation of the corneal incision. Of note, however, the early additional dilation in the tropicamide control group started from a baseline dilation greater than the treatment group (F=86.69, P<0.0001; see FIG. **26**) at the beginning of the procedure and resulted in a lower maximal dilation than exhibited by the PE-KE treatment group. PE-KE-mediated pupil dilation exceeded the dilation achieved by the preoperative administration of tropicamide within 90 seconds of the initiation of anterior chamber irrigation. Differences between the control group and the treatment group receiving PE-KE were significant at the 0:00, 3:30, 4:00, 4:30, 5:00, 5:30, 6:00, 8:00, 10:00, 12:00, 12:30 and 13:00 minute time points (F=25.08, p<0.003; F=5.61, p<0.0355; F=9.95, p<0.0083; F=14.71, p<0.0024; F=18.01, p<0.0011; F=9.93, p<0.0084; F=10.39, p<0.0073; F=14.77, p<0.0023; F=14.77, p<0.0023; F=28.65, p<0.0002; F=20.51, p<0.0007; F=8.66, p<0.0134; F=5.48, p<0.0391, respectively; Student Newman-Keuls test, $\alpha$=0.05, df=12; see FIG. **26**).

The observed group differences confirmed a treatment effect of the PE-KE perfusate containing phenylephrine and ketorolac on the amplitude of intraoperative mydriasis and on the prolongation of intraoperative mydriasis. Differences between the two groups at early time points were not significant by the Student Newman-Keuls criteria, reflecting intra-group variability, but trends observed in the mean pupil diameter suggest a treatment effect to both rate of onset and amplitude of mydriatic effect. At later time points mean dilation in some subjects in the PE-KE treatment group approached the anatomic limit of pupil mydriasis of –10.5 mm in the adult eye in this species (corresponding to the inner diameter of the corneal limbus).

Baseline preoperative anterior chamber flare measures ranged from 1.6 to 9.9 photon units/ms (mean=5.3+/–2.3) in both treatment groups in the operative (right) eye. In both treatment groups there was a significant effect of time on flare measurements in the treated eye, further confirming the utility of flare photometry in quantifying intervention related inflammation (see FIG. **27**). Flare measures in treated eyes at baseline versus 2, 4.5, 24, 48 hours and 1 week were significantly different across both treatment groups (F=4.94, p<0.0008; Student Newman-Keuls test, $\alpha$=0.05, df=59).

The PE-KE treatment group had lower values of flare measures over time relative to the tropicamide control group, but they did not achieve statistical significance at any time point (F=3.32, P<0.0935; Student Newman-Keuls test, $\alpha$=0.05, df=12; see FIG. **27**), in part reflecting a large variability in subject response to the experimental intervention. One PE-KE treated subject exhibited a more limited pupil dilation during anterior chamber irrigation, complicating lens removal. Analysis of flare measures with the exclusion of this animal reveal a statistically significant difference between the PE-KE treatment group and the tropicamide

**24**

control group at the 2-, 4.5-, 24- and 48-hour time points (F=9.74, P<0.0097; Student Newman-Keuls test, $\alpha$=0.05, df=11; see FIG. **28**). At one week there was not a statistically significant difference between the treatment groups.

Conclusions

The African green monkey phacoemulsification model allowed the quantification of mydriatic and inflammatory measures relevant to human clinical endpoints. Of these measures, video pupil diameter assessments and anterior chamber flare photometry were the most responsive to treatment effects at the time points assessed. Video pupil data demonstrated that intraoperative delivery of PE-KE in the anterior chamber perfusate resulted in a rapid onset of mydriasis, which was maintained throughout the surgical procedure. The mydriasis attained was adequate for a phacoemulsification surgical procedure to be performed within the initial 60 seconds of irrigation. The degree of mydriasis exceeded that obtained by preoperative topical 1% tropicamide, a standard of care for cataract procedures. Flare photometry measures suggest a positive effect of PE-KE on anterior chamber inflammation immediately postoperatively.

Example 8

Dose Response Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

This non-GLP study was conducted to establish the dose response and time course of mydriasis following intracameral delivery of low-, mid-, and high-concentration irrigation solutions containing PE and KE to African green monkeys. The PE-KE formulation contained a fixed ratio of 3:1 of 45 mM phenylephrine and 15 mM ketorolac in a 20 mM sodium citrate buffer (pH 6.5). An additional concentrated 450 mM phenylephrine HCl (PE) formulation was provided to elevate the phenylephrine concentration in the high dose group. The time course of mydriasis was evaluated by video in four monkeys following intracameral administration of the low concentration of PE and KE (90:30 $\mu$M) irrigation solution, in four monkeys following the mid concentration (268:89 $\mu$M) and four monkeys following the high concentration (1165:89 $\mu$M). The volumes of all intracameral administrations were 150 $\mu$L with ejection of the syringe volume into the anterior chamber occurring over approximately a five-second period.

To mix the low concentration (PE:KE at 90:30 $\mu$M), 1.0 mL from one vial of PE-KE drug composition was withdrawn and injected into a 500-mL BSS irrigation bottle. For the mid concentration (PE:KE at 268:89 $\mu$M), three vials of PE-KE drug composition were used with 1.0 mL from each vial withdrawn and injected into a 500-mL BSS irrigation bottle. For the high concentration group (PE:KE at 1165:89 $\mu$M), additional phenylephrine HCl was added to the PE:KE in BSS solution.

Results

Monkeys injected with intracameral PE/KE irrigation solution achieved approximately 6-7 mm pupil dilation within 60 seconds of irrigation. As shown in FIG. **29**, after an initial rapid pupil dilation, the pupil diameter plateaued at approximately the 1-minute time point, with a significant effect of time on pupil diameter among all treatment groups

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

25

(F=64.33, p<0.0001). Differences between the low-dose group (90:30 µM) and the high-dose group (1165:89 µM) were statistically significant at the 1:30-, 3:00- and 3:30-minute time points (Student Newman-Keuls test, a=0.05, df=9).

Conclusions

The African green monkey mydriasis model allowed the quantification of pupil responses that are relevant to human clinical endpoints. Video pupil data demonstrated that intracameral delivery of PE-KE into the anterior chamber resulted in a rapid onset mydriasis, which was maintained throughout the ten minute period during which video documentation occurred. The mydriasis attained was adequate for a phacoemulsification surgical procedure to be performed within the initial 60 seconds following administration. The degree of mydriasis was greater than that obtained in the control arm of previous efficacy studies by the preoperative delivery of topical 1% tropicamide (mean pupil diameter of 5.9 mm), a standard of care for cataract procedures.

Example 9

Safety Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

A nonclinical GLP toxicology study was carried out in African green monkeys. Twelve male and twelve female monkeys underwent phacoemulsification surgery with lens replacement and two-week recovery in this study. Continuous irrigation of PE-KE irrigation solution throughout the anterior chamber and associated ocular structures was conducted during the surgery and represents the intended route of administration of this product. Three concentrations were evaluated: 720 µM PE and 90 µM KE (720:90 µM) in the low concentration group, 2160 µM PE and 270 µM KE (2160:270 µM) in the mid concentration group, and 7200 µM PE and 900 µM KE (7200:900 µM) in the high concentration group.

A separate control group was evaluated as well. An equal number of male and female animals were allocated to each group with assignment based on weight rank to achieve a balanced mean weight. All animals underwent a surgical procedure on Day 0 to replace the intraocular lens.

Results

All animals tolerated the surgical procedures well, had uneventful recoveries, and survived to the scheduled sacrifice and necropsy. No treatment-related effects were observed on respiratory and cardiovascular observations and all clinical laboratory parameters.

The initial intracameral delivery of 150 µL of each PE/KE irrigation solution resulted in rapid pupil dilation within 30 seconds, with dilation increasing to 6.76±0.15 to 7.29±0.15 mm (mean±SD) in a dose-dependent manner. Thirty seconds following intracameral delivery of 150 µl of BSS alone, the pupil diameter of the tropicamide control group was 5.18±0.18 mm.

The low-concentration treatment group had lower values of flare measures relative to the tropicamide control group at 4.5 hours and 14 days, but they did not achieve statistical significance at any time point, while flare response in the high-concentration treatment group was nearly identical to

26

that of the control group at all time points. The mid-concentration treatment group had higher flare measures relative to the tropicamide control, low-concentration and high-concentration at all post-surgical time points, achieving significance at 2, 4.5, and 24 hours. These findings are believed secondary to greater surgical trauma in the mid-concentration treatment group. No concentration-dependent effects on flare were seen. At two weeks, there was not a statistically significant difference between the treatment groups.

In the control, low-concentration, and high-concentration treatment groups, there was a decrease in intraocular pressure following phacoemulsification surgery, but differences from baseline did not achieve significance. At the 4.5-hour time point, the intraocular pressure in the mid-concentration treatment group was significantly greater than in the other treatment groups, but not different than baseline. There was an overall trend of decreasing postoperative intraocular pressure.

Baseline clinical evaluations of the pupil, cornea, lens, and iris were within normal limits in the operative (right) and nonoperative (left) eye of all animals. The pupil diameter returned to baseline by the 24-hour time points, indicating minimal residual treatment-associated mydriatic or miotic effect.

Example 10

Clinical Study

A Phase 2b human clinical study evaluated a ketorolac and phenylephrine combination drug composition, formulated in accordance with Formula 1 of the present invention, for its effect on the maintenance of intra-operative mydriasis (pupil dilation) and reduction of postoperative pain and irritation resulting from cataract and other lens replacement surgery. The combination drug composition was diluted into a balanced salt solution irrigation carrier prior to intraocular administration during intraocular surgical procedures.

The subject Phase 2b study was a randomized, parallel group, vehicle-controlled, factorial design study, and was run to compare phenylephrine (PE), ketorolac (KE) and the combination drug composition containing both PE and KE in subjects undergoing unilateral cataract extraction with lens replacement (CELR) using a coaxial phacoemulsification process with insertion of an acrylic lens. Administration of test irrigation solutions occurred in a double-masked fashion. The study evaluated, in a four-arm full-factorial design, the contribution of the two active pharmaceutical ingredients (PE and KE, alone and in combination) to the maintenance of mydriasis and post-operative reduction in pain when administered diluted in balanced salt solution (BSS). The study also explored the effect of the combination drug composition, PE, and KE on postoperative inflammation. Subjects were randomized to one of the following four treatment arms in a 1:1:1:1 fashion:

   a. BSS vehicle
   b. 483 µM PE in BSS
   c. 89 µM KE in BSS
   d. the combination drug composition containing 483 µM PE and 89 µM KE in BSS.

All subjects in this study received preoperative mydriatics and anesthetics. In each of the four groups, the respective irrigation treatment was administered as a single irrigation of the anterior chamber of the eye during the CELR surgical procedure, with a mean of 8 minutes of exposure in this study. In addition, at the end of the procedure, the anterior

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,486,406 B2

27

chamber was filled with the irrigation treatment. The change in pupil diameter over time from surgical baseline (immediately prior to surgical incision) to the end of the surgical procedure (wound closure) was measured, as was postoperative pain on the day of operation as measured by the Visual Analog Scale (VAS) at 2, 4 6, 8 and 10-12 hours and at other times recorded by the patient prior to taking rescue pain medication.

In this 223-patient Phase 2b clinical study, subjects treated with the combination drug composition demonstrated statistically significant (p<0.0001) and clinically meaningful maintenance of mydriasis throughout the cataract procedure as compared to either the BSS or KE groups. Maintenance of mydriasis is critical to performing lens exchange safely and proficiently given that the ophthalmologist operates through the pupil. If mydriasis is not maintained throughout the procedure, the risk of injuring structures within the eye increases and the required operating time is often prolonged. Any reduction in pupil size during surgery may interfere with surgical technique. In this study the mean pupil diameter was 8.3 mm at the time of the incision. A reduction of 2.5 mm or more ('extreme constriction") represents a loss of 30% of the diameter and 52% of the area of the average pupil, with a potential for extreme impact on the procedure. Unexpectedly, this study demonstrated that 21% of subjects in the BSS group and 21% of subjects in the KE group experienced this extreme constriction, as compared to only 4% of subjects in the combination drug composition group.

Intraoperative complications increase when the pupil diameter is less than 6 mm during lens exchange surgery. A categorical analysis on an intent-to-treat basis of intraoperative pupil diameters to identify the proportions of study subjects who experienced this level of pupil constriction. In this Study, the combination drug composition was statistically significantly superior (Table 5) in preventing this degree of pupil constriction, i.e., miosis to a diameter of less than 6 mm, when compared to each of the other three treatment arms.

TABLE 5

| Subjects Having Pupil Diameter <6 mm during CELR | | | |
|---|---|---|---|
| BSS (n = 54) | KE/PE Combination (n = 49) | KE (n = 52) | PE (n = 49) |
| 25 (46%) p < 0.0001* | 3 (6%) | 18 (35%) p = 0.0005* | 11 (22%) p = 0.0404* |

*FET comparison to PE-KE combination

Clinically significant reductions in pupil diameter are associated with an increase in procedure-related complications, including posterior capsule tears, retained lens fragments and vitreous leaks. These findings demonstrate that the phenylephrine and ketorolac each contribute and act synergistically in preventing clinically meaningful mioisis. This finding is surprising because phenylephrine is a strong mydriatic agent and would be expected to inhibit miosis alone. Surprisingly, ketorolac also provided an antimiotic effect on top of the effect of phenylephrine.

Additionally, the combination drug composition also significantly decreased pain in the early postoperative period (10-12 hours post-surgery) relative to either the PE (p=0.0089) or BSS (p=0.0418) groups. Surprisingly, the combination drug composition also reduced the frequency of complaints of moderate and severe pain (2.5 times more

28

complaints in the BSS-treated subjects). The drug composition was safe and well tolerated in this study.

This study demonstrates that the composition and use of the invention claimed in the above-identified application prevents a surprising degree of extreme pupil constriction, as well as resulting in an unexpected reduction of moderate and severe post-operative pain up to 10-12 hours after surgery following mere minutes of exposure to the test drug during surgery.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be readily apparent to one of ordinary skill in the art in light of the teachings of this invention that certain changes and modifications may be made thereto without departing from the spirit or scope of the appended claims.

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1. A sterile liquid pharmaceutical formulation comprising phenylephrine, ketorolac, and a buffer system that is injected into and an intraocular irrigation carrier, wherein after injection the phenylephrine is included at a concentration of from 30 to 720 μM and the ketorolac is included at a concentration of from 10 to 270 μM, and wherein the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

2. A liquid pharmaceutical formulation comprising phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable without the inclusion of preservatives and antioxidants for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

3. The pharmaceutical formulation of claim 2, wherein the pharmaceutical formulation has a pH of from 5.8 to 6.8.

4. The pharmaceutical formulation of claim 2, wherein formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+2° C.

5. The pharmaceutical formulation of claim 2, wherein the formulation is packaged in a single-use container for injection, further comprising a nitrogen overlay to displace air from the container.

6. A liquid pharmaceutical formulation consisting essentially of phenylephrine, ketorolac and a buffer system in a pH-adjusted aqueous carrier, wherein the formulation is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2'C.

7. The pharmaceutical formulation of claim 6, wherein the buffer system comprises a sodium citrate buffer system.

8. The pharmaceutical formulation of claim 6, wherein the pharmaceutical formulation has a pH of from 5.8 to 6.8.

9. The pharmaceutical formulation of claim 6, wherein formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+2° C.

10. The pharmaceutical formulation of claim 6, wherein the formulation is contained within a single-use container.

11. The pharmaceutical formulation of claim 10, further comprising a nitrogen overlay to displace air from the container.

12. The pharmaceutical formulation of claim 6, wherein the formulation comprises about 60.75 mM phenylephrine and about 11.25 mM ketorolac.

13. The pharmaceutical formulation of claim 6, further comprising an irrigation carrier into which the formulation is injected, wherein after injection the phenylephrine is present at a concentration of from 240 to 720 μM and the ketorolac is present at a concentration of from 10 to 270 μM.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.          : 9,486,406 B2
APPLICATION NO.     : 14/721151
DATED               : November 8, 2016
INVENTOR(S)         : Gregory A. Demopulos, Hui-rong Shen and Clark E. Tedford

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

| Column | Line | Error |
|---|---|---|
| 2 | 41 | "conjuctival" should read --conjunctival-- |
| 2 | 57 | "conjuctival" should read --conjunctival-- |
| 7 | 50 | "protect" should read --protects-- |
| 7 | 56 | "1- and d-ascorbic" should read --1- and d-ascorbic-- |
| 19 | 11-12 | "uM", each occurrence, should read --$\mu$M-- |
| 25 | 6 | "a=0.05" should read --$\alpha$=0.05-- |
| 27 | 22 | "('extreme constriction")" should read --("extreme constriction")-- |
| 27 | 54 | "mioisis" should read --miosis-- |

In the Claims

| | | |
|---|---|---|
| 28 | 19 | "into and an" should read --into an-- |
| 28 | 43 | "25 +/- 2'C." should read --25 +/- 2°C.-- |

Signed and Sealed this
Second Day of January, 2018

*Joseph Matal*

Joseph Matal
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

# EXHIBIT D

US009855246B2

## (12) United States Patent
### Demopulos et al.

(10) Patent No.:   **US 9,855,246 B2**
(45) Date of Patent:   ***Jan. 2, 2018**

(54) **STABLE PRESERVATIVE-FREE MYDRIATIC AND ANTI-INFLAMMATORY SOLUTIONS FOR INJECTION**

(71) Applicant: **Omeros Corporation**, Seattle, WA (US)

(72) Inventors: **Gregory A. Demopulos**, Mercer Island, WA (US); **Hui-rong Shen**, Bothell, WA (US); **Clark E. Tedford**, Poulsbo, WA (US)

(73) Assignee: **Omeros Corporation**, Seattle, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/278,514**

(22) Filed: **Sep. 28, 2016**

(65) **Prior Publication Data**

US 2017/0196838 A1     Jul. 13, 2017

### Related U.S. Application Data

(63) Continuation of application No. 14/721,151, filed on May 26, 2015, now Pat. No. 9,486,406, which is a continuation of application No. 14/061,039, filed on Oct. 23, 2013, now Pat. No. 9,066,856.

(60) Provisional application No. 61/736,179, filed on Dec. 12, 2012, provisional application No. 61/718,026, filed on Oct. 24, 2012.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/135* | (2006.01) |
| *A61K 31/40* | (2006.01) |
| *A61K 31/19* | (2006.01) |
| *A61K 31/407* | (2006.01) |
| *A61K 31/137* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/407* (2013.01); *A61K 31/137* (2013.01)

(58) **Field of Classification Search**
CPC ... A61K 31/135; A61K 31/137; A61K 31/407
USPC ........................................ 514/653, 413, 557
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,402,949 | A | 9/1983 | Hartmann et al. |
| 4,474,751 | A | 10/1984 | Haslam et al. |
| 4,474,811 | A | 10/1984 | Masuda et al. |
| 4,550,022 | A | 10/1985 | Garabedian et al. |
| 4,876,250 | A | 10/1989 | Clark |
| 4,938,970 | A | 7/1990 | Hustead et al. |
| 5,051,443 | A | 9/1991 | Neufeld et al. |
| 5,110,493 | A | 5/1992 | Cherng-Chyi et al. |
| 5,212,196 | A | 5/1993 | House et al. |
| 5,298,487 | A | 3/1994 | Chen et al. |
| 5,371,078 | A | 12/1994 | Clark et al. |
| 5,523,316 | A | 6/1996 | Gan et al. |
| 5,587,175 | A | 12/1996 | Viegas et al. |
| 5,612,027 | A | 3/1997 | Galin et al. |
| 5,624,893 | A | 4/1997 | Yanni |
| 5,696,091 | A | 12/1997 | York et al. |
| 5,759,532 | A | 6/1998 | Galin et al. |
| 5,767,105 | A | 6/1998 | Peyman |
| 5,798,356 | A | 8/1998 | Doshi |
| 5,800,385 | A | 9/1998 | Demopulos et al. |
| 5,811,446 | A | 9/1998 | Thomas |
| 5,820,583 | A | 10/1998 | Demopulos et al. |
| 5,858,017 | A | 1/1999 | Demopulos et al. |
| 5,860,950 | A | 1/1999 | Demopulos et al. |
| 5,972,326 | A | 10/1999 | Galin et al. |
| 6,030,974 | A | 2/2000 | Schwartz et al. |
| 6,056,715 | A | 5/2000 | Demopulos et al. |
| 6,117,907 | A | 9/2000 | Sher |
| 6,210,394 | B1 | 4/2001 | Demopulos et al. |
| 6,218,428 | B1 | 4/2001 | Chynn |
| 6,242,447 | B1 | 6/2001 | Demopulos et al. |
| 6,254,585 | B1 | 7/2001 | Demopulos et al. |
| 6,261,279 | B1 | 7/2001 | Demopulos et al. |
| 6,280,745 | B1 | 8/2001 | Flore et al. |
| 6,350,781 | B1 | 2/2002 | Shahinia |
| 6,395,746 | B1 | 5/2002 | Cagle et al. |
| 6,413,961 | B1 | 7/2002 | Demopulos et al. |
| 6,420,432 | B2 | 7/2002 | Demopulos et al. |
| 6,492,332 | B1 | 12/2002 | Demopulos et al. |
| 6,495,598 | B1 | 12/2002 | Yoneda et al. |
| 6,562,873 | B2 | 5/2003 | Olejnik et al. |
| 6,645,168 | B2 | 11/2003 | Demopulos et al. |
| 7,091,181 | B2 | 8/2006 | Demopulos et al. |
| 7,842,714 | B2 | 11/2010 | Farnes et al. |
| 7,973,068 | B2 | 7/2011 | Demopulos et al. |
| 8,173,707 | B2 | 5/2012 | Demopulos et al. |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101327325 A | 12/2008 |
| EP | 0364266 A2 | 4/1990 |

(Continued)

#### OTHER PUBLICATIONS

Database WPI Week 200256, *Derwent Publications Ltd.*, London, GB: AN 2002-523513 & JP 2002 161032 A, *Tasisho Pharm Co. Ltd*, Jun. 4, 2002. Abstract Only.
Database WPI Week 200239; *Derwent Publications Ltd.*, London, GB; AN 2002-362397 XP002478749 & WO 02/24191 A, *Yong Guang Pharm Co Ltd*, Mar. 28, 2002. Abstract Only.
Corbett et al., "Intraocular adrenaline maintains mydriasis during cataract surgery," *Br. J. Ophthalmol.* 78:95-98 (1994)
Gillart et al., "Effects of Local Clonidine for Prolongation of Akinesia After Peribulbar Block," *Anesthesiology* 31(3A):A941-A942 (1994).
Grond, S., et al., "Inhibition of Synovial Plasma Extravasation by Preemptive Administration of an Antiinflammatory Irrigation Solution in the Rat Knee," *Anesth Analg* 92:1301-6 (2001).

(Continued)

*Primary Examiner* — Kevin E Weddington
(74) *Attorney, Agent, or Firm* — Marcia S. Kelbon

(57)        **ABSTRACT**

The present invention relates to stable, preservative- and antioxidant-free liquid formulations of phenylephrine and ketorolac for injection.

**15 Claims, 29 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

# US 9,855,246 B2
Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,586,633 B2 * | 11/2013 | Demopulos | A61K 9/0048 |
| | | | 514/265.1 |
| 9,066,856 B2 * | 6/2015 | Demopulos | A61K 31/137 |
| 9,278,101 B2 | 3/2016 | Demopulos et al. | |
| 9,399,040 B2 * | 7/2016 | Demopulos | A61K 9/0048 |
| 9,486,406 B2 * | 11/2016 | Demopulos | A61K 31/137 |
| 9,585,895 B2 | 3/2017 | Demopulos et al. | |
| 2002/0071874 A1 | 6/2002 | Olejnik et al. | |
| 2002/0128267 A1 | 9/2002 | Bandyopadhyay et al. | |
| 2002/0183279 A1 | 12/2002 | Tanaka | |
| 2003/0017199 A1 | 1/2003 | Woodward et al. | |
| 2003/0087962 A1 | 5/2003 | Demopulos et al. | |
| 2003/0096807 A1 | 5/2003 | Demopulos et al. | |
| 2003/0191187 A1 | 10/2003 | Lee et al. | |
| 2004/0072809 A1 | 4/2004 | Demopulos et al. | |
| 2004/0242588 A1 | 12/2004 | Dejovin | |
| 2008/0194649 A1 | 8/2008 | Khatib | |
| 2009/0042968 A1 | 2/2009 | Whiting et al. | |
| 2009/0258850 A1 | 10/2009 | Frincke et al. | |
| 2010/0087503 A1 | 4/2010 | Farnes et al. | |
| 2010/0311688 A1 | 12/2010 | Chapin et al. | |
| 2010/0311705 A1 | 12/2010 | Demopulos et al. | |
| 2011/0105450 A1 | 5/2011 | Chapin et al. | |
| 2012/0022094 A1 | 1/2012 | Harris et al. | |
| 2013/0079344 A1 | 3/2013 | Demopulos et al. | |
| 2014/0221326 A1 | 8/2014 | Demopulos et al. | |
| 2014/0235597 A1 | 8/2014 | Demopulos et al. | |
| 2014/0235691 A1 | 8/2014 | Demopulos et al. | |
| 2015/0342928 A1 | 12/2015 | Demopulos et al. | |
| 2016/0279099 A1 | 9/2016 | Demopulos et al. | |
| 2017/0100412 A1 | 4/2017 | Demopulos et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 550 921 A1 | 7/1993 |
| EP | 0 903 151 A1 | 3/1999 |
| JP | 9-506620 | 6/1995 |
| JP | 2001-516258 | 9/2001 |
| JP | 2002161032 A2 | 6/2002 |
| WO | WO 87/07141 | 12/1987 |
| WO | WO 91/02527 | 3/1991 |
| WO | WO 92/04008 | 3/1992 |
| WO | WO 94/08602 | 4/1994 |
| WO | WO 95/09003 | 4/1995 |
| WO | WO 95/16435 | 6/1995 |
| WO | WO 95/34298 | 12/1995 |
| WO | WO 96/00055 | 1/1996 |
| WO | WO 96/19233 | 6/1996 |
| WO | WO 97/009973 | 3/1997 |
| WO | WO 97/21445 | 6/1997 |
| WO | WO 98/38996 | 9/1998 |
| WO | WO 98/41171 | 9/1998 |
| WO | WO 98/47366 | 10/1998 |
| WO | WO 98/47890 | 10/1998 |
| WO | WO 00/01379 | 1/2000 |
| WO | WO 00/03705 | 1/2000 |
| WO | WO 00/23061 | 4/2000 |
| WO | WO 00/23062 | 4/2000 |
| WO | WO 00/23066 | 4/2000 |
| WO | WO 00/23072 | 4/2000 |
| WO | WO 00/25745 | 5/2000 |
| WO | WO 00/35433 | 6/2000 |
| WO | WO 00/69255 | 11/2000 |
| WO | WO 01/07050 A1 | 1/2001 |
| WO | WO 01/41550 A2 | 6/2001 |
| WO | WO 01/82914 A2 | 11/2001 |
| WO | WO 02/05815 A1 | 1/2002 |
| WO | WO 02/24191 A1 | 3/2002 |
| WO | WO 02/09702 | 7/2002 |
| WO | WO 2004/010894 A2 | 2/2004 |
| WO | WO 2009/061431 A2 | 5/2009 |
| WO | WO 2010/105042 A1 | 9/2010 |
| WO | WO 2012/016000 | 2/2012 |
| WO | WO 2014/066485 A1 | 5/2014 |

## OTHER PUBLICATIONS

Malhotra et al., "Comparison of the cardiovasculare effects of 2.5% phenylephrine and 10% phenylephrine during ophthalmic surgery," *Eye* 12:973-975 (1998).

Antcliff et al., "The maintenance of per-operative mydriasis in phacoemulsification with topical diclofenac sodium," *Eye* 11:389-391 (1997).

Liou, Shiow-Wen, et al., "The Effects of Intracameral Adrenaline Infusion on Pupil Size, Pulse Rate, and Blood Pressure During Phacoemulsification," *J Ocular Pharmacol Ther* 14(4):357-361 (1998).

Gimbel, "The effect of treatment with topical nonsteroidal anti-inflammatory drugs with and without intraoperative epinephrine on the maintenance of mydriasis during cataract surgery," *Ophthalmology* 96(5):585-588 (1989).

Shimada, H., et al., "Effects of Flubiprofen on Extracapsular Cataract Extraction," *Journal of the Eye* 4(5):719-722 (1987). Japanese language.

Shimada, H., et al., "Effects of Flubiprofen on Extracapsular Cataract Extraction," *Journal of the Eye* 4(5):719-722 (1987). English Translated copy.

Titcomb, "Revision of Pharmacology," www.optometry.co.uk 25-34 (2002).

Zimm, Jeffrey L., et al., "Effects of topical suprofen and flurbiprofen on the miosis produced by anterior chamber irrigation with cholinergic agonists," *J Cataract Refract Surg* 17:790-793 (1991).

Snyder, R.W., et al., "Acular as a single agent for use an an antimiotic and anti-inflammatory in cataract surgery," *J Cataract Refract Surg* 26(8):1225-1227 (2000).

Shimada, H., et al., "Effects of an Anti-prostaglandin Agent Added to the Irrigation Solution on Damage to the Anterior Segment in Monkey Eyes Induced by Pars Plana Vitrectomy," *Acta Soc Ophthalmol Jpn* 93:823-829 (1989). Japanese language with English abstract.

Miyake et al., "Latanoprost Accelerates Disruption of the Blood-Aqueous Barrier and the Incidence of Agiographic Cystoid Macular Edema in Early Postoperative Pseudophakias," *Arch Ophthalmol* 117:34-40 (1999).

Miyake et al., "Enhanced Disruption of the Blood-Aqueous Barrier and the Incidence of Angiographic Cystoid Macular Edema by Topical Timolol and Its Preservative in Early Postoperative Pseudophakia," *Arch Ophthalmol* 119:387-394 (2001).

Fichman, "Anesthesia and preoperative and postoperative medications," *Current Opinion in Ophthalmology* 7:17-20 (1996).

Alcon Laboratories, "The Worldwide Winner TobraDex," Internet Publication, www.alconlabs.com/us/aj/products/RxTher/TobraDexPro.jhtml (Jun. 3, 2003).

Heier, J., et al., "Ketorolac tromethamine 0.5% ophthalmic solution in the treatment of moderate to severe ocular inflammation after cataract surgery: a randomized, vehicle-controlled clinical trial," *Am J Ophthalmol* 127(3):253-9 (1999).

Flach, A.J., et al., "The Effect of Ketorolac Tromethamine in Reducing Postoperative Inflammation: Double-Mask Parallel Comparison with Dexamethasone," *Annals of Ophthalmology* 21:407-411 (1989).

Alcon Laboratories, "Sterile Intraocular Irrigating Solution," Internet Publication, www.alconlabs.com/ca_en/aj/products/bss-pm1.jhtml (Jun. 26, 2003).

Wang, R.F., et al., "Effect of Oxymetazoline on Aqueous Humor Dynamics and Ocular Blood Flow in Monkeys and Rabbits," *Arch Ophthalmol* 111:535-8 (1993).

Chu, Teh-Ching, et al., "Oxymetazoline: Potential Mechanisms of Inhibitory Effects on Aqueous Humor Dynamics," *Pharmacology* 53:259-270 (1996).

Papa, V., et al., "Topical naproxen sodium for inhibition of miosis during cataract surgery. Prospective, randomized clinical trials," *Eye* 16(3):292-296 (2002).

Patil, Popat N., et al., "Antimuscarinic Action of Oxymetazoline on Human Intraocular Muscles," *Journal of Ocular Pharmacology and Therapeutics* 20(4):328-332 (2004).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**US 9,855,246 B2**

Page 3

(56)    **References Cited**

OTHER PUBLICATIONS

Flach, A.J., et al., "Effectiveness of ketorolac tromethamine 0.5% ophthalmic solution for chronic aphakic and pseudophakic cystoid macular edema," *Am J Ophthalmol* 103(4):479-86 (1987).

Anderson, Janet A., et al., "Multiple Dosing Increases the Ocular Bioavailability of Topically Administered Flurbiprofen," *Arch Ophthalmol* 106:1107-1109 (1988).

Behndig, A., et al., "Evaluation of surgical performance with intracameral mydriatics in phacoemulsification surgery," *Acta Ophthalmol Scand* 82(2):144-147 (2004).

Ishikawa, H., et al., "Comparison of post-junctional alpha-adrenoceptors in iris dilator muscle of humans, and albino and pigmented rabbits," *Naunyn Schmeidebergs Arch Pharmacol* 354(6):765-72 (1996).

Liou, Shiow-Wen, et al., "Maintenance of Mydriasis with One Bolus of Epinephrine Injection During Phacoemulsification," *J Ocular Pharmacol Ther* 17(3):249-253 (2001).

Bäckström G, "Behndig A.Redilatation with intracameral mydriatics in phacoemulsification surgery," *Acta Ophthalmol Scand.* 84(1):100-4 (2006).

Lundberg, Björn, M.D., et al., "Intracameral mydriatics in phacoemulsification cataract surgery," *J Cataract Refract Surg* 29:2366-2371 (2003).

Flach, Allan J., "Cyclo-oxygenase Inhibitors in Ophthalmology," *Survey of Ophthalmology* 36(4):259-284 (1992).

Flach, A.J., et al., "The effect of ketorolac tromethamine solution 0.5% in reducing postoperative inflammation after cataract extraction and intraocular lens implantation," *Ophthalmology* 95(9): 1279-84 (1988).

Flach, Allan, J., "Corneal Melts Associated with Topically Applied Nonsteroidal Anti-Inflammatory Drugs," *Tr Am Opth* 99:205-212 (2001).

Perry, H.D., et al., "An update on the use of ophthalmic ketorolac tromethamine 0.4%," *Expert Opin Pharmacother.* 7(1):99-107 (2006).

"The Pocket Oxford American Dictionary of Current English," Oxford University Press, New York, p. 418 (2002).

"The Bantam Medical Dictionary," Laurence Urdang Associates Ltd., Bantam Books, New York, p. 17 (1981).

Gills, J.P., "Intraocular irrigating solutions with cataract surgery," *Atlas of Cataract Surgery*, Masket, Samuel MD and Crandall, Alan S MD, eds. Chapter 3, Martin Dunitz Publisher (1999).

Gills, J.P., et al., Comment on "Bacterial endophthalmitis prophylaxis," *Ophthalmology* 110(8):1668 (2003).

Gills, J.P., et al., "Effect of intracameral triamcinolene to control inflammation following cataract surgery," *J Cataract Refract Surg* 31(8):1670-1 (2005).

Gills, J.P., "My Method of Extracapsular Cataract Extraction With Implantation of a Posterior Chamber Intraocular Lens," *Ophthalmic Surgery* 16(6):386-392 (1985).

Gills, J.P., "Effect of lidocaine on lens epithelial cells," *J Cataract Refract Surg* 30:1153-1154 (2004).

Gills, J.P., et al., "Unpreserved lidocaine to control discomfort during cataract surgery using topical anesthesia," *J Cataract Refract Surg* 23(4):545-550 (1997).

Hirowatari, Takeo, et al., "Evaluation of a New Preoperative Opthalmic Solution," *Can J Ophthalmol* 40:58-62 (2005).

Snyder, R.W., et al., "Acular as a single agent for use an an antimiotic and anti-inflammatory in cataract surgery," *J Cataract Refract Surg* 26:1225-127 (2000).

Srinivasan, M.S., et al., "Topical ketorolac tromethamine 0.5% versus diclofenac sodium 0.1% to inhibit miosis during cataract surgery," *J Cataract Refract Surg* 28:517-520 (2002).

*Taber's Cyclopedic Medical Dictionary*, 19th Edition, F.A. Davis Company, Philadelphia, pp. 1131-1132 (2003).

Eleftheriadis, H., et al., "Corneal toxicity secondary to inadvertent use of benzalkonium chloride preserved viscoelastic material in cataract surgery," *British Journal of Ophthalmology* 86:299-305 (2002).

Zaczek, A., et al., "The effect of phenylephrine on pain and flare intensity in eyes with uvitis," *Acta Ophthalmologica Scandinavica* 78:516-518 (2000).

Online Merck Manual Home Edition articles entitled, "Inflammation," "Blepharitis," "Dacrocystitis," "Infections," "Gout," "Pseudogout," "Sinusitis," "Pharyngitis," "Reiter's Syndrome," "Tongue Disorders," "Meningitis," "Viral Infections," "Hemrroids," "Urethritis," "Episcleritis," "Conjunctivitis," and "Rheumatoid Arthritis," www.merck.com/mmhe/print/sec20/ch236/ch236d. html, 51 pages, accessed Mar. 2007 (2003).

Medline Plus, Medical Encyclopedia: Neuroretinitis, Definition of "Neuroretinitis", www.nlm.nih.gov/medlineplus/ency/article/ 002268.htm, accessed Mar. 2007, (2005).

Kuby, J., "Immunology," Third Edition, W.H. Freeman and Company, New York, pp. 67 and 365-378, (1997).

Chaudhary, K.P., et al., "Preoperative Topical Flubiprofen—Na+ in Extracapsular Lens Extraction Role in Maintaining Intraoperative Pupillary Dilation," *Ind. J. Opthal.* 40(4):109-114 (1992).

Arshinoff, S.A., et al., "Pharmacotherapy of Photorefractive Keratectomy," *J Cataract Refract Surg* 22:1037-1044 (1996).

Volpe, N, et al., "Single Dose Ondansetron for Prevention of Postoperative Nausea and Vomiting," *Drug Invest* 8(2):67-72 (1994).

Cherry, P.M.H., et al., "The Treatment of Pain Following Excimer Laser Photorefractive Keratectomy: Additive Effect of Local Anesthetic Drops, Topical Diclofenac, and Bandage Soft Contact," *Opthalmic Surg Lasers* 27:S477-S480 (1996).

Gurbaxani, A., et al., "Intracameral phenylephrine to prevent floppy iris syndrome during cataract surgery in patients on tamsulosin," *Eye* 21:331-332 (2007).

Shugar, J.K., "Intracameral Epinephrine for IFIS Prophylaxis," *Cataract Refractive Surgery Today* 72-74 (Sep. 2006).

Goyal, R., et al., "Randomised Controlled Trial of Ketorolac in the Management of Corneal Abrasions," *Acta Ophthalmol. Scand.* 79:177-179 (2001).

Arshinoff, S., et al., "Use of Topical Nonsteroidal Anti-Inflammatory Drugs in Excimer Laser Photorefractive Keratectomy," *J Cataract Refract Surg* 20:216-222 (1994).

Busse, W., et al., "A Multicenter, Double-Blind, Randomized, Placebo- Controlled Trial Comparing the Efficacy and Tolerability of Levocabastine-Oxymetazoline Nasal Spray with Levocabastine and Oxymetazoline Alone in the Symptomatic Treatment of Seasonal Allergic Rhinitis," *American Journal of Rhinology* 10(2):105-111 (1996).

Quiroz, C., et al., "N.F.12: A New Topical Solution for External Eye Disease," *American Journal of Ophthalmology* 41(6):1020-1024 (1956).

Grahn, B., et al., "Diagnostic Ophthalmology," *Can Vet J* 35:730-731 (1994).

Angra, S.K., et al., "Safe and Effective Management of Vernal Keratoconjunctivitis (VKC): A Double Blind Clinical Study," *Ann Natl Acad Med Sci (India)* 25(1):9-12 (1989).

Batra, D., et al., "Patterns of Responses to Alternative Medicines in Controlling Allergic Conjunctivitis," *Ind. J. Ophthal* 36(1):17-21 (1988).

Lundberg, B., et al., "Separate and additive mydriatic effects of lidocaine hydrochloride, phenylephrine, and cyclopentolate after intracameral injection," *J Cataract Refract Surg* 32(2):280-283 (2008).

Matsuda, M., et al., "The Addition of Oxidized Glutathione to Intraocular Irrigating Solutions to Prevent Corneal Endothelial Damage During Intraocular Surgery," *Folia Ophthalmol Jpn* 41:1093-1098 (1990). Japanese Language (Original).

Matsuda, M., et al., "The Addition of Oxidized Glutathione to Intraocular Irrigating Solutions to Prevent Corneal Endothelial Damage During Intraocular Surgery," *Folia Ophthalmol Jpn* 41:1093-1098 (1990). English translated copy.

Nishide, T., et al., "Topical Anesthesia with Additional Intracameral Irrigation of 0.2% Lidocaine during Cataract Surgery in High Myopic Eyes," *Jpn J Clin Ophthalmol* 53(5):921-922 (1999). Japanese Language (Original).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**US 9,855,246 B2**

Page 4

(56)              **References Cited**

OTHER PUBLICATIONS

Nishide, T., et al., "Topical Anesthesia with Additional Intracameral Irrigation of 0.2% Lidocaine during Cataract Surgery in High Myopic Eyes," *Jpn J Clin Ophthalmol* 53(5):921-922 (1999). English translated copy.

Kinoshita, A., "Mydriatic Efficacy of Irrigated Phenylephrine during Extracapsular Cataract Surgery," *Folia Ophthalmol Jpn* 40:1730-1733 (1989). Japanese Language (Original).

Kinoshita, A., "Mydriatic Efficacy of Irrigated Phenylephrine during Extracapsular Cataract Surgery," *Folia Ophthalmol Jpn* 40:1730-1733 (1989). English translated copy.

Tsuchisaka, H., "How to Use Surgical Adjuvents and Drugs in IOL Implantation," *Journal of the Eye* 4(6):755-759 (1987). Japanese Language (Original).

Tsuchisaka, H., "How to Use Surgical Adjuvents and Drugs in IOL Implantation," *Journal of the Eye* 4(6):755-759 (1987). English translated copy.

Lacy, C. et al, "Drug Information Handbook," Lexi-Comp, Inc. Cleveland, Ohio, pp. 497 and 717-719, (1993).

Lundberg, B. et al., "Intracameral Mydriatics in Phacoemulsification Surgery Obviate the Need for Epinephrine Irrigation," *Acta Ophthalmol. Scand.* 85:546-550 (2007).

Katsura, Hiroshi, "How to Use Local Anesthetic," *Eye Clinic* 27:1055-1060 (1985). Japanese language.

Katsura, Hiroshi, "How to Use Local Anesthetic," Eye Clinic 27:1055-1060 (1985). English translation.

Crandall, A., et al. (Oct. 2011). *OMS302 Maintains Mydriasis and Decrease Postoperative Pain in Cataract Surgery.* Poster Session presented at the meeting of the American Academy of Ophthalmology , Orlando, FL.

Sandoval, H.P., et al., "A review of the use of ketorolac tromethamine 0.4% in the treatment of post-surgical inflammation following cataract and refractive surgery," *Clin Ophthalmol* 1(4):367-71 (2007).

Suleiman, Y.M., et al., "Comparison of ketorolac tromethamine and prednisolone acetate in preventing surgically induced miosis during cataract surgery," *Sultan Qaboos Univ Med J* 10(1):57-63 (2010).

Stewart, R. et al., "Efficacy and Safety Profile of Ketorolac 0.5% Ophthalmic Solution in the Prevention of Surgically Induced Miosis During Cataract Surgery," *Clinical Therapeutics* 21(4):723-732 (1999).

Adrenalin [package insert]. JPH Pharmaceuticals, LLC, Rochester, MI; 2004.

Arshinoff, S.A., et al. (2009). The pharmacotherapy of cataract surgery. In *Ophthalmology* (M. Yanoff and J.S. Duker, Eds.) Third Edition. (pp. 434-40). Elsevier.

Batenburg, W., et al., "Carvedilol-induced antagonism of angiotensin II: a matter of $\alpha_1$-adrenoceptor blockade," *Journal of Hypertension* 24:1355-1363 (2006).

Behndig, A., et al., "Mydriatic response to different concentrations of intercameral phenylephrine in humans," *J Cataract Refract* 36:1682-1686 (2010).

Bhattacharjee, A.K., et al., "MMP-9 and EBA immunoreactivity after papaverine mediated opening of the blood-brain barrier," *NeuroReport* 13:2217-2221 (2002).

Fine, I.H., et al. (2009). Phacoemulsification in the presence of a small pupil. In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition (pp. 245-258). Elsevier.

Flach, A.J., et al., "Improvement in visual acuity in chronic aphakic and pseudophakic cystoid macular edema after treatment with topical 0.5% ketorolac tromethamine," *Am J Ophthalmol* 112:514-519 (1991).

Guzek, J.P., et al., "Risk factors for intraoperative complications in 1000 extracapsular cataract cases," *Ophthalmology* 94:461-466 (1987).

Ho, T., et al., "Maximal mydriasis evaluation in cataract surgery," *J Cataract Refract Surg* 18:375-379 (1992).

Holló, G. "The side effects of the prostaglandin analogues," *Expert Opin Drug Saf* 6(1):45-52 (2007).

Kozlowska, H., et al., "Ligands at $\beta_2$-, $\beta_3$-, and the low-affinity state of $\beta_1$-adrenoceptors block the $\alpha_1$-adrenoceptor-mediated constriction in human pulmonary and rat mesenteric arteries," *J Cardiovasc Pharmacol* 46(1):76-82 (2005).

Mamalis, N. (2009). Toxic anterior segment syndrome. In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition. (pp. 589-594). Elsevier.

Moroi, S.E., et al. (2001). Ocular pharmacology. In *Goodman & Gilman 's The Pharmacological Basis of Therapeutics* (J.G. Hardman and L.E. Limbird, Eds.) Tenth Edition. (pp. 1821-1848). McGraw-Hill.

Nakamura, S., et al., "Evaluation of $\alpha_1$-adrenoceptors in the rabbit iris: pharmacological characterization and expression of mRNA," *Br J Pharmacol* 127:1367-1374 (1999).

Narendran, N., et al., "The cataract national dataset electronic multicenter audit of 55 567 operations: risk stratification for posterior capsule rupture and vitreous loss," *Eye* 23:31-37 (2009).

Neuhann, T.F. et al. (2009). Capsulorrhexis. In *Cataract Surgery: Expert Consult* (R. Steinert, Ed.) Third Edition. (pp. 163-171). Elsevier.

Radi, Z.A., et al., "The pathophysiologic role of cyclooxygenases in the eye," *J Ocular Pharmacol Ther* 24(2):141-151 (2008).

Rutar, T., et al., "Risk factors for intraoperative complications in resident-performed phasoemulsificatin surgery," *Ophthalmology* 116:431-436 (2009).

Schalnus, R. "Topical nonsteroidal anti-inflammatory therapy in ophthalmology," *Ophthalmologica* 217:89-98 (2003).

Waitzman, M.B. "Prostaglandins and the eye," *Metabolic, Pediatric and Systemic Ophthalmology* 6:17-26 (1982).

Menapace, R. (2005). Prevention of posterior capsule opacification. In *Cataract and Refractive Surgery* (T. Kohnen and D. Koch, Eds.) (pp. 101-122). Springer.

Acular [package insert]. Allergan, Inc., Irvine, CA; 2004.

Srinivasan, M., et al., "Sodium bicarbonate—an alternative to hyaluronidase in ocular anaesthesia for cataract surgery," *Indian Journal of Ophthalmology* 48(4):285-89 (2000).

Solomon, K.D., et al., "Topical 0.5% ketorolac vs 0.03% flurbiprofen for inhibition of miosis during cataract surgery," *Arch Opthalmol* 115:1119-1122 (1997).

Gills, J.P., "Injectable Prostaglandins Inhibitors Prior to Cataract Surgery," *J Cataract Refract* 13:459-460 (1987).

Yuen, V.H., et al., "Comparison of three modified lidocaine solutions for use in eyelid anesthesia," *Ophthalmic Plastic and Reconsturctie Surgery* 15(2):143-147 (1999).

Krohn, J., et al., "Retrobulbar anesthesia with and without hyaluronidase in extracapsular cataract surgery," *Acta Opthalmologica* 71:791-795 (1993).

"Toxic Anterior Segement Syndrome After Acataract Surgery—Maine, 2006," *MMWR Weekly* 56(25):629-630 (2007), retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5625a2.htm on May 12, 2014.

Slack, J.W., et al., "A bisulfate-free intraocular epinephrine solution," *Am. J. Ophthalmol.* 110(1):77-82 (1990).

Allergan. (2011). Acuvail® (ketorolac tromethamine ophthalmic solution) 0.45%. Irvine, CA. (Package Insert).

Loyd, A. (2001). Phenlephrine 0.25% Ophthalmic Solution, Preservative Free. In Sterile Product Compounding. Retrieved from http://www.ijpc.com/Abstracts /Abstract.cfm?ABS=544. (Abstract Only).

Phenylephrine Hydrochloride Injection, USP 1%. (Package Insert).

Allergan. (2011). Acular—ketorolac tromethamine solution/drops. Irvine, CA. (Package Insert).

Akorn, Inc. (2005). AK-Dilate™ Phenylephrine Hydrochloride Ophthalmic Solution, USP 2.5%—Sterile. Buffalo Grove, IL. (Package Insert).

Allergan. (2001). Acular® (ketorolac tromethamine ophthalmic solution) 0.5% Sterile. Irvine, CA. (Package Insert).

Bedford Laboratories. (2008) Ketorolac Tromethamine (ketorolac tromethamine) Injection, Solution. Retrieved from http://dailymed.nlm.nih.gov/dailymed/archives/fdaDrugInfo.cfm?archivedid=8730. (Package Insert).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

(56)    **References Cited**

OTHER PUBLICATIONS

Falcon Pharmaceuticals, Ltd., et al. (2004) *Phenylephrine Hydrochloride Ophthalmic Solution*, 2.5%. Fort Worth, TX. (Package Insert).

Phenylephrine Hydrochloride. (2012). In Medicines Support Unit for Optometrists. Retrieved from http://www.med-support.org.uk/IntegratedCRD.nsf/b73d388be6b44996802578c005313. (Package Insert).

InterMed Medical Ltd. (2005). Neo-Synephrine® Phenylephrine Hydrochloride 1% Injection. In Information for Helath Professionals Data Sheet. Retreived from file:///HI/OMS302/Commercial PE and KTproducts/Neo-Synephrine product info.htm.

Goodman & Gilman's the Pharmacological Basis of Therapeutics, Tenth Edition, McGraw-Hill, Eds., 2001. pp. 145-146, 687.

Hirowatari, T., et a., "Availability of TPD ophthalmic Solution (Mixture of Mydria-P Solution, Neosynesin Kowa Solution, and Diclod Solution)," New Ophthalmology 19(1):107-109 (2002). Japanese Language.

Hirowatari, T., et a., "Availability of TPD ophthalmic Solution (Mixture of Mydria-P Solution, Neosynesin Kowa Solution, and Diclod Solution)," New Ophthalmology 19(1):107-109 (2002). English Translation.

Ogawa, T., et al., "Effects of Pre-installed Mydriatics on the Intraocular Concentration and Wnti-inflammatory Action of Topical 0.1% Pranoprofen (3)—Study on Permeability Factor," Journal of Japanese Ophthalmological Society 96(11):1379-1386 (1992). Japanese Language.

Ogawa, T., et al., "Effects of Pre-installed Mydriatics on the Intraocular Concentration and Wnti-inflammatory Action of Topical 0.1% Pranoprofen (3)—Study on Permeability Factor," Journal of Japanese Ophthalmological Society 96(11):1379-1386 (1992). English Translation.

Kim, S.J., et al., "Nonsteroidal anti-inflammatory drugs in ophthalmology," Surv. Ophthalmol. 55(2):108-133 (2010).

Lindstrom, R.L., et al., "Intracameral phenylephrine and ketorolac injection (OMS302) for maintenance of intraoperative pupil diameter and reduction of postoperative pain in intraocular lens replacement with phacoemulsification," Clin.Ophthalmol. 8:1735-1744 (2014).

DeRuiter, Principals of Drug Action 2 at 4 (Fall, 2002), accessed Apr. 26, 2015 at www.auburn.edu/~deruija/nsaids_2002.pdf.

Goodman & Gilman's, The Pharmacologic Basis of Therapeutics, 10th edition, pp. 146-146, 216-218, 687-692 (2001).

Ansari, H.R., et al., "Effects of prostaglandin F2alpha, latanoprost and carbachol on phosphoinositide turnover, MAP kinases, myosin light chain phosphorylation and contraction and functional existence and expression of FP receptors in bovine iris sphincter," Exp. Eye Res. 78(2):285-296 (2004).

Zanetti, F.R., "Effect of preoperative use of topical prednisolone acetate, ketorolac tromethamine, nepafenac and placebo, on the maintenance of intraoperative mydriasis during cataract surgery: a randomized trial," Indian J. Ophthalmol. 60(4):277-281 (2012).

Keulen-de Vos, H.C., et al., "Effect of indomethacin in preventing surgically induced miosis," Br. J. Ophthalmol. 67(2):94-96 (1983).

Guzinska, M., et al.., "[The effect of diclofenac sodium and indomethacin used locally for maintenance of pupillary dilatation during cataract surgery]," Klin. Oczna 100(1):19-22 (1998). English Language Abstract Included.

Guimaraes-Filho,S.R., et al., "Comparison of the anti-inflammatory effects of topically applied aspirin and indomethacin following photocoagulation of the rabbit iris," Braz.J.Med.Biol.Res. 25(1):67-73 (1992).

Ahlquist, RP, "Present State of Alpha- and Beta-Adrenergic Drugs I. The Adrenergic Receptor," Am Heart J. 92(5):661-4 (1976).

Gupta, V.P., et al., "Ketorolac tromethamine in the maintenance of intraoperative mydriasis," Ophthalmic Surg.Lasers 28(9):731-738 (1997).

Cutler Peck, C.M., et al., "Toxic anterior segment syndrome: Common causes," J Cataract Refract Surg 36:1073-1080 (2010).

Gills, James, "Cataract Surgery Pharmacology—A leading surgeon. shares several ways he's improved his medication protocol and raised his standard of care," Opthalmology Management, Sep. 2001. http://www.ophthalmologymanagement.com/articleviewer.aspx?articleid=85211.

Keates, R.H., et al., "Clinical trial of flurbiprofen to maintain pupillary dilation during cataract surgery," Ann.Ophthalmol. 16(10):919-921 (1984).

Gills, J.P., et al. "Pharmacodynamics of Cataract Surgery" & "Strategies for Applying State of the Art Techniques," Cataract Surgery The State of the Art Chapters 3 & 18:19-26, 229-240 (1998).

Keates, R.H., et al., "The effect of topical indomethacin ophthalmic solution in maintaining mydriasis during cataract surgery," Ann. Ophthalmol. 16(12)1116-1121 (1984).

DeMarinis, R.M., et al., "Structure-Activity Relationships for alpha-1 Adrenergic Receptor Agonists and Antagonists," *The alpha-1 Adrenergic Receptors*, Chapter 6, The Humana Press. 211-265 (1989).

U.S. National Institutes of Health, "Safety, Efficacy and Pharmacokinectics of OMS302 in Subjects Undergoing Intraocular Lens Replacement With Phacoemulsification," Clinical Trials Identifier: NCT01579565, May 1, 2012, Accessed at https://clinicaltrials.gov/archive/NCT01579565/2012_05_01.

Timmerman, Luke, "Omeros Combo Drug Passes Cataract Surgery Study," Mar. 23, 2011, Accessed at http://www.xconomy.com/seattle/2011/03/23/omeros-combo-drug-passes-cataract-surgery-study/.

Omeros Corporation, "Omeros' Ophthalmology Product OMS302 Achieves Co-Primary Endpoints in Phase 2b Clinical Study—OMS302 Maintains Pupil Dilation During Cataract Surgery and Reduces Postoperative Pain," Mar. 23, 2011, Accessed at http://investor.omeros.com/phoenix.zhtml?c=219263&p=irol-newsArticle_PrintID=1541955.

Lowry, Fran, "New Drug Maintains Mydriasis During Lens Replacement," Oct. 28, 2011, Accessed at http://medscape.com/viewarticle/752489.

PR Newswire, "Omeros' Ophthalmology Product OMS302 Achieves Primary and Secondary Endpoint in Phase 3 Clinical Trial," Omeros Corporation Press Release, Mar. 13, 2012, Accessed at http://www.virtualizationconference.com/node/2202855.

Rosenblatt, Mark, et al., "A Phase 3 clinical trial of the drug product OMS302 delivered intracamerally in BSS during intraocular lens replacement surgery," American Academy of Ophthalmology Annual Meeting, Nov. 10, 2012 (Conference Poster).

PR Newswire, "Omeros to Present Data from Successful OMS302 Phase 3 Clinical Trial at the American Academy of Ophthalmology Annual Meeting," Omeros Corporation Press Release, Nov. 8, 2012, Accessed at http://www.prnewswire.com/news-releases/omeros-to-present-data-from-successful-oms302-phase-3-clinical-trial-at-the-american-academy-of-ophthalmology-annual-meeting-177836051.html.

PR Newswire, "Omeros Announces Positive OMS302 Safety Data in Phase 3 Clinical Trial," Omeros Corporation Press Release, Jan. 22, 2013, Accessed at http://www.prnewswire.com/news-releases/omeros-announces-positive-oms302-safety-data-in-phase-3-clinical-trial-187854311.html.

U.S. National Institutes of Health, "Safety and Efficacy of OMS302 in Subjects Undergoing Intraocular Lens Replacement With Phacoemulsification," Clinical Trials Indentifier: NCT01454063, May 1, 2012, Accessed at https://clinicaltrials.gov/archive/NCT01454063/2012_05_01.

McDermott, M.L., et al., "Ophthalmic irrigants: a current review and update," *Opthalmic Surg.* 19(10):724-733 (1988).

Haimann, M.H., et al., "Prophylactic timolol for the prevention of high intraocular pressure after cataract extraction. A randomized prospective, double-blind trial," *Ophthalmology* 88(3):233-238 (1981).

Crandall, A.S., et al., "A comparison of patient comfort during cataract surgery with topical anesthesia versus topical anesthesia and intracameral lidocaine," *Ophthalmology* 106(1):60-66 (1999).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

(56)          **References Cited**

OTHER PUBLICATIONS

Duffin, R.M., et al., "2.5% v 10% phenylephrine in maintaining mydriasis during cataract surgery," *Arch.Ophthalmol.* 101(12):1903-1906 (1983).

Stewart, R., et al., "Efficacy and safety profile of ketorolac 0.5% ophthalmic solution in the prevention of surgically induced miosis during cataract surgery,"*Clin.Ther.* 21(4):723-732 (1999).

Behndig, A., et al., "Aqueous humor lidocaine concentrations in topical and intracameral anesthesia," *J Cataract Refract Surg*24(12):1598-1601 (1998).

Lundberg, B., et al., "Intracameral mydriatics in phacoemulsification cataract surgery," *J Cataract Refract Surg*29:2366-2371 (2003).

Bandyopadhyay, P., et al. (2010). Development of ophthalmic formulation. In *Pharmaceutical Dosage Forms* (pp. 254-286) New York:NY: Informa Healthcare.

Brown, M.R.W., et al., "The Preservation of Ophthalmic Preparations," *J. Soc. Cosmetic Chemists* 16:369-393 (1965).

Das Gupta, V., et al., "Chemical Stabilities of Lignocaine Hydrochloride and Phenylephrine Hydrochloride in Aqueous Solution," *Journal of Clinical and Hospital Pharmacy* 11:449-452 (1986).

Edelhauser, H.F., et al., "Corneal Edema and the Intraocular Use of Epinephrine," *American Journal of Ophthalmology* 93:327-333 (1982).

Ellis, P.P. (1981). Basic considerations. In *Ocular Therapeutics and Pharmacology* (pp. 3-23) St. Louis:MO:The C.V. Mosby Company.

Food and Drug Administration, "Guidance for Industry Q1A(R2) Stability Testing of New Drugs Substances and Products," (2003).

Heath, P., et al., "Use of Phenylephrine Hydrochloride (Neo-Synephrine Hydrochloride®) in Ophthalmology," *Archives of Ophthalmology* 41(2):172-177 (1949).

Lang, J.C., et al. (2002). Design and Evalution of Ophthalmic Pharmaceutical Products. In *Modern Pharmaceutics* (pp. 626-698) Fort Worth:TX:Marcel Decker, Inc.

Lewis, R.J. (2007). *Hawley's Condensed Chemical Dictionary*, 15th Edition, (pp. 188-189), Hoboken:NJ: John Wiley & Sons, Inc.

Mauger, T.F., et al. (1996). *Mosby's Ocular Drug Handbook* (pp. 36-40), St. Louis:MO: Mosby-Year Book, Inc.

Öztürk, F., et al., "The efficacy of 2.5% phenylephrine and flurbiprofen combined in inducing and maintaing pupillary dilatation during cataract surgery," *European Journal of Ophthalmology* 10(2):144-148 (2000).

*Physicians' Desk Reference for Ophthamology*, 26th Edition, (pp. 1-2, 7-8, 15, 201, 209, 221-222, 235) (1998).

*Physicians' Desk Reference for Nonprescription Drugs and Dietary Supplements*, 24th Edition, (pp. 620-621) (2003).

Reddy, I.K. (Ed.), (1996). *Ocular Therapeutics and Drug Delivery*, (pp. 3-29, 171-193, 204, 377-404, 529-540.

Lang, J.C., et al., (2005). Ophthalmic Preparations. In *Remington—The Science and Practice of Pharmacy*. 21st Edition, (pp. 850-870).

*The United States Pharmacopeia*, 23rd Edition, (pp. 10-14, 1211-1217, 1940-1947, 1959-1963) (1995).

Brandl, M., et al., "Approaches for Improving the Stability of Ketorolac in Powder Blends," *Journal of Pharmaceutical Sciences* 84(10):1151-1153 (1995).

Brandl, M., et al., "Racemization of Ketorolac in Aqueous Solution," *Journal of Pharmaceutical Sciences* 84(9):1045-1048 (1995).

Center for Drug Evaluation and Research, "Application No. 21-132 Chemistry Review(s)," 2009.

Center for Drug Evaluation and Research, "Application No. 207926Orig1s000 Chemistry Review(s)," 2014.

Center for Drug Evaluation and Research, "Application Number 207926Orig1s000 Summary Review," 2015.

Das Gupta, V., et al., "Stability of Phenylephrine Hydrochloride Nasal Drops," *American Journal of Hospital Pharmacy* 29:870-873 (1972).

Gu, L., et al., "Kinetics and mechanisms of the autoxidation of ketorolac tromethamine in aqueous solution," *International Journal of Pharmaceutics* 41:95-104 (1988).

Gu, L., et al., "Light degradation of ketorolac tromethamine." *International Journal of Pharmaceutics* 41:105-113 (1988).

Millard, B.J., et al., "The stability of aqueous solutions of phenylephrine at elevated temperatures: identification of the decomposition products," *J. Pharm. Pharmac.* 25(Suppl.):24p-31p (1973).

Neo-Synephrine—phenylephrine hydrochloride injection, solution [Package Insert]. Lake Forest, IL:Hospira, Inc., 2010.

Phenylephrine 10MG/ML Solution for Injection of Infusion [Package Insert] Kent, UK: Beacon Pharmaceuticals (2011).

Omeros Corporation, Response to Communication Pursuant to Article 94(3), European Patent Application No. 03 772122.2. Sep. 15, 2011.

Code of Federal Regulation, 21 CFR Subchapter C:Drugs: General: Part 200—General, (pp. 5-8). Updated Apr. 1, 2015.

Acular® (ketorolac tromethamine ophthalmic solution) 0.5% [Package Insert]. Irvine, CA: Allergan, Inc.; 2001.

Acular® PF (ketorolac tromethamine ophthalmic solution) 0.5% Preservative-Free [Package Insert]. Irvine, CA: Allergan, Inc.; 2002.

Acuvail™ (ketorolac tromethamine ophthalmic solution) 0.45% [Package Insert]. Irvine, CA: Allergan, Inc.; 2009.

BSS Plus® Sterile Intraocular Irrigating Solution [Package Insert]. Fort Worth, TX: Alcon Labatories, Inc., 2003.

Ocufen® (flurbiprofen sodium ophthalmic solution, USP) 0.03% [Package Insert]. Irvine,CA: Allergan, Inc., 2001.

Phenylephrine Hydrochoride Ophthalmic Solution, USP 2.5%—Sterile [Package Insert]. Lake Forset, IL: Akorn, Inc., 2011.

*Physicians' Desk Reference*, 50th Edition, (pp. 2325-2326) (1996).

Adamczyk, D.T.; Jaanus, S.D., Antiallergy Drugs and Decongestants. In *Clinical Ocular Pharmacology*; Bartlett, J.D., Ed.; 5th Edition; Butterworth, Heinemann, Elsevier: St. Louis, 2008; pp. 247.

Belmonte C., et al., "Neural basis of sensation in intact and injured corneas," *Exp Eye Res.* 78(3):513-25 (2004).

Coman, O.A., et al., Particularities of vascular reactivity of the conjunctiva and iris in rats, *Romanian journal of morphology and embryology = Revue roumaine de morphologie et embryologie* 49(1):53-56 (2008).

Floman, N., et al., "Mechanism of steroid action in ocular inflammation: Inhibition of prostaglandin production," *Invest Ophthalmol Vis Sci.* 16(1):69-73 (1977).

Grosser, T. et al., Anti-Inflammatory, Antipyretic, and Analgesic Agents; Pharmacotherapy of Gout. In *Goodman and Gilman's Pharmacological Basis of Therapeutics*, 12th Edition; Brunton, L., Ed.; New York: Mc Graw Hill Medical, 2011; pp. 962-963.

Hashimoto, Y., et al., "Effects of ciliary ganglionectomy on contractile responses in the dilator muscle of the rat iris," *Exp Eye Res.* 56(2):135-41 (1993).

Hoffman, B., Catecholamine, Sympathomimetic Drugs, and Adrenergic Receptor Antagonists. In *Goodman and Gilman's Pharmacological Basis of Therapeutics*, 10th Edition. Hardman, J.G., Ed.; New York: McGraw Hill Medical, 2001, pp. 232.

Loux J, Yankell S. Ocular vasocongestion assay in rabbits. Federation Proceedings 1973 32:3(I).

Miyake, K., et al., "Prevention of cystoid macular edema after lens extraction by topical indomethacin. III. Radioimmunoassay measurements of prostaglandins in the aqueous during and after lens extraction procedures," *Graefes Arch Clin Exp Ophthalmol* 209: 83-88, (1978).

Novack, G.D., "Ophthalmic drug development: procedural considerations," *J Glaucoma* 7(3):202-9 (1998).

Perkins, E.S., "Prostaglandins and ocular trauma," *Adv Ophthalmol.* 34:149-52 (1977).

Portello, J.K. Mydriatics and Mydriolytics. In *Clinical Ocular Pharmacology*; Bartlett, J.D., Ed.; St. Louis: Butterworth, Heinemann, Elsevier, 2008; pp. 114, 117.

Rao, K.N., et al., "Role of aspirin in cataract surgery," *Indian J Ophthalmol.* 33(2):89-90 (1985).

Toris, C.B., et al., "The biology, pathology and therapeutic use of prostaglandins in the eye," *Clinical Lipidology* 6(5):577-591 (2011).

Zschauer, A., et al., "Role of endothelium and hyperpolarization in CGRP-induced vasodilation of rabbit ophthalmic artery," *American Journal of Physiology—Heart and Circulatory Physiology* 263(2):32-2(H359-H365) (1992).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

# US 9,855,246 B2

Page 7

(56)    **References Cited**

OTHER PUBLICATIONS

Gamache, D.A., et al., "Nepafenac, a unique nonsteroidal prodrug with potential utility in the treatment of trauma-induced ocular inflammation: I. Assessment of anti-inflammatory efficacy" *Inflammation* 24(4):357-70 (2000).

Whitaker, JS, Declaration under 37 CFR 1.132 dated Feb. 14, 2012. Omeros Corporation, "Safety, Efficacy and Pharmacokinetics of OMS302 in Subjects Undergoing Intraocular Lens Replacements With Phacoemulsification," *Smart Patients, Inc.* (2016).

Cochener, B., et al., "Intracameral Mydriasis: The New Standard Route for Cataract Surgery," *Laboratoires Thea Satellite Symposium Barcelona Spain—XXXIII Congress of the ESCRS*, Sep. 6, 2015.

Gupta, S.K., et al., "Phacoemulsification without preoperative topical mydriatics: induction and sustainability of mydriasis with intracameral mydriatic solution," *Indian J Ophthalmol* 62(3):333-336 (2014).

Shugar, J.K., "Lidocaine with bicarbonate lessens burning sensation on injection," *Ocular Surgery News* 16(1):13 (Jan. 1, 1998).

U.S. National Institure of Health, "Safety, Efficacy and Pharmacokinetics of OMS302 in Subjects Undergoing Intraocular Lens Replacement With Phacoemulsification,". Clinical Trials Identifier NCT0157956. Oct. 10, 2012. Accessed at http://clinicaltrials.gov/archive/NCT01579565/2012_10_10.

Sandoz, Inc., "Tropicamide—tropicamide solution/drops," Drug Label. Updated Jan. 5, 2016. Accessed at https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=521592d1-53a1-4314-8b3f-d808f3bccfcd.

Yoshitomi, T., et al. "Functional innervation and contractile properties of the human iris sphincter muscle," *Exp.Eye Res.* 46(6):979-986 (1988).

Yoshitomi, T., et al., "Adrenergic excitatory and cholinergic inhibitory innervations in the human iris dilator," *Exp.Eye Res.* 40(3):453-459 (1985).

Osher, R.H., et al., "OMS302 (phenylephrine and ketorolac injection) 1%/0.3% to maintain intraoperative pupil size and to prevent postoperative ocular pain in cataract surgery with intraocular lens replacement,"*Expert Rev. Ophthalmol.* 10(2):91-103 (2015).

Kumar, V., et al., "Systemic Absorption and Cardiovascular Effects of Phenylephrine Eyedrops," *American Journal of Ophthalmology* 99(2):180-184 (1985).

Roberts, C.W., "Comparison of diclofenac sodium and flurbiprofen for inhibition of surgically induced miosis," *J. Cataract Refract Surg* 22(Supplement):780-787 (1996).

U.S. National Institute of Health, "Safety and Efficacy of OMS302 in Subjects Undergoing Intraocular Lens Replacement With Phacoemulsification (OMS302-ILR-003)," Clinical Trials Identifier: NCT01454063, Oct. 13, 2011. Accessed at http://clinicaltrials.gov/ct2/show/study/NCT01454063?view=record.

Food & Drug Administration, "Drug Standards Manual," Jan. 5, 2017. Accessed at http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/DataStandards.

Ling, T. L., et al., "Ocular bioavailability and tissue distribution of [14C]ketorolac tromethamine in rabbits," *J Pharm Sci*, 76(4): 289-294, (1987).

Donnenfeld, E. D., et al., "Preoperative ketorolac tromethamine 0.4% in phacoemulsification outcomes: pharmacokinetic-response curve," *J Cataract Refract Surg*, 32(9): 1474-1482, (2006).

Andersen, L. J., et al., "Postoperative analgesia in total hip arthroplasty: a randomized double-blinded, placebo-controlled study on peroperative and postoperative ropivacaine, ketorolac, and adrenaline wound infiltration," *Acta Orthop*, 78(2): 187-192, (2007).

Ansel, H., et al., Pharmaceutical Dosage Forms and Drug Delivery Systems, 7th Ed. ed. Baltimore, Maryland: Lippincott Williams & Wilkins (1999).

Attar, M., et al., "Ocular pharmacokinetics of 0.45% ketorolac tromethamine," *Clin Ophthalmol*, 4: 1403-1408, (2010).

Brocks, D. R., et al., "Clinical pharmacokinetics of ketorolac tromethamine," *Clin Pharmacokinet*, 23(6): 415-427, (1992).

Burstein, N. L., et al., "Corneal penetration and ocular bioavailability of drugs," *J Ocul Pharmacol*, 1(3): 309-326, (1985).

Davit, B. M., et al., "Comparing generic and innovator drugs: a review of 12 years of bioequivalence data from the United States Food and Drug Administration," *Ann Pharmacother*, 43(10): 1583-1597, (2009).

Dousa, M., et al., "Drug-excipient compatibility testing-Identification and characterization of degradation products of phenylephrine in several pharmaceutical formulations against the common cold," *J Pharm Biomed Anal*, 55(5): 949-956, (2011).

El-Shibini, H., "The Stability of Phenylephrine " *Arzneimittel-Forschung Drug Research*, 19(4): 676-678, (1969).

El-Shibini, H., "The Stability of Phenylephrine," *Arzneimittel-Forschung—Drug Research*, 19(5): 828-831, (1969).

Fiscella, R. G., "Physical incompatibility of vancomycin and ceftazidime for intravitreal injection," *Arch Ophthalmol*, 111(6): 730, (1993).

Flach, A. J., et al., "Comparative effects of ketorolac 0.5% or diclofenac 0.1% ophthalmic solutions on inflammation after cataract surgery," *Ophthalmology*, 105(9): 1775-1779, (1998).

Flynn, G. L., "Buffers—pH Control Within Pharmaceutical Systems," *Journal of Parenteral Drug Association*, 34(2): 139-163, (1980).

Fraunfelder, F. T. F., F.W., "Chapter 13—Drugs Used Primarily in Ophthalmology," *Drug-Induced Ocular Side Effects*, 5th Edition ed., 13: 531-628, (2001).

Frost, B. A., et al., "Safe preparation and administration of intravitreal bevacizumab injections," *N Engl J Med*, 365(23): 2238, (2011).

Gaglia, Jr., C., "Phenylephrine Hydrochloride," *Analytical Profiles of Drug Substances*, 3:483-512, (1974).

Gimbel, H., et al., "Intraocular availability and pupillary effect of flurbiprofen and indomethacin during cataract surgery," *J Cataract Refract Surg*, 22(4): 474-479, (1996).

Gorovoy, M., et al., "Recognizing and Treating Corneal Endothelial Disease," *Ophthalmology Management*, 4 pgs., (Jun. 2010).

Granero, G. E., et al., "Biowaiver monographs for immediate release solid oral dosage forms: furosemide," *J Pharm Sci*, 99(6): 2544-2556, (2010).

Guideline for Industry: Dose Response Information to Support Drug Registration, International Council for Harmonization of Technical Requirements for Pharmaceuticals for Human Use, p. 1-15.

Lewis, R. J., Hawley's Condensed Chemical Dictionary, 15th Edition, ed. New York: John Wiley & Sons, Inc.; (2007).

Ho, T. T., et al., "Retinal complications of cataract surgery," *Compr Ophthalmol Update*, 7(1): 1-10, (2006).

Holland, S. P., et al., "Update on toxic anterior segment syndrome," *Curr Opin Ophthalmol*, 18(1): 4-8, (2007).

Van Hoonacker, A. E., Patrick, "Revisiting Silver Nanoparticle Chemical Synthesis and Stability by Optical Spectroscopy," *Current Nanoscience*, 2(3): 359-371, (2006).

Hughes, P. M. M., Ashim, K., "Chapter 1: Overview of Ocular Drug Delivery and Iatrogenic Ocular Cytopathologies," In: *Ophthalmic Drug Delivery Systems* 1st Edition Chapter 1: 1-28, (1993).

Jarvinen, K. J., T.; Urtti, A, "Ocular absorption following topical delivery," *Advanced Drug Delivery Reviews*, 16: 3-19, (1995).

Jensen, M. K., et al., "Crystallization on intraocular lens surfaces associated with the use of Healon GV," *Arch Ophthalmol*, 112(8): 1037-1042, (1994).

Killer, H. E., et al., "Corneal penetration of diclofenac from a fixed combination of diclofenac-gentamicin eyedrops," *J Cataract Refract Surg*, 24(10): 1365-1370, (1998).

Kim, E. K., et al., "Corneal endothelial damage by air bubbles during phacoemulsification," *Arch Ophthalmol*, 115(1): 81-88, (1997).

Knapp, A. J., et al., "Incompatibility of ketorolac tromethamine with selected postoperative drugs," *Am J Hosp Pharm*, 49(12): 2960-2962, (1992).

Komarowska, I., et al., "Retinal toxicity of commercially available intravitreal ketorolac in albino rabbits," *Retina*, 29(1): 98-105, (2009).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**US 9,855,246 B2**

Page 8

(56) **References Cited**

OTHER PUBLICATIONS

Lachman, L. L., Herbert A.; Kanig, Joseph, L., "Chapter 22: The Theory and Practice of Industrial Pharmacy," *The Theory and Practice of Industrial Pharmacy*, Philadelphia, Lea & Febiger, Chapter 22: p. 639-677, (1986).

Laughrea, P. A., et al., "Iatrogenic ocular silver nitrate burn," *Cornea*, 4(1): 47-50, (1985).

Lee, B. L., et al., "The solubility of antibiotic and corticosteroid combinations," *Am J Ophthalmol*, 114(2): 212-215, (1992).

Lee, V. H., et al., "Topical ocular drug delivery: recent developments and future challenges," *J Ocul Pharmacol*, 2(1): 67-108, (1986).

Macha, S. M., A.K., "Chapter 1: Overview of Ocular Drug Delivery," In: *Ophthalmic Drug Delivery Systems*, 2nd Edition, Chapter 1: 1-12, (2003).

Mahlberg, K., et al., "Compatibility of corticosteroids and antibiotics in combination," *J Cataract Refract Surg*, 23(6): 878-882, (1997).

Margalit, E., et al., "The safety of intraocular ketorolac in rabbits," *Invest Ophthalmol Vis Sci*, 47(5): 2093-2099, (2006).

Margalit, E., et al., "Use of intraocular ketorolac tromethamine for the treatment of chronic cystoid macular edema," *Can J Ophthalmol*, 45(4): 409-410, (2010).

Mian, S. I., et al., "Corneal ulceration and perforation with ketorolac tromethamine (Acular) use after PRK," *Cornea*, 25(2): 232-234, (2006).

Moses, G. S. K., M.S.; Ramachandraiah, A.; Rao, K.M., "Spectral and Electrochemical Investigations of Ketorolac Tromethamine," *Indian Journal of Chemistry*, 42B: 159-165, (2003).

Naor, J., et al., "Anesthesia modalities for cataract surgery," *Curr Opin Ophthalmol*, 11(1): 7-11, (2000).

Nevyas, A. S., et al., "Acute band keratopathy following intracameral Viscoat," *Arch Ophthalmol*, 105(7): 958-964, (1987).

Newton, D. W., "Drug incompatibility chemistry," *Am J Health Syst Pharm*, 66(4): 348-357, (2009).

Newton, D. W., "Physicochemical determinants of incompatibility and instability in injectable drug solutions and admixtures," *Am J Hosp Pharm*, 35(10): 1213-1222, (1978).

Newton, D. W., "Physicochemical Determinants of Incompatibility and Instability of Drugs for Injection and Infusion," In: *Handbook on Injectable Drugs*, 3rd Edition American Society of Hospital Pharmacists' Special Projects Division, (1983).

Ogut, M. S., et al., "Effects and side effects of mydriatic eyedrops in neonates," *Eur J Ophthalmol*, 6(2): 192-196, (1996).

Olejnik, O., "Chapter 9-Conventional Systems in Ophthalmic Drug Delivery," In: *Ophthalmic Drug Delivery Systems*, Chapter 9: 177-198, (1993).

Oxtoby, D. W. N., Norman H., "Chapter 6—Acid-Base Equilibria," *Principles of Modern Chemistry*, 3rd Edition, Saunders College Publishing, Chapter 6: 209-250, (1996).

Parikh, C. H., et al., "Ocular surgical pharmacology: corneal endothelial safety and toxicity," *Curr Opin Ophthalmol*, 14(4): 178-185, (2003).

Peyman, G. A., et al., "Combination therapies in ophthalmology: implications for intravitreal delivery," *J Ophthalmic Vis Res*, 6(1): 36-46, (2011).

Pflugfelder, S. C., et al., "Corneal toxicity with an antibiotic/steroid-soaked collagen shield," *Arch Ophthalmol*, 110(1): 20, (1992).

Prasher, P., "Acute corneal melt associated with topical bromfenac use," *Eye Contact Lens*, 38(4): 260-262, (2012).

Robinson, J. C., "Chapter 2—Ocular Anatomy and Physiology Relevant to Ocular Drug Delivery," In: *Ophthalmic Drug Delivery Systems*, 1st edition, Mitra A. K., editor, New York, Marcel Dekker, Inc., pp. 29-57, (1993).

Storr-Paulsen, A., et al., "Antibiotics in irrigation solution for cataract surgery. A laboratory investigation of the pharmacological stability and bacteriological susceptibility," *Acta Ophthalmol Scand*, 76(2): 180-183, (1998).

Teal, P., et al., "Corneal subepithelial infiltrates following excimer laser photorefractive keratectomy," *J Cataract Refract Surg*, 21(5): 516-518, (1995).

Trommer, H., et al., "Investigating the degradation of the sympathomimetic drug phenylephrine by electrospray ionisation-mass spectrometry," *J Pharm Biomed Anal*, 52(2): 203-209, (2010).

Troup, A. E., et al., "Degradation of Phenylephrine Hydrochloride in Tablet Formulations Containing Aspirin," *J Pharm Sci*, 53: 375-379, (1964).

Urtti, A., "Challenges and obstacles of ocular pharmacokinetics and drug delivery," *Adv Drug Deliv Rev*, 58(11): 1131-1135, (2006).

Walters, T., et al., "In vivo pharmacokinetics and in vitro pharmacodynamics of nepafenac, amfenac, ketorolac, and bromfenac," *J Cataract Refract Surg*, 33(9): 1539-1545, (2007).

Waterbury, L. D., et al., "Comparison of cyclooxygenase inhibitory activity and ocular anti-inflammatory effects of ketorolac tromethamine and bromfenac sodium," *Curr Med Res Opin*, 22(6): 1133-1140, (2006).

Yee, R. W., "Analgesic efficacy and safety of nonpreserved ketorolac tromethamine ophthalmic solution following radial keratotomy. Ketorolac Radial Keratotomy Study Group," *Am J Ophthalmol*, 125(4): 472-480, (1998).

Zhu, Y.-H. Z., Zhi-ling; Zhao, Wei; Pang, Dai-wen, "Voltammetric behavior and determination of phenylephrine at a glassy carbon electrode modified with multi-wall carbon nanotubes," *Sensors and Actuators B Chemical*, 119: 306-314, (2006).

Alcon Laboratories, I., "BBS Sterile Irrigating Solution (balanced salt solution)—Package Insert," (2012).

Alcon Laboratories, I., "BSS Plus—500 mg—Package Insert," (2003).

Allergan Inc., "Acular (ketorolac tromethamine ophthalmic solution) 0.5%, Package Insert," (2005).

Allergan Inc., "Allergan Annual Report," (2001).

American Regent, Inc., "Epinephrine—epinephrine injection, solution—Package Insert," (2011).

Baxter Healthcare Corporation, "Balanced Salt Solution (Sterile Irrigating Solution)—Package Insert," (1995).

American Academy of Ophthalmology, "Chapter 8—Surgery for Cataract," *Basic and Clinical Science Course (BCSC)—Section 11: Lens and Cataract*, pp. 81-159, (2001).

Center for Drug Evaluation and Research, "Approval Package for Acular" Application No. 19-700/S-019 20-811/S-003, Approval Date: Feb. 8, 2002, (2002).

Center for Drug Evaluation and Research, "Chemistry Review(s) for Acuvail" Application No. 21-132, Review Date: Jul. 14, 2009, (2009).

European Medicines Agency, "ICH Topic Q 1 A (R2), Stability Testin of new Drug Substances and Products, Note for Guidance on Stability Testing: Stability Testing of New Drug Substances and Products," Application No. CPMP/ICH/2736/99, (2003).

Food and Drug Administration, "Draft—Guidance for Industry—Stability Testing of Drug Substances and Drug Products," (1998).

Food and Drug Administration, "Guidance for Industry Q1A (R2) Stability Testing of New Drug Substances of New Drug Substances and Products," (2003).

Hercules, "Aqualon—Sodium Carboxymethylcellulose Physical and Chemical Properties," (1999).

ICH Expert Working Group, "ICH Harmonised Tripartite Guideline—Stability Testing of New Drug Substances and Products Q1A (R2)," *International Conference on Harmonisation of Technical Requirement for Registration of Pharmaceuticals for Human Use*, (2003).

JHP Pharmaceuticals, LLC., "Adrenalin Chloride Solution—Package Insert," (2008).

Beacon Pharmaceuticals, Ltd., "MHRA Public Assessment Report for Beacon's Ketorolac Trometamol 30mg/ml Solution for Injection Ketorolac Trometamol," *MHRA*, (2007).

Thornton & Ross, "Thornton and Ross Cold & Flu Formula Oral Solution PL 00240/0144," MHRA (2008).

Omeros Corporation, "SEC Form 10-Q," (2010).

Omeros Corporation, "SEC Form 10-Q," (2009).

Omeros Corporation, "SEC Form 10-K—Annual Report," (2010).

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**US 9,855,246 B2**

Page 9

(56)         **References Cited**

OTHER PUBLICATIONS

US Pharmacopeial Convention, Inc., "The United States Pharmacopeia 24—The National Formulary 19 (USP 24—NF 19)," pp. 946-950, (2000).

US Pharmacopeial Convention, Inc., "The United States Pharmacopeia 35 (USP 35)," pp. 3623-3624, (2011).

*Physician's Desk Reference*, (53rd ed.) p. 493-94, (1999).

*Physician's Desk Reference*, (62nd ed.) p. 538-39, (2008).

"Phenylephrine Hydrochloride—phenylephrine hydrochloride injection," *West-Ward Pharmaceutical Corporation*, p. 1-7, (2011).

Arshinoff, S. et al., "The Pharmacotherapy of Cataract Surgery," In: *Ophthalmology*, 1st edition, Yanoff M. D., JS, editor, Chapter 20: 4:20.21-24:20.24, (1999).

Amdipharm UK Limited, "Summary of Product Characteristics—Phenylephrine 10 mg/ml Injection," Sep. 14, 2016.

Avalere Health, "Medicare Payment Differentials Across Outpatient Setting of Care," pp. 1-43, (2016).

Devgan, U., "Cataract surgery can be performed in pseudoexfoliation cases without expansion devices," *Ocular Surgery News*, pp. 1-4, (2015).

Food and Drug Administration, "Recall—Firm Press Release: American Regent Initiates Nationwide Voluntary Recall of Phenylephrine HCI Injection, USP, 1% 5mL Vial, Lot#0693 Due to Visible Particles," (2012).

Vantage Specialty Ingredients, "CMC 7LF USP FCC Pharmaceutical," Accessed at http://www.rugerchemical.com/products/cmc-71f-usp-fcc-pharmaceutical.

Sentiss, "Irifrin BK Eye Drop 0.4 ml—Package Insert," (2015).

Sentiss, "Irifrin Eye Drops—Package Insert," (2015).

Alcon Laboratories, Inc., "Cyclomydril—cyclopentolate hydrochloride and phenylephrine hydrochloride solution/drops—Package Insert," (2013).

Misgren, R., "Compatibilities and Incompatibilities of Some Intravenous Solution Admixures," *Am J Hosp Pharm*, 22(2): 92-94, (1965).

Allergan Inc., "Acular LS (ketorolac tromethamine ophthalmic solution) 0.4% for topical use—Package Insert," 1-7, (2016).

Resume of Achim Hans-Peter Krauss, Ph.D., (2016).

Omeros Corporation, "Amendment After Non-Final Rejection filed Mar. 3, 2008," U.S. Appl. No. 10/630,626, pp. 1-14 (2008).

Lorente, R., et al., "Prevention of tamsulosin-associated IFIS with intracameral phenylephrine 1.5% in 250 eyes," *J Emmetropia*, 2: 59-63, (2011).

Omeros SEC Form S-1 (2008) (uploaded in three separate parts).

Physician's Desk Reference for OTC Products. p. 2, 7-8, 15, 209; 221-222, 235 (2003).

* cited by examiner

**U.S. Patent**     Jan. 2, 2018     Sheet 1 of 29     **US 9,855,246 B2**

F1, G1
5mM Ketor/5mM Phen
NaPhosphate, pH 7.4
No Excipients or
Additives

Related Substance Assay Results for F1, G1 pH7.4

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.21 |
| 2 | 0.00 | 0.00 | 0.00 | 2.26 |
| 3 | 0.00 | 0.00 | 0.25 | 1.74 |
| 4 | 0.00 | 0.00 | 0.40 | 2.68 |
| 6 | 0.00 | 0.21 | 1.22 | 5.64 |
| 9 | 0.00 | 0.00 | 0.29 | 8.85 |
| 12 | 2.09 | 1.36 | 1.90 | 16.97 |

Related Substance Assay Results for F1, G1 pH7.4

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.09 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.09 | | |
| 0.5 | 0.08 | 0.08 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.09 |
| 2 | 0.00 | 0.00 | 0.00 | 0.67 |
| 3 | 0.00 | 0.00 | 0.00 | 0.74 |
| 4 | 0.00 | 0.00 | 0.23 | 1.12 |
| 6 | 0.00 | 0.21 | 0.66 | 3.51 |
| 9 | 0.00 | 0.05 | 0.36 | 2.65 |
| 12 | 0.00 | 0.00 | 0.64 | 3.30 |

FIG. 1

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F1, G2 |
|---|
| 5mM Ketor/5mM Phen |
| NaPhosphate, pH 7.4 |
| EDTA |

**Related Substance Assay Results for F1, G2 pH7.4**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ▨ | 0.00 | ▨ | ▨ |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.36 |
| 3 | 0.00 | 0.00 | 0.00 | 1.17 |
| 4 | 0.00 | 0.00 | 0.50 | 1.82 |
| 6 | 0.00 | 0.00 | 0.77 | 2.85 |
| 9 | 0.00 | 0.00 | 0.47 | 2.70 |
| 12 | 0.99 | 1.01 | 1.38 | 5.19 |

**Related Substance Assay Results for F1, G2 pH7.4**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ▨ | 0.07 | ▨ | ▨ |
| 0.5 | 0.07 | 0.00 | 0.00 | 0.00 |
| 1 | 0.11 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.28 | 0.51 |
| 4 | 0.00 | 0.00 | 0.13 | 1.07 |
| 6 | 0.10 | 0.00 | 0.43 | 3.05 |
| 9 | 0.00 | 0.00 | 0.13 | 1.47 |
| 12 | 0.00 | 0.00 | 0.33 | 1.78 |

FIG. 2

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F1, G3**
5 mM Ketor/5 mM Phen
NaPhosphate, pH 7.4
EDTA + Na metabisulfite

**Related Substance Assay Results for F1, G3 pH7.4**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.12 | 0.29 | 0.32 |
| 1 | 0.00 | 0.27 | 0.46 | 1.20 |
| 2 | 0.34 | 0.22 | 0.44 | 0.90 |
| 3 | 0.40 | 0.82 | 1.77 | 2.90 |

**Related Substance Assay Results for F1, G3 pH7.4**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.56 | | |
| 0.5 | 1.65 | 1.71 | 2.74 | 1.31 |
| 1 | 2.91 | 3.38 | 3.84 | 4.72 |
| 2 | 2.60 | 2.64 | 3.22 | 4.33 |
| 3 | 4.03 | 4.97 | 4.76 | 5.37 |

# FIG. 3

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G1**
5 mM Ketor/5mMPhen
NaCitrate, pH 6.5
No Excipients or
Additives

### Related Substance Assay Results for F2 G1 pH6.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.44 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.15 |
| 4 | 0.22 | 0.00 | 0.33 | 0.32 |
| 6 | 0.00 | 0.00 | 0.87 | 3.24 |
| 9 | 0.00 | 0.00 | 0.48 | 1.97 |
| 12 | 0.27 | 0.00 | 0.93 | 5.53 |

### Related Substance Assay Results for F2, G1 pH6.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.05 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.09 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.20 |
| 2 | 0.00 | 0.00 | 0.00 | 0.49 |
| 3 | 0.00 | 0.00 | 0.00 | 0.61 |
| 4 | 0.17 | 0.33 | 0.00 | 1.72 |
| 6 | 0.00 | 0.00 | 0.41 | 1.99 |
| 9 | 0.00 | 0.00 | 0.18 | 1.99 |
| 12 | 0.00 | 0.00 | 0.25 | 2.32 |

## FIG. 4

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F2, G2 |
|---|
| 5mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA |

### Related Substance Assay Results for F2, G2 pH6.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.53 |
| 3 | 0.00 | 0.00 | 0.00 | 0.09 |
| 4 | 0.00 | 0.00 | 0.32 | 1.26 |
| 6 | 0.16 | 0.16 | 0.40 | 1.58 |
| 9 | 0.00 | 0.00 | 0.48 | 1.97 |
| 12 | 0.00 | 0.00 | 0.76 | 2.83 |

### Related Substance Assay Results for F2, G2 pH6.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.08 | ///// | ///// |
| 0.5 | 0.00 | 0.17 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.04 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.51 |
| 3 | 0.00 | 0.00 | 0.10 | 0.09 |
| 4 | 0.37 | 0.23 | 0.24 | 0.97 |
| 6 | 0.00 | 0.00 | 0.12 | 1.62 |
| 9 | 0.00 | 0.00 | 0.19 | 0.70 |
| 12 | 0.00 | 0.00 | 0.44 | 0.94 |

## FIG. 5

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G3**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA + Na metabisulfite

### Related Substance Assay Results for F2. G3 pH6.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.08 | 0.38 |
| 1 | 0.00 | 0.00 | 0.71 | 0.73 |
| 2 | 0.00 | 0.18 | 1.30 | 1.76 |

### Related Substance Assay Results for F2G3 pH6.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.31 | 0.62 | 0.60 | 0.94 |
| 1 | 0.74 | 1.35 | 3.02 | 4.55 |
| 2 | 1.64 | 1.93 | 3.97 | 4.32 |

## FIG. 6

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

F3, G1
5 mM Ketor/5 mM Phen
NaCitrate, pH 5.5
No Excipients or
Additives

**Related Substance Assay Results for F3, G1 pH5.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.65 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 0.74 |
| 6 | 0.00 | 0.00 | 0.44 | 1.73 |
| 9 | 0.00 | 0.00 | 0.09 | 0.63 |
| 12 | 0.20 | 0.00 | 1.25 | 4.39 |

**Related Substance Assay Results for F3, G1 pH5.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.20 | | |
| 0.5 | 0.18 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.08 | 0.00 | 0.22 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.52 |
| 4 | 0.07 | 0.00 | 0.50 | 3.43 |
| 6 | 0.00 | 0.00 | 0.47 | 3.37 |
| 9 | 0.17 | 0.15 | 0.33 | 0.32 |
| 12 | 0.00 | 0.00 | 0.98 | 3.74 |

## FIG. 7

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F3, G2**
5 mM Ketor/5 mM Phen
NaCitrate, pH 5.5
EDTA

**Related Substance Assay Results for F3, G2 pH5.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.52 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 1.04 |
| 6 | 0.00 | 0.00 | 0.13 | 1.74 |
| 9 | 0.00 | 0.05 | 0.35 | 2.17 |
| 12 | 0.00 | 0.14 | 0.45 | 4.28 |

**Related Substance Assay Results for F3, G2 pH5.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.18 | 0.00 | 0.00 |
| 1 | 0.21 | 0.00 | 0.00 | 0.15 |
| 2 | 0.00 | 0.00 | 0.00 | 0.30 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.16 | 0.10 | 0.16 | 0.75 |
| 6 | 0.00 | 0.00 | 0.00 | 3.45 |
| 9 | 0.00 | 0.00 | 0.35 | 1.42 |
| 12 | 0.00 | 0.00 | 0.52 | 3.59 |

# FIG. 8

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F3, G3**
5 mM Ketor/5 mM Phen
NaCitrate, pH 5.5
EDTA + Na metabisulfite

**Related Substance Assay Results for F3, G3 pH5.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.27 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 1.02 |

**Related Substance Assay Results for F3, G3 pH5.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.04 | 0.26 | 1.03 |
| 1 | 0.12 | 0.15 | 0.67 | 3.44 |
| 2 | 0.00 | 0.64 | 2.48 | 3.59 |

## FIG. 9

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F4, G1 |
|---|
| 1 mM Ketor/1 mM Phen |
| NaCitrate, pH 4.5 |
| No Excipients or |
| Additives |

**Related Substance Assay Results for F4, G1 pH4.5**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.00 | | |
| Post Filtered | | 0.00 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.16 | 0.70 |
| 1 | 0.00 | 0.00 | 0.00 | 1.06 |
| 2 | 0.15 | 0.13 | 0.82 | 3.09 |

**Related Substance Assay Results for F4, G1 pH4.5**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| Pre Filtered | | 0.18 | | |
| Post Filtered | | 0.09 | | |
| 0 | | 0.00 | | |
| 0.5 | 0.13 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.11 | 1.03 |

# FIG. 10

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F4, G2**
1 mM Ketor/1 mM Phen
NaCitrate, pH 4.5
EDTA

Related Substance Assay Results for F4, G2 pH4.5

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.09 | 0.00 | 0.42 |
| 1 | 0.00 | 0.00 | 0.00 | 0.52 |
| 2 | 0.14 | 0.00 | 0.68 | 2.34 |

Related Substance Assay Results for F4, G2 pH4.5

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.07 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.00 | 0.15 |
| 2 | 0.00 | 0.00 | 0.00 | 0.40 |

# FIG. 11

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F4, G3 |
| :---: |
| 1 mM Ketor/1 mM Phen |
| NaCitrate, pH 4.5 |
| EDTA + Na metabisulfite |

**Related Substance Assay Results for F4, G3 pH4.5**

| Time (months) | Phenylephrine % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | 0.00 | 0.00 | 0.24 | 0.17 |
| 2 | 0.00 | 0.00 | 0.00 | 0.89 |

**Related Substance Assay Results for F4, G3 pH4.5**

| Time (months) | Ketorolac % Related Substances | | | |
| :---: | :---: | :---: | :---: | :---: |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.19 | 0.38 | 0.56 | 1.12 |
| 1 | 0.15 | 0.67 | 1.12 | 2.52 |
| 2 | 0.88 | 3.61 | 5.07 | 10.08 |

# FIG. 12

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F2, G1 |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| No Excipients or Additives |

| F2, G2 |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA |

| Time Point | F2, G1 w/O2 Phenylephrine | | | | F2, G1 w/O2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | | 0.00 | | | | 0.00 | | |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 |
| Day 60 | 0.00 | 0.00 | 0.00 | 1.46 | 0.00 | 0.00 | 0.06 | 1.79 |
| Day 90 | 0.47 | 0.36 | 0.25 | 0.60 | 0.77 | 0.64 | 0.53 | 0.80 |
| Day 120 | 0.00 | 0.00 | 0.18 | 3.20 | 0.11 | 0.07 | 0.14 | 2.18 |
| Day 180 | 0.00 | 0.00 | 0.58 | 6.38 | 0.00 | 0.00 | 0.25 | 2.84 |
| Day 270 | 0.15 | 0.16 | 0.63 | 9.60 | 0.00 | 0.00 | 0.19 | 3.43 |
| Day 365 | 2.61 | 0.70 | 1.71 | 15.85 | 0.00 | 0.03 | 0.34 | 4.17 |

| Time Point | F2, G2 w/O2 Phenylephrine | | | | F2, G2 w/O2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 | | 0.00 | | | | 0.00 | | |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.23 |
| Day 60 | 0.42 | 0.23 | 0.59 | 1.41 | 0.15 | 0.00 | 0.30 | 2.33 |
| Day 90 | 0.33 | 0.37 | 0.36 | 0.62 | 0.41 | 0.21 | 0.27 | 1.38 |
| Day 120 | 0.00 | 0.00 | 0.77 | 3.20 | 0.04 | 0.04 | 0.54 | 3.63 |
| Day 180 | 0.00 | 0.13 | 1.09 | 4.97 | 0.00 | 0.00 | 0.52 | 5.52 |
| Day 270 | 0.00 | 0.14 | 2.21 | 6.55 | 0.00 | 0.06 | 0.59 | 6.36 |
| Day 365 | 0.47 | 2.47 | 7.61 | 10.34 | 0.00 | 0.16 | 2.35 | 6.77 |

FIG. 13

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F2, G1 |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| No Excipients or Additives |

| F2, G2 |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA |

|  | F2, G1 w/N2 Phenylephrine | | | | F2, G1 w/N2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| Time Point | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 |  | 0.00 |  |  |  | 0.00 |  |  |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.44 | 0.00 | 0.00 | 0.00 | 0.20 |
| Day 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 |
| Day 90 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.61 |
| Day 120 | 0.22 | 0.00 | 0.33 | 0.32 | 0.17 | 0.33 | 0.00 | 1.72 |
| Day 180 | 0.00 | 0.00 | 0.87 | 3.24 | 0.16 | 0.16 | 0.40 | 1.58 |
| Day 270 | 0.00 | 0.00 | 0.09 | 4.68 | 0.00 | 0.00 | 0.18 | 1.99 |
| Day 365 | 1.13 | 0.89 | 2.14 | 7.10 | 0.00 | 0.00 | 0.27 | 2.74 |

|  | F2, G2 w/N2 Phenylephrine | | | | F2, G2 w/N2 Ketorolac | | | |
|---|---|---|---|---|---|---|---|---|
| Time Point | 4° C | 25° C | 40° C | 60° C | 4° C | 25° C | 40° C | 60° C |
| Day 0 |  | 0.00 |  |  |  | 0.10 |  |  |
| Day 14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 |
| Day 28 | 0.00 | 0.00 | 0.00 | 0.53 | 0.00 | 0.00 | 0.04 | 0.00 |
| Day 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.51 |
| Day 90 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.10 | 0.09 |
| Day 120 | 0.00 | 0.00 | 0.32 | 1.26 | 0.37 | 0.23 | 0.24 | 0.97 |
| Day 180 | 0.00 | 0.00 | 0.41 | 1.99 | 0.13 | 0.07 | 0.12 | 1.62 |
| Day 270 | 0.00 | 0.00 | 0.48 | 1.97 | 0.00 | 0.00 | 0.19 | 0.70 |
| Day 365 | 0.00 | 0.66 | 2.29 | 4.43 | 0.00 | 0.00 | 0.47 | 0.94 |

FIG. 14

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G2, A1**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Ascorbic acid; no N2
overlay

Related Substance Assay Results for f5/5_F2, G2, A1

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 |  | 1.71 |  |  |
| 0.5 | 6.45 | 6.20 | 6.03 | 12.73 |
| 1 | 5.87 | 4.30 | 11.59 | 15.72 |

Related Substance Assay Results for f5/5_F2, G2, A1

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 |  | 0.74 |  |  |
| 0.5 | 20.69 | 27.61 | 24.13 | 43.65 |
| 1 | 20.54 | 23.31 | 26.53 | 37.17 |

# FIG. 15

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**F2, G2, A2**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Cysteine; no N2
overlay

### Related Substance Assay Results for f5/5_F2, G2, A2

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 0.57 | 24.16 |
| 1 | 0.00 | 0.00 | 3.85 | 25.24 |

### Related Substance Assay Results for f5/5_F2, G2, A2

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | | 0.00 | | |
| 0.5 | 0.00 | 0.00 | 9.78 | 38.77 |
| 1 | 0.00 | 2.05 | 20.47 | 56.81 |

## FIG. 16

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

| F2, G2, A3 |
|---|
| 5 mM Ketor/5 mM Phen |
| NaCitrate, pH 6.5 |
| EDTA+Glutathione; no N2 |
| overlay |

**Related Substance Assay Results for f5/5_F2, G2, A3**

| Time (months) | Phenylephrine % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 0.08 | 3.31 |
| 1 | 0.00 | 0.00 | 0.71 | 10.05 |

**Related Substance Assay Results for f5/5_F2, G2, A3**

| Time (months) | Ketorolac % Related Substances | | | |
|---|---|---|---|---|
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 1.90 | 16.08 |
| 1 | 0.72 | 1.20 | 8.21 | 34.62 |

# FIG. 17

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**U.S. Patent**    Jan. 2, 2018    Sheet 18 of 29    US 9,855,246 B2

**F2, G2, A4**
5 mM Ketor/5 mM Phen
NaCitrate, pH 6.5
EDTA+Monothioglycerate; noN2
overlay

### Related Substance Assay Results for f5/5_F2, G2, A4

| Time (months) | Phenylephrine % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.00 | 1.72 | 9.50 |
| 1 | 0.00 | 0.51 | 2.76 | 5.77 |

### Related Substance Assay Results for f5/5_F2, G2, A4

| Time (months) | Ketorolac % Related Substances | | | |
| --- | --- | --- | --- | --- |
| | 2-8° C | 25° C | 40° C | 60° C |
| 0 | ///// | 0.00 | ///// | ///// |
| 0.5 | 0.00 | 0.42 | 10.84 | 29.94 |
| 1 | 0.31 | 10.23 | 20.00 | 29.06 |

# FIG. 18

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

**U.S. Patent**       Jan. 2, 2018       Sheet 19 of 29       US 9,855,246 B2

```
┌─────────────────────────────┐
│        450 mM PE            │
│      NaCitrate, pH 6.5      │
│   No Excipients or Additives│
└─────────────────────────────┘
```

**Related Substance Assay Results for PE-f450; Lot 1050193**

| Time (months) | Phenylephrine Related Substances | | | | Total Related Substances | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | 25° C | 30°C | 40°C | 4° C | 25° C | 30°C | 40°C |
| 0 | | 0.00 | | | | 0.00 | | |
| 0.5 | | | | | | | | |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 |
| 4 | 0.01 | 0.00 | 0.00 | 0.06 | 0.01 | 0.00 | 0.00 | 0.06 |

# FIG. 19

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

% LABEL CLAIM
PHENYLEPHRINE HCl            POTENCY OF PHENYLEPHRINE HCl



FIG. 20A

% LABEL CLAIM
KETOROLAC            POTENCY OF KETOROLAC TROMETHAMINE



FIG. 20B

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 21



FIG. 22

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

Copy provided by USPTO from the PIRS Image Database on on 04-02-2018



FIG. 23



FIG. 24

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 25

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 26

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 27

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 28

Copy provided by USPTO from the PIRS Image Database on 04-02-2018



FIG. 29

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

# STABLE PRESERVATIVE-FREE MYDRIATIC AND ANTI-INFLAMMATORY SOLUTIONS FOR INJECTION

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 14/721,151 filed May 26, 2015, now allowed, which is a continuation of U.S. patent application Ser. No. 14/061,039, filed Oct. 23, 2013, now issued as U.S. Pat. No. 9,066,856, which claims the benefit of U.S. Provisional Application No. 61/736,179 filed Dec. 12, 2012, and U.S. provisional Application No. 61/718,026, filed Oct. 24, 2012, priority from the filing dates of which are hereby claimed under 35 U.S.C. §120.

## I. FIELD OF THE INVENTION

The present invention relates to stable, preservative-free and antioxidant-free liquid pharmaceutical formulations of ketorolac and phenylephrine for injection into intraocular ophthalmologic irrigation solutions.

## II. BACKGROUND OF THE INVENTION

Ophthalmologic surgery often requires the use of a physiologic irrigation solution to protect and maintain the physiological integrity of intraocular tissues. Examples of ophthalmologic surgical procedures typically requiring irrigation solutions include cataract extraction and lens replacement and refractive lens exchange procedures, corneal transplant procedures and vitreoretinal operations and trabeculectomy procedures for glaucoma. Throughout the intraocular surgery, a patient's pupil must be sufficiently dilated to permit a clear operative field and to limit the trauma that can be associated with the procedure.

Pupil dilation (mydriasis) is typically achieved by dilating the eye preoperatively by topical administration of a mydriatic agent. Preoperatively applied mydriatic agents that may typically be administered include sympathomimetics, such as alpha-1 adrenergic receptor agonists, and anticholinergic agents, such as anti-muscarinics. Anticholinergic agents may be selected when longer action is desired, because they provide both cycloplegia (paralysis of the ciliary muscle) and mydriasis, e.g., tropicamide exhibits a half-life of approximately 4-6 hours. However, for many procedures, alpha-1 adrenergics will be preferred because they provide mydriasis but not cycloplegia. Alpha-1 adrenergics are thus shorter acting, causing mydriasis during a surgical procedure and allowing the pupil to return to its normal state shortly after completion of the procedure.

During the surgery, as the tips of surgical tools are inserted into the anterior chamber of the eye, the iris sphincter muscle tends to constrict (miosis), reducing the window defined by the pupil. If pupil diameter is not maintained adequately throughout the procedure, the risk of injuring structures within the eye increases and the required operating time is often prolonged. Clinically significant reductions in pupil diameter are associated with an increase in procedure-related complications, including posterior capsule tears, retained lens fragments and vitreous leaks.

Many ophthalmologic surgeons may incorporate epinephrine into the intraocular irrigation solution to assist in the maintenance of pupil dilation. Toxic anterior segment syndrome (TASS) is an acute, noninfectious inflammation of the anterior segment of the eye. TASS is a serious complication that can be associated with anterior segment eye surgery, most commonly cataract surgery. Various contaminants have been implicated as causes of TASS. The use of epinephrine including preservatives in intraocular irrigation solutions is one of a number of factors that has been associated with incidences of TASS after cataract surgery. See, e.g., http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5625a2.htm, accessed Jul. 9, 2012. Even "preservative-free" epinephrine, meaning epinephrine that does not include an antimicrobial agent, still includes sodium metabisulfite as an antioxidant, which has also been implicated by ophthalmologists as associated with potential toxicity to the corneal endothelium (Slack, et al., *A bisulfite-free intraocular epinephrine solution*, Am J Ophthalmol.; 110(1):77-82 (1990)).

Phenylephrine is another alpha-1 adrenergic agent that is sometimes administered topically prior to surgery to promote mydriasis, but is not approved in the United States in a preservative- and antioxidant-free form for single-use injection. Examples of approved phenylephrine HCL solutions include either 0.01% benzalkonium chloride (AK-DILATE™ from Akorn, available in 2 ml and 5 ml plastic dropper bottles; from Falcon Pharmaceuticals and Alcon Laboratories in multi-use 3 ml and 5 ml dropper bottles) and a "preservative-free" formulation that does not include an antimicrobial preservative but that still includes 2 mg of sodium metabisulfite as an antioxidant (Neo-Synephrine® from InterMed Medical Ltd., available in a spray bottle).

It is also desirable to reduce postoperative pain and irritation for patient comfort. Because of this, patients may be treated preoperatively or postoperatively with a non-steroidal anti-inflammatory drug (NSAID). Although cataract surgery (for example) is typically not associated with a high degree of post-operative pain, there is a need to minimize the number of those patients in the minority who do experience more severe post-operative pain. This is significant both because such patients experience discomfort and may have concern that their procedure did not go well, and because patients may need to reexamined as a precaution to ensure that there is not a serious complication leading to the pain.

Various methods of delivery of ocular drugs, such as NSAIDs, are conventionally employed, each of which has limitations. These limitations may include corneal and conjuctival toxicity, tissue injury, globe perforation, optic nerve trauma, central retinal artery and/or vein occlusion, direct retinal drug toxicity, and systemic side effects. For example, topical medications applied drop-wise are frequently impeded in reaching a targeted ocular site due to the eye's natural protective surface. In many situations, a rather small percentage of the medication applied to the surface of the eye will actually reach the desired therapeutic site of action.

To achieve sufficient concentration of drug delivered to the back of the eye, drugs such as NSAIDs are frequently administered systemically at very high doses. These levels are necessary to overcome the blood-retina barrier that protects the back of the eye from selected drug molecules coming from the blood stream. For surgical procedures, injectable drug solutions are sometimes injected directly into the back of the eye. Subconjunctival and peribulbar periocular injections are used when higher local concentrations are needed and when drugs with poor penetration characteristics need to be delivered. Intracameral injections directly into the anterior chamber are used in cataract surgery.

Ketorolac is an NSAID that is commercially available in preserved form for ocular use. Acular® from Allergan is a ketorolac tromethamine solution that includes benzalkonium chloride 0.01% as a preservative, available in 3 ml and 6 ml

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

**3**

dropper bottles. Bedford Laboratories also supplies ketorolac tromethamine in a concentrated form (15 mg or 30 mg in 1 mL or 60 mg or 300 mg in 10 mL) for injection for intravascular or intramuscular administration. Allergan supplies a preservative-free 0.45% ketorolac tromethamine ophthalmic solution, which is formulated with carboxymethylcellulose sodium, sodium chloride, sodium citrate dehydrate, in individual use vials under the tradename Acuvail®.

While intracameral injection provides a prompt method of achieving a concentration, it can be associated with corneal toxicity. However, this method suffers from the fact that these drugs are quickly removed by the eye's natural circulatory process. Thus, injectable solutions rapidly lose their therapeutic benefit, often necessitating frequent, large dose injections that can carry toxicity risks. Sustained release formulations, such as viscoelastic gels containing microcapsules, may be injected intraocularly for a longer duration of action. However, there may be some delay in reaching a local therapeutic concentration of drug. Hence, there exists a need for controlled methods of ocular delivery during ophthalmologic procedures.

Solutions that have been used in ophthalmologic surgical irrigation include normal saline, lactated Ringer's solution and Hartmann's lactated Ringer's solution, but these are not optimal due to potential unfavorable corneal and endothelial effects. Other aqueous solutions that include agents such as electrolytes, buffering agents for pH adjustment, glutathione and/or energy sources such as dextrose, better protect the tissues of the eye, but do not address other physiologic processes associated with surgery. One commonly used solution for ophthalmologic irrigation is a two part buffered electrolyte and glutathione solution disclosed in U.S. Pat. No. 4,550,022 to Garabedian et al., the disclosure of which is hereby expressly incorporated by reference. The two parts of this solution are mixed just prior to administration to ensure stability. These solutions are formulated with a goal of maintaining the health of ocular tissues during surgery.

Another example of a modified solution is disclosed in International PCT Application WO 94/08602 in the name of inventors Gan et al., the disclosure of which is hereby incorporated by reference. This application discloses the inclusion of a mydriatic agent, such as epinephrine, in ocular irrigation solutions. Still another example is provided by International PCT Application WO 95/16435 in the name of inventors Cagle et al., which discloses the inclusion of non-steroidal anti-inflammatory drugs (NSAIDs) in an ophthalmologic irrigation solution.

### III. SUMMARY OF THE INVENTION

The present invention provides a sterile, preservative-free and antioxidant-free liquid formulation of a mydriatic agent, phenylephrine, and an anti-inflammatory agent, ketorolac, for injection. The formulation can be suitably injected into an intraocular irrigation carrier and used to irrigate ocular tissues during surgery. The formulation avoids the potential toxicity that may be associated with preservatives and antioxidants yet has adequate stability.

One embodiment of the invention provides a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, that is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

**4**

In one aspect of the invention, the buffer system is selected from a sodium phosphate buffer system and a sodium citrate buffer system. Preferably the buffer system is a sodium citrate buffer system, such as an about 20 mM sodium citrate buffer system. In another aspect of the invention, the formulation has a pH of from 5.8 to 6.8.

In another aspect of the invention, the formulation is contained within a single-use container, such as a vial that is closed with a closure through which an injection can be drawn and a pre-filled syringe.

A suitable formulation of the present invention includes from 46 to 76 mM phenylephrine and from 8.5 to 14 mM ketorolac, and as one example may contain about 60.75 mM phenylephrine and about 11.25 mM ketorolac. The formulations of the present invention may include phenylephrine and ketorolac at a molar ratio of from 1:1 to 13:1 phenylephrine to ketorolac, and suitably may include these agents at a molar ratio of from 3:1 to 10:1 phenylephrine to ketorolac.

Another embodiment of the invention provides a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, and an intraocular irrigation carrier into which the formulation is injected, such that after injection the phenylephrine is present at a concentration of from 30 to 720 μM and the ketorolac is present at a concentration of from 44 to 134 μM. In another aspect of the invention, after injection into an intraocular irrigation carrier the phenylephrine is present at a concentration of from 240 to 720 μM and the ketorolac is present at a concentration of from 10 to 270 μM.

Another embodiment of the invention provides a sterile liquid pharmaceutical formulation that consists essentially of phenylephrine, ketorolac and a buffer system in an aqueous carrier, wherein the formulation is stable for at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

In one aspect of the invention, the buffer system is selected from a sodium phosphate buffer system and a sodium citrate buffer system. Preferably the buffer system is a sodium citrate buffer system, such as an about 20 mM sodium citrate buffer system. In another aspect of the invention, the formulation has a pH of from 5.8 to 6.8.

In another aspect of the invention, the formulation is contained within a single-use container, such as a vial that is closed with a stopper through which an injection can be drawn and a pre-filled syringe.

Another aspect of the invention provides a sterile liquid pharmaceutical dosage form for injection, including phenylephrine, ketorolac, a buffer system and an aqueous carrier, packaged in a single-use container for injection.

In another aspect of the invention, a sterile liquid pharmaceutical formulation is provided that includes phenylephrine, ketorolac, a buffer system and an intraocular irrigation carrier, in which the phenylephrine is included at a concentration of from 30 to 720 μM and the ketorolac is included at a concentration of from 10 to 270 or preferably the phenylephrine is included at a concentration of from 90 to 720 μM and the ketorolac is included at a concentration of from 44 to 134 μM. This formulation may also be preservative-free and antioxidant-free.

Also disclosed is a method of preparing a preservative-free and antioxidant-free sterile liquid pharmaceutical formulation including phenylephrine, ketorolac and a buffer system in an aqueous carrier, that is stable for at least six months when stored at a temperature of from 5+/−3° C. to

US 9,855,246 B2

<table>
<tr><th>5</th><th>6</th></tr>
</table>

25+/−2° C. Preferably, the formulation is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

Further disclosed is a method of preparing a sterile liquid pharmaceutical formulation including phenylephrine, ketorolac, a buffer system and an intraocular irrigation carrier, in which the phenylephrine is included at a concentration of from 30 to 720 μM and the ketorolac is included at a concentration of from 10 to 270 or preferably the phenylephrine is included at a concentration of from 90 to 720 μM and the ketorolac is included at a concentration of from 44 to 134 μM. This formulation may also be preservative-free and antioxidant-free.

## IV. BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will now be described in greater detail, by way of example, with reference to the accompanying drawings in which:

FIGS. 1-12 provide the results of a study of the stability of phenylephrine and ketorolac combination formulations at different time points over a 12 month period when stored at controlled temperatures from 2-8° C. to 60° C., as determined by measurement of the percentage of related substances from degradation of the active pharmaceutical ingredients, with variables of concentration of the active pharmaceutical ingredient concentrations, different buffer systems, addition of the preservative EDTA and addition of the preservative EDTA plus the antioxidant sodium metabisulfite.

FIGS. 13-14 provide the results of a study evaluating the effect of a nitrogen overlay on the stability of two phenylephrine and ketorolac combination formulations, with or without the preservative EDTA, at different time points over a one year period when stored at controlled temperatures from 4° C. to 60° C.

FIGS. 15-18 provide the results of a study evaluating the effects of different antioxidants on the stability of a phenylephrine and ketorolac combination formulation at time points over a one month period after storing samples at temperatures ranging from 2-8° C. to 60° C.

FIG. 19 provides the result of a study evaluating the stability of a high concentration phenylephrine formulation over a four month time period when stored at temperatures from 4° C. to 40° C.

FIGS. 20A and 20B demonstrate the potency of phenylephrine and ketorolac, respectively, in phenylephrine and ketorolac combination formulation when stored for 30 months at 2-8° C.

FIGS. 21-25 illustrate the results of a non-human primate concentration-ranging efficacy study evaluating phenylephrine and ketorolac when given individually and when combined via intraocular irrigation in a balanced salt solution (BSS) during phacoemulsification lens extraction and exchange surgery, with measures of mydriasis (FIGS. 21 and 22) and flare (FIGS. 23-25) being observed.

In FIG. 21, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4, N=2 for the low and highest concentration phenylephrine groups). The time of initiation of anterior chamber perfusion with phenylephrine (PE), the initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05, df=23, N=2 for the low and highest PE groups.

In FIG. 22, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4). The time of initiation of anterior chamber perfusion with phenylephrine (PE), the initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05=0.05, df=23), N=4 per group.

In FIG. 23, mean flare measures+/−the standard error for the control and treated eye in the phenylephrine treatment group. Means excluded the four eyes in the tropicamide control and high phenylephrine groups which received longer duration phacoemulsification (>45 secs). There was a significant effect of time on flare measures in all treatment groups (F=17.14, t<0.0001), reflecting the inflamatory response to the surgical intervention, but no significant difference between treatment groups when including or excluding the long duration phacoemulsification eyes. N=4 for tropicamide, mid and high PE groups. N=2 for the low and highest PE groups.

In FIG. 24, mean flare measures+/−the standard error for the phenylephrine and tropicamide treated eyes in the Phase 1 study that received either low phacoemulsification energy (<25 secs) or high phacoemulsification energy (>45 secs). Differences were significant evaluating across all time points (F=4.42, p<0.0018; Student Newman-Keuls test, a=0.05, df=14; N=12 for the low phaco and 4 for the high phaco groups), indicating a correlation between phacoemulsification duration and flare photometer measures.

In FIG. 25, mean flare measures+/−the standard error for the control and treated eye in the ketorolac treatment group. Statistical significance was measured using a Student Newman-Keuls test, a=0.05, df=13; N=4 per group; F=5.17, P<0.0223. The study was not sufficiently powered to reveal significance at any other time point.

FIGS. 26-28 illustrate the results of a non-human primate study evaluating the effect of a phenylephrine and ketorolac combination formulation on mydriasis (FIG. 26) and flare (FIGS. 27-28) when delivered via intraocular irrigation in BSS during phacoemulsification lens extraction and exchange surgery.

In FIG. 26, mean pupil diameter (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=7 per group). The time of initiation of phacoemulsification (Phaco) and placement of the posterior chamber intraocular lens (Lens) are additionally indicated. The interval during which the capsulorhexis and lens placement occurred, when irrigation was stopped, is not included on the timeline. Statistical significance was determined using a Student Newman-Keuls test, a=0.05, df=12.

In FIG. 27, mean flare measures+/−the standard error for the operative eye in the PE-KE (OMS302) and tropicamide control treatment groups. There was a significant effect of time on flare measures in both treatment groups (F=4.94, p<0.0008), reflecting the inflammatory response to the surgical intervention, but no significant difference between treatment groups at any time point when including all subjects (F=3.32, P<0.0935; Student Newman-Keuls test, a=0.05, df=12).

In FIG. 28, mean flare measures+/−the standard error for the operative eye in the PE-KE (OMS302) and tropicamide

US 9,855,246 B2

7

control treatment groups with the exclusion of subject X932, which exhibited limited phenylephrine induced dilation. There was a significant difference between treatment groups at 2, 4.5, 24 and 48 hours, indicated by * (F=3.32, P<0.0935 check stats p value; Student Newman-Keuls test a=0.05, df=12).

FIG. 29 illustrates the results of a dose-ranging study evaluating different concentrations of a phenylephrine and ketorolac combination formulation on mydriasis when delivered in BSS during phacoemulsification lens extraction and exchange surgery in a non-human primate. Mean pupil diameters (mm) over time as measured from intraoperative video recordings are indicated for each treatment group (N=4 per group). The time of intracameral administration (T=0:00 just after baseline measurements were obtained) is additionally indicated. Statistical significance was measured using a Student Newman-Keuls test, a=0.05, df=9. At all other time points between group differences were not significantly different by these criteria.

## V. DETAILED DESCRIPTION

The present invention provides sterile formulations of irrigation solutions for perioperative local application to ocular tissues, including intraocular and topical application, that include phenylephrine as a mydriatic agent and ketorolac as an anti-inflammatory agent. These formulations are free of both preservatives and antioxidants, yet exhibit unexpectedly good stability. They are preferably packaged in single-use containers for injection and can be injected into a larger volume of an intraocular irrigation carrier prior to and used during intraocular procedures, such as cataract extraction and lens replacement and refractive lens exchange procedures.

### Definitions

A "preservative" as used herein means an antimicrobial agent that is added to a pharmaceutical product to maintain stability and prevent decomposition by microbial growth. Common antimicrobial preservatives that may be included in a pharmaceutical compositions include sorbic acid and its salts, benzoic acid and its salts, calcium propionate, sodium nitrite (and sodium nitrate which converts to sodium nitrite "in situ"), sulfites (sulfur dioxide, sodium bisulfite, potassium hydrogen sulfite, etc.) and the metal chelator sodium ethylenediamine tetraacetic acid, also referred to as edetate disodium, EDTA or $Na_2$ EDTA.

An "antioxidant" as used herein refers to a substance that preferentially reacts with oxygen and thereby protect a pharmaceutical product to which it is added from degradation due to oxidation. Examples of water- or oil-soluble antioxidants that may be included in a pharmaceutical composition include sodium bisulphite, sodium sulphite, sodium metabisulphite, sodium thiosulphite, sodium formaldehyde sulphoxylate, l- and d-ascorbic acid, acetylcysteine, cysteine, thioglycerol, thioglycollic acid, thiolactic acid, thieurea, dihithreitol, glutathione, propyl gallate, butylated hydroxyanisole, butylated hydroxytoluene, tertiary butyl hydroquinone, ascorbyl palmitate, nordihydroguaiaretic acid and alpha-tocopherol.

A "preservative-free" solution refers to a solution that does not include benzalkonium chloride or other antimicrobial agent.

An "antioxidant-free" solution refers to a solution that does not include sodium metabisulfite or other agent that has been included for the sole function or serving as an anti-

8

oxidant, though an antioxidant-free solution may include a pH buffering system, one component of which may have antioxidant activity.

"Ketorolac" means ketorolac in a salt form, such as ketorolac tromethamine [(+/−)-5-Benzoyl-2,3-dihydro-1H-pyrrolizine-1-carboxylic acid:2-amino-2(hydroxymethyl)-1, 3-propanediol (1:1)].

"Phenylephrine" means phenylephrine in a salt form, such as phenylephrine HCL [(−)-m-Hydroxy-a-[(methyl amino) methyl]benzyl alcohol hydrochloride].

"Related substances" with respect to a given pharmaceutical ingredient refers to substances that result from degradation of the ingredient, expressed as a percentage of the total concentration of the pharmaceutical ingredient in the formulation. As used herein with respect to the present invention, "total related substances" refers to the total of all related substances resulting from degradation of the active pharmaceutical ingredients ketorolac and phenylephrine in the formulation, expressed as a percentage of the total concentration of the pharmaceutical ingredient in the formulation. Any related substance that is present at below the lower limit of quantitation, e.g., 0.1%, for the assay used to measure related substances is not included in the summation in determining total related substances. In the figures accompanying the examples herein, reference to a 0% related substances for an ingredient means that there were no related substances for the ingredient that were present at a level above the lower limit of quantitation, e.g., 0.1%, for the substance being assayed.

"Stable" refers to a liquid pharmaceutical formulation that, at the end of a specified storage period of time, contains less than 5% total related substances. In one embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. (i.e., 2-8° C.) to 25+/−2° C. (i.e., 23-27° C.) for a period of at least six months. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least one year. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least 24 months. In a preferred embodiment, a stable liquid formulation is stable at a temperature from 5+/−3° C. to 25+/−2° C. for a period of at least 30 months. In a preferred embodiment of the invention, the stable formulations of the invention have less than 1.0% total related substances after a given storage period.

The term "about" is understood to mean that there can be variation in the concentration of a component of the described formulation that can be to 5%, 10%, 15% or up to and including 20% of the given value. For example, the phrase "a formulation having about 20 mM sodium citrate" is understood to mean that the formulation can have from 16 mM to 24 mM sodium citrate.

The term "sterile" refers to a pharmaceutical product that has been aseptically processed and that is devoid of viable bacteria, fungi or other microorganisms.

Pharmaceutical Agents

This invention provides stable, liquid preservative-free and antioxidant-free pharmaceutical formulations of a combination of two active pharmaceutical ingredients (APIs), phenylephrine as a mydriatic agent and the NSAID ketorolac as an anti-inflammatory agent.

Ketorolac

"Ketorolac" in the preferred formulation of the present invention is included as the ketorolac tromethamine salt [(+/−)-5-Benzoyl-2,3-dihydro-1H-pyrrolizine-1-carboxylic acid:2-amino-2(hydroxymethyl)-1,3-propanediol (1:1)]. Ketorolac is a member of the pyrrolo-pyrrole group of

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

9

nonsteroidal anti-inflammatory drugs. Ketorolac HCL is a racemic mixture of the R-(+) and S-(−) enantiomers that may exist in three crystal forms, all of which are equally soluble in water. This agent discolors upon prolonged exposure to light, and accordingly light shielded packaging (e.g., over-boxing or use of an amber vial) may be suitably utilized for packaging of formulations of the present invention.

Phenylephrine

"Phenylephrine" means phenylephrine in a salt form, such as phenylephrine HCL [(−)-m-Hydroxy-a-[(methyl amino) methyl]benzyl alcohol hydrochloride]. Phenylephrine is an alpha receptor sympathetic agonist. Phenylephrine HCl is freely soluble in water and alcohol.

Aqueous Carriers

The APIs are added to an aqueous solvent as a carrier, and the inventors have determined that no solubilizing agents are required. The aqueous carrier is suitably water for injection (WFI), which is a sterile, solute-free preparation of distilled water. Alternately, other aqueous carriers that are not harmful to intraocular tissues and which would not adversely affect the stability of the formulation may be used, such as deionized water, or, after first evaluating for potential impact on stability, saline or a balanced salt solution such as that described below.

Buffering Systems

The formulation of the present invention is adjusted to a pH from 5.8 to 6.8, and preferably to about 6.3. Sodium hydroxide and hydrochloric acid may be added as required to adjust the formulation to this pH. The desired pH is suitably maintained by use of a buffering system. One such suitable system is a citrate buffer, including citric acid monohydrate and sodium citrate dehydrate, and another suitable system is a sodium phosphate buffer, including dibasic sodium phosphate and monobasic sodium phosphate. Either buffer system may be used at an appropriate concentration in the range of 10 mM to 100 mM, and suitably may be 20 mM. As described below in Example 1, sodium citrate is a preferred buffer for use in a preservative-free formulation. The citric acid in the citrate buffer, which has the ability to chelate divalent cations and can thus also prevent oxidation, provides an antioxidant effect as well as a buffering effect. However, its presence does not degrade stability, as did other antioxidants (Example 3 below). As used herein, the term "antioxidant free" precludes the use of other antioxidants but does not preclude the use of a buffering agent, such as citric acid, that is included as part of the buffering system.

No Other Excipients

In a further aspect of the invention, in addition to being free of any preservatives or antioxidants, a formulation in accordance with the present invention also does not include any excipients other than the buffering system. For example, no solubilizing agents, such as ethanol or methanol, are used (i.e., the formulation is solubilizing-agent free.) Preferred formulations of the present invention consist essentially of the two APIs and the buffering system in water for injection, yielding a very pure formulation with reduced potential for toxicity to intraocular tissues.

Single-Use Containers

In a further aspect of the invention, the phenylephrine and ketorolac combination formulation of the present invention is contained in a quantity sufficient for a single-use during intraocular surgery in a container that facilitates such single-use and does not facilitate multi-use administration. Thus a sufficient quantity of drug composition formulated in accordance with the present invention, that is equal to or just slightly more (i.e., not more than 25% excess) than the

10

amount of the drug composition desired to be added to a standard container of intraocular irrigation carrier, is contained within a single use container that facilitates dispensing of the drug composition by injection. For example, the desired single-use quantity of phenylephrine and ketorolac combination drug composition may be packaged in a glass vial closed with a stopper or other closure that includes a septum through which a hypodermic needle may be inserted to withdraw the drug composition, or may be packaged in a prefilled syringe. One example of a suitable container and closure system is a 5 mL USP Type 1 borosilicate flint glass vial with a West 20-mm gray butyl stopper and a 20-mm flip-off seal.

Before closing the container it may be desirable, based on the results described in Example 2 below, for the drug composition formulated in accordance with the present invention to be exposed to a nitrogen overlay (i.e., the displacement of air from the head space in the vial with nitrogen before sealing the vial). Other methods of evacuating air and displacing it with an inert gas may also be utilized, such as sparging an inert gas through the solution.

Intraocular Irrigation Carriers

The phenylephrine and ketorolac combination drug composition (i.e., combination drug product) is suitably added by injection into a bag, bottle or other container of an intraocular irrigation solution prior to administration by intraocular or topical irrigation or lavage. Suitable intraocular irrigation solutions include saline, lactated Ringer's, balanced salt solution or any other irrigation solution that is compatible with the aqueous formulation and not harmful to ocular tissues. One suitable intraocular irrigation carrier includes one or more, and preferably all, of the following adjuvants: sufficient electrolytes to provide a physiological balanced salt solution; a cellular energy source; a buffering agent; and a free-radical scavenger. One suitable solution (referred to in the examples below as a "balanced salt solution" or "BSS" includes: electrolytes of from 50 to 500 millimolar sodium ions, from 0.1 to 50 millimolar potassium ions, from 0.1 to 5 millimolar calcium ions, from 0.1 to 5 millimolar magnesium ions, from 50 to 500 millimolar chloride ions, and from 0.1 to 10 millimolar phosphate; bicarbonate as a buffer at a concentration of from 10 to 50 millimolar; a cellular energy source selected from dextrose and glucose, at a concentration of from 1 to 25 millimolar; and glutathione as a free-radical scavenger (i.e., antioxidant) at a concentration of from 0.05 to 5 millimolar.

One example of a suitable method of diluting and administering the combination drug composition of the present invention utilizes the formulation of the present invention described as Formula 2 in Table 2 below. An aliquot of 4.5 mL of this solution, including 4.0 mL as the intended quantity for single use and 0.5 mL of overfill, is contained within a sterile closed single-use vial and is intended for admixture with irrigation solution for administration during intraocular surgery. From the vial, 4 mL is withdrawn by syringe and mixed with 500 mL of BSS by injection into a 500 mL bag or bottle of BSS to provide a final concentration of 483 μM phenylephrine and 89 μM ketorolac in the irrigation solution for local delivery to the eye.

In another aspect of the invention, a sterile liquid pharmaceutical formulation for irrigation may be provided in which the phenylephrine and ketorolac is already admixed within an intraocular irrigation carrier, such that it has been diluted to the concentration of each active pharmaceutical ingredient desired for local delivery to intraocular tissues during surgery, and contained within a sterile bag, bottle or other single-use irrigation container. For example, such a

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

**11**

formulation for irrigation may include phenylephrine at a concentration of from 30 to 720 μM and ketorolac at a concentration of from 10 to 270 μM, or preferably may include the phenylephrine at a concentration of from 90 to 720 μM and the ketorolac at a concentration of from 44 to 134 μM. In one embodiment, the phenylephrine and ketorolac combination is admixed within a balanced salt solution, such as that described above, as the intraocular irrigation carrier. This pharmaceutical formulation for irrigation may suitably be totally preservative-free and antioxidant-free, or optionally may include only an anti-oxidant that is typically included in the non-medicated intraocular irrigation carrier, such as the glutathione in the balanced salt solution described above, but no preservative.

Exemplary Formulations

As described above, the stable, liquid pharmaceutical formulations of the present invention include phenylephrine and ketorolac in a buffered aqueous carrier. Suitable concentrations of phenylephrine in the combination drug compositions of the present invention range from 10 mM to 500 mM, and preferably from 45 mM to 112 mM. Suitable concentrations of ketorolac in the combination drug compositions of the present invention range from 2 mM to 75 mM, and preferably from 8.5 mM to 24 mM. The buffer system, such as a sodium citrate buffer system, is suitably included at a concentration of from 10 to 100 mM, and preferably at about 20 mM. Two exemplary formulations in accordance with the present invention are set forth in Tables 1 and 2 below. In each case, sodium hydroxide and/or hydrochloric acid may be added when preparing the formulation if necessary to adjust the pH to about 6.3.

**12**

The amounts of pharmaceutically active ingredients included in the formulation can be expressed in molar ratios. The molar ratio of phenylephrine to ketorolac may range from 1:1 to 13:1, and more suitably may range from 3:1 to 10:1. An exemplary molar ratio of phenylephrine and ketorolac as represented by Formula 1 in Table 1 above is 8:1 of phenylephrine to ketorolac. Another exemplary molar ratio of phenylephrine and ketorolac as represented by Formula 2 in Table 2 above is 5.4:1 of phenylephrine to ketorolac.

Following dilution of the formulation of the present invention into an intraocular irrigation carrier for local delivery, the dosing concentration of phenylephrine may be from 3 to 7,200 μM more suitably from 30 to 720 μM, more preferably from 90 to 720 μM, still more preferably from 240 to 720 μM, and most preferably about 483 μM. Following dilution of the formulation of the present invention into an intraocular irrigation carrier for local delivery, the dosing concentration of ketorolac may be from 3 to 900 μM, more suitably from 10 to 270 μM, more preferably from 44 to 134 μM, still more preferably from 30 to 90 μM, and most preferably about 90 μM.

Methods of Use

The stable liquid formulations of the present invention may be utilized after mixing with an intraocular irrigation carrier in a variety of ophthalmologic procedures. These include cataract extraction and lens replacement and refractive lens exchange procedures, corneal transplant procedures and vitreoretinal operations and trabeculectomy procedures for glaucoma.

TABLE 1

| Component (USP) added to water for injection | Preferred Concentration | | Suitable Concentrations | | Representative Diluted Dosing Concentration (μM) | |
|---|---|---|---|---|---|---|
| | mg/ml | mM | mg/ml | mM | Preferred | Suitable |
| Phenylephrine HCl | 18.33 | 90 | 13.7-22.9 | 68-112 | 720 | 360-1,080 |
| Ketorolac tromethamine | 4.24 | 11.25 | 3.2-5.3 | 8.5-14 | 89 | 44-134 |
| Citric acid monohydrate | 0.24* | | 0.12-1.20** | | | |
| Sodium citrate dihydrate | 5.48* | | 2.74-27.4** | | | |

*Corresponding to a 20 mM citrate buffer.
**Corresponding to a 10 mM to 100 mM citrate buffer.

TABLE 2

| Component (USP) added to water for injection | Preferred Concentration | | Suitable Concentrations | | Representative Diluted Dosing Concentration (μM) | |
|---|---|---|---|---|---|---|
| | mg/ml | mM | mg/ml | mM | Preferred | Suitable |
| Phenylephrine HCl | 12.37 | 60.75 | 9.2-15.5 | 45-76 | 483 | 240-720 |
| Ketorolac tromethamine | 4.24 | 11.25 | 3.2-5.3 | 8.5-14 | 89 | 44-134 |
| Citric acid monohydrate | 0.24* | | 0.12-1.20** | | | |
| Sodium citrate dihydrate | 5.48* | | 2.74-27.4** | | | |

*Corresponding to a 20 mM citrate buffer.
**Corresponding to a 10 mM to 100 mM citrate buffer.

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

**13**

One example of a suitable method of diluting and administering the combination drug composition of the present invention utilizes the formulation of the present invention described as Formula 2 in Table 2 above. A sterile, single-use 5 mL vial containing 4.5 mL of the composition is provided, from which 4 mL of the composition is withdrawn by syringe and mixed with 500 mL of BSS by injection into a 500 mL bag or bottle of BSS to provide a final concentration of 483 μM phenylephrine and 89 μM ketorolac. This solution is irrigated through the anterior chamber of the eye at a constant concentration throughout the procedure. As such, in this example, the drug product is only administered intracamerally during the procedure.

The active pharmaceutical agents are included at dilute concentrations in the intraocular irrigation carrier. The concentrations of the agents are determined in accordance with the teachings of the invention for direct, local application to ocular tissues during a surgical procedure. Application of the solution may be carried out perioperatively, i.e.: intra-operatively; pre- and intra-operatively; intra- and post-operatively; or pre-, intra- and post-operatively.

It must be noted that as used herein and in the appended claims, the singular forms "a", "and", and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "an excipient" includes a plurality of such excipients and equivalents thereof known to those skilled in the art, and so forth.

The publications discussed herein are provided solely for their disclosure prior to the filing date of the present application. Nothing herein is to be construed as an admission that the present invention is not entitled to antedate such publication by virtue of prior invention. Further, the dates of publication provided may be different from the actual publication dates which may need to be independently confirmed. All citations are incorporated herein by reference.

EXAMPLES

Examples 1-5

In the studies described in the following Examples 1-5, the presence of related substances (RS) and potency was measured by high performance liquid chromatography with UV detector (HPLC-UV) as an indication of stability, with an increase in the percentage of related substances detected indicating the presence of degradation products. In these studies, the HPLC-UV utilized a Zorbax XDB-C8, 5 μM, 4.6 mm×150 mm column with a flow rate of 1.2 ml/min. Mobile phases A and B were as follows: Mobile phase A: 650 mL of 1.1 mg/mL 1-octansulphonic acid, pH 3.0:50 mL of Milli-Q water:300 mL methanol. Milli-Q water: 300 mL methanol; Mobile phase B: 300 mL of 1.1 mg/mL 1-octan-sulphonic acid, pH 3.0:50 mL of Milli-Q water:650 mL methanol. The diluent used was mobile phase A. A gradient of 100% A to 100% B in 40 minutes was used. A 280 nm UV detector was used.

Example 1

Comparison of Stability of Formulations Depending on Use of a Preservative and an Antioxidant and Using Differing Buffers

A study was run to compare different formulations of combinations of two active pharmaceutical ingredients (APIs), phenylephrine HCl (PE) and ketorolac tromethamine (KE), each at an equal concentration of either 5 mM

**14**

or 1 mM in an aqueous solution. Two different buffering systems were utilized to maintain the solution at three different pHs: a 20 mM sodium phosphate buffer (dibasic sodium phosphate and monobasic sodium phosphate) for a pH of 7.4; a 20 mM sodium citrate buffer (citric acid monohydrate and sodium citrate dehydrate) for a pH of 6.5; and a 20 mM sodium citrate buffer for a pH of 5.5. Four preservative- and antioxidant-free formulations of these APIs were developed, each aliquoted into multiple 1 mL vials for storage and sampling, as follows:

TABLE 3

| Formulation ID | pH | Buffer | API Concentration |
|---|---|---|---|
| F1 | 7.4 | Na phosphate | 5 mM KE<br>5 mM PE |
| F2 | 6.5 | Na citrate | 5 mM KE<br>5 mM PE |
| F3 | 5.5 | Na citrate | 5 mM KE<br>5 mM PE |
| F4 | 4.5 | Na citrate | 1 mM KE<br>1 mM PE |

Additional formulations were then prepared by adding either no preservatives or antioxidants (the control group), or by adding the preservative sodium ethylenediamine tetraacetic acid (also referred to as edetate disodium or EDTA) or EDTA plus the antioxidant sodium metabisulfite, as follows:

TABLE 4

| Study Group | Study Conditions | | | |
|---|---|---|---|---|
| | F1 | F2 | F3 | F4 |
| Group 1 (G1) | | | | |
| Group 2 (G2) | F1 + 0.05%<br>w/v EDTA | F2 + 0.05%<br>w/v EDTA | F3 + 0.05%<br>w/v EDTA | F4 + 0.05%<br>w/v EDTA |
| Group 3 (G3) | F1 + 0.05%<br>w/v EDTA +<br>0.05%<br>w/v Na<br>metabisulfite | F2 + 0.05%<br>w/v EDTA +<br>0.05%<br>w/v Na<br>metabisulfite | F3 + 0.05%<br>w/v EDTA +<br>0.05%<br>w/v Na<br>metabisulfite | F4 + 0.05%<br>w/v EDTA +<br>0.05%<br>w/v Na<br>metabisulfite |

Samples of the various formulations in each of these groups were then stored under light shielded conditions at controlled temperatures of either 2-8° C., 25° C., 40° C. or 60° C. Samples of each formulation were pulled at various time points over a period of 12 months and analyzed for degradation of the APIs, as determined by measuring related substances for each API. The results from this study are set forth in the tables of FIGS. 1-12, and the following conclusions were reached.

Based on stability assessments after one month of storage:

1. The control group (G1) demonstrated that both APIs were stable in a Na Phosphate buffer at a pH of 7.4, and in a Na Citrate buffer at a pH of 6.5 and a pH of 5.5. The control group exhibited show some degradation at 60° C., with pH 4.5 (Na Citrate) showing the most.

2. The G2 group compared to the G1 group demonstrates that EDTA inhibits the degradation of PE at higher temperatures.

3. The G3 group surprisingly demonstrates that Na metabisulfite significantly increases the degradation of APIs, especially KE, at elevated temperatures. Additionally, at one month, some G3 samples stored at 40° C. and 60° C. turned yellowish.

Based on stability assessments after six months of storage:

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

**15**

4. EDTA surprisingly does not appear to have a significant effect on the stability of either API, especially in citrate buffer at a pH of 6.5.

5. The largest increase in the percent of related substances at 6 months occurs in the samples held at 60° C.

6. Both APIs appear stable at 4° C. and 25° C., with a small increase in percent of related substances at 40° C., especially in citrate buffer at a pH of 6.5.

7. At 6 months, samples at 40° C. and 60° C. appear bright yellow but without visible precipitation or crystallization.

Example 2

Effect of Nitrogen Overlay on Stability

A study was then run to determine the effect of a nitrogen overlay (i.e., the displacement of air from the head space in the vial with nitrogen before sealing the vial). The formula F2 from Example 1 (5 mM ketorolac, 5 mM phenylephrine in a sodium citrate buffer adjusted to pH 6.5 in an aqueous solution) was evaluated, either without any added preservative or antioxidant (group 1, G1) or with added 0.05% w/v EDTA as a preservative (group 2, G2). Related substances for each API were measured at time points over a one year period after storing samples at temperatures ranging from 4° C. to 60° C.

The results of this study are shown in FIGS. 13 and 14, and demonstrate that the use of a nitrogen overlay, as compared to the presence of oxygen containing air, significantly decreased the degradation of both APIs, especially at elevated temperatures of 40° C. and 60° C. When a nitrogen overlay was used, the presence or absence of EDTA made little difference on the stability of the APIs.

Example 3

Effect of Different Antioxidants on Stability

A study was then carried out to evaluate the effect of adding alternate antioxidant agents to the formula F2 from Example 1 (5 mM ketorolac, 5 mM phenylephrine in a sodium citrate buffer adjusted to pH 6.5 in an aqueous solution) that also included 0.05% w/v EDTA as a preservative (group 2, G2). The antioxidants evaluated were 0.1% ascorbic acid (A1), 0.1% L-cysteine HCL monohydrate (A2), 0.1% L-glutathione, reduced (A3) and 0.1% monothioglycerate (A4). Related substances for each API were measured at time points over a one month period after storing samples at temperatures ranging from 2-8° C. to 60° C.

The results of this study are shown in FIGS. 15-18, and demonstrate that, at the one month time point, these four antioxidants each surprisingly increased the degradation of each API, especially at elevated temperatures of 40° C. and 60° C.

Example 4

Evaluation of Stability of Higher Concentrations of Phenylephrine

To evaluate whether the concentration of phenylephrine in the phenylephrine HCl and ketorolac tromethamine combination formulations could be increased without deleterious effect on stability of the phenylephrine, an aqueous formulation of 450 mM phenylephrine in a calcium citrate buffer

**16**

adjusted to a pH of 6.5, and no added preservatives, antioxidants or other excipients, was prepared and evaluated when samples were stored at temperatures between 4° C. and 40° C. over a period of 4 months.

The results of this study are provided in FIG. 19. This high concentration phenylephrine formulation was stable between 4° C. and 30° C. for 4 months.

Example 5

Evaluation of Extended Stability of Phenylephrine and Ketorolac Combination

An extended stability study was performed for a formulation of a fixed combination of phenylephrine HCl (12.37 mg/mL) and ketorolac tromethamine (4.24 mg/mL) in a 20 mM sodium citrate buffer adjusted to pH 6.5, without the addition of any preservatives or antioxidants. Samples of the formulation where aliquoted into 5 mL USP Type 1 glass vials, closed with Daiko D777-1 Flurotec® coated 20 mm stoppers, and stored inverted and foil wrapped for light shielding, and then were held under long term (5±3° C.) and accelerated storage conditions (25±2° C./60±5% RH). Each vial contained 4.5 mL of solution, including a 0.5 mL overfill.

There was no measurable change in product appearance, pH of solution, or potency when measured after 30 months of storage under these conditions. At this 30 month time point, storage at 5° C. and 25° C. resulted in a total of 1.17% and 1.36% related substances, respectively. A graphic display of measured potency of phenylephrine HCl and ketorolac tromethamine for this formulation held under labeled storage conditions of 2° C. to 8° C. is provided in FIG. 20A and FIG. 20B, respectively. As evidenced in these figures, there was no significant decline in potency observed through 30 months (three vials were assayed at each time point).

Examples 6-9

The following Examples 6-9 provide the results of in vivo studies of phenylephrine HCl and ketorolac tromethamine combination formulations in accordance with the present invention, which have been diluted by injections into an irrigation solution that was then used for intraocular irrigation during lens replacement and exchange surgery. The following formulations were evaluated in this series of studies: (a) phenylephrine HCL alone (PE), (b) ketorolac trometahamine alone (KE), (c) a combination of phenylephrine HCL and ketorolac trometahamine (PE-KE) or (d) no active pharmaceutical ingredients (vehicle control), in each case formulated in an aqueous solution including a 20 mM sodium citrate buffer adjusted to pH 6.5, without the addition of any preservatives or antioxidants, in each case provided in 2.5 mL aliquots. In each case an aliquot of the formulation was injected into a balanced salt solution (BSS, Baxter Healthcare, produce code 1A7233) as the irrigation vehicle carrier to a particular final dosing concentration as described below. The studies also utilized Proparacaine HCl (0.5%, Bausch & Lomb), Tropicamide (1.0%, Bausch & Lomb) and Ciprofloxacin HCl (3%, Alcon) to the extent described below.

The mydriatic and anti-inflammatory properties of the test agents were evaluated in an African green monkey model of human phacoemulsification surgery. Prior to surgery, baseline measures and assessments were performed on both eyes in each monkey to determine pupil diameter, lens and iris integrity, corneal thickness, and anterior chamber flare and

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

17

18

cell count by qualitative scoring under biomicroscopy and quantitative flare photometry using a Kowa FM-500 instrument. A phacoemulsification surgery with lens replacement with a polymethyl methacrylate (PMMA) artificial lens was performed using a Storz Premier anterior phacoemulsification machine. The procedure was only performed on the right eye to minimize surgery position variability, allow the left to serve as control, and to minimize the consequence of any possible vision loss induced.

Test animals were placed in a prone position under ketamine/xylazine anesthesia augmented with one drop of topical proparacaine. A small incision was made in the cornea of the right eye with a MVR 20 G lance blade, through which 0.4-0.6 mL of viscoelastic (2% hydroxypropyl methylcellulose, EyeCoat, Eyekon Medical) was introduced into the anterior chamber via a viscoelastic injector. A corneal incision was made 1.0 mm anterior to the limbus using a 2.65 mm straight clear cornea bi-beveled blade. Irrigation was applied with the phacoemulsification hand piece to remove viscoelastic and introduce the test perfusate. After irrigation for a total of four minutes, irrigation was stopped and the anterior chamber refilled with viscoelastic. A capsulorhexis was performed and the phacoemulsification tip reintroduced into the anterior chamber with the application of phacoemulsification energy to disrupt the lens and allow aspiration and lens fragment removal. Irrigation was extended for a period after lens removal to standardize intraocular perfusate delivery across all treatment groups (a total of 14 minutes during this phacoemulsification segment of the irrigation). Following the phacoemulsification and irrigation procedure, a PMMA intraocular lens (IOL) was inserted and an additional two minutes of irrigation perfumed, after which the corneal incision was closed with two 12.0 nylon sutures. Irrigation with a test fluid or vehicle control, as described below, was performed for a total of 20 minutes at a flow rate of 20 mL/min, prior to, during and after phacoemulsification and lens replacement.

In these studies, laser flare photometry was performed at baseline, 4.5, 24, 48 hours and 1 week after the initiation of the surgical procedure using a Kowa FM-500 (Kowa Company, Tokyo Japan). The Kowa FM-500 measures laser light scattering to quantify anterior chamber flare. A laser is directed into the anterior chamber and protein molecules, released into the anterior chamber during an inflammatory response, pass through the focal point scattering laser light. This light scattering is quantified by a photomultiplier tube as photon counts per millisecond. At each observation point, measurements were collected until seven acceptable readings (difference between two background measurements<15%) were obtained and the lowest and highest readings were deleted and the mean value +/− the standard deviation calculated, as specified by the manufacturer.

The time course of the mydriatic effect was documented through video recording of the pupil during the perfusion procedure. Pupil diameter and the fixed width of the lid speculum (11 mm) were measured from the screen image to allow calculation of the pupil diameter in millimeters. Measurements were made at periodic intervals during the course of the infusion procedure according to the video time log for each documented procedure.

The primary efficacy variables were the pupil diameter and the laser flare photometer measures. Primary efficacy variables were analyzed in the protocol correct population (all subjects who completed the study without a major protocol deviation) using a one-way, repeated measure ANOVA method with post hoc Student Newman-Keuls tests employing SAS (SAS Institute Inc.). Terms of the ANOVA

analysis included sequence (=time, confounded with carryover effect), eye, monkey and treatment. Appropriate model-based comparisons were employed to detect treatment difference at the significance level of p<0.05 for pupil diameter and flare measures at all time points.

Example 6

Concentration-Ranging Study of Phenylephrine and Ketorolac Following Intraoperative Irrigation in a Phacoemulsification Surgical Model

A non-GLP study was conducted as a concentration-ranging efficacy study to evaluate PE and KE when given individually and combined via intraocular irrigation in BSS during cataract surgery. The objectives were to evaluate the benefit of each agent on both mydriatic and inflammatory endpoints.

In a first series of experiments, designated Phase 1, 16 animals were divided into groups of four and studied to establish the maximally effective concentration of phenylephrine in a BSS irrigation solution in this model of phacoemulsification surgery. Four of the monkeys in the Phase 1 cohort received tropicamide, a muscarinic mydriatic, to serve as a positive control and allow determination of the endpoint measures of interest under adequate pupil dilation by the standard topical preoperative route of delivery. The phenylephrine treatment groups received a low (3 uM), intermediate (10 uM), high (30 uM) and highest (90 uM) concentration of phenylephrine-containing BSS perfusate. The low and highest treatment groups consisted of 2 animals each as the decision was made to evaluate a higher concentration of phenylephrine as the phase 1 portion was underway. The primary endpoint for phenylephrine efficacy was mydriasis. Inflammatory endpoints following the surgery were also evaluated.

BSS perfusate was delivered through the phacoemulsification needle either without phenylephrine or containing phenylephrine at a concentration of 3.0 μM, 10 μM, 30 μM or 90 μM (see Table 1). Stage 1 irrigation (0:00-2:00 minutes) was applied to remove the viscoelastic and assess the mydriatic effect of phenylephrine and continued through Stage 2 irrigation (2:00-4:00 minutes), after which viscoelastic was reintroduced into the anterior chamber and a capsulorhexis was performed. Stage 3 irrigation (4:00-18:00 minutes) was begun after the capsulorhexis and continued for a total of 14 minutes, during the early stage of which the lens was fragmented and aspirated by application of phacoemulsification energy. Stage 4 irrigation took place after the introduction of the PMMA lens to evacuate viscoelastic material introduced for that procedure and to remove any additional lens fragments. The tropicamide control animals were pre-treated with two drops of 1% tropicamide 20 minutes prior to the initiation of anterior chamber irrigation with BSS alone.

Following the first few animal surgeries, the duration of the initial pre-phacoemulsification irrigation was extended from 2 to 4 minutes to capture maximal pupil dilation.

The second series of experiments, designated Phase 2, evaluated mydriasis and inflammation following phacoemulsification surgery in which a BSS perfusate containing low, mid and high concentration of ketorolac, or no ketorolac (negative control) was employed. Anterior chamber perfusions were initiated using no mydriatic agent in the irrigation solution to assess the mydriatic effect of ketorolac and BSS alone. After 2 minutes of irrigation and assessment of mydriasis, a concentration of phenylephrine (30 uM),

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

**19**

found to be effective in achieving mydriasis in Phase 1 experiments, was included in the perfusate solution to provide sufficient dilation for the phacoemulsification procedure to be performed. The secondary endpoint for ketorolac efficacy was mydriasis, and the primary endpoint was laser flare photometry, a validated measure of anterior chamber inflammation.

BSS perfusate was delivered through the phacoemulsification needle either without ketorolac or containing ketorolac at a concentration of 3.0 μM, 10 μM, or 30 μM (see Table 1). Stage 1 irrigation (0:00-2:00 minutes) was applied to remove the viscoelastic and assess the mydriatic effect of ketorolac. High concentration phenylephrine was then added to the perfusate bottle (to achieve a concentration of 30 μM), the lines were flushed and irrigation was continued through stage 2 (2:00-4:00 minutes), after which viscoelastic was reintroduced into the anterior chamber and a capsulorhexis was performed. Stage 3 irrigation (4:00-18:00 minutes) was begun after the capsulorhexis and continued for a total of 14 minutes, during the early stage of which phacoemulsification energy was applied. Stage 4 irrigation took place after the introduction of the PMMA lens.

### Results

After an initial pupil dilation of 1-2 mm within the first minute of the start of anterior chamber perfusion, the pupil diameter asymptotically approached maximal dilation within approximately five minutes for all treatment groups (see FIGS. **21** and **22**) with a significant effect of time on diameter (F=2.75, P<0.0001). In the first set of experiments, trends suggest that the presence of phenylephrine in the BSS perfusate contributed to a concentration-dependent increase in pupil diameter. The initial dilation (0-2 min) exhibited in the control group, which received topical tropicamide 20 minutes prior to irrigation with BSS alone, was likely not a pharmacologic effect and reflects a component of the dilation measured within the first 2 minutes of the onset of anterior chamber irrigation in all groups was related to clearance of the viscoelastic introduced to allow creation of the corneal incision and a possible hydrodynamic effect of irrigation/aspiration. Of note, however, the early additional dilation in the tropicamide control group started from a baseline dilation greater than all other treatment groups (F=7.73, P<0.0001) at the beginning of the procedure and resulted in a lower maximal dilation than exhibited by the mid, high and highest concentration phenylephrine groups. Differences between the highest, high and mid phenylephrine groups and the low phenylephrine group were significant at the 6:00, 8:00, 10:00, 14:00, 18:00 and 19:00 minute time points (F=2.41, p<0.043; F=2.66, p<0.0315; F=3.24, p<0.0136; F=6.62, p<0.0002; F=9.26, p<0.0001; F=3.79, p<0.005; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. **21**), confirming a concentration-dependent effect of phenylephrine perfusate on the amplitude of intraoperative mydriasis. Differences between the highest, high and mid-concentration phenylephrine groups versus the low concentration phenylephrine and tropicamide control group were significant at the 14:00 and 18:00 minute time points (F=6.62, p<0.0002; F=9.26, p<0.0001; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. **21**), indicating the concentration-dependent effect of phenylephrine in prolonging intraoperative mydriasis. Differences between all other groups at all other time points were not significant by the Student Newman-Keuls criteria, but trends observed in the mean pupil diameter within groups would suggest a concentration dependence to both rate of onset and amplitude of mydriatic effect across phenylephrine groups. At later time points mean dilation in the high phenylephrine treatment group approaches the anatomic limit of pupil mydriasis of 8.3 mm in the adult eye in this species (corresponding to the inner diameter of the corneal limbus).

**20**

In the second set of experiments, in which the anterior chamber was irrigated with BSS containing 3-30 μM ketorolac or BSS alone for 2 minutes prior to the introduction of 30 μM phenylephrine, there was a rapid 1-2 mm increase in pupil diameter within 30 seconds of the start of perfusion followed by a less rapid concentration-independent rise between 30 seconds and two minutes. No statistical differences were seen between the ketorolac-treated groups and the BSS-treated animals during the initial two minutes. Given that the same behavior was demonstrated by the BSS control group it is likely that this initial dilation is related to viscoelastic clearance and the hydrodynamic effects of irrigation/aspiration, as evidenced by the behavior of the phenylephrine and tropicamide control groups in the first set of experiments. After introduction of 30 μM phenylephrine in all ketorolac- and BSS-treated animals at two minutes there was a further rapid increase in pupil diameter in all groups reaching maximum dilation at four minutes. Maximal dilation was sustained through the remaining perfusion period after a slight decrease in pupil diameter in the interval between the four minute initial perfusion and the start of phacoemulsification when the capsulorhexis was performed. There were no statistically significant group differences, except between the low and mid concentration ketorolac groups versus the BSS and high concentration ketorolac groups at the 14:00 and 18:00 minute time points (Low and Mid>BSS and High; F=6.62, p<0.0002; F=9.26, p<0.0001; respectively; Student Newman-Keuls test, α=0.05, df=23, see FIG. **2**). The treatment grouping of this difference, however, would suggest that the difference did not result from a ketorolac effect, and was likely related to the limited sample size, and reflective of inter-animal and inter-procedure differences. In all treatment groups in both sets of experiments studies the pupil constricted following lens placement at the end of the procedure.

Baseline preoperative anterior chamber flare measures ranged from 3.0 to 12.7 photon units/ms (mean=6.0+/−2.4 SD) in all treatment groups in the treated (right) eye. Flare measures in the control (left) eye remained within this range throughout the duration of the study. These measures matched anterior chamber flare assessments performed by slit lamp biomicroscopy, validating the utility of the laser flare photometer in quantifying the protein density in the anterior chamber in the eye's quiescent natural state. In all treatment groups there was a significant effect of time on flare measurements in the treated eye (F=2.16, p<0.0034), further confirming the utility of flare photometry in quantifying intervention related inflammation (see FIGS. **23**, **24** and **25**). Flare measures in treated eyes at baseline versus 4.5 and 24 hours versus 48 and 168 hours were significantly different across all treatment groups (F=2.16, p<0.0034; Student Newman-Keuls test, α=0.05, df=75). Differences between the control and treated eye were different at all postoperative exam time points across all subjects (F=236.64, P<0.0001; Student Newman-Keuls test, α=0.05, df=195).

In the first set of experiments, phacoemulsification duration differed within treatment groups as ideal parameters were being refined. It was established in the first 4 surgical procedures that the phacoemulsification time was causing a severe inflammatory response and reduction in phacoemulsification was agreed to. Analysis of longer duration pha-

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

coemulsification (45-55 secs) versus shorter duration (15-25 secs) groups at the 4.5 hour and 24 hour time points revealed a statistically significant increase in flare measures with phacoemulsification duration (F=4.42, p<0.0018; Student Newman-Keuls test, $\alpha$=0.05, df=14; see FIG. 24), confirming the utility of laser flare photometry in quantifying the extent of anterior chamber injury and inflammation. This difference resolved by the 48 and 1 week time points.

Analysis with the exclusion of the high phacoemulsification energy subjects, which included 2 monkeys in each of the high phenylephrine and tropicamide groups, revealed no treatment effect on flare measures of phenylephrine relative to the tropicamide control at all time points (Student Newman-Keuls test, $\alpha$=0.05, df=7).

In the second set of experiments, despite the small group sizes, there was a consistent trend for a reduction in the flare measurements in the mid and high ketorolac groups. There was a statistically significant difference between flare measures in the BSS control group versus the mid and high concentration ketorolac groups which achieved significance at the 4.5 hour time point when these two treatment groups were combined to add power to the analysis (F=5.17, P<0.0223; Student Newman-Keuls test, $\alpha$=0.05, df=13; see FIG. 25). Flare measurements in the high and mid dose ketorolac group remained lower relative to the control group at the 24 and 48 hour time points, but these differences did not achieve statistical significance, whether the high and mid dose ketorolac groups were analyzed in combination or separately, given the power of the analysis. At one week there were not statistically significant difference between any of the treatment groups but the high concentration ketorolac group maintained a similar trend.

### Conclusions

The African green monkey phacoemulsification model allowed the quantification of mydriatic and inflammatory measures relevant to human clinical endpoints. Of these measures, video pupil diameter assessments and anterior chamber flare photometry were the most responsive to treatment effects at the time points assessed. Video pupil data demonstrated that intraoperative delivery of phenylephrine in the anterior chamber perfusate resulted in a rapid onset mydriasis which was maintained throughout the surgical procedure. The maximal mydriasis attained was concentration-dependent, with adequate mydriasis for a phacoemulsification surgical procedure to be performed at all concentrations evaluated. Concentrations equal to or greater than 10 $\mu$M resulted in a mydriasis exceeding that obtained by preoperative topical 1% tropicamide, a standard of care for cataract procedures. Flare photometry and pachymetry measures did not indicate a reduction in anterior chamber inflammation or corneal edema associated with the addition of phenylephrine to the anterior chamber perfusate.

Video pupil data demonstrated that intraoperative delivery of ketorolac in the anterior chamber perfusate did not result in a change in mydriasis substantially different from that observed with BSS alone. Once phenylephrine at a concentration of 30 $\mu$M was added to the perfusate, however, rapid dilation occurred, confirming the previously demonstrated utility of the intraoperative delivery of phenylephrine. Flare photometry measures indicated a positive effect of ketorolac on anterior chamber inflammation immediately postoperatively at 4.5 hours.

### Example 7

Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

A non-GLP study was conducted with an irrigation solution containing 90 $\mu$M PE and 30 $\mu$M KE to evaluate the effect of the combination when administered via intraocular irrigation during cataract surgery on mydriasis and inflammatory endpoints. In this series of experiments, 14 monkeys were divided into groups of seven and studied to establish the efficacy of BSS alone versus a BSS perfusate containing the PE and KE combination. Efficacy endpoints included mydriasis and laser flare photometry as a measure of anterior chamber inflammation. The control group additionally received the muscarinic mydriatic tropicamide preoperatively to allow sufficient dilatation to employ the African green monkey model of phacoemulsification surgery.

### Results

Animals irrigated with the PE-KE combination achieved 6.0-6.5 mm pupil dilation within approximately 60 sec of irrigation (see FIG. 26). These values were equivalent to those obtained after preoperative treatment with tropicamide. After an initial pupil dilation of 3.0-4.0 mm within the first minute of the start of anterior chamber perfusion, the pupil diameter plateaued within approximately 2.5 and 3.5 minutes for both the tropicamide control and the PE-KE treatment groups, respectively (see FIG. 1), with a significant effect of time on pupil diameter (F=86.69, P<0.0001; Student Newman-Keuls test, $\alpha$=0.05, df=12). The initial dilation (0-2 min) exhibited in the control group, which received topical tropicamide 20 minutes prior to irrigation with BSS alone, was likely not a pharmacologic effect and reflects hydrodynamic effects of irrigation/aspiration and/or dilation associated with clearance of the viscoelastic introduced to allow creation of the corneal incision. Of note, however, the early additional dilation in the tropicamide control group started from a baseline dilation greater than the treatment group (F=86.69, P<0.0001; see FIG. 26) at the beginning of the procedure and resulted in a lower maximal dilation than exhibited by the PE-KE treatment group. PE-KE-mediated pupil dilation exceeded the dilation achieved by the preoperative administration of tropicamide within 90 seconds of the initiation of anterior chamber irrigation. Differences between the control group and the treatment group receiving PE-KE were significant at the 0:00, 3:30, 4:00, 4:30, 5:00, 5:30, 6:00, 8:00, 10:00, 12:00, 12:30 and 13:00 minute time points (F=25.08, p<0.003; F=5.61, p<0.0355; F=9.95, p<0.0083; F=14.71, p<0.0024; F=18.01, p<0.0011; F=9.93, p<0.0084; F=10.39, p<0.0073; F=14.77, p<0.0023; F=14.77, p<0.0023; F=28.65, p<0.0002; F=20.51, p<0.0007; F=8.66, p<0.0134; F=5.48, p<0.0391, respectively; Student Newman-Keuls test, $\alpha$=0.05, df=12; see FIG. 26).

The observed group differences confirmed a treatment effect of the PE-KE perfusate containing phenylephrine and ketorolac on the amplitude of intraoperative mydriasis and on the prolongation of intraoperative mydriasis. Differences between the two groups at early time points were not significant by the Student Newman-Keuls criteria, reflecting intra-group variability, but trends observed in the mean pupil diameter suggest a treatment effect to both rate of onset and amplitude of mydriatic effect. At later time points mean dilation in some subjects in the PE-KE treatment group approached the anatomic limit of pupil mydriasis of ~10.5

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

23

mm in the adult eye in this species (corresponding to the inner diameter of the corneal limbus).

Baseline preoperative anterior chamber flare measures ranged from 1.6 to 9.9 photon units/ms (mean=5.3+/−2.3) in both treatment groups in the operative (right) eye. In both treatment groups there was a significant effect of time on flare measurements in the treated eye, further confirming the utility of flare photometry in quantifying intervention related inflammation (see FIG. 27). Flare measures in treated eyes at baseline versus 2, 4.5, 24, 48 hours and 1 week were significantly different across both treatment groups (F=4.94, p<0.0008; Student Newman-Keuls test, α=0.05, df=59).

The PE-KE treatment group had lower values of flare measures over time relative to the tropicamide control group, but they did not achieve statistical significance at any time point (F=3.32, P<0.0935; Student Newman-Keuls test, α=0.05, df=12; see FIG. 27), in part reflecting a large variability in subject response to the experimental intervention. One PE-KE treated subject exhibited a more limited pupil dilation during anterior chamber irrigation, complicating lens removal. Analysis of flare measures with the exclusion of this animal reveal a statistically significant difference between the PE-KE treatment group and the tropicamide control group at the 2-, 4.5-, 24- and 48-hour time points (F=9.74, P<0.0097; Student Newman-Keuls test, α=0.05, df=11; see FIG. 28). At one week there was not a statistically significant difference between the treatment groups.

Conclusions

The African green monkey phacoemulsification model allowed the quantification of mydriatic and inflammatory measures relevant to human clinical endpoints. Of these measures, video pupil diameter assessments and anterior chamber flare photometry were the most responsive to treatment effects at the time points assessed. Video pupil data demonstrated that intraoperative delivery of PE-KE in the anterior chamber perfusate resulted in a rapid onset of mydriasis, which was maintained throughout the surgical procedure. The mydriasis attained was adequate for a phacoemulsification surgical procedure to be performed within the initial 60 seconds of irrigation. The degree of mydriasis exceeded that obtained by preoperative topical 1% tropicamide, a standard of care for cataract procedures. Flare photometry measures suggest a positive effect of PE-KE on anterior chamber inflammation immediately postoperatively.

Example 8

Dose Response Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

This non-GLP study was conducted to establish the dose response and time course of mydriasis following intracameral delivery of low-, mid-, and high-concentration irrigation solutions containing PE and KE to African green monkeys. The PE-KE formulation contained a fixed ratio of 3:1 of 45 mM phenylephrine and 15 mM ketorolac in a 20 mM sodium citrate buffer (pH 6.5). An additional concentrated 450 mM phenylephrine HCl (PE) formulation was provided to elevate the phenylephrine concentration in the high dose group. The time course of mydriasis was evaluated by video in four monkeys following intracameral administration of the low concentration of PE and KE (90:30 µM) irrigation solution, in four monkeys following the mid concentration

24

(268:89 µM) and four monkeys following the high concentration (1165:89 µM). The volumes of all intracameral administrations were 150 µL with ejection of the syringe volume into the anterior chamber occurring over approximately a five-second period.

To mix the low concentration (PE:KE at 90:30 µM), 1.0 mL from one vial of PE-KE drug composition was withdrawn and injected into a 500-mL BSS irrigation bottle. For the mid concentration (PE:KE at 268:89 three vials of PE-KE drug composition were used with 1.0 mL from each vial withdrawn and injected into a 500-mL BSS irrigation bottle. For the high concentration group (PE:KE at 1165:89 µM), additional phenylephrine HCl was added to the PE:KE in BSS solution.

Results

Monkeys injected with intracameral PE/KE irrigation solution achieved approximately 6-7 mm pupil dilation within 60 seconds of irrigation. As shown in FIG. 29, after an initial rapid pupil dilation, the pupil diameter plateaued at approximately the 1-minute time point, with a significant effect of time on pupil diameter among all treatment groups (F=64.33, p<0.0001). Differences between the low-dose group (90:30 µM) and the high-dose group (1165:89 µM) were statistically significant at the 1:30-, 3:00- and 3:30-minute time points (Student Newman-Keuls test, α=0.05, df=9).

Conclusions

The African green monkey mydriasis model allowed the quantification of pupil responses that are relevant to human clinical endpoints. Video pupil data demonstrated that intracameral delivery of PE-KE into the anterior chamber resulted in a rapid onset mydriasis, which was maintained throughout the ten minute period during which video documentation occurred. The mydriasis attained was adequate for a phacoemulsification surgical procedure to be performed within the initial 60 seconds following administration. The degree of mydriasis was greater than that obtained in the control arm of previous efficacy studies by the preoperative delivery of topical 1% tropicamide (mean pupil diameter of 5.9 mm), a standard of care for cataract procedures.

Example 9

Safety Study of Phenylephrine and Ketorolac Combination in Phacoemulsification Surgical Model

A nonclinical GLP toxicology study was carried out in African green monkeys. Twelve male and twelve female monkeys underwent phacoemulsification surgery with lens replacement and two-week recovery in this study. Continuous irrigation of PE-KE irrigation solution throughout the anterior chamber and associated ocular structures was conducted during the surgery and represents the intended route of administration of this product. Three concentrations were evaluated: 720 µM PE and 90 µM KE (720:90 µM) in the low concentration group, 2160 µM PE and 270 µM KE (2160:270 µM) in the mid concentration group, and 7200 µM PE and 900 µM KE (7200:900 µM) in the high concentration group.

A separate control group was evaluated as well. An equal number of male and female animals were allocated to each

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

25

group with assignment based on weight rank to achieve a balanced mean weight. All animals underwent a surgical procedure on Day 0 to replace the intraocular lens.

### Results

All animals tolerated the surgical procedures well, had uneventful recoveries, and survived to the scheduled sacrifice and necropsy. No treatment-related effects were observed on respiratory and cardiovascular observations and all clinical laboratory parameters.

The initial intracameral delivery of 150 µL of each PE/KE irrigation solution resulted in rapid pupil dilation within 30 seconds, with dilation increasing to 6.76±0.15 to 7.29±0.15 mm (mean±SD) in a dose-dependent manner. Thirty seconds following intracameral delivery of 150 µl of BSS alone, the pupil diameter of the tropicamide control group was 5.18±0.18 mm.

The low-concentration treatment group had lower values of flare measures relative to the tropicamide control group at 4.5 hours and 14 days, but they did not achieve statistical significance at any time point, while flare response in the high-concentration treatment group was nearly identical to that of the control group at all time points. The mid-concentration treatment group had higher flare measures relative to the tropicamide control, low-concentration and high-concentration at all post-surgical time points, achieving significance at 2, 4.5, and 24 hours. These findings are believed secondary to greater surgical trauma in the mid-concentration treatment group. No concentration-dependent effects on flare were seen. At two weeks, there was not a statistically significant difference between the treatment groups.

In the control, low-concentration, and high-concentration treatment groups, there was a decrease in intraocular pressure following phacoemulsification surgery, but differences from baseline did not achieve significance. At the 4.5-hour time point, the intraocular pressure in the mid-concentration treatment group was significantly greater than in the other treatment groups, but not different than baseline. There was an overall trend of decreasing postoperative intraocular pressure.

Baseline clinical evaluations of the pupil, cornea, lens, and iris were within normal limits in the operative (right) and nonoperative (left) eye of all animals. The pupil diameter returned to baseline by the 24-hour time points, indicating minimal residual treatment-associated mydriatic or miotic effect.

### Example 10

#### Clinical Study

A Phase 2b human clinical study evaluated a ketorolac and phenylephrine combination drug composition, formulated in accordance with Formula 1 of the present invention-, for its effect on the maintenance of intra-operative mydriasis (pupil dilation) and reduction of postoperative pain and irritation resulting from cataract and other lens replacement surgery. The combination drug composition was diluted into a balanced salt solution irrigation carrier prior to intraocular administration during intraocular surgical procedures.

The subject Phase 2b study was a randomized, parallel group, vehicle-controlled, factorial design study, and was run to compare phenylephrine (PE), ketorolac (KE) and the combination drug composition containing both PE and KE in subjects undergoing unilateral cataract extraction with

26

lens replacement (CELR) using a coaxial phacoemulsification process with insertion of an acrylic lens. Administration of test irrigation solutions occurred in a double-masked fashion. The study evaluated, in a four-arm full-factorial design, the contribution of the two active pharmaceutical ingredients (PE and KE, alone and in combination) to the maintenance of mydriasis and post-operative reduction in pain when administered diluted in balanced salt solution (BSS). The study also explored the effect of the combination drug composition, PE, and KE on postoperative inflammation. Subjects were randomized to one of the following four treatment arms in a 1:1:1:1 fashion:

a. BSS vehicle

b. 483 µM PE in BSS

c. 89 µM KE in BSS

d. the combination drug composition containing 483 µM PE and 89 µM KE in BSS.

All subjects in this study received preoperative mydriatics and anesthetics. In each of the four groups, the respective irrigation treatment was administered as a single irrigation of the anterior chamber of the eye during the CELR surgical procedure, with a mean of 8 minutes of exposure in this study. In addition, at the end of the procedure, the anterior chamber was filled with the irrigation treatment. The change in pupil diameter over time from surgical baseline (immediately prior to surgical incision) to the end of the surgical procedure (wound closure) was measured, as was postoperative pain on the day of operation as measured by the Visual Analog Scale (VAS) at 2, 4 6, 8 and 10-12 hours and at other times recorded by the patient prior to taking rescue pain medication.

In this 223-patient Phase 2b clinical study, subjects treated with the combination drug composition demonstrated statistically significant (p<0.0001) and clinically meaningful maintenance of mydriasis throughout the cataract procedure as compared to either the BSS or KE groups. Maintenance of mydriasis is critical to performing lens exchange safely and proficiently given that the ophthalmologist operates through the pupil. If mydriasis is not maintained throughout the procedure, the risk of injuring structures within the eye increases and the required operating time is often prolonged. Any reduction in pupil size during surgery may interfere with surgical technique. In this study the mean pupil diameter was 8.3 mm at the time of the incision. A reduction of 2.5 mm or more ("extreme constriction") represents a loss of 30% of the diameter and 52% of the area of the average pupil, with a potential for extreme impact on the procedure. Unexpectedly, this study demonstrated that 21% of subjects in the BSS group and 21% of subjects in the KE group experienced this extreme constriction, as compared to only 4% of subjects in the combination drug composition group.

Intraoperative complications increase when the pupil diameter is less than 6 mm during lens exchange surgery. A categorical analysis on an intent-to-treat basis of intraoperative pupil diameters to identify the proportions of study subjects who experienced this level of pupil constriction. In this Study, the combination drug composition was statistically significantly superior (Table 5) in preventing this degree of pupil constriction, i.e., miosis to a diameter of less than 6 mm, when compared to each of the other three treatment arms.

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

US 9,855,246 B2

27

## TABLE 5

| Subjects Having Pupil Diameter ≤6 mm during CELR | | | |
|---|---|---|---|
| BSS (n = 54) | KE/PE Combination (n = 49) | KE (n = 52) | PE (n = 49) |
| 25 (46%) p < 0.0001* | 3 (6%) | 18 (35%) p = 0.0005* | 11 (22%) p = 0.0404* |

*FET comparison to PE-KE combination

Clinically significant reductions in pupil diameter are associated with an increase in procedure-related complications, including posterior capsule tears, retained lens fragments and vitreous leaks. These findings demonstrate that the phenylephrine and ketorolac each contribute and act synergistically in preventing clinically meaningful mioisis.

This finding is surprising because phenylephrine is a strong mydriatic agent and would be expected to inhibit miosis alone. Surprisingly, ketorolac also provided an antimiotic effect on top of the effect of phenylephrine.

Additionally, the combination drug composition also significantly decreased pain in the early postoperative period (10-12 hours post-surgery) relative to either the PE (p=0.0089) or BSS (p=0.0418) groups. Surprisingly, the combination drug composition also reduced the frequency of complaints of moderate and severe pain (2.5 times more complaints in the BSS-treated subjects). The drug composition was safe and well tolerated in this study.

This study demonstrates that the composition and use of the invention claimed in the above-identified application prevents a surprising degree of extreme pupil constriction, as well as resulting in an unexpected reduction of moderate and severe post-operative pain up to 10-12 hours after surgery following mere minutes of exposure to the test drug during surgery.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be readily apparent to one of ordinary skill in the art in light of the teachings of this invention that certain changes and modifications may be made thereto without departing from the spirit or scope of the appended claims.

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1. A liquid intraocular ophthalmic pharmaceutical solution dosage form consisting essentially of phenylephrine, ketorolac, and a buffer system, in solution in a pH-adjusted aqueous carrier as a solvent, that is free of preservatives, antioxidants and solubilizing agents, and a nitrogen gas overlay in a single-use container, wherein the phenylephrine is included at a concentration of 45 mM to 76 mM and the ketorolac is included at a concentration of about 8.5 mM to 14 mM, wherein the intraocular ophthalmic pharmaceutical solution is stable for a period of at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

2. The dosage form of claim 1, wherein the dosage form is free of visible precipitation and crystallization.

28

3. The dosage form of claim 2, wherein the intraocular ophthalmic pharmaceutical solution is stable for a period of at least 24 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

4. The dosage form of claim 3, wherein the intraocular ophthalmic pharmaceutical solution is stable for a period of at least 30 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

5. The dosage form of claim 1, wherein the buffer system comprises an about 20 mM sodium citrate buffer system.

6. The dosage form of claim 1, wherein the phenylephrine is included at a concentration of about 60.75 mM and the ketorolac is included at a concentration of about 11.25 mM.

7. The dosage form of claim 1, wherein the solution has a pH of from 5.8 to 6.8.

8. The dosage form of claim 7, wherein the pH of the solution is adjusted by adding sodium hydroxide and/or hydrochloric acid as may be required.

9. The dosage form of claim 1, wherein: the dosage form is free of visible precipitation and crystallization; the buffer system comprises an about 20 mM sodium citrate buffer system; the phenylephrine is included at a concentration of about 60.75 mM and the ketorolac is included at a concentration of about 11.25 mM; the solution has a pH of from 5.8 to 6.8 that has been adjusted with sodium hydroxide and/or hydrochloric acid as may be required.

10. A liquid intraocular ophthalmic pharmaceutical solution consisting essentially of phenylephrine, ketorolac, and a sodium citrate buffer system, in solution in an aqueous carrier as a solvent that is adjusted to a pH of from 5.8 to 6.8, that is free of preservatives, antioxidants and solubilizing agents, wherein the phenylephrine is included at a concentration of about 60.75 mM and the ketorolac is included at a concentration of about 11.25 mM, wherein the intraocular ophthalmic pharmaceutical solution is stable for a period of at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

11. The solution of claim 10, wherein the solution is free of visible precipitation and crystallization.

12. The solution of claim 10, wherein the solution is stable for a period of at least 30 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

13. A liquid intraocular ophthalmic pharmaceutical solution comprising phenylephrine, ketorolac, and a sodium citrate buffer system, in solution in an aqueous carrier as a solvent that is adjusted to a pH of from 5.8 to 6.8, that is free of preservatives, antioxidants and solubilizing agents, wherein the phenylephrine is included at a concentration of about 60.75 mM and the ketorolac is included at a concentration of about 11.25 mM, wherein the intraocular ophthalmic pharmaceutical solution is stable for a period of at least six months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

14. The solution of claim 13, wherein the solution is free of visible precipitation and crystallization.

15. The solution of claim 13, wherein the solution is stable for a period of at least 30 months when stored at a temperature of from 5+/−3° C. to 25+/−2° C.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 04-02-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.          : 9,855,246 B2
APPLICATION NO.     : 15/278514                                    Page 1 of 1
DATED               : January 2, 2018
INVENTOR(S)         : Gregory A. Demopulos, Hui-rong Shen and Clark E. Tedford

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

| Column | Line | Error |
|---|---|---|
| 4 | 58 | "270 or" should read --270 $\mu$M, or-- |
| 5 | 9 | "270 or" should read --270 $\mu$M, or-- |
| 6 | 20 | "(F=17.14, t<0.0001), reflecting the inflamatory response" should read --(F=17.14, p<0.0001), reflecting the inflammatory response-- |
| 24 | 9 | "(PE:KE at 268:89 three vials" should read --(PE:KE at 268:89 $\mu$M), three vials-- |

Signed and Sealed this
Sixth Day of February, 2018

Joseph Matal
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 04-02-2018